WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                          :
In re                                     :    Chapter 11
                                          :
DITECH HOLDING CORPORATION, et al.,       :    Case No. 19-[_____] (___)
                                          :
              Debtors.¹                    :    (Joint Administration Pending)
                                          :
------------------------------------------------------------X
```

**MOTION OF DEBTORS REQUESTING**
**AUTHORITY TO (I) CONTINUE USING EXISTING**
**CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND**
**BUSINESS FORMS, (II) IMPLEMENT CHANGES TO THE CASH**
**MANAGEMENT SYSTEM IN THE ORDINARY COURSE OF BUSINESS,**
**(III) CONTINUE INTERCOMPANY TRANSACTIONS, (IV) PROVIDE**
**ADMINISTRATIVE EXPENSE PRIORITY FOR POSTPETITION INTERCOMPANY**
**CLAIMS, (V) EXTEND TIME TO COMPLY WITH, OR SEEK WAIVER OF,**
**11 U.S.C. § 345(b), AND (VI) GRANTING RELATED RELIEF**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Ditech Holding Corporation (f/k/a Walter Investment Management Corp.) ("**DHC**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and together with their non-debtor affiliates, the "**Company**"), respectfully represent as follows in support of this motion (the "**Motion**"):

## Background

1.       On the date hereof (the "**Commencement Date**"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2.       Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of their chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3.       The Debtors commenced these chapter 11 cases on a prearranged basis with the support of more than 75% percent of their term loan lenders, who have committed to support a value-maximizing chapter 11 plan that contemplates a debt-to-equity recapitalization transaction and provides for the simultaneous marketing of all or substantially all of the Debtors' assets to the extent such sale represents a higher or better value than the recapitalization transaction.  Consistent with their obligations under that certain Restructuring Support Agreement, dated as of February 8, 2019, the Debtors intend to file a proposed plan of reorganization shortly hereafter and will seek to emerge from chapter 11 on an expedited timeframe.

4.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Gerald A. Lombardo Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York*, sworn to on the date hereof (the "**Lombardo Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated herein by reference.[2]

### Jurisdiction

5.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.).   This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Relief Requested

6.      By this Motion, pursuant to sections 105(a), 345(b), 363, 364, 503, and 507 of the Bankruptcy Code, the Debtors request authority to:

i.      Continue their existing cash management system, including the continued maintenance of their existing bank accounts and business forms;

ii.      Implement changes to their cash management system in the ordinary course of business, including opening new or closing existing bank accounts;

iii.      Continue to perform under and honor intercompany transactions in the ordinary course of business, in their business judgment and at their sole discretion;

iv.      Provide administrative expense priority for postpetition intercompany claims; and

v.      Extend the time to comply with section 345(b) of the Bankruptcy Code by forty-five (45) days (or such later time as may be agreed to by the U.S.

---

[2]      Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Lombardo Declaration.

Trustee (as defined herein) or as approved by the Court) or seek a waiver thereof.

7.      The Debtors further request that the Court authorize the financial institutions at which the Debtors maintain various bank accounts to (i) continue to maintain, service, and administer the Debtors' bank accounts; (ii) debit the bank accounts in the ordinary course of business on account of (a) electronic transfers (including wire transfers, book transfers, and automated clearinghouse ("**ACH**") transfers) or checks drawn on the bank accounts, provided that any payments drawn, issued or made prior to the Commencement Date shall not be honored by the Banks absent receipt of direction from the Debtors and entry of a separate order of the Court authorizing such prepetition payment or (b) undisputed service charges owed to the Banks for maintenance of the Debtors' cash management system, if any.

8.      A proposed form of order granting the relief requested in this Motion on an interim basis is annexed hereto as **Exhibit A** (the "**Proposed Interim Order**").

## Overview of the Debtors' Business and Cash Management System

### A.     The Debtors' Business

9.      The Debtors' business is comprised of three primary segments.[3]  First, the Debtors originate mortgage loans exclusively through Ditech Financial LLC ("**Ditech Financial**").  Almost all of the loans that Ditech Financial originates are mortgage loans eligible for securitization by government-sponsored enterprises, such as Fannie Mae and Freddie Mac,[4]

---

[3]     A thorough description of the Debtors' mortgage lending and servicing business is discussed in the *Motion of Debtors For Interim and Final Orders (I) Authorizing Debtors To Continue Origination and Servicing of Forward Mortgage Loans In Ordinary Course and Granting Related Relief, (II) Modifying Automatic Stay on a Limited Basis To Facilitate Debtors' Ongoing Operations, and (III) Scheduling a Final Hearing* (the "**Ditech OCB Motion**") and the *Motion of Debtors For Interim and Final Orders (I) Authorizing Debtors To Continue Honoring Reverse Issuer and Servicing Obligations In The Ordinary Course and Granting Related Relief, (II) Modifying Automatic Stay On a Limited Basis To Facilitate Debtors' Ongoing Operations, and (III) Scheduling a Final Hearing* ("**RMS OCB Motion**"), both filed contemporaneously herewith.

[4]     As used herein, "Fannie Mae" means the Federal National Mortgage Association, and "Freddie Mac" means the Federal Home Loan Mortgage Corporation.  Fannie Mae and Freddie Mac are government-sponsored

or eligible for guarantees by government agencies, such as Ginnie Mae.[5]  Ditech Financial sells substantially all of the mortgage loans it originates into Fannie Mae- and Freddie Mac-sponsored securitizations or into mortgage pools insured by Ginnie Mae.  During the year ended December 31, 2018, Ditech Financial sold mortgage loans of $12.4 billion in unpaid principal balance ("**UPB**"), consisting of approximately (i) $5.4 billion of Fannie Mae and Freddie Mac conventional conforming loans, (ii) $7 billion of Ginnie Mae loans, and (iii) $28.3 million of jumbo and other loans.

10.     Second, Ditech Financial performs loan servicing for mortgage loans that fall into two categories:  (i) mortgage loans for which Ditech Financial owns the mortgage service rights ("**MSRs**") and (ii) mortgage loans for which Ditech Financial performs subservicing for third party owners of MSRs.  With respect to mortgage loans for which Ditech Financial owns the MSRs, Ditech Financial performs mortgage servicing primarily in accordance with Fannie Mae, Freddie Mac, and Ginnie Mae servicing guidelines, as applicable.  Ditech Financial typically originates the mortgage loans associated with such MSRs and sells them into securitization trusts owned by Fannie Mae or Freddie Mac (on a servicing-retained basis) or into mortgage pools insured by Ginnie Mae.  For the year ended December 31, 2018, Ditech Financial serviced approximately 1.4 million loans with a UPB of $168.8 billion, of which approximately 724,000 loans with a UPB of $103.4 billion are subserviced by Ditech Financial.

---

enterprises chartered by Congress that buy and securitize mortgage loans originated by mortgage lenders, thereby enabling such lenders quick access to liquidity fueled by market demand for residential mortgage backed securities ("**RMBS**").

[5]     As used herein, "Ginnie Mae" means the Government National Mortgage Association.  Ginnie Mae is a federal corporation within the U.S. Department of Housing and Urban Development ("**HUD**"), a federal agency, that guarantees investors the timely payment of principal and interest on RMBS backed by federally insured or guaranteed loans (*e.g.*, loans insured by the Federal Housing Administration (the "**FHA**"), guaranteed by the Department of Veterans Affairs, or guaranteed by the Department of Agriculture).

WEIL:\96913998\1\41703.0010

11.     Third, Reverse Mortgage Solutions, Inc. ("**RMS**"), an indirect wholly owned subsidiary of DHC, primarily focuses on servicing and subservicing reverse mortgage loans, the majority of which are home equity conversion mortgages ("**HECMs**") insured by the FHA. A HECM is a type of loan that allows homeowners aged 62 or older to borrow money against the equity value of their homes. Unlike traditional home equity loans, HECMs are non-recourse loans without a fixed term—instead, the loan balances increase over time as interest and other fees (such as servicing-related advances) are added to the loan principal. RMS also provides management and disposition services in connection with real estate owned property ("**REO Property**") through paying applicable taxes, insurance, homeowner's association fees, and property maintenance expenses. As of December 31, 2018, RMS serviced or subserviced approximately 88,000 loans with a total UPB of approximately $17.1 billion, of which approximately 35,000 loans with a UPB of $7.4 billion are subserviced by RMS.

**B.      The Debtors' Cash Management System**

12.     As described in the Lombardo Declaration, in the ordinary course of business, the Debtors utilize an integrated, centralized cash management system to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**"). The Cash Management System is similar to cash management systems used by other large mortgage lending and servicing businesses. The Cash Management System enables the Debtors to operate each segment of the Company's business efficiently and provides a seamless accounting function across all entities in a single location, reducing banking expenses, permitting prompt and accurate liquidity tracking, and allowing accurate intercompany allocations and transfers. It is critical that the Cash Management System remain intact during these chapter 11

6

cases to ensure the seamless and uninterrupted operation of the Company's loan origination and servicing platforms.

13. The Cash Management System is comprised of 1,196 bank accounts (collectively, the "**Bank Accounts**") maintained at various financial institutions (the "**Banks**"),[6] of which (i) 24 are operating accounts, (ii) 1,171 are custodial accounts maintained in the name of a Debtor whereby such Debtor merely holds the account (and the funds in it) in trust or as custodian for a third party, and (iii) 1 account that holds restricted cash[7] (such as principal and interest payments that serve as collateral for the Warehouse Lenders (as defined herein)). The majority of the Bank Accounts are in the name of Ditech Financial and RMS. 1,194 of the Bank Accounts are located at Banks designated as authorized depositories by the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") pursuant to the U.S. Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees (the "**UST Guidelines**"), with the remaining 2 Bank Accounts located at EverBank, which is not designated as an authorized depository under the UST Guidelines.

14. The Cash Management System is an ordinary course, customary, and essential business system which allows for the flow of cash between Bank Accounts and between Company affiliates as required or needed, in accordance with the Company's cash management practices. Most of the Company's obligations are paid by Ditech Financial from the Ditech Servicing Account (as defined herein). When Ditech Financial makes disbursements on behalf

---

[6]    The Debtors' Banks include:  Bank of America, N.A. ("**Bank of America**"), Bank of New York Mellon Corporation ("**BNY Mellon**"), Citibank, N.A. ("**Citibank**"), EverBank, N.A. ("**Everbank**"), Texas Capital Bank, N.A. ("**Texas Capital Bank**"), U.S. Bank, N.A. ("**U.S. Bank**"), and Wells Fargo Bank, N.A. ("**Wells Fargo**").

[7]    Ditech Financial maintains the restricted account at U.S. Bank.  Such account holds principal and interest payments that are remitted from a borrower to Ditech Financial <u>before</u> the underlying loan that Ditech Financial originated has been sold.  Once the underlying loan is sold by Ditech Financial, such principal and interest payments are transferred to the Ditech Origination Account (as defined herein).

WEIL:\96913998\1\41703.0010

of its affiliates, such disbursements are tracked electronically in the Company's accounting system and are concurrently recorded on the applicable entity's balance sheet and income statement. The accounting system requires that all general ledger entries be balanced at the legal entity level, and therefore, when the accounting system enters an intercompany receivable on an entity's balance sheet, it also automatically creates a corresponding intercompany payable on the applicable affiliate's balance sheet.

15. The Debtors receive and collect cash, wires, and pre-authorized drafts through various entry points in the Cash Management System, including lockboxes (where they receive borrower payments), custodial accounts (where they receive borrower payments, advances, and reimbursement funds from Fannie Mae, Freddie Mac, Ginnie Mae, and HUD), and clearing accounts (where they receive payments and sale proceeds from servicers and buyers). The Debtors primarily receive operating cash through the collection of fees and other amounts related to servicing mortgage loans on behalf of third parties and from the sale of originated loans.

16. For cash balances held in certain of the Debtors' Bank Accounts, the Debtors receive advantageous "earnings credit rates" on their cash balances that allow them to partially offset bank service charges. To the extent the "earnings credit rates" are in excess of the bank service charges, the excess cash yield is credited to the Debtors' main operating accounts. The Debtors receive earnings credits from Citibank and Wells Fargo, which each pay a spread to one-month LIBOR for earnings credits.

17. The four explanatory diagrams annexed hereto as **Exhibit C** depict the typical flow of funds through the Cash Management System (the "**Diagrams**").[8] The Diagrams

---

[8]    Citation to the Diagrams and accompanying notes will be in the form of "Diagram __, #__".

WEIL:\96913998\1\41703.0010

do not set out each and every Bank Account but instead provide a representative depiction of the Cash Management System related to (i) cash movement at DHC (Diagram A), (ii) Ditech Financial's mortgage loan origination obligations (Diagram B), (iii) Ditech Financial's mortgage loan servicing obligations (Diagram C), and (iv) RMS's reverse mortgage loan servicing obligations (Diagram D).

a.    **Overview of the Company's Bank Accounts**

18.    <u>Main Operating Accounts</u>.    DHC, Ditech Financial, and RMS each maintain operating accounts that are linked to one another and serve as the ultimate collection points for funds moving through the Company.

    i.    DHC maintains an operating account (the "**DHC Operating Account**") (Diagram A, #1) at Citibank that receives funds from the Ditech Servicing Account and the RMS Operating Account (each as defined herein) as needed to remit necessary payments, such as principal and interest payments on DHC's funded indebtedness. The DHC Operating Account holds a relatively small balance at any given time. In order to satisfy minimum deposit requirements and avoid the incurrence of bank fees, Ditech Financial transfers funds from the Ditech Servicing Account to the RMS Operating Account as necessary through the DHC Operating Account and vice versa.

    ii.    Ditech Financial maintains an operating account in connection with its origination activities at Citibank (the "**Ditech Origination Account**") (Diagram B, #1). In order to fund its portion of the mortgage loan purchase price when originating mortgage loans, Ditech Financial transfers funds from the Ditech Origination Account into the Haircut Account (as defined herein) (Diagram B, #2). The Ditech Origination Account is also used to (i) collect collateral from and post collateral to various counterparties in connection with Ditech Financial's margin agreements, (ii) pay fees and interest to the Warehouse Lenders (as defined herein), and (iii) pay miscellaneous fees and expenses on a daily basis.

    iii.    Ditech Financial also maintains an operating account at Citibank (the "**Ditech Servicing Account**") (Diagram C, #1) in connection with its servicing obligations and the payment of the Company's general corporate

9

expenses.[9]   As described herein, the Ditech Servicing Account receives, on a daily basis, servicing advances, reimbursement funds from Fannie Mae, Freddie Mac, and Ginnie Mae, and borrower payments of principal, interest, taxes, and insurance relating to mortgage loans.

iv.   RMS maintains an operating account at Wells Fargo (the "**RMS Operating Account**") (Diagram D, #1) in connection with its servicing obligations.   As described herein, the RMS Operating Account receives proceeds from HUD and advances from investors and certain warehouse lenders on a daily basis.   RMS also maintains an operating account at Texas Capital Bank primarily to obtain cashier's checks in connection with its servicing activities.

19.   <u>Restricted Cash Accounts</u>.   The restricted cash and cash equivalents in these accounts include cash and cash equivalents that are legally restricted as to use or withdrawal.   Restricted cash primarily includes (i) principal and interest payments collected by the Debtors in their capacity as a servicer on behalf of third-party credit owners and unconsolidated securitization trusts that have not yet been remitted to the credit owners or such trusts; (ii) principal and interest payments collected by consolidated securitization trusts that have not yet been remitted to the holders of RMBS; and (iii) amounts pledged as collateral for the Advance Facilities (as defined herein).   Restricted cash equivalents include investments in money market mutual funds.   On any given day, the total restricted cash on the Debtors' financial statements can aggregate approximately $65 million.

20.   <u>Servicing Advance Accounts</u>.   In connection with Ditech Financial's servicing obligations, Ditech Financial receives funds for the Servicing Advances (as defined herein) from two operating accounts maintained by Ditech Agency Advance Depositor LLC ("**DAAD**") at Citibank (Diagram C, #2) and Ditech PLS Advance Depositor LLC ("**DPAD**") at

---

[9]   The majority of the Company's general corporate expenses are paid by Ditech Financial from various zero balance accounts maintained at Citibank that automatically withdraw the requisite funds from the Ditech Servicing Account.   Such expenses include payments on account of (i) payroll and payroll taxes, (ii) services provided by the Company's vendors, and (iii) premiums and deductibles in connection with the Company's insurance policies.

WEIL:\96913998\1\41703.0010

Citibank (Diagram C, #2). Ditech Financial concentrates collections from these two operating accounts in the Ditech Servicing Account (Diagram C, #1).

21.    <u>Custodial Accounts</u>.   In connection with Ditech Financial and RMS's servicing activities, Ditech Financial and RMS hold borrower payments that are due to various third parties such as securitization trusts, taxing authorities, and insurance companies. Such funds do not represent assets or liabilities of the Company and are maintained in custodial accounts that are segregated from the Company's other Bank Accounts.

**b.     DHC's Bank Accounts**

22.    The DHC Operating Account (Diagram A, #1) typically maintains a small balance as Ditech Financial and RMS only transfer funds to the DHC Operating Account on an as-needed basis for payments on account of (i) quarterly fees due under the Prepetition Credit Agreement, (ii) principal and interest payments due under the Prepetition Credit Agreement and the Prepetition Second Lien Notes Indenture, and (iii) audit, legal, and advisory services provided to DHC from third-party professionals. Moreover, payments on account of federal and state tax refunds are deposited directly into the DHC Operating Account.

**c.     Ditech Financial's Bank Accounts In Connection With Its Origination Practices[10]**

23.    Ditech Financial originates and purchases[11] a range of mortgage loans that are eligible for either (i) securitization by government-sponsored enterprises, such as Fannie Mae and Freddie Mac or (ii) guarantees by government agencies, such as Ginnie Mae (such loans,

---

[10]    All references to "mortgage loan" or "loan" in this subsection are to "forward" mortgage loans, which are mortgage loans that generally accrue interest and amortize over time.

[11]    A thorough description of Ditech Financial's origination activities is discussed in the Ditech OCB Motion, filed contemporaneously herewith.

collectively, the "**GA Loans**").[12]  Ditech Financial funds its origination of mortgage loans with cash on its balance sheet as well as cash borrowed under a shared master repurchase agreement with its warehouse lenders, Credit Suisse AG ("**Credit Suisse**") and Barclays Bank PLC ("**Barclays**" and together with Credit Suisse, the "**Warehouse Lenders**").[13]  Pursuant to the master repurchase agreement, the Warehouse Lenders have committed to advance funds up to a contractual advance rate (the "**Advance Rate**") that is equal to a specified percentage of the principal balance of the mortgage loan originated by Ditech Financial.  The difference between the amount funded by the Warehouse Lenders and the amount required to originate the loans (referred to in the industry as the "haircut") is funded by Ditech Financial with cash that is transferred from the Ditech Origination Account (Diagram B, #1) to an account maintained by Ditech Financial at Wells Fargo (the "**Haircut Account**") (Diagram B, #2).  The Warehouse Lenders wire their portion of the mortgage loan principal amount to Wells Fargo, which acts as disbursement agent.  Upon receiving funds from the Warehouse Lenders, Wells Fargo withdraws the requisite cash from the Haircut Account to fund the remaining mortgage loan principal amount.

24.    Once Ditech Financial sells the loans it originates to third-party purchasers (*e.g.*, bulk sales to Fannie Mae and Freddie Mac or through the Fannie Mae cash window), such purchasers transfer the purchase price to Deutsche Bank National Trust Company ("**Deutsche Bank**") for all sales other than sales through the Fannie Mae cash window.  Deutsche Bank acts as paying agent pursuant to the Joint Account Control Agreement and the Joint Securities

---

[12]   Non-government loans differ from GA Loans and are generally loans that (i) could not have been sold to Fannie Mae and Freddie Mac or placed in a Ginnie Mae guaranteed security, (ii) were subject to certain repurchase or buyout obligations, or (iii) were otherwise sold to private investors in "private label" securitization transactions (collectively, the "**Non-Government Loans**").

[13]   Ditech Financial is obligated to pay interest and fees in connection with the funds it borrows under the master repurchase agreements and remits these amounts directly to the Warehouse Lenders from the Ditech Origination Account (Diagram B, #1).

Account Control Agreement, both dated as of April 24, 2013 (collectively and as amended, the "**JACA Agreements**") among Deutsche Bank, Ditech Financial, and the Warehouse Lenders. Deutsche Bank then allocates the purchase price to the Warehouse Lenders in accordance with the terms of the JACA Agreements. With respect to Fannie Mae cash window sales, Fannie Mae transfers the purchase price directly to the Warehouse Lenders. The Warehouse Lenders retain the amount of sale proceeds necessary to repay themselves for the funds they initially advanced to Ditech Financial under the master repurchase agreements and distribute the remaining sale proceeds (if any) to Ditech Financial.

25.     As described in the Ditech OCB Motion, Ditech Financial utilizes various derivative instruments to hedge the risks associated with interest rate fluctuations and other market fluctuations that affect the value of its loan portfolio. Because borrowers typically lock interest rates at the time they enter into mortgage commitments with Ditech Financial or its correspondent, Ditech Financial is exposed to interest rate fluctuations between the commitment date and the closing of the loan. Ditech Financial also faces interest rate exposure on mortgage loans pledged under the master repurchase agreement with the Warehouse Lenders that are waiting to be securitized or sold. Any collateral posted by Ditech Financial in connection with the aforementioned derivative instruments is withdrawn from the Ditech Origination Account (Diagram B, #1).

d.     **Ditech Financial's Bank Accounts In Connection With Its Servicing Practices[14]**

26.     Ditech Financial is qualified to both service and subservice GA Loans[15] and Non-Government Loans under the terms and conditions of servicing agreements, pooling

---

[14]     All references to "mortgage loan" or "loan" in this subsection are to "forward" mortgage loans, which are mortgage loans that generally accrue interest and amortize over time.

agreements, mortgage loan sale agreements, subservicing agreements, servicing guides, and related documents (collectively, the "**Ditech Servicing Agreements**").[16]  Regardless of whether Ditech Financial acts as primary servicer or as subservicer, Ditech Financial's responsibilities with respect to the underlying mortgage loans are substantially similar and include (i) collecting and remitting mortgage loan payments from borrowers to third parties, (ii) responding to borrower inquiries, (iii) accounting for the payments of principal, interest, property taxes, and insurance premiums and making advances with respect thereto, and (iv) supervising foreclosures and property dispositions (collectively, the "**Servicing Functions**").  In exchange for performing the Servicing Functions, Ditech Financial earns loan servicing fees that are either (i) equal to a specified percentage of the UPB of the loans being serviced or (ii) with respect to subservicing, equal to a contractually specified amount per loan.  In addition, Ditech Financial earns late payment fees, speed-pay fees, modification fees, loss mitigation incentive fees, or other similar fees (collectively, the "**Ditech Servicing Fees**").  The Ditech Servicing Fees are collected from either (i) loan payments made by borrowers on a daily basis, (ii) direct payments from investors or securitization trusts on a periodic basis, or (iii) payments for a subservicing relationship from the owner of the servicing rights.

27.     Ditech Financial generally deposits loan payments made by borrowers into a lockbox maintained at BNY Mellon (Diagram C, #3).[17]  Once the borrower payments are collected in the lockbox, certain of the funds are transferred to a clearing account maintained by Ditech Financial at Citibank for the GA Loans (Diagram C, #4) and certain of the funds are

---

[15]   With respect to Ginnie Mae loans, Ditech Financial is qualified to service such loans, however, it is not qualified to subservice such loans.

[16]   A thorough description of Ditech Financial's servicing activities is discussed in the Ditech OCB Motion, filed contemporaneously herewith.

[17]   If borrowers submit payments to satisfy the outstanding principal balance of their mortgage loans, Ditech Financial transfers such payments into a custodial account it maintains at Citibank.

WEIL:\96913998\1\41703.0010

transferred to the Ditech Servicing Account for the Non-Government Loans (Diagram C, #1). Borrower payments are then transferred from either the clearing account or the Ditech Servicing Account into a series of custodial accounts (the "**P&I Custodial Accounts**") established for principal and interest payments, as well as custodial accounts (the "**T&I Custodial Accounts**," together with the P&I Custodial Accounts, the "**Custodial Accounts**") established for taxes, assessments, property maintenance fees, and insurance in connection with the underlying property.

28.     To the extent funds in the Custodial Accounts are insufficient, Ditech Financial is required to remit advances (collectively, the "**Servicing Advances**") to (i) the applicable securitization trusts and/or securitized mortgage pools in order to cover delinquent principal and interest payments on the underlying loans and (ii) taxing authorities and insurance companies to cover delinquent taxes and insurance premiums in connection with the mortgaged property.  Ditech Financial is reimbursed for the Servicing Advances on a priority basis from amounts paid by borrowers (once the borrowers remit the required mortgage payments), the proceeds of insurance policies, or the liquidation of the underlying loans.  Ditech Financial also submits claims for reimbursement of Servicing Advances to Fannie Mae, Freddie Mac, Ginnie Mae, subservicing clients, and private investors (collectively, the "**Advance Receivables**").

29.     In light of the substantial amounts that Ditech Financial remits on account of the Servicing Advances and the protracted timeline for the receipt of reimbursements, Ditech Financial has financed many of its Advance Receivables in order to access the liquidity necessary to continue to meet such obligations.  Ditech Financial finances the Advance Receivables through two facilities provided by the Warehouse Lenders (collectively, the "**Advance Facilities**").  Ditech Agency Advance Trust, a non-debtor wholly owned subsidiary of

Ditech Financial, is party to a facility that provides financing for Servicing Advances remitted in connection with GA Loans. Ditech PLS Advance Trust II, a non-debtor wholly owned subsidiary of Ditech Financial, is party to a facility that provides financing for Servicing Advances remitted in connection with Non-Government Loans sold to private investors in "private label" securitization transactions.[18] Upon receiving a request from Ditech Financial, the Warehouse Lenders remit the requisite funds necessary to fund the Servicing Advances into accounts maintained by DAAD and DPAD at Wells Fargo (Diagram C, #2). Ditech Financial then initiates an intercompany funds transfer so that such funds are transferred into the Ditech Servicing Account (Diagram C, #1).

30.    Ditech Financial repays the amounts borrowed under the Advance Facilities when Ditech Financial (i) ultimately receives mortgage payments from delinquent borrowers or (ii) is reimbursed by Fannie Mae, Freddie Mac, and Ginnie Mae (the "**Reimbursement Funds**"). Upon receiving mortgage payments from borrowers in the lockbox, such funds are transferred to the Ditech Servicing Account (Diagram C, #1) and subsequently disbursed to the Warehouse Lenders for amounts owed under the Advance Facilities. The Reimbursement Funds, on the other hand, are deposited by Fannie Mae, Freddie Mac, and Ginnie Mae into three custodial accounts maintained by Ditech Financial at Citibank (Diagram C, #4) and U.S. Bank (Diagram C, #5) before such funds are transferred to the Ditech Servicing Account. In some cases, Fannie Mae deposits the Reimbursement Funds directly into the Ditech Servicing Account. Once the Reimbursement Funds are deposited into the Ditech Servicing Account, Ditech Financial disburses the funds to reimburse the Warehouse Lenders for amounts owed under the Advance Facilities.

---

[18]    On February 9, 2018, Ditech Financial entered into receivables sale agreements to contribute the Advance Receivables to DAAD and DPAD, which subsequently transferred such rights to Ditech Agency Advance Trust and Ditech PLS Advance Trust II, respectively.

31.    Ditech Financial's timely performance of the Servicing Functions is essential to prevent material economic damage to all parties with an interest in the securitization trusts and private investors.  In addition, Ditech Financial's continued performance under the Ditech Servicing Agreements is necessary not only to maintain the value of Ditech Financial's MSRs, but also to preserve the valuable servicing relationship with Ditech Financial's counterparties.  Ditech Financial would be unable to perform the Servicing Functions if it were unable to utilize the Cash Management System in the ordinary course, therefore, continued performance of the Cash Management System is vital to preserving the value of Ditech Financial's servicing business.

32.    The Debtors request that the Court authorize and direct the Banks to process and pay all prepetition checks, drafts, and transfers relating to funds in the Custodial Accounts, and to rely upon the Debtors' designation of the Custodial Accounts, all without any duty or further inquiry on the part of the Banks.  Authorizing and directing the Banks to process, honor, and pay all prepetition checks and other forms of transfer from the Custodial Accounts will not prejudice creditors or other parties in interest.  Additionally, the Banks should be authorized and directed to honor any and all prepetition checks or other transfers related to the Debtors' servicing operations in the ordinary course, including processing and debiting deposits that are returned by the Banks.

e.    **RMS's Bank Accounts In Connection With Its Servicing Practices** [19]

33.    RMS is qualified to both service and subservice FHA-insured HECMs on behalf of Ginnie Mae-guaranteed securitization trusts,[20] Fannie Mae, and private securitization

---

[19]    A thorough description of RMS's servicing activities is discussed in the RMS OCB Motion, filed contemporaneously herewith.

[20]    Principal balances related to HECMs are pooled into HECM mortgage-backed securities known as a "**HMBS**," which are guaranteed by Ginnie Mae.

WEIL:\96913998\1\41703.0010

trusts under the terms and conditions of various servicing agreements, pooling agreements, mortgage loan sale and servicing agreements, subservicing agreements, servicing guides, and related documents (collectively, the "**RMS Servicing Agreements**").[21]  Regardless of whether RMS acts as primary servicer or as subservicer, RMS's responsibilities with respect to the underlying mortgage loans are substantially similar and include (i) funding credit drawdowns by borrowers in a timely manner, (ii) funding advances such as taxes and home insurance premiums (the "**T&I Advances**"), (iii) managing properties underlying the HECMs, (iv) supervising foreclosures and property dispositions, and (v) filing claims with HUD.  In exchange for performing the aforementioned services, RMS receives either (i) a fee equal to a specified percentage of the UPB of the loans being serviced or (ii) a flat fee (collectively, the "**RMS Servicing Fees**").  With respect to loans in Ginnie Mae securitizations, the RMS Servicing Fees are typically securitized on a monthly basis and disbursed to RMS when a claim is filed with HUD.  With respect to loans owned by Fannie Mae and loans in private securitizations, Fannie Mae and investors typically remit the RMS Servicing Fees directly to RMS on a periodic basis.

34.    When borrowers draw on loans in Ginnie Mae securitizations, loans owned by Fannie Mae, or loans in private securitizations, RMS transfers the requisite funds from the RMS Operating Account (Diagram D, #1) to two custodial accounts maintained by RMS at Wells Fargo (Diagram D, #2).  The funds are then transferred to the borrowers.  With respect to amounts drawn on loans in Ginnie Mae securitizations, RMS securitizes the drawn amount on active loans and delivers the security to BNY Mellon for settlement with the purchasers of the security.  BNY Mellon then transfers the purchase price into an account maintained by RMS at Wells Fargo (Diagram D, #3) before such funds are ultimately deposited into the RMS Operating

---

[21]    All references to "mortgage loan" or "loan" in this subsection are to HECMs.

Account (Diagram D, #1). With respect to amounts drawn on loans owned by Fannie Mae and loans in private securitizations, Fannie Mae and investors reimburse RMS directly for the drawn amounts by remitting funds into a custodial account maintained by RMS at Wells Fargo (Diagram D, #4) before such funds are ultimately deposited into the RMS Operating Account (Diagram D, #1).[22]

35.     RMS assumes various obligations in connection with the HMBS it issues, including the obligation to repurchase loans from Ginnie Mae securitizations when a loan reaches 98% of the maximum HUD claim amount ("**MCA**"), which is the appraised value of the underlying property at origination. RMS utilizes financing obtained through two facilities provided by the Warehouse Lenders pursuant to master repurchase agreements (collectively, the "**RMS Warehouse Facilities**"). The Warehouse Lenders advance the repurchase price of the loans (the "**Warehouse Advances**") following receipt of a request from RMS and a trust receipt from Deutsche Bank. The Warehouse Lenders deposit the Warehouse Advances into an account maintained by RMS at Wells Fargo (Diagram D, #3), which are subsequently transferred to the RMS Operating Account (Diagram D, #1) and used to repurchase loans from Ginnie Mae securitizations.

36.     Upon repurchasing performing loans (*i.e.*, loans that are not in default), RMS files a claim with HUD to assign such loans to HUD. If HUD approves RMS's claim, HUD will remit funds (the "**HUD Claims**") into a custodial account maintained by RMS at Wells Fargo (Diagram D, #5). HUD Claims related to loans on the RMS Warehouse Facilities are first transferred into a custodial account for each Warehouse Lender and are subsequently

---

[22]   On a periodic basis, investors deposit the RMS Servicing Fees and mortgage insurance premiums due to HUD in the same manner.

WEIL:\96913998\1\41703.0010

transferred into the loan settlement account (Diagram D, #3) before they are ultimately remitted to the Warehouse Lenders to repay the Warehouse Advances.[23]

37.    Non-performing loans generally enter foreclosure proceedings, at the conclusion of which the REO Property will be liquidated by REO Management Solutions, LLC ("**REO Management**"),[24] a wholly owned subsidiary of RMS.  The sale proceeds are deposited into a custodial account maintained by REO Management at Wells Fargo (Diagram D, #6).  REO Management will then transfer such funds (i) to RMS for distribution to subservicing clients (or directly to RMS if RMS owns the loans) or (ii) directly to investors.  Where applicable, REO Management will deduct its fees from the sale proceeds following the liquidation of the REO Property.  If RMS sells the underlying property for an amount that is lower than the total amount owed on the loan, HUD typically reimburses RMS for the difference upon receiving a filed claim from RMS and completing a diligence process.[25]

## C.    Intercompany Transactions and Claims

38.    As described in the Lombardo Declaration, the business and financial affairs of the Debtors are complex.  Because not all Debtors generate revenue, the Debtors collect and move funds through various Bank Accounts to ensure the continued operation of each Debtor.  In order to manage the movement of funds in the ordinary course of business, the Debtors engage in a variety of intercompany transactions (the "**Intercompany Transactions**") among other Debtor entities and non-debtor affiliates that give rise to intercompany receivables

---

[23]    RMS is generally required to repay the Warehouse Lenders two (2) days following receipt of a HUD claim or REO liquidation proceeds.

[24]    REO Management disburses property preservation funds, taxes, and insurance in connection with its management of REO Property on a daily basis.

[25]    RMS also acts as REO manager for HECMs guaranteed by Fannie Mae and held in the Mortgage Equity Conversion Asset Trust 2011-1 (the "**MECA**") and is responsible for, among other things, disposition of the related REO properties and remitting the sale proceeds to the servicer under the MECA.

WEIL:\96913998\1\41703.0010

and payables (collectively, the "**Intercompany Claims**").  The Debtors maintain records of all Intercompany Transactions (including those with non-debtor affiliates) and can ascertain, trace, and account for all Intercompany Claims.  The Intercompany Transactions are ordinary course transactions that are integral to the Company's business and the function of the Cash Management System.  In order to preserve the value of the Debtors' estates and ensure that the Company's business is not interrupted by these chapter 11 cases, the Debtors seek authorization to continue to engage in the Intercompany Transactions in the ordinary course and consistent with past practice.

39.     The primary Intercompany Transactions giving rise to Intercompany Claims are listed below:

i.      <u>DHC Intercompany Transactions</u>.  Various Banks require the Debtors to maintain minimum balances in the Bank Accounts to avoid the incurrence of bank fees.  In order to satisfy this requirement, DHC transfers funds from the DHC Operating Account to and from the Ditech Origination Account, the Ditech Servicing Account, and the RMS Operating Account on a daily basis.

ii.     <u>Expense Allocations</u>.  In the ordinary course of business, the Debtors incur centrally-billed expenses, including workers' compensation obligations, payroll and benefit costs, general corporate expenses, and information technology costs.  Ditech Financial typically satisfies such obligations, thereby creating Intercompany Claims against the entity on whose behalf the payment was made.

iii.    <u>Ditech Servicing Advances</u>.  In order to carry out the Servicing Functions, Ditech Financial initiates intercompany transfers for funds from the Advance Facilities.  Upon receiving a request from Ditech Financial, the Warehouse Lenders remit the requisite funds necessary to fund the Advance Receivables into accounts maintained by DAAD and DPAD at Wells Fargo, both of which are non-debtor wholly owned subsidiaries of Ditech Financial.  The funds are then transferred into the Ditech Servicing Account.

40.     Intercompany Claims are not required to be and typically are not settled by actual transfers of cash among the Debtors.  The Debtors track all Intercompany Transactions

WEIL:\96913998\1\41703.0010

electronically in their accounting system, which transactions are recorded concurrently on the applicable entity's balance sheet and income statement. The accounting system requires that all general-ledger entries be balanced at the legal-entity level, therefore, when the accounting system enters an intercompany receivable on an entity's balance sheet, it also automatically creates a corresponding intercompany payable on the applicable affiliate's balance sheet. The Debtors maintain records of all transactions processed through the Cash Management System and are able to identify, trace, and account for all Intercompany Transactions. On a monthly basis, as part of the monthly close cycle, the Debtors' accounting department prepares "Intercompany Account Reconciliations" demonstrating the various line items that make up the amounts owed between various Debtor entities. In order to continue operating with minimal disruptions, the Debtors seek approval to continue to engage in Intercompany Transactions during these chapter 11 cases.

## D.    Bank Fees

41.    In the ordinary course of business, the Debtors incur and pay, honor, or allow to be deducted from the Bank Accounts certain service charges and other fees, costs, and expenses charged by the Banks (collectively, the "**Bank Fees**"). The Bank Fees average approximately $500,000 per month and are largely offset by the Debtors' "earnings credit rates." Payment of the Bank Fees is in the best interests of the Debtors and all parties in interest, as it will prevent unnecessary disruption to the Cash Management System and ensure that the receipt of the Debtors' funds is not delayed.

## E.    The Debtors' Existing Business Forms

42.    In the ordinary course of business, the Debtors use a variety of correspondence and business forms, including, but not limited to, checks, invoices, and letterhead (collectively, the "**Business Forms**"). To minimize expenses, the Debtors seek

WEIL:\96913998\1\41703.0010

authorization to continue using all Business Forms substantially in the forms used immediately prior to the Commencement Date, without reference to the Debtors' status as debtors in possession; provided that in the event that the Debtors generate new Business Forms during the pendency of these cases other than from their existing stock, such Business Forms will include a legend referring to the Debtors as "Debtors-In-Possession." To the extent practicable, the Debtors also will laser print such legend on any Business Forms electronically generated during these cases.

### Relief Requested Should Be Granted

**A.    Continuing Cash Management System Is in the Best Interests of Debtors, Their Creditors, and All Other Parties in Interest**

43.    The Cash Management System constitutes an ordinary course and essential business practice of the Debtors. The Cash Management System provides significant benefits to the Debtors, including the ability to (i) control corporate funds, (ii) ensure the maximum availability of funds when and where necessary, (iii) reduce costs and administrative expenses by facilitating the movement of funds and the development of more timely and accurate account information, and (iv) allow the Company to operate at maximum efficiency.

44.    To assure a smooth and orderly transition into chapter 11 and maximize value, it is essential that the Cash Management System continue to function during the pendency of these chapter 11 cases in the same manner as it functioned prepetition. As a practical matter, because of the Debtors' corporate and financial structure, it would be extremely difficult and expensive to establish and maintain a separate cash management system for each Debtor. Requiring the Debtors to adopt and implement a new cash management system at this early and critical stage of their cases would be extraordinarily disruptive and harmful to their operations. Any such disruption would have a severe and adverse impact upon the Debtors' estates and

WEIL:\96913998\1\41703.0010

value. Therefore, maintaining the existing Cash Management System is in the best interest of all parties in interest.

45.     Section 363(c)(1) of the Bankruptcy Code authorizes the debtor in possession to "use property of the estate in the ordinary course of business without notice or a hearing."   The purpose of section 363(c)(1) is to provide a debtor in possession with the flexibility to engage in the ordinary transactions required to operate its business without unneeded oversight by its creditors or the bankruptcy court. *Med. Malpractice Ins. Ass'n v. Hirsch* (*In re Lavigne*), 114 F.3d 379, 384 (2d Cir. 1997); *Chaney v. Official Comm. of Unsecured Creditors of Crystal Apparel, Inc.* (*In re Crystal Apparel, Inc.*), 207 B.R. 406, 409 (S.D.N.Y. 1997).   Included within the purview of section 363(c) is a debtor's ability to continue the "routine transactions" necessitated by a debtor's cash management system. *Amdura Nat'l Distrib. Co. v. Amdura Corp.* (*In re Amdura Corp.*), 75 F.3d 1447, 1453 (10th Cir. 1996). Accordingly, the Debtors seek authority under section 363(c)(1) of the Bankruptcy Code to continue the collection, concentration, and disbursement of cash pursuant to their Cash Management System.

46.     Even if continuation of the Cash Management System and other relief requested herein is outside of the ordinary course, the Court may approve it pursuant to section 363(b) of the Bankruptcy Code.   Section 363(b) of the Bankruptcy Code provides, in relevant part, that "[t]he [debtor], after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."   11 U.S.C. § 363(b)(1).   Under section 363 of the Bankruptcy Code, a court may authorize a debtor to pay certain prepetition claims if a sound business purpose exists for doing so. *See In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989) (finding that there must be a sound business justification to justify

WEIL:\96913998\1\41703.0010

payment of prepetition wages); *Armstrong World Indus., Inc. v. James A. Phillips, Inc.* (*In re James A. Phillips, Inc.*), 29 B.R. 391, 397 (S.D.N.Y. 1983) (relying on section 363 of the Bankruptcy Code to allow contractor to pay prepetition claims of suppliers).    The business judgment rule is satisfied where "the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the company." *See, e.g., Official Comm. of Subordinated Bondholders v. Integrated Res., Inc. (In re Integrated Res., Inc.)*, 147 B.R. 650, 656 (S.D.N.Y. 1992) (quoting *Smith v. Van Gorkom*, 488 A.2d 858, 872 (Del. 1985)), *appeal dismissed*, 3 F.3d 49 (2d Cir. 1993).    Moreover, if "the debtor articulates a reasonable basis for its business decisions (as distinct from a decision made arbitrarily or capriciously), courts will generally not entertain objections to the debtor's conduct." *Comm. of Asbestos-Related Litigants v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 60 B.R. 612, 616 (Bankr. S.D.N.Y. 1986) (citation omitted).    Courts in this District consistently have declined to interfere with corporate decisions absent a showing a bad faith, self-interest, or gross negligence, and have upheld a board's decisions as long as such decisions are attributable to any "rational business purpose." *Integrated*, 147 B.R. at 656 (quoting *CRTF Corp. v. Federated Dep't Stores*, 683 F. Supp. 422, 436 (S.D.N.Y. 1988)).

47.    The Court may also rely on its general equitable powers to grant the relief requested in this Motion.  Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."    11 U.S.C. § 105(a).    Continuing the Debtors' Cash Management System without interruption is vital to the Debtors' business operations and the success of these chapter 11 cases. Therefore, it is within the Court's equitable powers under section 105(a) of the Bankruptcy Code to approve the continued use of the Cash Management System.

48.     Maintaining the existing Cash Management System is in the best interests of the Debtors' estates and all parties in interest, and, therefore, should be approved.  If the Debtors are required to significantly alter the way in which they collect and disburse cash throughout the Cash Management System, their loan origination and servicing operations will experience severe disruptions, which ultimately would frustrate the Debtors' ability to maximize value for their stakeholders.

49.     If the Debtors are not permitted to maintain and continue the use of their Bank Accounts and Business Forms, the resulting prejudice will include (i) severe and likely irreparable disruption of the Debtors' business operations and servicing relationships with counterparties, (ii) delay in the administration of the Debtors' estates, and (iii) unnecessary cost to the estates to set up new systems, open new accounts, and order new Business Forms. Accordingly, the Debtors request that they be permitted to maintain and continue to use their existing Bank Accounts and Business Forms to the extent set forth herein.

**B.      Granting Administrative Expense Priority to Postpetition Intercompany Claims Is Necessary and Appropriate**

50.     The Debtors' funds are aggregated in the Cash Management System.  The Debtors track all fund transfers in their accounting system and have the ability to account for all Intercompany Transactions related to cash receipts and disbursements.  Ditech Financial and RMS's loan servicing operations are dependent on access to and participation in the Cash Management System, therefore, continuation of the Intercompany Transactions is in the best interests of the Debtors, their estates, and all parties in interest.  Precluding the Debtors from honoring the Intercompany Transactions would create an unnecessary administrative and financial burden on the Debtors' estates, which would distract them from the full attention required to administer their chapter 11 cases.  To ensure each individual Debtor will not fund, at

WEIL:\96913998\1\41703.0010

the expense of its creditors, the operations of another entity, the Debtors request that, pursuant to

sections 503(b)(1) and 364(b) of the Bankruptcy Code, all Intercompany Claims arising after the

Commencement Date be accorded administrative expense priority.

**C.      Honoring Certain Prepetition Obligations Related to the Cash Management System
Should Be Approved**

51.      The Debtors incur Bank Fees in connection with the maintenance of the

Cash Management System, which average approximately $500,000 per month.   The Debtors

estimate that they owe approximately $150,000 in Bank Fees as of the Commencement Date.

Payment of any prepetition Bank Fees is in the best interests of the Debtors and all parties in

interest in these chapter 11 cases, as it will prevent unnecessary disruptions to the Cash

Management System and ensure that the Debtors' receipt of funds are not delayed.   Further,

because the Banks likely have setoff rights for the Bank Fees, payment of prepetition Bank Fees

should not alter the rights of unsecured creditors in these chapter 11 cases.

**D.      Maintenance of the Debtors' Existing Bank Accounts and Business Forms Is
Warranted**

52.      The Debtors request that the Court waive the requirements of the UST

Guidelines, which require, among other things, the closure of the Debtors' prepetition Bank

Accounts, the opening of new bank accounts, and the immediate ordering of new business forms

and checks with a legend referencing the Debtors as "Debtors-In-Possession."   The Debtors seek

an order authorizing the Banks, including, but not limited to those listed on **<u>Exhibit B</u>** annexed

hereto, to continue to treat, service, and administer the Bank Accounts as accounts of the Debtors

as debtors in possession without interruption and in the ordinary course, and to receive, process,

and honor and pay all checks, drafts, wires, or ACH transfers issued or initiated by or on behalf

of the Debtors (to the extent the Debtors have sufficient funds, whether deposited prior to or after

the Commencement Date in the requisite Bank Account or otherwise available to cover and

WEIL:\96913998\1\41703.0010

permit payment thereof) after the Commencement Date; <u>provided</u> <u>that</u> any payments issued or made prior to the Commencement Date will not be honored by the Banks absent direction of the Debtors and an order of the Court authorizing such prepetition payment.

53.    The Debtors believe that their chapter 11 cases will be more orderly if they are permitted to maintain all Bank Accounts with the same account numbers during these chapter 11 cases.  By preserving business continuity and avoiding the disruption and delay to the Debtors' disbursement obligations, all parties in interest, including employees, government-sponsored enterprises, vendors, and customers, will be best served by the relief requested.  In addition, to the extent necessary, the Debtors request authorization to open new bank accounts at their existing Banks or other authorized depositories designated by the U.S. Trustee.

54.    To minimize expenses, the Debtors further request that they be authorized to continue to use their Business Forms and checks, substantially in the forms existing immediately before the Commencement Date, without reference to their status as debtors in possession; <u>provided</u> <u>that</u> in the event the Debtors generate new Business Forms and/or checks during the pendency of these cases other than from their existing stock, such Business Forms and checks will include a legend referring to the Debtors as "Debtors-In-Possession."  To the extent practicable, the Debtors will work with their systems personnel to determine what computer system changes are required to reflect their status as debtors in possession on electronically generated Business Forms and checks and will implement such changes.

55.    By virtue of the nature and scope of the Debtors' business operations, it is important that the Debtors be permitted to continue to use their existing Business Forms without alteration or change, except as requested herein.  Indeed, because parties doing business with the Debtors undoubtedly will be aware of the Debtors' status as debtors in possession as a result of

28

the publicized nature of these cases and the notice of commencement the Debtors are distributing

to such parties, changing their Business Forms would be unnecessary and unduly burdensome.

**E.    Cause Exists to Extend the Time for Complying with Section 345(b) of the Bankruptcy Code**

56.    Section 345(a) of the Bankruptcy Code governs a debtor's cash deposits

during a chapter 11 case and authorizes deposits of money as "will yield the maximum

reasonable net return on such money, taking into account the safety of such deposit or

investment." 11 U.S.C. § 345(a).  For deposits that are not "insured or guaranteed by the United

States or by a department, agency, or instrumentality of the United States or backed by the full

faith and credit of the United States," section 345(b) requires the debtor to obtain from the entity

with which the money is deposited a bond in favor of the United States and secured by the

undertaking of an adequate corporate surety, unless the Court for cause orders otherwise.  11

U.S.C. § 345(b).  Alternatively, the debtor may require the entity to deposit governmental

securities pursuant to 31 U.S.C. § 9303.  Section 9303 provides that when a person is required by

law to give a surety bond, that person, in lieu of a surety bond, may instead provide an eligible

obligation, designated by the Secretary of the Treasury, as an acceptable substitute for a surety

bond.  31 U.S.C. § 9303.

57.    Two Bank Accounts are maintained at EverBank, which has not been

approved by the U.S. Trustee as an authorized depository under the UST Guidelines.  Although

EverBank is not an authorized depository, the Debtors believe that EverBank meets the standards

of section 345 of the Bankruptcy Code because EverBank is a highly rated and federally

chartered bank subject to supervision by federal banking regulators.  Accordingly, the Debtors

believe that any funds that are deposited with EverBank are secure, and thus, in compliance with

section 345 of the Bankruptcy Code.  Nevertheless, to the extent that the accounts at EverBank

are not in technical compliance with the requirements of section 345 of the Bankruptcy Code, the Debtors seek to have the time to comply with section 345 extended.

58.     If funds in any of the Bank Accounts exceed amounts insured by the Federal Deposit Insurance Corporation, the Debtors propose to engage in discussions with the U.S. Trustee to determine what modifications to the Bank Accounts, if any, are necessary under the circumstances.  To enable such discussions, the Debtors request a forty-five day extension (or such additional time to which the U.S. Trustee may agree or as the Court may approve) of the time in which to either comply with section 345(b) of the Bankruptcy Code or to make other arrangements, subject to the Court's approval.  *See In re Serv. Merchandise Co., Inc.*, 240 B.R. 894, 896 (Bankr. M.D. Tenn. 1999) (noting that one of the factors to consider in determining whether cause exists "for relief from the strictures of § 345(b)" is whether benefits to the debtor outweigh the harm, if any, to the estate).

59.     Strict compliance with the requirements of section 345(b) would be inconsistent with section 345(a), which permits a debtor in possession to make such investments of money of the estate "as will yield the maximum reasonable net return on such money."  11 U.S.C. § 345(a).  Thus, in 1994, to avoid "needlessly handcuff[ing] larger, more sophisticated debtors," Congress amended section 345(b) to provide that its strict investment requirements may be waived or modified if the Court so orders "for cause."  140 Cong. Rec. H10752-01, 1994 WL 545773 (1994).  An analysis of the factors analyzed by courts to determine whether "cause" exists to waive the requirements demonstrates that there is justification to extend the Debtors' time to comply with, or seek a waiver of, section 345(b)'s requirements.

60.     Courts consider the "totality of the circumstances" in determining whether "cause" exists, with particular regard to the following factors:  (i) the sophistication of the

WEIL:\96913998\1\41703.0010

debtor's business, (ii) the size of the debtor's business operations, (iii) the amount of investments involved, (iv) the reasonableness of the debtor's request for relief from section 345(b) requirements in light of the overall circumstances of the case, (v) bank ratings of the financial institutions where debtor in possession funds are held, (vi) the complexity of the case, (vii) the safeguards in place within the debtor's own business of insuring the safety of the funds, (viii) the debtor's ability to reorganize in the face of a failure of one or more of the financial institutions, (ix) the benefit to the debtor, and (x) the harm, if any, to the estate. *In re Serv. Merch. Co.*, 240 B.R. at 896.

61.     "Cause" exists in these chapter 11 cases because (i) all of the Debtors' Banks holding significant balances are highly rated, reputable and well-capitalized banks that are subject to supervision by national banking regulators and (ii) the process of satisfying the requirements of section 345(b) would lead to needless inconvenience and inefficiencies in the management of the Company's business.  Moreover, a bond secured by the undertaking of a corporate surety would be prohibitively expensive (if such a bond could be obtained at all). Accordingly, there is justification for the Court to grant an extension of forty-five (45) days for the Debtors to comply with, or to waive, the requirements of section 345(b).  On or before the expiration of such extension period, the Debtors will seek an additional extension of time, if necessary, to comply with, or seek a waiver of, the requirements of section 345(b) with respect to the Bank Accounts.

### **Reservation of Rights**

62.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action which may exist against any

31

creditor or interest holder; or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code. Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as an admission to the validity of any claim or a waiver of the Debtors' rights to subsequently dispute such claim.

### Debtors Have Satisfied Bankruptcy Rule 6003(b)

63.   Bankruptcy Rule 6003(b) provides that, to the extent relief is necessary to avoid immediate and irreparable harm, a bankruptcy court may issue an order granting "a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition" before twenty-one (21) days after filing of the petition. The Cash Management System is critical to the Debtors' ongoing operations. Modifications of and disruptions to the Cash Management System likely would cause large-scale payment delays and impair the Debtors' origination and servicing operations. Additionally, changes to the Cash Management System could impair the Debtors' ability to obtain important financial information in a timely manner. Ultimately, these outcomes would cause a diminution in the value of the Debtors' estates, which would have a negative impact on all parties in interest. Accordingly, the Debtors submit that the relief requested herein is necessary to avoid immediate and irreparable harm, and, therefore, Bankruptcy Rule 6003(b) is satisfied.

### Bankruptcy Rules 6004(a) and (h)

64.   To implement the foregoing successfully, the Debtors request that the Court find that notice of the Motion is adequate under Bankruptcy Rule 6004(a) under the circumstances, and waive the fourteen (14) day stay of an order authorizing the use, sale, or lease

WEIL:\96913998\1\41703.0010

of property under Bankruptcy Rule 6004(h). As explained above and in the Lombardo Declaration, the relief requested herein is necessary to avoid immediate and irreparable harm to the Debtors. Accordingly, ample cause exists to justify finding that the notice requirements under Bankruptcy Rule 6004(a) have been satisfied and to grant a waiver of the fourteen (14) day stay imposed by Bankruptcy Rule 6004(h), to the extent such notice requirements and such stay apply.

### <u>Notice</u>

65.     Notice of this Motion has been provided to (i) William K. Harrington, U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, New York 10014 (Attn:  Greg M. Zipes and Benjamin J. Higgins) (the "**U.S. Trustee**"); (ii) the Debtors' five (5) largest secured creditors on a consolidated basis; (iii) the Debtors' forty (40) largest unsecured creditors on a consolidated basis; (iv) the Internal Revenue Service; (v) the United States Attorney's Office for the Southern District of New York; (vi) counsel to the Prepetition Term Loan Agent, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Brian M. Resnick and Michelle M. McGreal); (vii) counsel to the Term Loan Ad Hoc Group, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (Attn: Patrick J. Nash and Gregory F. Pesce); (viii)  Wilmington Savings Fund Society, FSB, as trustee under that certain Indenture for 9.0% Second Lien Senior Subordinated PIK Toggle Notes due 2024, 500 Delaware Avenue, Wilmington, Delaware 19801 (Attn: Corporate Trust, Walter Investment); (ix) counsel to the Second Lien Ad Hoc Group, Milbank, Tweed, Hadley & McCloy LLP, 2029 Century Park East, Los Angeles, California 90067 (Attn: Gregory A. Bray and Melainie K. Mansfield); (x) counsel to Barclays Bank PLC, as DIP Agent, and Barclays Capital Inc., as DIP lender, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 (Attn: Sarah M. Ward, Mark A. McDermott, and Melissa Tiarks); (xi)

counsel to Nomura Corporate Funding Americas, LLC, Alston & Bird LLP, 90 Park Avenue, 15th Floor, New York, New York 10016 (Attn: Karen Gelernt and Ronald Klein) and Jones Day LLP, 250 Vesey Street, New York, New York 10281 (Attn: Ben Rosenblum); (xii) the Banks; (xiii) the Securities and Exchange Commission; (xiv) counsel to Fannie Mae, O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California 90071 (Attn: Stephen Warren, Jennifer Taylor, and Darren Patrick); (xv) counsel to Freddie Mac, McKool Smith PC, 600 Travis St., Suite 7000, Houston, Texas 77002 (Attn: Paul D. Moak); and (xvi) U.S. Department of Housing and Urban Development, 451 Seventh St., SW, Room 9250, Washington, DC 20410 (Attn: Lisa Mulrain, Assistant General Counsel, Office of General Counsel, Finance Division) (collectively, the "**Notice Parties**"). The Debtors respectfully submit that no further notice is required

66.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

*[Remainder of page intentionally left blank]*

WEIL:\96913998\1\41703.0010

WHEREFORE the Debtors respectfully request entry of interim and final orders granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: February 11, 2019
   New York, New York

       /s/ Sunny Singh
       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone:  (212) 310-8000
       Facsimile:   (212) 310-8007
       Ray C. Schrock, P.C.
       Sunny Singh

       *Proposed Attorneys for Debtors*
       *and Debtors in Possession*

WEIL:\96913998\1\41703.0010

**<u>Exhibit A</u>**

**Proposed Interim Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                    :
In re                                               :        Chapter 11
                                                    :
DITECH HOLDING CORPORATION, *et al.*,               :        Case No. 19-[_____] (___)
                                                    :
                    Debtors.[1]                     :        (Jointly Administered)
                                                    :
-------------------------------------------------------------X

<div align="center">

### INTERIM ORDER AUTHORIZING
### DEBTORS TO (I) CONTINUE USING EXISTING
### CASH MANAGEMENT SYSTEM, BANK ACCOUNTS,
### AND BUSINESS FORMS, (II) IMPLEMENT CHANGES TO THE CASH
### MANAGEMENT SYSTEM IN THE ORDINARY COURSE OF BUSINESS,
### (III) CONTINUE INTERCOMPANY TRANSACTIONS, (IV) PROVIDE
### ADMINISTRATIVE EXPENSE PRIORITY FOR POSTPETITION INTERCOMPANY
### CLAIMS, (V) EXTEND TIME TO COMPLY WITH, OR SEEK WAIVER OF,
### 11 U.S.C. § 345(b), AND (VI) GRANTING RELATED RELIEF

</div>

Upon the motion (the "**Motion**")[2] of Ditech Holding Corporation and its debtor

affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), pursuant to sections 105(a), 345(b), 363, 364, 503, and 507 of title

11 of the United States Code (the "**Bankruptcy Code**"), for an order authorizing the Debtors to

(i) continue their existing cash management system, including the continued maintenance of their

existing bank accounts and business forms; (ii) implement changes to their cash management

system in the ordinary course of business, including opening new or closing existing bank

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2]   Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

accounts; (iii) continue to perform under and honor intercompany transactions in the ordinary course of business, in their business judgment and at their sole discretion; (iv) provide administrative expense priority for postpetition intercompany claims; (v) extend the time to comply with section 345(b) of the Bankruptcy Code by forty-five (45) days (or such later time as may be agreed to by the U.S. Trustee or as approved by the Court) or seek a waiver thereof; and for related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion on an interim basis (the "**Hearing**"); and upon the Lombardo Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors and their estates as contemplated by Bankruptcy Rule 6003, and is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

1.    The Motion is granted on an interim basis to the extent set forth herein.

## Cash Management Practices

2.      The Debtors are authorized and empowered pursuant to sections 105(a), 363, 364, 503, and 507 to continue using their integrated cash management system described in the Motion (the "**Cash Management System**") and to collect, concentrate, and disburse cash in accordance with the Cash Management System, including intercompany funding among the Company's affiliates.

3.      The Debtors are authorized to implement changes to the Cash Management System in the ordinary course of business, including the opening of any new bank accounts and the closing of any existing bank accounts (the "**Bank Accounts**") as they may deem necessary and appropriate and with the prior written consent of the DIP Agent (as defined in the Interim DIP Order);[3] _provided that_, (A) the Debtors shall at all times comply with paragraphs 16 through 20 of this Interim Order, the provisions of the Interim DIP Order, and the DIP Documents (as defined in the Interim DIP Order) (B) any such new account is with a bank that is (i) insured with the Federal Deposit Insurance Corporation or the Federal Savings and Loan Insurance Corporation and (ii) designated as an authorized depository by the U.S. Trustee pursuant to the UST Guidelines; and (C) the Debtors shall provide notice to the U.S. Trustee of the opening of such account or any other changes to the Cash Management System.

4.      The relief, rights, and responsibilities provided for in this Interim Order shall be deemed to apply to any and all Bank Accounts maintained in the Debtors' names, including any new bank accounts, whether or not such Bank Accounts are identified on **Exhibit**

---

[3]     The "**Interim DIP Order**" means an interim order entered by the Court approving the _Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C.§§ 105, 361, 362, 363, 364, 507, 546, 548, 555, 559 and 561 (A) Authorizing Debtors to Enter into Repurchase Agreement Facilities, Servicer Advance Facilities and Related Documents; (B) Authorizing Debtors to Sell Mortgage Loans and Servicer Advance Receivables in the Ordinary Course of Business; (C) Granting Back-Up Liens and Superpriority Administrative Expense Claims; (D) Authorizing Use of Cash Collateral and Granting Adequate Protection; (E) Modifying the Automatic Stay; (F) Scheduling a Final Hearing; and (G) Granting Related Relief_ (the "**DIP Motion**").

**B** to the Motion, and any Banks at which new accounts are opened shall be subject to the rights and obligations of this Interim Order.

5.      For the avoidance of doubt, the Debtors are authorized to continue operating and maintaining the Custodial Accounts in connection with, and pursuant to the terms of, the Ditech Servicing Agreements and the RMS Servicing Agreements.

6.      The Debtors are authorized to (i) continue to use, with the same account numbers, all of the Bank Accounts in existence as of the Commencement Date, including those accounts identified on **Exhibit B** to the Motion;  (ii) treat the Bank Accounts for all purposes as accounts of the Debtors as debtors in possession; (iii) use, in their present form, all correspondence and business forms (including, but not limited to, checks, invoices, and letterhead) (collectively, the "**Business Forms**") as well as all other documents related to the Bank Accounts existing immediately before the Commencement Date, without reference to the Debtors' status as debtors in possession; provided that in the event the Debtors generate new Business Forms during the pendency of these chapter 11 cases, such Business Forms shall include a legend referring to the Debtors as "Debtors-In-Possession," and, to the extent practicable, the Debtors shall laser print such legend on any Business Forms electronically generated during these chapter 11 cases.

7.      The Debtors are authorized and empowered to continue performing under and honoring Intercompany Transactions in the ordinary course of business; provided that the Debtors shall (i) keep records of any postpetition Intercompany Transactions that occur during these chapter 11 cases and (ii) implement accounting procedures to identify and distinguish between prepetition and postpetition Intercompany Transactions.

WEIL:\96913998\1\41703.0010

8.      In accordance with sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code, all Intercompany Claims arising after the Commencement Date shall be accorded administrative expense priority.

9.      Except as otherwise expressly provided in this Interim Order, all Banks are authorized to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors in possession, without interruption and in the ordinary course, and to receive, process, honor, and pay any and all checks, drafts, wires, and ACH transfers issued or initiated by or on behalf of the Debtors (to the extent the Debtors have sufficient funds, whether deposited prior to or after the Commencement Date in the requisite Bank Account or otherwise available to cover and permit payment thereof) after the Commencement Date; provided that any payments drawn, issued, or made prior to the Commencement Date shall not be honored by the Banks absent receipt of direction from the Debtors and entry of a separate order of the Court authorizing such prepetition payment.

10.      The Banks are authorized to charge and the Debtors are authorized to pay and honor, or allow to be deducted from the applicable Bank Account, both prepetition and postpetition service and other fees, costs, charges, and expenses to which the Banks may be entitled to under the terms of and in accordance with their contractual arrangements with the Debtors (collectively, the "**Bank Fees**").

11.      Each of the Banks is authorized to debit the Bank Accounts in the ordinary course of business without need for further order of this Court for:  (i) all checks, items, and other payment orders drawn on the Bank Accounts that are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Bank's receipt of notice of the commencement of these chapter 11 cases; (ii) all checks, ACH entries, wire transfers, other

WEIL:\96913998\1\41703.0010

electronic transfers, and other items deposited or credited to any of the Bank Accounts prior to the Commencement Date that have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtors were responsible for such costs and fees prior to the Commencement Date; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Banks on account of (y) Bank Fees for the maintenance of the Cash Management System or (z) repayment for advances made by the Banks on behalf of the Debtors in connection with ACH disbursement transactions.

12.     As of the Commencement Date, the Banks may rely on the representations of the Debtors with respect to whether any check, item, or other payment order drawn or issued by the Debtors prior to the Commencement Date should be honored pursuant to this or any other order of this Court, and such Bank shall not have any liability to any party for relying on such representations by the Debtor as provided for herein, and shall not be liable to any party on account of (i) following the Debtors' representations, instructions, directions, or presentations as to any order of the Court (without any duty of further inquiry); (ii) honoring of any prepetition checks, drafts, wires, or ACH payments in a good faith belief or upon a representation by the Debtors that the Court has authorized such prepetition check, draft, wire, or ACH payment; or (iii) an innocent mistake made despite implementation of reasonable handling procedures.

13.     The Banks' setoff rights under section 553 of the Bankruptcy Code and applicable non-bankruptcy law are hereby expressly preserved.

14.     The Banks are authorized to modify or terminate the Bank Accounts or related services in accordance with the terms of the agreements that govern such Bank Accounts or related services, subject to the Banks' compliance with applicable non-bankruptcy law;

6

provided that the Banks shall provide thirty (30) days' written notice to the Debtors (who shall, in turn, provide a copy of such notice to the DIP Agent (as defined in the Interim DIP Order) following receipt thereof) and the U.S. Trustee before modifying or terminating the Bank Accounts or related services.

15.     The Debtors shall have forty-five (45) days (or such additional time to which the U.S. Trustee may agree) from the entry of this Interim Order to either comply with section 345(b) of the Bankruptcy Code or to make such other arrangements as agreed to by the U.S. Trustee or approved by the Court; provided that such extension is without prejudice to the Debtors' right to request a further extension or the waiver of the requirements of section 345(b) of the Bankruptcy Code.

### DIP Cash Management[4]

16.     The Debtors shall, and shall cause their non-Debtor affiliates to, handle Cash Collateral of the Prepetition 1L/2L Parties and DIP Collateral consistent with past practice and shall not change their cash management practices in any way that could result in DIP Collateral being deposited into any Bank Accounts that are subject to the Prepetition 1L/2L Security Interests or the Adequate Protection Liens.  In the event any deposit or transfer of DIP Collateral is made to a Bank Account that is not subject to DIP Liens, the DIP Liens shall be preserved and such amounts shall be deemed to be held in trust for the DIP Credit Parties.

17.     Any and all cash collateral or other DIP Collateral of any of the DIP Credit Parties (including haircut amounts) shall be deposited into one or more custodial accounts subject to the DIP Liens (the "**DIP Custodial Accounts**") no later than two (2) business days after receipt thereof.  Commencing on the date occurring no later than fifteen (15) calendar days

---

[4]     Capitalized terms used but not otherwise defined in this section shall have the respective meanings ascribed to such terms in the Interim DIP Order.

WEIL:\96913998\1\41703.0010

following the Commencement Date (or such later date agreed to by the DIP Agent), (i) RMS shall have opened a segregated liquidity account subject to the DIP Liens (the "**RMS DIP Liquidity Account**") with a financial institution that is reasonably acceptable to the DIP Agent and (ii) any funds in the RMS DIP Custodial Account in excess of the amounts required (x) to be applied to repay RMS's outstanding obligations under the DIP Documents and (y) to make a Specified RMS Settlement Account Transfer (as defined below) shall be transferred on a daily basis into the RMS DIP Liquidity Account. Notwithstanding anything to the contrary herein, in the event funds not constituting DIP Collateral are paid from the RMS loan settlement account (Wells Fargo Account No. 0415) to the relevant DIP Credit Parties to make a repayment on account of RMS's outstanding obligations under the DIP Documents (each a "**RMS Loan Settlement Account DIP Repayment**"), then, on the same date of such repayment, RMS shall be permitted to transfer to the RMS loan settlement account (Wells Fargo Account No. 0415) (i) funds from the RMS DIP Custodial Account in an amount equal to such RMS Loan Settlement Account DIP Repayment (any such permitted transfer, a "**Specified RMS Settlement Account Transfer**") and (ii) any related "haircut" amounts only to the extent that RMS is in compliance with the requisite liquidity covenants as set forth in the DIP Documents and the conditions set forth in clauses (i) and (ii) of paragraph 19 of this Interim Order.

18.     Each of Ditech Financial and RMS must at all times comply with its minimum liquidity covenant set forth in the DIP Documents, which covenant may be satisfied by such Debtor with a combination of (i) any unrestricted cash and cash equivalents of such Debtor, which may include cash and cash equivalents on deposit in any Bank Accounts of such Debtor subject to the Prepetition 1L/2L Security Interests or the Adequate Protection Liens (but only to the extent such Debtor is authorized to use such cash collateral in the ordinary course of its

WEIL:\96913998\1\41703.0010

business pursuant to the DIP Orders) and (ii) in the case of RMS, cash in the RMS DIP Liquidity Account.

19.     RMS shall not transfer, or permit or cause to be transferred, any funds from its Bank Accounts that are subject to DIP Liens, including the RMS DIP Liquidity Account (other than (x) to repay its obligations under the DIP Facilities or (y) to the extent needed to make a Specified RMS Settlement Account Transfer) unless, after giving effect to such transfers: (i) no default or event of default under the DIP Facilities has occurred and is continuing under any of the DIP Documents or would result therefrom and (ii) the aggregate amount of the funds in the RMS DIP Liquidity Account is at least $15 million at all times (for purposes of such calculation, excluding any amounts deposited to account for margin deficits or to otherwise satisfy any purchased assets/collateral coverage test under any DIP Facility).

20.     Ditech Financial shall not transfer, or permit or cause to be transferred, any funds from its Bank Accounts that are subject to DIP Liens (other than to repay its obligations under the DIP Facilities) unless after giving effect to such transfers, no default or event of default under the DIP Facilities has occurred and is continuing under any of the DIP Documents or would result therefrom.  For the avoidance of doubt, nothing contained herein shall affect the manner in which Ditech Financial manages cash in the ordinary course of business with respect to the Servicing Advances.

21.     In the event of any inconsistency between the terms and conditions of the DIP Documents (as defined in the Interim DIP Order), the Interim DIP Order, or paragraphs 16 through 20 of this Interim Order, the provisions of paragraphs 16 through 20 of this Interim Order shall govern and control solely to the extent of any inconsistency.

WEIL:\96913998\1\41703.0010

## General Provisions

22.     As soon as practicable after the entry of this Interim Order, the Debtors shall serve a copy of this Interim Order on those Banks that make disbursements pursuant to the Debtors' Cash Management System.

23.     Nothing in the Motion or this Interim Order shall be deemed to authorize the Debtors to accelerate any payments not otherwise due prior to the date of the final hearing to consider the relief requested in the Motion (the "**Final Hearing**").

24.     Nothing contained in the Motion or this Interim Order, nor any payment made pursuant to the authority granted by this Interim Order, shall constitute or be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action which may exist against any creditor or interest holder; or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

25.     Notwithstanding anything to the contrary contained herein or in the Motion, any payment, obligation or other relief authorized by this Interim Order shall be subject to and limited by the requirements imposed on the Debtors under the terms of any interim and/or final orders approving the DIP Motion, as may be amended or superseded from time to time, or any budget in connection therewith, entered by the Court in these chapter 11 cases, other than with respect to the Banks' rights contained in paragraphs 10 and 11 of this Interim Order which shall not be affected by any interim and/or final orders approving the DIP Motion.

WEIL:\96913998\1\41703.0010

26.     Except as otherwise set forth herein, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

27.     The requirements of Bankruptcy Rule 6003(b) have been satisfied.

28.     Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

29.     Notwithstanding Bankruptcy Rule 6004(h), this Interim Order shall be immediately effective and enforceable upon its entry.

30.     The Final Hearing shall be held on _____, 2019, at _____ **(Prevailing Eastern Time)** and any objections or responses to the Motion shall be in writing, filed with the Court, and served in accordance with the Case Management Order.

31.     This Interim Order is effective only from the date of entry through this Court's disposition of the Motion on a final basis; provided that the Court's ultimate disposition of the Motion on a final basis shall not impair or otherwise affect any action taken pursuant to this Interim Order.

32.     The Debtors are authorized to take all action necessary to effectuate the relief granted in this Interim Order.

33.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Interim Order.

Dated: _____, 2019
      New York, New York

                           _____
                           UNITED STATES BANKRUPTCY JUDGE

WEIL:\96913998\1\41703.0010

## **Exhibit B**

**Bank Accounts**

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| **Cash and Cash Equivalents** | | | | |
| 1 | Ditech Financial LLC | Citibank | 5011 | Operating |
| 2 | Ditech Financial LLC | Citibank | 5118 | Operating |
| 3 | Ditech Financial LLC | Citibank | 5177 | Operating |
| 4 | DF Insurance Agency LLC | Citibank | 8175 | Operating |
| 5 | Ditech Holding Corporation | Citibank | 8183 | Operating |
| 6 | Ditech Financial LLC | Wells Fargo | 4001 | Operating |
| 7 | Reverse Mortgage Solutions, Inc | Texas Capital Bank | 0966 | Operating |
| 8 | Reverse Mortgage Solutions, Inc | Texas Capital Bank | 1223 | Operating |
| 9 | Mortgage Asset Systems LLC | Wells Fargo | 0340 | Operating |
| 10 | REO Management Solutions, LLC | Wells Fargo | 0698 | Operating |
| 11 | REO Management Solutions, LLC | Wells Fargo | 8797 | Operating |
| 12 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0415 | Operating |
| 13 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0970 | Operating |
| 14 | Reverse Mortgage Solutions, Inc | Wells Fargo | 7250 | Operating |
| 15 | Reverse Mortgage Solutions, Inc | Wells Fargo | 7766 | Operating |
| 16 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8212 | Operating |
| **Custodial and Other Bank Accounts Not Included In Cash and Cash Equivalents** | | | | |
| 17 | Ditech Financial LLC | BNY Mellon | 0168 | Operating |
| 18 | Ditech Financial LLC | BNY Mellon | 2213 | Operating |
| 19 | Ditech Financial LLC | BNY Mellon | 6249 | Operating |
| 20 | Ditech Financial LLC | BNY Mellon | 7652 | Operating |
| 21 | Ditech Financial LLC | BNY Mellon | 9014 | Operating |
| 22 | Ditech Financial LLC | BNY Mellon | 3686 | Custodial |
| 23 | Ditech Financial LLC | BNY Mellon | 4454 | Custodial |
| 24 | Ditech Financial LLC | BNY Mellon | 4500 | Custodial |
| 25 | Ditech Financial LLC | BNY Mellon | 6380 | Custodial |
| 26 | Ditech Financial LLC | BNY Mellon | 6381 | Custodial |
| 27 | Ditech Financial LLC | BNY Mellon | 6382 | Custodial |
| 28 | Ditech Financial LLC | BNY Mellon | 6383 | Custodial |
| 29 | Ditech Financial LLC | BNY Mellon | 6384 | Custodial |
| 30 | Ditech Financial LLC | BNY Mellon | 6385 | Custodial |
| 31 | Ditech Financial LLC | BNY Mellon | 6386 | Custodial |

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|----|---------------|------------------------|----------|-----------|
| 32 | Ditech Financial LLC | BNY Mellon | 6387 | Custodial |
| 33 | Ditech Financial LLC | BNY Mellon | 6388 | Custodial |
| 34 | Ditech Financial LLC | BNY Mellon | 6389 | Custodial |
| 35 | Ditech Financial LLC | BNY Mellon | 6390 | Custodial |
| 36 | Ditech Financial LLC | BNY Mellon | 6391 | Custodial |
| 37 | Ditech Financial LLC | BNY Mellon | 6392 | Custodial |
| 38 | Ditech Financial LLC | BNY Mellon | 5462 | Custodial |
| 39 | Ditech Financial LLC | BNY Mellon | 5463 | Custodial |
| 40 | Ditech Financial LLC | BNY Mellon | 5464 | Custodial |
| 41 | Ditech Financial LLC | BNY Mellon | 1604 | Custodial |
| 42 | Ditech Financial LLC | BNY Mellon | 1607 | Custodial |
| 43 | Ditech Financial LLC | BNY Mellon | 1624 | Custodial |
| 44 | Ditech Financial LLC | BNY Mellon | 1627 | Custodial |
| 45 | Ditech Financial LLC | BNY Mellon | 3028 | Custodial |
| 46 | Ditech Financial LLC | BNY Mellon | 3029 | Custodial |
| 47 | Ditech Financial LLC | BNY Mellon | 3750 | Custodial |
| 48 | Ditech Financial LLC | BNY Mellon | 3751 | Custodial |
| 49 | Ditech Financial LLC | BNY Mellon | 3752 | Custodial |
| 50 | Ditech Financial LLC | BNY Mellon | 3753 | Custodial |
| 51 | Ditech Financial LLC | BNY Mellon | 3754 | Custodial |
| 52 | Ditech Financial LLC | BNY Mellon | 3755 | Custodial |
| 53 | Ditech Financial LLC | BNY Mellon | 3773 | Custodial |
| 54 | Ditech Financial LLC | BNY Mellon | 3774 | Custodial |
| 55 | Ditech Financial LLC | BNY Mellon | 4097 | Custodial |
| 56 | Ditech Financial LLC | BNY Mellon | 4098 | Custodial |
| 57 | Ditech Financial LLC | BNY Mellon | 4101 | Custodial |
| 58 | Ditech Financial LLC | BNY Mellon | 4103 | Custodial |
| 59 | Ditech Financial LLC | BNY Mellon | 4105 | Custodial |
| 60 | Ditech Financial LLC | BNY Mellon | 4106 | Custodial |
| 61 | Ditech Financial LLC | BNY Mellon | 4107 | Custodial |
| 62 | Ditech Financial LLC | BNY Mellon | 4108 | Custodial |
| 63 | Ditech Financial LLC | BNY Mellon | 4109 | Custodial |
| 64 | Ditech Financial LLC | BNY Mellon | 4114 | Custodial |
| 65 | Ditech Financial LLC | BNY Mellon | 4115 | Custodial |
| 66 | Ditech Financial LLC | BNY Mellon | 4116 | Custodial |
| 67 | Ditech Financial LLC | BNY Mellon | 4118 | Custodial |
| 68 | Ditech Financial LLC | BNY Mellon | 4119 | Custodial |
| 69 | Ditech Financial LLC | BNY Mellon | 4121 | Custodial |
| 70 | Ditech Financial LLC | BNY Mellon | 4122 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 71 | Ditech Financial LLC | BNY Mellon | 4124 | Custodial |
| 72 | Ditech Financial LLC | BNY Mellon | 4125 | Custodial |
| 73 | Ditech Financial LLC | BNY Mellon | 4127 | Custodial |
| 74 | Ditech Financial LLC | BNY Mellon | 4130 | Custodial |
| 75 | Ditech Financial LLC | BNY Mellon | 4131 | Custodial |
| 76 | Ditech Financial LLC | BNY Mellon | 4132 | Custodial |
| 77 | Ditech Financial LLC | BNY Mellon | 4133 | Custodial |
| 78 | Ditech Financial LLC | BNY Mellon | 4134 | Custodial |
| 79 | Ditech Financial LLC | BNY Mellon | 4136 | Custodial |
| 80 | Ditech Financial LLC | BNY Mellon | 4137 | Custodial |
| 81 | Ditech Financial LLC | BNY Mellon | 4138 | Custodial |
| 82 | Ditech Financial LLC | BNY Mellon | 4139 | Custodial |
| 83 | Ditech Financial LLC | BNY Mellon | 4140 | Custodial |
| 84 | Ditech Financial LLC | BNY Mellon | 4142 | Custodial |
| 85 | Ditech Financial LLC | BNY Mellon | 4143 | Custodial |
| 86 | Ditech Financial LLC | BNY Mellon | 4144 | Custodial |
| 87 | Ditech Financial LLC | BNY Mellon | 4435 | Custodial |
| 88 | Ditech Financial LLC | BNY Mellon | 4436 | Custodial |
| 89 | Ditech Financial LLC | BNY Mellon | 4639 | Custodial |
| 90 | Ditech Financial LLC | BNY Mellon | 4641 | Custodial |
| 91 | Ditech Financial LLC | BNY Mellon | 4642 | Custodial |
| 92 | Ditech Financial LLC | BNY Mellon | 4726 | Custodial |
| 93 | Ditech Financial LLC | BNY Mellon | 4727 | Custodial |
| 94 | Ditech Financial LLC | BNY Mellon | 4728 | Custodial |
| 95 | Ditech Financial LLC | BNY Mellon | 5713 | Custodial |
| 96 | Ditech Financial LLC | BNY Mellon | 5714 | Custodial |
| 97 | Ditech Financial LLC | BNY Mellon | 5715 | Custodial |
| 98 | Ditech Financial LLC | BNY Mellon | 5727 | Custodial |
| 99 | Ditech Financial LLC | BNY Mellon | 0376 | Custodial |
| 100 | Ditech Financial LLC | BNY Mellon | 0377 | Custodial |
| 101 | Ditech Financial LLC | BNY Mellon | 0378 | Custodial |
| 102 | Ditech Financial LLC | BNY Mellon | 0379 | Custodial |
| 103 | Ditech Financial LLC | BNY Mellon | 0380 | Custodial |
| 104 | Ditech Financial LLC | BNY Mellon | 0381 | Custodial |
| 105 | Ditech Financial LLC | BNY Mellon | 0382 | Custodial |
| 106 | Ditech Financial LLC | BNY Mellon | 0383 | Custodial |
| 107 | Ditech Financial LLC | BNY Mellon | 0384 | Custodial |
| 108 | Ditech Financial LLC | BNY Mellon | 0385 | Custodial |
| 109 | Ditech Financial LLC | BNY Mellon | 0386 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 110 | Ditech Financial LLC | BNY Mellon | 0387 | Custodial |
| 111 | Ditech Financial LLC | BNY Mellon | 0388 | Custodial |
| 112 | Ditech Financial LLC | BNY Mellon | 0389 | Custodial |
| 113 | Ditech Financial LLC | BNY Mellon | 0390 | Custodial |
| 114 | Ditech Financial LLC | BNY Mellon | 0391 | Custodial |
| 115 | Ditech Financial LLC | BNY Mellon | 5801 | Custodial |
| 116 | Ditech Financial LLC | BNY Mellon | 5802 | Custodial |
| 117 | Ditech Financial LLC | BNY Mellon | 5803 | Custodial |
| 118 | Ditech Financial LLC | BNY Mellon | 5804 | Custodial |
| 119 | Ditech Financial LLC | BNY Mellon | 5911 | Custodial |
| 120 | Ditech Financial LLC | BNY Mellon | 5912 | Custodial |
| 121 | Ditech Financial LLC | BNY Mellon | 5914 | Custodial |
| 122 | Ditech Financial LLC | BNY Mellon | 5917 | Custodial |
| 123 | Ditech Financial LLC | BNY Mellon | 4167 | Custodial |
| 124 | Ditech Financial LLC | BNY Mellon | 5244 | Custodial |
| 125 | Ditech Financial LLC | Citibank | 5038 | Custodial |
| 126 | Ditech Financial LLC | Citibank | 5046 | Custodial |
| 127 | Ditech Financial LLC | Citibank | 5054 | Custodial |
| 128 | Ditech Financial LLC | Citibank | 5062 | Custodial |
| 129 | Ditech Financial LLC | Citibank | 5089 | Custodial |
| 130 | Ditech Financial LLC | Citibank | 5097 | Custodial |
| 131 | Ditech Financial LLC | Citibank | 5126 | Custodial |
| 132 | Ditech Financial LLC | Citibank | 5134 | Custodial |
| 133 | Ditech Financial LLC | Citibank | 5142 | Custodial |
| 134 | Ditech Financial LLC | Citibank | 5169 | Custodial |
| 135 | Ditech Financial LLC | Citibank | 5185 | Custodial |
| 136 | Ditech Financial LLC | Citibank | 5193 | Custodial |
| 137 | Ditech Financial LLC | Citibank | 5206 | Custodial |
| 138 | Ditech Financial LLC | Citibank | 5214 | Custodial |
| 139 | Ditech Financial LLC | Citibank | 5222 | Custodial |
| 140 | Ditech Financial LLC | Citibank | 5249 | Custodial |
| 141 | Ditech Financial LLC | Citibank | 5257 | Custodial |
| 142 | Ditech Financial LLC | Citibank | 5265 | Custodial |
| 143 | Ditech Financial LLC | Citibank | 5273 | Custodial |
| 144 | Ditech Financial LLC | Citibank | 5281 | Custodial |
| 145 | Ditech Financial LLC | Citibank | 5329 | Custodial |
| 146 | Ditech Financial LLC | Citibank | 5337 | Custodial |
| 147 | Ditech Financial LLC | Citibank | 5345 | Custodial |
| 148 | Ditech Financial LLC | Citibank | 5353 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 149 | Ditech Financial LLC | Citibank | 5361 | Custodial |
| 150 | Ditech Financial LLC | Citibank | 5388 | Custodial |
| 151 | Ditech Financial LLC | Citibank | 5396 | Custodial |
| 152 | Ditech Financial LLC | Citibank | 5409 | Custodial |
| 153 | Ditech Financial LLC | Citibank | 5417 | Custodial |
| 154 | Ditech Financial LLC | Citibank | 5425 | Custodial |
| 155 | Ditech Financial LLC | Citibank | 5433 | Custodial |
| 156 | Ditech Financial LLC | Citibank | 5441 | Custodial |
| 157 | Ditech Financial LLC | Citibank | 5468 | Custodial |
| 158 | Ditech Financial LLC | Citibank | 5476 | Custodial |
| 159 | Ditech Financial LLC | Citibank | 5484 | Custodial |
| 160 | Ditech Financial LLC | Citibank | 5492 | Custodial |
| 161 | Ditech Financial LLC | Citibank | 5505 | Custodial |
| 162 | Ditech Financial LLC | Citibank | 5513 | Custodial |
| 163 | Ditech Financial LLC | Citibank | 5521 | Custodial |
| 164 | Ditech Financial LLC | Citibank | 5548 | Custodial |
| 165 | Ditech Financial LLC | Citibank | 5556 | Custodial |
| 166 | Ditech Financial LLC | Citibank | 5564 | Custodial |
| 167 | Ditech Financial LLC | Citibank | 5572 | Custodial |
| 168 | Ditech Financial LLC | Citibank | 5599 | Custodial |
| 169 | Ditech Financial LLC | Citibank | 5601 | Custodial |
| 170 | Ditech Financial LLC | Citibank | 5628 | Custodial |
| 171 | Ditech Financial LLC | Citibank | 5636 | Custodial |
| 172 | Ditech Financial LLC | Citibank | 5644 | Custodial |
| 173 | Ditech Financial LLC | Citibank | 5679 | Custodial |
| 174 | Ditech Financial LLC | Citibank | 5687 | Custodial |
| 175 | Ditech Financial LLC | Citibank | 5695 | Custodial |
| 176 | Ditech Financial LLC | Citibank | 5708 | Custodial |
| 177 | Ditech Financial LLC | Citibank | 5716 | Custodial |
| 178 | Ditech Financial LLC | Citibank | 5724 | Custodial |
| 179 | Ditech Financial LLC | Citibank | 5732 | Custodial |
| 180 | Ditech Financial LLC | Citibank | 5759 | Custodial |
| 181 | Ditech Financial LLC | Citibank | 5767 | Custodial |
| 182 | Ditech Financial LLC | Citibank | 5775 | Custodial |
| 183 | Ditech Financial LLC | Citibank | 5783 | Custodial |
| 184 | Ditech Financial LLC | Citibank | 5791 | Custodial |
| 185 | Ditech Financial LLC | Citibank | 5804 | Custodial |
| 186 | Ditech Financial LLC | Citibank | 5812 | Custodial |
| 187 | Ditech Financial LLC | Citibank | 5839 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 188 | Ditech Financial LLC | Citibank | 5847 | Custodial |
| 189 | Ditech Financial LLC | Citibank | 5855 | Custodial |
| 190 | Ditech Financial LLC | Citibank | 5863 | Custodial |
| 191 | Ditech Financial LLC | Citibank | 5871 | Custodial |
| 192 | Ditech Financial LLC | Citibank | 5898 | Custodial |
| 193 | Ditech Financial LLC | Citibank | 5919 | Custodial |
| 194 | Ditech Financial LLC | Citibank | 5927 | Custodial |
| 195 | Ditech Financial LLC | Citibank | 5935 | Custodial |
| 196 | Ditech Financial LLC | Citibank | 5943 | Custodial |
| 197 | Ditech Financial LLC | Citibank | 5951 | Custodial |
| 198 | Ditech Financial LLC | Citibank | 5978 | Custodial |
| 199 | Ditech Financial LLC | Citibank | 5986 | Custodial |
| 200 | Ditech Financial LLC | Citibank | 5994 | Custodial |
| 201 | Ditech Financial LLC | Citibank | 6006 | Custodial |
| 202 | Ditech Financial LLC | Citibank | 6014 | Custodial |
| 203 | Ditech Financial LLC | Citibank | 6022 | Custodial |
| 204 | Ditech Financial LLC | Citibank | 6049 | Custodial |
| 205 | Ditech Financial LLC | Citibank | 6057 | Custodial |
| 206 | Ditech Financial LLC | Citibank | 6065 | Custodial |
| 207 | Ditech Financial LLC | Citibank | 6073 | Custodial |
| 208 | Ditech Financial LLC | Citibank | 6081 | Custodial |
| 209 | Ditech Financial LLC | Citibank | 6102 | Custodial |
| 210 | Ditech Financial LLC | Citibank | 6129 | Custodial |
| 211 | Ditech Financial LLC | Citibank | 6137 | Custodial |
| 212 | Ditech Financial LLC | Citibank | 6145 | Custodial |
| 213 | Ditech Financial LLC | Citibank | 6153 | Custodial |
| 214 | Ditech Financial LLC | Citibank | 6161 | Custodial |
| 215 | Ditech Financial LLC | Citibank | 6188 | Custodial |
| 216 | Ditech Financial LLC | Citibank | 6196 | Custodial |
| 217 | Ditech Financial LLC | Citibank | 6209 | Custodial |
| 218 | Ditech Financial LLC | Citibank | 6217 | Custodial |
| 219 | Ditech Financial LLC | Citibank | 6225 | Custodial |
| 220 | Ditech Financial LLC | Citibank | 6233 | Custodial |
| 221 | Ditech Financial LLC | Citibank | 6241 | Custodial |
| 222 | Ditech Financial LLC | Citibank | 6268 | Custodial |
| 223 | Ditech Financial LLC | Citibank | 6276 | Custodial |
| 224 | Ditech Financial LLC | Citibank | 6284 | Custodial |
| 225 | Ditech Financial LLC | Citibank | 6292 | Custodial |
| 226 | Ditech Financial LLC | Citibank | 6305 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 227 | Ditech Financial LLC | Citibank | 6313 | Custodial |
| 228 | Ditech Financial LLC | Citibank | 6321 | Custodial |
| 229 | Ditech Financial LLC | Citibank | 6348 | Custodial |
| 230 | Ditech Financial LLC | Citibank | 6356 | Custodial |
| 231 | Ditech Financial LLC | Citibank | 6364 | Custodial |
| 232 | Ditech Financial LLC | Citibank | 6372 | Custodial |
| 233 | Ditech Financial LLC | Citibank | 6399 | Custodial |
| 234 | Ditech Financial LLC | Citibank | 6401 | Custodial |
| 235 | Ditech Financial LLC | Citibank | 6428 | Custodial |
| 236 | Ditech Financial LLC | Citibank | 6436 | Custodial |
| 237 | Ditech Financial LLC | Citibank | 6444 | Custodial |
| 238 | Ditech Financial LLC | Citibank | 6452 | Custodial |
| 239 | Ditech Financial LLC | Citibank | 6479 | Custodial |
| 240 | Ditech Financial LLC | Citibank | 6487 | Custodial |
| 241 | Ditech Financial LLC | Citibank | 6495 | Custodial |
| 242 | Ditech Financial LLC | Citibank | 6508 | Custodial |
| 243 | Ditech Financial LLC | Citibank | 6516 | Custodial |
| 244 | Ditech Financial LLC | Citibank | 6524 | Custodial |
| 245 | Ditech Financial LLC | Citibank | 6532 | Custodial |
| 246 | Ditech Financial LLC | Citibank | 6559 | Custodial |
| 247 | Ditech Financial LLC | Citibank | 6567 | Custodial |
| 248 | Ditech Financial LLC | Citibank | 6575 | Custodial |
| 249 | Ditech Financial LLC | Citibank | 6583 | Custodial |
| 250 | Ditech Financial LLC | Citibank | 6591 | Custodial |
| 251 | Ditech Financial LLC | Citibank | 6604 | Custodial |
| 252 | Ditech Financial LLC | Citibank | 6612 | Custodial |
| 253 | Ditech Financial LLC | Citibank | 6639 | Custodial |
| 254 | Ditech Financial LLC | Citibank | 6647 | Custodial |
| 255 | Ditech Financial LLC | Citibank | 6655 | Custodial |
| 256 | Ditech Financial LLC | Citibank | 6663 | Custodial |
| 257 | Ditech Financial LLC | Citibank | 6671 | Custodial |
| 258 | Ditech Financial LLC | Citibank | 6698 | Custodial |
| 259 | Ditech Financial LLC | Citibank | 6719 | Custodial |
| 260 | Ditech Financial LLC | Citibank | 6727 | Custodial |
| 261 | Ditech Financial LLC | Citibank | 6735 | Custodial |
| 262 | Ditech Financial LLC | Citibank | 6743 | Custodial |
| 263 | Ditech Financial LLC | Citibank | 6751 | Custodial |
| 264 | Ditech Financial LLC | Citibank | 6778 | Custodial |
| 265 | Ditech Financial LLC | Citibank | 6786 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 266 | Ditech Financial LLC | Citibank | 6794 | Custodial |
| 267 | Ditech Financial LLC | Citibank | 6807 | Custodial |
| 268 | Ditech Financial LLC | Citibank | 6815 | Custodial |
| 269 | Ditech Financial LLC | Citibank | 6823 | Custodial |
| 270 | Ditech Financial LLC | Citibank | 6831 | Custodial |
| 271 | Ditech Financial LLC | Citibank | 6858 | Custodial |
| 272 | Ditech Financial LLC | Citibank | 6866 | Custodial |
| 273 | Ditech Financial LLC | Citibank | 6874 | Custodial |
| 274 | Ditech Financial LLC | Citibank | 6882 | Custodial |
| 275 | Ditech Financial LLC | Citibank | 6903 | Custodial |
| 276 | Ditech Financial LLC | Citibank | 6911 | Custodial |
| 277 | Ditech Financial LLC | Citibank | 6938 | Custodial |
| 278 | Ditech Financial LLC | Citibank | 6946 | Custodial |
| 279 | Ditech Financial LLC | Citibank | 6954 | Custodial |
| 280 | Ditech Financial LLC | Citibank | 6962 | Custodial |
| 281 | Ditech Financial LLC | Citibank | 6989 | Custodial |
| 282 | Ditech Financial LLC | Citibank | 6997 | Custodial |
| 283 | Ditech Financial LLC | Citibank | 7009 | Custodial |
| 284 | Ditech Financial LLC | Citibank | 7017 | Custodial |
| 285 | Ditech Financial LLC | Citibank | 7025 | Custodial |
| 286 | Ditech Financial LLC | Citibank | 7033 | Custodial |
| 287 | Ditech Financial LLC | Citibank | 7041 | Custodial |
| 288 | Ditech Financial LLC | Citibank | 7068 | Custodial |
| 289 | Ditech Financial LLC | Citibank | 7076 | Custodial |
| 290 | Ditech Financial LLC | Citibank | 7084 | Custodial |
| 291 | Ditech Financial LLC | Citibank | 7092 | Custodial |
| 292 | Ditech Financial LLC | Citibank | 7105 | Custodial |
| 293 | Ditech Financial LLC | Citibank | 7113 | Custodial |
| 294 | Ditech Financial LLC | Citibank | 7121 | Custodial |
| 295 | Ditech Financial LLC | Citibank | 7148 | Custodial |
| 296 | Ditech Financial LLC | Citibank | 7156 | Custodial |
| 297 | Ditech Financial LLC | Citibank | 7164 | Custodial |
| 298 | Ditech Financial LLC | Citibank | 7172 | Custodial |
| 299 | Ditech Financial LLC | Citibank | 7199 | Custodial |
| 300 | Ditech Financial LLC | Citibank | 7201 | Custodial |
| 301 | Ditech Financial LLC | Citibank | 7228 | Custodial |
| 302 | Ditech Financial LLC | Citibank | 7236 | Custodial |
| 303 | Ditech Financial LLC | Citibank | 7244 | Custodial |
| 304 | Ditech Financial LLC | Citibank | 7279 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 305 | Ditech Financial LLC | Citibank | 7287 | Custodial |
| 306 | Ditech Financial LLC | Citibank | 7295 | Custodial |
| 307 | Ditech Financial LLC | Citibank | 7308 | Custodial |
| 308 | Ditech Financial LLC | Citibank | 7316 | Custodial |
| 309 | Ditech Financial LLC | Citibank | 7324 | Custodial |
| 310 | Ditech Financial LLC | Citibank | 7332 | Custodial |
| 311 | Ditech Financial LLC | Citibank | 7359 | Custodial |
| 312 | Ditech Financial LLC | Citibank | 7367 | Custodial |
| 313 | Ditech Financial LLC | Citibank | 7375 | Custodial |
| 314 | Ditech Financial LLC | Citibank | 7383 | Custodial |
| 315 | Ditech Financial LLC | Citibank | 7391 | Custodial |
| 316 | Ditech Financial LLC | Citibank | 7404 | Custodial |
| 317 | Ditech Financial LLC | Citibank | 7412 | Custodial |
| 318 | Ditech Financial LLC | Citibank | 7439 | Custodial |
| 319 | Ditech Financial LLC | Citibank | 7447 | Custodial |
| 320 | Ditech Financial LLC | Citibank | 7455 | Custodial |
| 321 | Ditech Financial LLC | Citibank | 7463 | Custodial |
| 322 | Ditech Financial LLC | Citibank | 7471 | Custodial |
| 323 | Ditech Financial LLC | Citibank | 7498 | Custodial |
| 324 | Ditech Financial LLC | Citibank | 7519 | Custodial |
| 325 | Ditech Financial LLC | Citibank | 7527 | Custodial |
| 326 | Ditech Financial LLC | Citibank | 7535 | Custodial |
| 327 | Ditech Financial LLC | Citibank | 7543 | Custodial |
| 328 | Ditech Financial LLC | Citibank | 7551 | Custodial |
| 329 | Ditech Financial LLC | Citibank | 7578 | Custodial |
| 330 | Ditech Financial LLC | Citibank | 7586 | Custodial |
| 331 | Ditech Financial LLC | Citibank | 7594 | Custodial |
| 332 | Ditech Financial LLC | Citibank | 7607 | Custodial |
| 333 | Ditech Financial LLC | Citibank | 7615 | Custodial |
| 334 | Ditech Financial LLC | Citibank | 7623 | Custodial |
| 335 | Ditech Financial LLC | Citibank | 7631 | Custodial |
| 336 | Ditech Financial LLC | Citibank | 7658 | Custodial |
| 337 | Ditech Financial LLC | Citibank | 7666 | Custodial |
| 338 | Ditech Financial LLC | Citibank | 7674 | Custodial |
| 339 | Ditech Financial LLC | Citibank | 7682 | Custodial |
| 340 | Ditech Financial LLC | Citibank | 7703 | Custodial |
| 341 | Ditech Financial LLC | Citibank | 7711 | Custodial |
| 342 | Ditech Financial LLC | Citibank | 7738 | Custodial |
| 343 | Ditech Financial LLC | Citibank | 7746 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 344 | Ditech Financial LLC | Citibank | 7754 | Custodial |
| 345 | Ditech Financial LLC | Citibank | 7762 | Custodial |
| 346 | Ditech Financial LLC | Citibank | 7789 | Custodial |
| 347 | Ditech Financial LLC | Citibank | 7797 | Custodial |
| 348 | Ditech Financial LLC | Citibank | 7818 | Custodial |
| 349 | Ditech Financial LLC | Citibank | 7826 | Custodial |
| 350 | Ditech Financial LLC | Citibank | 7834 | Custodial |
| 351 | Ditech Financial LLC | Citibank | 7842 | Custodial |
| 352 | Ditech Financial LLC | Citibank | 7869 | Custodial |
| 353 | Ditech Financial LLC | Citibank | 7877 | Custodial |
| 354 | Ditech Financial LLC | Citibank | 7885 | Custodial |
| 355 | Ditech Financial LLC | Citibank | 7893 | Custodial |
| 356 | Ditech Financial LLC | Citibank | 7906 | Custodial |
| 357 | Ditech Financial LLC | Citibank | 7914 | Custodial |
| 358 | Ditech Financial LLC | Citibank | 7922 | Custodial |
| 359 | Ditech Financial LLC | Citibank | 7949 | Custodial |
| 360 | Ditech Financial LLC | Citibank | 7957 | Custodial |
| 361 | Ditech Financial LLC | Citibank | 7965 | Custodial |
| 362 | Ditech Financial LLC | Citibank | 2052 | Custodial |
| 363 | Ditech Financial LLC | Citibank | 2079 | Custodial |
| 364 | Ditech Financial LLC | Citibank | 2087 | Custodial |
| 365 | Ditech Financial LLC | Citibank | 2095 | Custodial |
| 366 | Ditech Financial LLC | Citibank | 2108 | Custodial |
| 367 | Ditech Financial LLC | Citibank | 2116 | Custodial |
| 368 | Ditech Financial LLC | Citibank | 2124 | Custodial |
| 369 | Ditech Financial LLC | Citibank | 2132 | Custodial |
| 370 | Ditech Financial LLC | Citibank | 2159 | Custodial |
| 371 | Ditech Financial LLC | Citibank | 2167 | Custodial |
| 372 | Ditech Financial LLC | Citibank | 2175 | Custodial |
| 373 | Ditech Financial LLC | Citibank | 2183 | Custodial |
| 374 | Ditech Financial LLC | Citibank | 2191 | Custodial |
| 375 | Ditech Financial LLC | Citibank | 2204 | Custodial |
| 376 | Ditech Financial LLC | Citibank | 2212 | Custodial |
| 377 | Ditech Financial LLC | Citibank | 2239 | Custodial |
| 378 | Ditech Financial LLC | Citibank | 2247 | Custodial |
| 379 | Ditech Financial LLC | Citibank | 2255 | Custodial |
| 380 | Ditech Financial LLC | Citibank | 2263 | Custodial |
| 381 | Ditech Financial LLC | Citibank | 2271 | Custodial |
| 382 | Ditech Financial LLC | Citibank | 2298 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 383 | Ditech Financial LLC | Citibank | 2319 | Custodial |
| 384 | Ditech Financial LLC | Citibank | 2327 | Custodial |
| 385 | Ditech Financial LLC | Citibank | 2335 | Custodial |
| 386 | Ditech Financial LLC | Citibank | 2343 | Custodial |
| 387 | Ditech Financial LLC | Citibank | 2351 | Custodial |
| 388 | Ditech Financial LLC | Citibank | 2757 | Custodial |
| 389 | Ditech Financial LLC | Citibank | 4912 | Custodial |
| 390 | Ditech Financial LLC | Citibank | 9668 | Custodial |
| 391 | Ditech Financial LLC | Citibank | 9676 | Custodial |
| 392 | Ditech Financial LLC | Citibank | 9684 | Custodial |
| 393 | Ditech Financial LLC | Citibank | 9692 | Custodial |
| 394 | Ditech Financial LLC | Citibank | 9705 | Custodial |
| 395 | Ditech Financial LLC | Citibank | 9713 | Custodial |
| 396 | Ditech Financial LLC | Citibank | 9721 | Custodial |
| 397 | Ditech Financial LLC | Citibank | 9748 | Custodial |
| 398 | Ditech Financial LLC | Citibank | 9756 | Custodial |
| 399 | Ditech Financial LLC | Citibank | 9764 | Custodial |
| 400 | Ditech Financial LLC | Citibank | 9772 | Custodial |
| 401 | Ditech Financial LLC | Citibank | 9799 | Custodial |
| 402 | Ditech Financial LLC | Citibank | 6973 | Custodial |
| 403 | Ditech Financial LLC | Citibank | 6981 | Custodial |
| 404 | Ditech Financial LLC | Citibank | 7001 | Custodial |
| 405 | Ditech Financial LLC | Citibank | 7028 | Custodial |
| 406 | Ditech Financial LLC | Citibank | 7546 | Custodial |
| 407 | Ditech Financial LLC | Citibank | 7554 | Custodial |
| 408 | Ditech Financial LLC | Citibank | 7562 | Custodial |
| 409 | Ditech Financial LLC | EverBank | 8080 | Custodial |
| 410 | Ditech Financial LLC | EverBank | 8099 | Custodial |
| 411 | Ditech Financial LLC | U.S. Bank | 0015 | Custodial |
| 412 | Ditech Financial LLC | U.S. Bank | 0024 | Custodial |
| 413 | Ditech Financial LLC | U.S. Bank | 0111 | Custodial |
| 414 | Ditech Financial LLC | U.S. Bank | 0161 | Custodial |
| 415 | Ditech Financial LLC | U.S. Bank | 0179 | Custodial |
| 416 | Ditech Financial LLC | U.S. Bank | 0305 | Custodial |
| 417 | Ditech Financial LLC | U.S. Bank | 0313 | Custodial |
| 418 | Ditech Financial LLC | U.S. Bank | 0327 | Custodial |
| 419 | Ditech Financial LLC | U.S. Bank | 0486 | Custodial |
| 420 | Ditech Financial LLC | U.S. Bank | 0487 | Custodial |
| 421 | Ditech Financial LLC | U.S. Bank | 0640 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 422 | Ditech Financial LLC | U.S. Bank | 0657 | Custodial |
| 423 | Ditech Financial LLC | U.S. Bank | 0692 | Custodial |
| 424 | Ditech Financial LLC | U.S. Bank | 0742 | Custodial |
| 425 | Ditech Financial LLC | U.S. Bank | 0837 | Custodial |
| 426 | Ditech Financial LLC | U.S. Bank | 0852 | Custodial |
| 427 | Ditech Financial LLC | U.S. Bank | 0990 | Custodial |
| 428 | Ditech Financial LLC | U.S. Bank | 1006 | Custodial |
| 429 | Ditech Financial LLC | U.S. Bank | 1062 | Custodial |
| 430 | Ditech Financial LLC | U.S. Bank | 1104 | Custodial |
| 431 | Ditech Financial LLC | U.S. Bank | 1208 | Custodial |
| 432 | Ditech Financial LLC | U.S. Bank | 1260 | Custodial |
| 433 | Ditech Financial LLC | U.S. Bank | 1278 | Custodial |
| 434 | Ditech Financial LLC | U.S. Bank | 1332 | Custodial |
| 435 | Ditech Financial LLC | U.S. Bank | 1464 | Custodial |
| 436 | Ditech Financial LLC | U.S. Bank | 1541 | Custodial |
| 437 | Ditech Financial LLC | U.S. Bank | 1605 | Custodial |
| 438 | Ditech Financial LLC | U.S. Bank | 1716 | Custodial |
| 439 | Ditech Financial LLC | U.S. Bank | 1756 | Custodial |
| 440 | Ditech Financial LLC | U.S. Bank | 1879 | Custodial |
| 441 | Ditech Financial LLC | U.S. Bank | 1892 | Custodial |
| 442 | Ditech Financial LLC | U.S. Bank | 1939 | Custodial |
| 443 | Ditech Financial LLC | U.S. Bank | 1955 | Custodial |
| 444 | Ditech Financial LLC | U.S. Bank | 2166 | Custodial |
| 445 | Ditech Financial LLC | U.S. Bank | 2236 | Custodial |
| 446 | Ditech Financial LLC | U.S. Bank | 2247 | Custodial |
| 447 | Ditech Financial LLC | U.S. Bank | 2437 | Custodial |
| 448 | Ditech Financial LLC | U.S. Bank | 2551 | Custodial |
| 449 | Ditech Financial LLC | U.S. Bank | 2754 | Custodial |
| 450 | Ditech Financial LLC | U.S. Bank | 2858 | Custodial |
| 451 | Ditech Financial LLC | U.S. Bank | 2866 | Custodial |
| 452 | Ditech Financial LLC | U.S. Bank | 2874 | Custodial |
| 453 | Ditech Financial LLC | U.S. Bank | 3070 | Custodial |
| 454 | Ditech Financial LLC | U.S. Bank | 3118 | Custodial |
| 455 | Ditech Financial LLC | U.S. Bank | 3120 | Custodial |
| 456 | Ditech Financial LLC | U.S. Bank | 3142 | Custodial |
| 457 | Ditech Financial LLC | U.S. Bank | 3218 | Custodial |
| 458 | Ditech Financial LLC | U.S. Bank | 3226 | Custodial |
| 459 | Ditech Financial LLC | U.S. Bank | 3279 | Custodial |
| 460 | Ditech Financial LLC | U.S. Bank | 3287 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 461 | Ditech Financial LLC | U.S. Bank | 3349 | Custodial |
| 462 | Ditech Financial LLC | U.S. Bank | 3366 | Custodial |
| 463 | Ditech Financial LLC | U.S. Bank | 3374 | Custodial |
| 464 | Ditech Financial LLC | U.S. Bank | 3435 | Custodial |
| 465 | Ditech Financial LLC | U.S. Bank | 3453 | Custodial |
| 466 | Ditech Financial LLC | U.S. Bank | 3479 | Custodial |
| 467 | Ditech Financial LLC | U.S. Bank | 3596 | Custodial |
| 468 | Ditech Financial LLC | U.S. Bank | 3690 | Custodial |
| 469 | Ditech Financial LLC | U.S. Bank | 3762 | Custodial |
| 470 | Ditech Financial LLC | U.S. Bank | 3766 | Custodial |
| 471 | Ditech Financial LLC | U.S. Bank | 3794 | Custodial |
| 472 | Ditech Financial LLC | U.S. Bank | 3898 | Custodial |
| 473 | Ditech Financial LLC | U.S. Bank | 3911 | Custodial |
| 474 | Ditech Financial LLC | U.S. Bank | 3915 | Custodial |
| 475 | Ditech Financial LLC | U.S. Bank | 4005 | Custodial |
| 476 | Ditech Financial LLC | U.S. Bank | 4013 | Custodial |
| 477 | Ditech Financial LLC | U.S. Bank | 4050 | Custodial |
| 478 | Ditech Financial LLC | U.S. Bank | 4091 | Custodial |
| 479 | Ditech Financial LLC | U.S. Bank | 4173 | Custodial |
| 480 | Ditech Financial LLC | U.S. Bank | 4253 | Custodial |
| 481 | Ditech Financial LLC | U.S. Bank | 4264 | Custodial |
| 482 | Ditech Financial LLC | U.S. Bank | 4327 | Custodial |
| 483 | Ditech Financial LLC | U.S. Bank | 4370 | Custodial |
| 484 | Ditech Financial LLC | U.S. Bank | 4373 | Custodial |
| 485 | Ditech Financial LLC | U.S. Bank | 4388 | Custodial |
| 486 | Ditech Financial LLC | U.S. Bank | 4396 | Custodial |
| 487 | Ditech Financial LLC | U.S. Bank | 4404 | Custodial |
| 488 | Ditech Financial LLC | U.S. Bank | 4412 | Custodial |
| 489 | Ditech Financial LLC | U.S. Bank | 4420 | Custodial |
| 490 | Ditech Financial LLC | U.S. Bank | 4438 | Custodial |
| 491 | Ditech Financial LLC | U.S. Bank | 4446 | Custodial |
| 492 | Ditech Financial LLC | U.S. Bank | 4451 | Custodial |
| 493 | Ditech Financial LLC | U.S. Bank | 4453 | Custodial |
| 494 | Ditech Financial LLC | U.S. Bank | 4461 | Custodial |
| 495 | Ditech Financial LLC | U.S. Bank | 4479 | Custodial |
| 496 | Ditech Financial LLC | U.S. Bank | 4487 | Custodial |
| 497 | Ditech Financial LLC | U.S. Bank | 4495 | Custodial |
| 498 | Ditech Financial LLC | U.S. Bank | 4503 | Custodial |
| 499 | Ditech Financial LLC | U.S. Bank | 4511 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|-----|---------------------|----------------------|------|-----------|
| 500 | Ditech Financial LLC | U.S. Bank | 4560 | Custodial |
| 501 | Ditech Financial LLC | U.S. Bank | 4578 | Custodial |
| 502 | Ditech Financial LLC | U.S. Bank | 4586 | Custodial |
| 503 | Ditech Financial LLC | U.S. Bank | 4594 | Custodial |
| 504 | Ditech Financial LLC | U.S. Bank | 4602 | Custodial |
| 505 | Ditech Financial LLC | U.S. Bank | 4604 | Custodial |
| 506 | Ditech Financial LLC | U.S. Bank | 4610 | Custodial |
| 507 | Ditech Financial LLC | U.S. Bank | 4628 | Custodial |
| 508 | Ditech Financial LLC | U.S. Bank | 4636 | Custodial |
| 509 | Ditech Financial LLC | U.S. Bank | 4644 | Custodial |
| 510 | Ditech Financial LLC | U.S. Bank | 4784 | Custodial |
| 511 | Ditech Financial LLC | U.S. Bank | 4826 | Custodial |
| 512 | Ditech Financial LLC | U.S. Bank | 4837 | Custodial |
| 513 | Ditech Financial LLC | U.S. Bank | 4891 | Custodial |
| 514 | Ditech Financial LLC | U.S. Bank | 4909 | Custodial |
| 515 | Ditech Financial LLC | U.S. Bank | 4917 | Custodial |
| 516 | Ditech Financial LLC | U.S. Bank | 4963 | Custodial |
| 517 | Ditech Financial LLC | U.S. Bank | 5315 | Custodial |
| 518 | Ditech Financial LLC | U.S. Bank | 5415 | Custodial |
| 519 | Ditech Financial LLC | U.S. Bank | 5423 | Custodial |
| 520 | Ditech Financial LLC | U.S. Bank | 5456 | Custodial |
| 521 | Ditech Financial LLC | U.S. Bank | 5494 | Custodial |
| 522 | Ditech Financial LLC | U.S. Bank | 5502 | Custodial |
| 523 | Ditech Financial LLC | U.S. Bank | 5851 | Custodial |
| 524 | Ditech Financial LLC | U.S. Bank | 6756 | Custodial |
| 525 | Ditech Financial LLC | U.S. Bank | 7084 | Custodial |
| 526 | Ditech Financial LLC | U.S. Bank | 7176 | Custodial |
| 527 | Ditech Financial LLC | U.S. Bank | 7313 | Custodial |
| 528 | Ditech Financial LLC | U.S. Bank | 7407 | Custodial |
| 529 | Ditech Financial LLC | U.S. Bank | 7423 | Custodial |
| 530 | Ditech Financial LLC | U.S. Bank | 7431 | Custodial |
| 531 | Ditech Financial LLC | U.S. Bank | 7449 | Custodial |
| 532 | Ditech Financial LLC | U.S. Bank | 7456 | Custodial |
| 533 | Ditech Financial LLC | U.S. Bank | 7464 | Custodial |
| 534 | Ditech Financial LLC | U.S. Bank | 7472 | Custodial |
| 535 | Ditech Financial LLC | U.S. Bank | 7480 | Custodial |
| 536 | Ditech Financial LLC | U.S. Bank | 7532 | Custodial |
| 537 | Ditech Financial LLC | U.S. Bank | 7565 | Custodial |
| 538 | Ditech Financial LLC | U.S. Bank | 7594 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 539 | Ditech Financial LLC | U.S. Bank | 7602 | Custodial |
| 540 | Ditech Financial LLC | U.S. Bank | 7655 | Custodial |
| 541 | Ditech Financial LLC | U.S. Bank | 3766 | Custodial |
| 542 | Ditech Financial LLC | U.S. Bank | 7668 | Custodial |
| 543 | Ditech Financial LLC | U.S. Bank | 7812 | Custodial |
| 544 | Ditech Financial LLC | U.S. Bank | 7829 | Custodial |
| 545 | Ditech Financial LLC | U.S. Bank | 7837 | Custodial |
| 546 | Ditech Financial LLC | U.S. Bank | 7845 | Custodial |
| 547 | Ditech Financial LLC | U.S. Bank | 7960 | Custodial |
| 548 | Ditech Financial LLC | U.S. Bank | 7966 | Custodial |
| 549 | Ditech Financial LLC | U.S. Bank | 7974 | Custodial |
| 550 | Ditech Financial LLC | U.S. Bank | 7994 | Custodial |
| 551 | Ditech Financial LLC | U.S. Bank | 8053 | Custodial |
| 552 | Ditech Financial LLC | U.S. Bank | 8086 | Custodial |
| 553 | Ditech Financial LLC | U.S. Bank | 8087 | Custodial |
| 554 | Ditech Financial LLC | U.S. Bank | 8088 | Custodial |
| 555 | Ditech Financial LLC | U.S. Bank | 8094 | Custodial |
| 556 | Ditech Financial LLC | U.S. Bank | 8102 | Custodial |
| 557 | Ditech Financial LLC | U.S. Bank | 8111 | Custodial |
| 558 | Ditech Financial LLC | U.S. Bank | 8129 | Custodial |
| 559 | Ditech Financial LLC | U.S. Bank | 8137 | Custodial |
| 560 | Ditech Financial LLC | U.S. Bank | 8145 | Custodial |
| 561 | Ditech Financial LLC | U.S. Bank | 8200 | Custodial |
| 562 | Ditech Financial LLC | U.S. Bank | 8218 | Custodial |
| 563 | Ditech Financial LLC | U.S. Bank | 8226 | Custodial |
| 564 | Ditech Financial LLC | U.S. Bank | 8234 | Custodial |
| 565 | Ditech Financial LLC | U.S. Bank | 8242 | Custodial |
| 566 | Ditech Financial LLC | U.S. Bank | 8259 | Custodial |
| 567 | Ditech Financial LLC | U.S. Bank | 8267 | Custodial |
| 568 | Ditech Financial LLC | U.S. Bank | 8275 | Custodial |
| 569 | Ditech Financial LLC | U.S. Bank | 8283 | Custodial |
| 570 | Ditech Financial LLC | U.S. Bank | 8291 | Custodial |
| 571 | Ditech Financial LLC | U.S. Bank | 8309 | Custodial |
| 572 | Ditech Financial LLC | U.S. Bank | 8317 | Custodial |
| 573 | Ditech Financial LLC | U.S. Bank | 8325 | Custodial |
| 574 | Ditech Financial LLC | U.S. Bank | 8333 | Custodial |
| 575 | Ditech Financial LLC | U.S. Bank | 8341 | Custodial |
| 576 | Ditech Financial LLC | U.S. Bank | 8358 | Custodial |
| 577 | Ditech Financial LLC | U.S. Bank | 8366 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 578 | Ditech Financial LLC | U.S. Bank | 8688 | Custodial |
| 579 | Ditech Financial LLC | U.S. Bank | 8694 | Custodial |
| 580 | Ditech Financial LLC | U.S. Bank | 8702 | Custodial |
| 581 | Ditech Financial LLC | U.S. Bank | 8874 | Custodial |
| 582 | Ditech Financial LLC | U.S. Bank | 9056 | Custodial |
| 583 | Ditech Financial LLC | U.S. Bank | 9098 | Custodial |
| 584 | Ditech Financial LLC | U.S. Bank | 9122 | Custodial |
| 585 | Ditech Financial LLC | U.S. Bank | 9130 | Custodial |
| 586 | Ditech Financial LLC | U.S. Bank | 9139 | Custodial |
| 587 | Ditech Financial LLC | U.S. Bank | 9148 | Custodial |
| 588 | Ditech Financial LLC | U.S. Bank | 9155 | Custodial |
| 589 | Ditech Financial LLC | U.S. Bank | 9163 | Custodial |
| 590 | Ditech Financial LLC | U.S. Bank | 9171 | Custodial |
| 591 | Ditech Financial LLC | U.S. Bank | 9189 | Custodial |
| 592 | Ditech Financial LLC | U.S. Bank | 9238 | Custodial |
| 593 | Ditech Financial LLC | U.S. Bank | 9253 | Custodial |
| 594 | Ditech Financial LLC | U.S. Bank | 9287 | Custodial |
| 595 | Ditech Financial LLC | U.S. Bank | 9371 | Custodial |
| 596 | Ditech Financial LLC | U.S. Bank | 9378 | Custodial |
| 597 | Ditech Financial LLC | U.S. Bank | 9380 | Custodial |
| 598 | Ditech Financial LLC | U.S. Bank | 9447 | Custodial |
| 599 | Ditech Financial LLC | U.S. Bank | 9527 | Custodial |
| 600 | Ditech Financial LLC | U.S. Bank | 9576 | Custodial |
| 601 | Ditech Financial LLC | U.S. Bank | 9659 | Custodial |
| 602 | Ditech Financial LLC | U.S. Bank | 9690 | Custodial |
| 603 | Ditech Financial LLC | U.S. Bank | 9691 | Custodial |
| 604 | Ditech Financial LLC | U.S. Bank | 9703 | Custodial |
| 605 | Ditech Financial LLC | U.S. Bank | 9729 | Custodial |
| 606 | Ditech Financial LLC | U.S. Bank | 9736 | Custodial |
| 607 | Ditech Financial LLC | U.S. Bank | 9752 | Custodial |
| 608 | Ditech Financial LLC | U.S. Bank | 4675 | Custodial |
| 609 | Ditech Financial LLC | U.S. Bank | 4677 | Custodial |
| 610 | Ditech Financial LLC | U.S. Bank | 4684 | Custodial |
| 611 | Ditech Financial LLC | U.S. Bank | 8181 | Custodial |
| 612 | Ditech Financial LLC | U.S. Bank | 8183 | Custodial |
| 613 | Ditech Financial LLC | U.S. Bank | 2844 | Custodial |
| 614 | Ditech Financial LLC | U.S. Bank | 2871 | Custodial |
| 615 | Ditech Financial LLC | U.S. Bank | 8296 | Custodial |
| 616 | Ditech Financial LLC | U.S. Bank | 8321 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 617 | Ditech Financial LLC | U.S. Bank | 1743 | Custodial |
| 618 | Ditech Financial LLC | U.S. Bank | 1752 | Custodial |
| 619 | Ditech Financial LLC | U.S. Bank | 9000 | Custodial |
| 620 | Ditech Financial LLC | U.S. Bank | 9001 | Custodial |
| 621 | Ditech Financial LLC | U.S. Bank | 9002 | Custodial |
| 622 | Ditech Financial LLC | U.S. Bank | 4000 | Custodial |
| 623 | Ditech Financial LLC | U.S. Bank | 4001 | Custodial |
| 624 | Ditech Financial LLC | U.S. Bank | 4002 | Custodial |
| 625 | Ditech Financial LLC | U.S. Bank | 4003 | Custodial |
| 626 | Ditech Financial LLC | U.S. Bank | 0000 | Custodial |
| 627 | Ditech Financial LLC | U.S. Bank | 0001 | Custodial |
| 628 | Ditech Financial LLC | U.S. Bank | 0002 | Custodial |
| 629 | Ditech Financial LLC | U.S. Bank | 0003 | Custodial |
| 630 | Ditech Financial LLC | U.S. Bank | 2000 | Custodial |
| 631 | Ditech Financial LLC | U.S. Bank | 2000 | Custodial |
| 632 | Ditech Financial LLC | U.S. Bank | 7000 | Custodial |
| 633 | Ditech Financial LLC | U.S. Bank | 6000 | Custodial |
| 634 | Ditech Financial LLC | U.S. Bank | 0000 | Custodial |
| 635 | Ditech Financial LLC | U.S. Bank | 0001 | Custodial |
| 636 | Ditech Financial LLC | U.S. Bank | 0002 | Custodial |
| 637 | Ditech Financial LLC | U.S. Bank | 0003 | Custodial |
| 638 | Ditech Financial LLC | U.S. Bank | 0004 | Custodial |
| 639 | Ditech Financial LLC | U.S. Bank | 8000 | Custodial |
| 640 | Ditech Financial LLC | U.S. Bank | 9000 | Custodial |
| 641 | Ditech Financial LLC | U.S. Bank | 0000 | Custodial |
| 642 | Ditech Financial LLC | U.S. Bank | 0010 | Custodial |
| 643 | Ditech Financial LLC | U.S. Bank | 0020 | Custodial |
| 644 | Ditech Financial LLC | U.S. Bank | 0030 | Custodial |
| 645 | Ditech Financial LLC | U.S. Bank | 0040 | Custodial |
| 646 | Ditech Financial LLC | U.S. Bank | 0050 | Custodial |
| 647 | Ditech Financial LLC | U.S. Bank | 0060 | Custodial |
| 648 | Ditech Financial LLC | U.S. Bank | 0070 | Custodial |
| 649 | Ditech Financial LLC | U.S. Bank | 0080 | Custodial |
| 650 | Ditech Financial LLC | U.S. Bank | 0090 | Custodial |
| 651 | Ditech Financial LLC | U.S. Bank | 0100 | Custodial |
| 652 | Ditech Financial LLC | U.S. Bank | 0110 | Custodial |
| 653 | Ditech Financial LLC | U.S. Bank | 0120 | Custodial |
| 654 | Ditech Financial LLC | U.S. Bank | 0130 | Custodial |
| 655 | Ditech Financial LLC | U.S. Bank | 0140 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 656 | Ditech Financial LLC | U.S. Bank | 0150 | Custodial |
| 657 | Ditech Financial LLC | U.S. Bank | 0160 | Custodial |
| 658 | Ditech Financial LLC | U.S. Bank | 0660 | Custodial |
| 659 | Ditech Financial LLC | U.S. Bank | 2020 | Custodial |
| 660 | Ditech Financial LLC | U.S. Bank | 3540 | Custodial |
| 661 | Ditech Financial LLC | U.S. Bank | 5610 | Custodial |
| 662 | Ditech Financial LLC | U.S. Bank | 7200 | Custodial |
| 663 | Ditech Financial LLC | U.S. Bank | 8750 | Custodial |
| 664 | Ditech Financial LLC | U.S. Bank | 9280 | Custodial |
| 665 | Ditech Financial LLC | U.S. Bank | 9440 | Custodial |
| 666 | Ditech Financial LLC | U.S. Bank | 9820 | Custodial |
| 667 | Ditech Financial LLC | U.S. Bank | 9940 | Custodial |
| 668 | Ditech Financial LLC | U.S. Bank | 0310 | Custodial |
| 669 | Ditech Financial LLC | U.S. Bank | 8340 | Custodial |
| 670 | Ditech Financial LLC | U.S. Bank | 8360 | Custodial |
| 671 | Ditech Financial LLC | U.S. Bank | 8890 | Custodial |
| 672 | Ditech Financial LLC | U.S. Bank | 9600 | Custodial |
| 673 | Ditech Financial LLC | U.S. Bank | 9620 | Custodial |
| 674 | Ditech Financial LLC | U.S. Bank | 0180 | Custodial |
| 675 | Ditech Financial LLC | U.S. Bank | 0600 | Custodial |
| 676 | Ditech Financial LLC | U.S. Bank | 0950 | Custodial |
| 677 | Ditech Financial LLC | U.S. Bank | 1630 | Custodial |
| 678 | Ditech Financial LLC | U.S. Bank | 2230 | Custodial |
| 679 | Ditech Financial LLC | U.S. Bank | 2240 | Custodial |
| 680 | Ditech Financial LLC | U.S. Bank | 2960 | Custodial |
| 681 | Ditech Financial LLC | U.S. Bank | 3480 | Custodial |
| 682 | Ditech Financial LLC | U.S. Bank | 3950 | Custodial |
| 683 | Ditech Financial LLC | U.S. Bank | 4000 | Custodial |
| 684 | Ditech Financial LLC | U.S. Bank | 5860 | Custodial |
| 685 | Ditech Financial LLC | U.S. Bank | 7250 | Custodial |
| 686 | Ditech Financial LLC | U.S. Bank | 9380 | Custodial |
| 687 | Ditech Financial LLC | U.S. Bank | 9385 | Custodial |
| 688 | Ditech Financial LLC | U.S. Bank | 9530 | Custodial |
| 689 | Ditech Financial LLC | U.S. Bank | 1460 | Custodial |
| 690 | Ditech Financial LLC | U.S. Bank | 1465 | Custodial |
| 691 | Ditech Financial LLC | U.S. Bank | 1800 | Custodial |
| 692 | Ditech Financial LLC | U.S. Bank | 3700 | Custodial |
| 693 | Ditech Financial LLC | U.S. Bank | 3710 | Custodial |
| 694 | Ditech Financial LLC | U.S. Bank | 3716 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 695 | Ditech Financial LLC | U.S. Bank | 5490 | Custodial |
| 696 | Ditech Financial LLC | U.S. Bank | 5493 | Custodial |
| 697 | Ditech Financial LLC | U.S. Bank | 6870 | Custodial |
| 698 | Ditech Financial LLC | U.S. Bank | 7530 | Custodial |
| 699 | Ditech Financial LLC | U.S. Bank | 9300 | Custodial |
| 700 | Ditech Financial LLC | U.S. Bank | 0470 | Custodial |
| 701 | Ditech Financial LLC | U.S. Bank | 1810 | Custodial |
| 702 | Ditech Financial LLC | U.S. Bank | 1816 | Custodial |
| 703 | Ditech Financial LLC | U.S. Bank | 1960 | Custodial |
| 704 | Ditech Financial LLC | U.S. Bank | 2050 | Custodial |
| 705 | Ditech Financial LLC | U.S. Bank | 2580 | Custodial |
| 706 | Ditech Financial LLC | U.S. Bank | 4000 | Custodial |
| 707 | Ditech Financial LLC | U.S. Bank | 4350 | Custodial |
| 708 | Ditech Financial LLC | U.S. Bank | 5130 | Custodial |
| 709 | Ditech Financial LLC | U.S. Bank | 5980 | Custodial |
| 710 | Ditech Financial LLC | U.S. Bank | 5990 | Custodial |
| 711 | Ditech Financial LLC | U.S. Bank | 6770 | Custodial |
| 712 | Ditech Financial LLC | U.S. Bank | 6810 | Custodial |
| 713 | Ditech Financial LLC | U.S. Bank | 6812 | Custodial |
| 714 | Ditech Financial LLC | U.S. Bank | 7430 | Custodial |
| 715 | Ditech Financial LLC | U.S. Bank | 8770 | Custodial |
| 716 | Ditech Financial LLC | U.S. Bank | 8790 | Custodial |
| 717 | Ditech Financial LLC | U.S. Bank | 0920 | Custodial |
| 718 | Ditech Financial LLC | U.S. Bank | 2680 | Custodial |
| 719 | Ditech Financial LLC | U.S. Bank | 3910 | Custodial |
| 720 | Ditech Financial LLC | U.S. Bank | 5150 | Custodial |
| 721 | Ditech Financial LLC | U.S. Bank | 5950 | Custodial |
| 722 | Ditech Financial LLC | U.S. Bank | 7480 | Custodial |
| 723 | Ditech Financial LLC | U.S. Bank | 8610 | Custodial |
| 724 | Ditech Financial LLC | U.S. Bank | 8611 | Custodial |
| 725 | Ditech Financial LLC | U.S. Bank | 8612 | Custodial |
| 726 | Ditech Financial LLC | U.S. Bank | 9180 | Custodial |
| 727 | Ditech Financial LLC | U.S. Bank | 0290 | Custodial |
| 728 | Ditech Financial LLC | U.S. Bank | 2260 | Custodial |
| 729 | Ditech Financial LLC | U.S. Bank | 2820 | Custodial |
| 730 | Ditech Financial LLC | U.S. Bank | 2824 | Custodial |
| 731 | Ditech Financial LLC | U.S. Bank | 2825 | Custodial |
| 732 | Ditech Financial LLC | U.S. Bank | 4160 | Custodial |
| 733 | Ditech Financial LLC | U.S. Bank | 5170 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 734 | Ditech Financial LLC | U.S. Bank | 5480 | Custodial |
| 735 | Ditech Financial LLC | U.S. Bank | 7540 | Custodial |
| 736 | Ditech Financial LLC | U.S. Bank | 9040 | Custodial |
| 737 | Ditech Financial LLC | U.S. Bank | 9041 | Custodial |
| 738 | Ditech Financial LLC | U.S. Bank | 9042 | Custodial |
| 739 | Ditech Financial LLC | U.S. Bank | 9850 | Custodial |
| 740 | Ditech Financial LLC | U.S. Bank | 2200 | Custodial |
| 741 | Ditech Financial LLC | U.S. Bank | 2206 | Custodial |
| 742 | Ditech Financial LLC | U.S. Bank | 2207 | Custodial |
| 743 | Ditech Financial LLC | U.S. Bank | 3970 | Custodial |
| 744 | Ditech Financial LLC | U.S. Bank | 4390 | Custodial |
| 745 | Ditech Financial LLC | U.S. Bank | 5940 | Custodial |
| 746 | Ditech Financial LLC | U.S. Bank | 5942 | Custodial |
| 747 | Ditech Financial LLC | U.S. Bank | 5943 | Custodial |
| 748 | Ditech Financial LLC | U.S. Bank | 5944 | Custodial |
| 749 | Ditech Financial LLC | U.S. Bank | 5945 | Custodial |
| 750 | Ditech Financial LLC | U.S. Bank | 6000 | Custodial |
| 751 | Ditech Financial LLC | U.S. Bank | 6002 | Custodial |
| 752 | Ditech Financial LLC | U.S. Bank | 6004 | Custodial |
| 753 | Ditech Financial LLC | U.S. Bank | 8300 | Custodial |
| 754 | Ditech Financial LLC | U.S. Bank | 8305 | Custodial |
| 755 | Ditech Financial LLC | U.S. Bank | 9730 | Custodial |
| 756 | Ditech Financial LLC | U.S. Bank | 9731 | Custodial |
| 757 | Ditech Financial LLC | U.S. Bank | 9732 | Custodial |
| 758 | Ditech Financial LLC | U.S. Bank | 9733 | Custodial |
| 759 | Ditech Financial LLC | U.S. Bank | 9734 | Custodial |
| 760 | Ditech Financial LLC | U.S. Bank | 9735 | Custodial |
| 761 | Ditech Financial LLC | U.S. Bank | 1610 | Custodial |
| 762 | Ditech Financial LLC | U.S. Bank | 1611 | Custodial |
| 763 | Ditech Financial LLC | U.S. Bank | 1615 | Custodial |
| 764 | Ditech Financial LLC | U.S. Bank | 2070 | Custodial |
| 765 | Ditech Financial LLC | U.S. Bank | 2072 | Custodial |
| 766 | Ditech Financial LLC | U.S. Bank | 2073 | Custodial |
| 767 | Ditech Financial LLC | U.S. Bank | 1200 | Custodial |
| 768 | Ditech Financial LLC | U.S. Bank | 7900 | Custodial |
| 769 | Ditech Financial LLC | U.S. Bank | 7901 | Custodial |
| 770 | Ditech Financial LLC | U.S. Bank | 7902 | Custodial |
| 771 | Ditech Financial LLC | U.S. Bank | 7903 | Custodial |
| 772 | Ditech Financial LLC | U.S. Bank | 4100 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 773 | Ditech Financial LLC | U.S. Bank | 6200 | Custodial |
| 774 | Ditech Financial LLC | U.S. Bank | 5125 | Custodial |
| 775 | Ditech Financial LLC | U.S. Bank | 5214 | Custodial |
| 776 | Ditech Financial LLC | U.S. Bank | 5124 | Custodial |
| 777 | Ditech Financial LLC | U.S. Bank | 4394 | Custodial |
| 778 | Ditech Financial LLC | U.S. Bank | 33-1 | Custodial |
| 779 | Ditech Financial LLC | Wells Fargo | 1200 | Operating |
| 780 | Ditech Financial LLC | Wells Fargo | 1800 | Custodial |
| 781 | Ditech Financial LLC | Wells Fargo | 0600 | Custodial |
| 782 | Ditech Agency Advance Depositor LLC | Wells Fargo | 9824 | Custodial |
| 783 | Ditech PLS Advance Depositor LLC | Wells Fargo | 9832 | Custodial |
| 784 | Ditech Financial LLC | Wells Fargo | 4206 | Custodial |
| 785 | Ditech Financial LLC | Wells Fargo | 4214 | Custodial |
| 786 | Ditech Financial LLC | Wells Fargo | 1556 | Custodial |
| 787 | Ditech Financial LLC | Wells Fargo | 3646 | Custodial |
| 788 | Ditech Financial LLC | Wells Fargo | 0126 | Custodial |
| 789 | Ditech Financial LLC | Wells Fargo | 0134 | Custodial |
| 790 | Ditech Financial LLC | Wells Fargo | 4939 | Custodial |
| 791 | Ditech Financial LLC | Wells Fargo | 4947 | Custodial |
| 792 | Ditech Financial LLC | Wells Fargo | 0530 | Custodial |
| 793 | Ditech Financial LLC | Wells Fargo | 0548 | Custodial |
| 794 | Ditech Financial LLC | Wells Fargo | 0555 | Custodial |
| 795 | Ditech Financial LLC | Wells Fargo | 0563 | Custodial |
| 796 | Ditech Financial LLC | Wells Fargo | 0571 | Custodial |
| 797 | Ditech Financial LLC | Wells Fargo | 0589 | Custodial |
| 798 | Ditech Financial LLC | Wells Fargo | 3813 | Custodial |
| 799 | Ditech Financial LLC | Wells Fargo | 3821 | Custodial |
| 800 | Ditech Financial LLC | Wells Fargo | 3839 | Custodial |
| 801 | Ditech Financial LLC | Wells Fargo | 3847 | Custodial |
| 802 | Ditech Financial LLC | Wells Fargo | 3854 | Custodial |
| 803 | Ditech Financial LLC | Wells Fargo | 3862 | Custodial |
| 804 | Ditech Financial LLC | Wells Fargo | 3870 | Custodial |
| 805 | Ditech Financial LLC | Wells Fargo | 3888 | Custodial |
| 806 | Ditech Financial LLC | Wells Fargo | 3896 | Custodial |
| 807 | Ditech Financial LLC | Wells Fargo | 3904 | Custodial |
| 808 | Ditech Financial LLC | Wells Fargo | 3912 | Custodial |
| 809 | Ditech Financial LLC | Wells Fargo | 3920 | Custodial |
| 810 | Ditech Financial LLC | Wells Fargo | 3938 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 811 | Ditech Financial LLC | Wells Fargo | 3946 | Custodial |
| 812 | Ditech Financial LLC | Wells Fargo | 3953 | Custodial |
| 813 | Ditech Financial LLC | Wells Fargo | 3961 | Custodial |
| 814 | Ditech Financial LLC | Wells Fargo | 3979 | Custodial |
| 815 | Ditech Financial LLC | Wells Fargo | 3987 | Custodial |
| 816 | Ditech Financial LLC | Wells Fargo | 3995 | Custodial |
| 817 | Ditech Financial LLC | Wells Fargo | 4019 | Custodial |
| 818 | Ditech Financial LLC | Wells Fargo | 4027 | Custodial |
| 819 | Ditech Financial LLC | Wells Fargo | 4035 | Custodial |
| 820 | Ditech Financial LLC | Wells Fargo | 4043 | Custodial |
| 821 | Ditech Financial LLC | Wells Fargo | 6067 | Custodial |
| 822 | Ditech Financial LLC | Wells Fargo | 6091 | Custodial |
| 823 | Ditech Financial LLC | Wells Fargo | 9181 | Custodial |
| 824 | Ditech Financial LLC | Wells Fargo | 9199 | Custodial |
| 825 | Ditech Financial LLC | Wells Fargo | 9207 | Custodial |
| 826 | Ditech Financial LLC | Wells Fargo | 9215 | Custodial |
| 827 | Ditech Financial LLC | Wells Fargo | 9223 | Custodial |
| 828 | Ditech Financial LLC | Wells Fargo | 6800 | Custodial |
| 829 | Ditech Financial LLC | Wells Fargo | 6801 | Custodial |
| 830 | Ditech Financial LLC | Wells Fargo | 0501 | Custodial |
| 831 | Ditech Financial LLC | Wells Fargo | 0502 | Custodial |
| 832 | Ditech Financial LLC | Wells Fargo | 3001 | Custodial |
| 833 | Ditech Financial LLC | Wells Fargo | 3002 | Custodial |
| 834 | Ditech Financial LLC | Wells Fargo | 8501 | Custodial |
| 835 | Ditech Financial LLC | Wells Fargo | 8502 | Custodial |
| 836 | Ditech Financial LLC | Wells Fargo | 8600 | Custodial |
| 837 | Ditech Financial LLC | Wells Fargo | 8601 | Custodial |
| 838 | Ditech Financial LLC | Wells Fargo | 8602 | Custodial |
| 839 | Ditech Financial LLC | Wells Fargo | 8603 | Custodial |
| 840 | Ditech Financial LLC | Wells Fargo | 3600 | Custodial |
| 841 | Ditech Financial LLC | Wells Fargo | 3601 | Custodial |
| 842 | Ditech Financial LLC | Wells Fargo | 3602 | Custodial |
| 843 | Ditech Financial LLC | Wells Fargo | 3603 | Custodial |
| 844 | Ditech Financial LLC | Wells Fargo | 3604 | Custodial |
| 845 | Ditech Financial LLC | Wells Fargo | 3605 | Custodial |
| 846 | Ditech Financial LLC | Wells Fargo | 2800 | Custodial |
| 847 | Ditech Financial LLC | Wells Fargo | 2801 | Custodial |
| 848 | Ditech Financial LLC | Wells Fargo | 2802 | Custodial |
| 849 | Ditech Financial LLC | Wells Fargo | 2803 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 850 | Ditech Financial LLC | Wells Fargo | 2804 | Custodial |
| 851 | Ditech Financial LLC | Wells Fargo | 2805 | Custodial |
| 852 | Ditech Financial LLC | Wells Fargo | 2806 | Custodial |
| 853 | Ditech Financial LLC | Wells Fargo | 2807 | Custodial |
| 854 | Ditech Financial LLC | Wells Fargo | 2808 | Custodial |
| 855 | Ditech Financial LLC | Wells Fargo | 2809 | Custodial |
| 856 | Ditech Financial LLC | Wells Fargo | 2810 | Custodial |
| 857 | Ditech Financial LLC | Wells Fargo | 2811 | Custodial |
| 858 | Ditech Financial LLC | Wells Fargo | 2812 | Custodial |
| 859 | Ditech Financial LLC | Wells Fargo | 2813 | Custodial |
| 860 | Ditech Financial LLC | Wells Fargo | 8900 | Custodial |
| 861 | Ditech Financial LLC | Wells Fargo | 8901 | Custodial |
| 862 | Ditech Financial LLC | Wells Fargo | 8902 | Custodial |
| 863 | Ditech Financial LLC | Wells Fargo | 8903 | Custodial |
| 864 | Ditech Financial LLC | Wells Fargo | 8904 | Custodial |
| 865 | Ditech Financial LLC | Wells Fargo | 8905 | Custodial |
| 866 | Ditech Financial LLC | Wells Fargo | 8906 | Custodial |
| 867 | Ditech Financial LLC | Wells Fargo | 8907 | Custodial |
| 868 | Ditech Financial LLC | Wells Fargo | 9000 | Custodial |
| 869 | Ditech Financial LLC | Wells Fargo | 9001 | Custodial |
| 870 | Ditech Financial LLC | Wells Fargo | 9002 | Custodial |
| 871 | Ditech Financial LLC | Wells Fargo | 9003 | Custodial |
| 872 | Ditech Financial LLC | Wells Fargo | 9004 | Custodial |
| 873 | Ditech Financial LLC | Wells Fargo | 9005 | Custodial |
| 874 | Ditech Financial LLC | Wells Fargo | 9006 | Custodial |
| 875 | Ditech Financial LLC | Wells Fargo | 9007 | Custodial |
| 876 | Ditech Financial LLC | Wells Fargo | 5600 | Custodial |
| 877 | Ditech Financial LLC | Wells Fargo | 5601 | Custodial |
| 878 | Ditech Financial LLC | Wells Fargo | 5602 | Custodial |
| 879 | Ditech Financial LLC | Wells Fargo | 5603 | Custodial |
| 880 | Ditech Financial LLC | Wells Fargo | 5604 | Custodial |
| 881 | Ditech Financial LLC | Wells Fargo | 6600 | Custodial |
| 882 | Ditech Financial LLC | Wells Fargo | 6601 | Custodial |
| 883 | REO Management Solutions, LLC | Wells Fargo | 8784 | Custodial |
| 884 | Reverse Mortgage Solutions, Inc | Wells Fargo | 3289 | Custodial |
| 885 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8459 | Custodial |
| 886 | Reverse Mortgage Solutions, | Wells Fargo | 3056 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| | Inc | | | |
| 887 | Reverse Mortgage Solutions, Inc | Wells Fargo | 3064 | Custodial |
| 888 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8969 | Custodial |
| 889 | Reverse Mortgage Solutions, Inc | Wells Fargo | 4816 | Custodial |
| 890 | Reverse Mortgage Solutions, Inc | Wells Fargo | 7725 | Custodial |
| 891 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9581 | Custodial |
| 892 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9599 | Custodial |
| 893 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9607 | Custodial |
| 894 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8778 | Custodial |
| 895 | Reverse Mortgage Solutions, Inc | Wells Fargo | 4559 | Custodial |
| 896 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1750 | Custodial |
| 897 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1768 | Custodial |
| 898 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1776 | Custodial |
| 899 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1792 | Custodial |
| 900 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1826 | Custodial |
| 901 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2030 | Custodial |
| 902 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2990 | Custodial |
| 903 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0988 | Custodial |
| 904 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0996 | Custodial |
| 905 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1175 | Custodial |
| 906 | Reverse Mortgage Solutions, Inc | Wells Fargo | 6029 | Custodial |
| 907 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9413 | Custodial |
| 908 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9421 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 909 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8597 | Custodial |
| 910 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8334 | Custodial |
| 911 | Reverse Mortgage Solutions, Inc | Wells Fargo | 3854 | Custodial |
| 912 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1348 | Custodial |
| 913 | Reverse Mortgage Solutions, Inc | Wells Fargo | 6439 | Custodial |
| 914 | Reverse Mortgage Solutions, Inc | Wells Fargo | 6447 | Custodial |
| 915 | Reverse Mortgage Solutions, Inc | Wells Fargo | 6454 | Custodial |
| 916 | Reverse Mortgage Solutions, Inc | Wells Fargo | 6462 | Custodial |
| 917 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2875 | Custodial |
| 918 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9540 | Custodial |
| 919 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9557 | Custodial |
| 920 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0250 | Custodial |
| 921 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0268 | Custodial |
| 922 | Reverse Mortgage Solutions, Inc | Wells Fargo | 9161 | Custodial |
| 923 | Reverse Mortgage Solutions, Inc | Wells Fargo | 7366 | Custodial |
| 924 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2452 | Custodial |
| 925 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2544 | Custodial |
| 926 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2551 | Custodial |
| 927 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2256 | Custodial |
| 928 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2264 | Custodial |
| 929 | Reverse Mortgage Solutions, Inc | Wells Fargo | 2272 | Custodial |
| 930 | Reverse Mortgage Solutions, Inc | Wells Fargo | 5156 | Custodial |
| 931 | Reverse Mortgage Solutions, Inc | Wells Fargo | 4114 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 932 | Reverse Mortgage Solutions, Inc | Wells Fargo | 4622 | Custodial |
| 933 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0813 | Custodial |
| 934 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0826 | Custodial |
| 935 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0842 | Custodial |
| 936 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0855 | Custodial |
| 937 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0868 | Custodial |
| 938 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0871 | Custodial |
| 939 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0884 | Custodial |
| 940 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0978 | Custodial |
| 941 | Reverse Mortgage Solutions, Inc | Wells Fargo | 0981 | Custodial |
| 942 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1003 | Custodial |
| 943 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1016 | Custodial |
| 944 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1029 | Custodial |
| 945 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1074 | Custodial |
| 946 | Reverse Mortgage Solutions, Inc | Wells Fargo | 1184 | Custodial |
| 947 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8399 | Custodial |
| 948 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8535 | Custodial |
| 949 | Reverse Mortgage Solutions, Inc | Wells Fargo | 8035 | Custodial |
| 950 | Reverse Mortgage Solutions, Inc | Wells Fargo | 3701 | Custodial |
| 951 | Reverse Mortgage Solutions, Inc | Wells Fargo | 3265 | Operating |
| 952 | Reverse Mortgage Solutions, Inc | Wells Fargo | 4350 | Operating |
| 953 | Ditech Financial LLC | Citibank | 7019 | Custodial |
| 954 | Ditech Financial LLC | Citibank | 7051 | Custodial |
| 955 | Ditech Financial LLC | Citibank | 0584 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 956 | Ditech Financial LLC | Citibank | 0779 | Custodial |
| 957 | Ditech Financial LLC | Citibank | 0787 | Custodial |
| 958 | Ditech Financial LLC | Citibank | 0795 | Custodial |
| 959 | Ditech Financial LLC | Citibank | 0808 | Custodial |
| 960 | Ditech Financial LLC | Citibank | 0816 | Custodial |
| 961 | Ditech Financial LLC | Citibank | 0824 | Custodial |
| 962 | Ditech Financial LLC | Citibank | 0832 | Custodial |
| 963 | Ditech Financial LLC | Citibank | 0859 | Custodial |
| 964 | Ditech Financial LLC | Citibank | 0867 | Custodial |
| 965 | Ditech Financial LLC | Citibank | 0875 | Custodial |
| 966 | Ditech Financial LLC | Citibank | 0883 | Custodial |
| 967 | Ditech Financial LLC | Citibank | 0891 | Custodial |
| 968 | Ditech Financial LLC | Citibank | 0904 | Custodial |
| 969 | Ditech Financial LLC | Citibank | 0912 | Custodial |
| 970 | Ditech Financial LLC | Citibank | 0939 | Custodial |
| 971 | Ditech Financial LLC | Citibank | 0947 | Custodial |
| 972 | Ditech Financial LLC | Citibank | 0955 | Custodial |
| 973 | Ditech Financial LLC | Citibank | 0963 | Custodial |
| 974 | Ditech Financial LLC | Citibank | 0971 | Custodial |
| 975 | Ditech Financial LLC | Citibank | 0998 | Custodial |
| 976 | Ditech Financial LLC | Citibank | 1018 | Custodial |
| 977 | Ditech Financial LLC | Citibank | 1026 | Custodial |
| 978 | Ditech Financial LLC | Citibank | 1034 | Custodial |
| 979 | Ditech Financial LLC | Citibank | 1042 | Custodial |
| 980 | Ditech Financial LLC | Citibank | 1069 | Custodial |
| 981 | Ditech Financial LLC | Citibank | 1077 | Custodial |
| 982 | Ditech Financial LLC | Citibank | 1085 | Custodial |
| 983 | Ditech Financial LLC | Citibank | 1093 | Custodial |
| 984 | Ditech Financial LLC | Citibank | 1106 | Custodial |
| 985 | Ditech Financial LLC | Citibank | 1114 | Custodial |
| 986 | Ditech Financial LLC | Citibank | 1122 | Custodial |
| 987 | Ditech Financial LLC | Citibank | 1149 | Custodial |
| 988 | Ditech Financial LLC | Citibank | 1157 | Custodial |
| 989 | Ditech Financial LLC | Citibank | 1165 | Custodial |
| 990 | Ditech Financial LLC | Citibank | 1173 | Custodial |
| 991 | Ditech Financial LLC | Citibank | 1181 | Custodial |
| 992 | Ditech Financial LLC | Citibank | 1202 | Custodial |
| 993 | Ditech Financial LLC | Citibank | 1229 | Custodial |
| 994 | Ditech Financial LLC | Citibank | 1237 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 995 | Ditech Financial LLC | Citibank | 1245 | Custodial |
| 996 | Ditech Financial LLC | Citibank | 1253 | Custodial |
| 997 | Ditech Financial LLC | Citibank | 1261 | Custodial |
| 998 | Ditech Financial LLC | Citibank | 1288 | Custodial |
| 999 | Ditech Financial LLC | Citibank | 1296 | Custodial |
| 1000 | Ditech Financial LLC | Citibank | 1309 | Custodial |
| 1001 | Ditech Financial LLC | Citibank | 1317 | Custodial |
| 1002 | Ditech Financial LLC | Citibank | 1325 | Custodial |
| 1003 | Ditech Financial LLC | Citibank | 1333 | Custodial |
| 1004 | Ditech Financial LLC | Citibank | 1341 | Custodial |
| 1005 | Ditech Financial LLC | Citibank | 1368 | Custodial |
| 1006 | Ditech Financial LLC | Citibank | 1376 | Custodial |
| 1007 | Ditech Financial LLC | Citibank | 1384 | Custodial |
| 1008 | Ditech Financial LLC | Citibank | 1392 | Custodial |
| 1009 | Ditech Financial LLC | Citibank | 1405 | Custodial |
| 1010 | Ditech Financial LLC | Citibank | 1413 | Custodial |
| 1011 | Ditech Financial LLC | Citibank | 1421 | Custodial |
| 1012 | Ditech Financial LLC | Citibank | 1448 | Custodial |
| 1013 | Ditech Financial LLC | Citibank | 1456 | Custodial |
| 1014 | Ditech Financial LLC | Citibank | 1464 | Custodial |
| 1015 | Ditech Financial LLC | Citibank | 1472 | Custodial |
| 1016 | Ditech Financial LLC | Citibank | 1499 | Custodial |
| 1017 | Ditech Financial LLC | Citibank | 1501 | Custodial |
| 1018 | Ditech Financial LLC | Citibank | 1528 | Custodial |
| 1019 | Ditech Financial LLC | Citibank | 1536 | Custodial |
| 1020 | Ditech Financial LLC | Citibank | 1544 | Custodial |
| 1021 | Ditech Financial LLC | Citibank | 1552 | Custodial |
| 1022 | Ditech Financial LLC | Citibank | 1579 | Custodial |
| 1023 | Ditech Financial LLC | Citibank | 1587 | Custodial |
| 1024 | Ditech Financial LLC | Citibank | 1595 | Custodial |
| 1025 | Ditech Financial LLC | Citibank | 1608 | Custodial |
| 1026 | Ditech Financial LLC | Citibank | 1616 | Custodial |
| 1027 | Ditech Financial LLC | Citibank | 1624 | Custodial |
| 1028 | Ditech Financial LLC | Citibank | 1632 | Custodial |
| 1029 | Ditech Financial LLC | Citibank | 1659 | Custodial |
| 1030 | Ditech Financial LLC | Citibank | 1667 | Custodial |
| 1031 | Ditech Financial LLC | Citibank | 1675 | Custodial |
| 1032 | Ditech Financial LLC | Citibank | 1683 | Custodial |
| 1033 | Ditech Financial LLC | Citibank | 1691 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 1034 | Ditech Financial LLC | Citibank | 1704 | Custodial |
| 1035 | Ditech Financial LLC | Citibank | 1712 | Custodial |
| 1036 | Ditech Financial LLC | Citibank | 1739 | Custodial |
| 1037 | Ditech Financial LLC | Citibank | 1747 | Custodial |
| 1038 | Ditech Financial LLC | Citibank | 1755 | Custodial |
| 1039 | Ditech Financial LLC | Citibank | 1763 | Custodial |
| 1040 | Ditech Financial LLC | Citibank | 1771 | Custodial |
| 1041 | Ditech Financial LLC | Citibank | 1798 | Custodial |
| 1042 | Ditech Financial LLC | Citibank | 1819 | Custodial |
| 1043 | Ditech Financial LLC | Citibank | 1827 | Custodial |
| 1044 | Ditech Financial LLC | Citibank | 1835 | Custodial |
| 1045 | Ditech Financial LLC | Citibank | 1843 | Custodial |
| 1046 | Ditech Financial LLC | Citibank | 1851 | Custodial |
| 1047 | Ditech Financial LLC | Citibank | 1878 | Custodial |
| 1048 | Ditech Financial LLC | Citibank | 1886 | Custodial |
| 1049 | Ditech Financial LLC | Citibank | 1894 | Custodial |
| 1050 | Ditech Financial LLC | Citibank | 1907 | Custodial |
| 1051 | Ditech Financial LLC | Citibank | 1915 | Custodial |
| 1052 | Ditech Financial LLC | Citibank | 1923 | Custodial |
| 1053 | Ditech Financial LLC | Citibank | 1931 | Custodial |
| 1054 | Ditech Financial LLC | Citibank | 1958 | Custodial |
| 1055 | Ditech Financial LLC | Citibank | 2184 | Custodial |
| 1056 | Ditech Financial LLC | Citibank | 2205 | Custodial |
| 1057 | Ditech Financial LLC | Citibank | 2213 | Custodial |
| 1058 | Ditech Financial LLC | Citibank | 2221 | Custodial |
| 1059 | Ditech Financial LLC | Citibank | 2248 | Custodial |
| 1060 | Ditech Financial LLC | Citibank | 2256 | Custodial |
| 1061 | Ditech Financial LLC | Citibank | 2264 | Custodial |
| 1062 | Ditech Financial LLC | Citibank | 2272 | Custodial |
| 1063 | Ditech Financial LLC | Citibank | 2299 | Custodial |
| 1064 | Ditech Financial LLC | Citibank | 2301 | Custodial |
| 1065 | Ditech Financial LLC | Citibank | 2328 | Custodial |
| 1066 | Ditech Financial LLC | Citibank | 2336 | Custodial |
| 1067 | Ditech Financial LLC | Citibank | 2344 | Custodial |
| 1068 | Ditech Financial LLC | Citibank | 2352 | Custodial |
| 1069 | Ditech Financial LLC | Citibank | 2379 | Custodial |
| 1070 | Ditech Financial LLC | Citibank | 2387 | Custodial |
| 1071 | Ditech Financial LLC | Citibank | 2395 | Custodial |
| 1072 | Ditech Financial LLC | Citibank | 2408 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 1073 | Ditech Financial LLC | Citibank | 2416 | Custodial |
| 1074 | Ditech Financial LLC | Citibank | 2424 | Custodial |
| 1075 | Ditech Financial LLC | Citibank | 2432 | Custodial |
| 1076 | Ditech Financial LLC | Citibank | 2459 | Custodial |
| 1077 | Ditech Financial LLC | Citibank | 2467 | Custodial |
| 1078 | Ditech Financial LLC | Citibank | 2475 | Custodial |
| 1079 | Ditech Financial LLC | Citibank | 2483 | Custodial |
| 1080 | Ditech Financial LLC | Citibank | 2491 | Custodial |
| 1081 | Ditech Financial LLC | Citibank | 2504 | Custodial |
| 1082 | Ditech Financial LLC | Citibank | 2512 | Custodial |
| 1083 | Ditech Financial LLC | Citibank | 2539 | Custodial |
| 1084 | Ditech Financial LLC | Citibank | 2547 | Custodial |
| 1085 | Ditech Financial LLC | Citibank | 2555 | Custodial |
| 1086 | Ditech Financial LLC | Citibank | 2563 | Custodial |
| 1087 | Ditech Financial LLC | Citibank | 2571 | Custodial |
| 1088 | Ditech Financial LLC | Citibank | 2598 | Custodial |
| 1089 | Ditech Financial LLC | Citibank | 2619 | Custodial |
| 1090 | Ditech Financial LLC | Citibank | 2627 | Custodial |
| 1091 | Ditech Financial LLC | Citibank | 2635 | Custodial |
| 1092 | Ditech Financial LLC | Citibank | 2643 | Custodial |
| 1093 | Ditech Financial LLC | Citibank | 2651 | Custodial |
| 1094 | Ditech Financial LLC | Citibank | 2678 | Custodial |
| 1095 | Ditech Financial LLC | Citibank | 2686 | Custodial |
| 1096 | Ditech Financial LLC | Citibank | 2694 | Custodial |
| 1097 | Ditech Financial LLC | Citibank | 2707 | Custodial |
| 1098 | Ditech Financial LLC | Citibank | 2715 | Custodial |
| 1099 | Ditech Financial LLC | Citibank | 2723 | Custodial |
| 1100 | Ditech Financial LLC | Citibank | 2731 | Custodial |
| 1101 | Ditech Financial LLC | Citibank | 2758 | Custodial |
| 1102 | Ditech Financial LLC | Citibank | 2766 | Custodial |
| 1103 | Ditech Financial LLC | Citibank | 2774 | Custodial |
| 1104 | Ditech Financial LLC | Citibank | 2782 | Custodial |
| 1105 | Ditech Financial LLC | Citibank | 2803 | Custodial |
| 1106 | Ditech Financial LLC | Citibank | 2811 | Custodial |
| 1107 | Ditech Financial LLC | Citibank | 2838 | Custodial |
| 1108 | Ditech Financial LLC | Citibank | 2846 | Custodial |
| 1109 | Ditech Financial LLC | Citibank | 2854 | Custodial |
| 1110 | Ditech Financial LLC | Citibank | 2862 | Custodial |
| 1111 | Ditech Financial LLC | Citibank | 2889 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 1112 | Ditech Financial LLC | Citibank | 2897 | Custodial |
| 1113 | Ditech Financial LLC | Citibank | 2918 | Custodial |
| 1114 | Ditech Financial LLC | Citibank | 2926 | Custodial |
| 1115 | Ditech Financial LLC | Citibank | 2934 | Custodial |
| 1116 | Ditech Financial LLC | Citibank | 2942 | Custodial |
| 1117 | Ditech Financial LLC | Citibank | 2969 | Custodial |
| 1118 | Ditech Financial LLC | Citibank | 2977 | Custodial |
| 1119 | Ditech Financial LLC | Citibank | 2985 | Custodial |
| 1120 | Ditech Financial LLC | Citibank | 2993 | Custodial |
| 1121 | Ditech Financial LLC | Citibank | 3005 | Custodial |
| 1122 | Ditech Financial LLC | Citibank | 3013 | Custodial |
| 1123 | Ditech Financial LLC | Citibank | 3021 | Custodial |
| 1124 | Ditech Financial LLC | Citibank | 3048 | Custodial |
| 1125 | Ditech Financial LLC | Citibank | 3056 | Custodial |
| 1126 | Ditech Financial LLC | Citibank | 3064 | Custodial |
| 1127 | Ditech Financial LLC | Citibank | 3072 | Custodial |
| 1128 | Ditech Financial LLC | Citibank | 3099 | Custodial |
| 1129 | Ditech Financial LLC | Citibank | 3101 | Custodial |
| 1130 | Ditech Financial LLC | Citibank | 3128 | Custodial |
| 1131 | Ditech Financial LLC | Citibank | 3136 | Custodial |
| 1132 | Ditech Financial LLC | Citibank | 3144 | Custodial |
| 1133 | Ditech Financial LLC | Citibank | 3152 | Custodial |
| 1134 | Ditech Financial LLC | Citibank | 3179 | Custodial |
| 1135 | Ditech Financial LLC | Citibank | 3187 | Custodial |
| 1136 | Ditech Financial LLC | Citibank | 3195 | Custodial |
| 1137 | Ditech Financial LLC | Citibank | 3208 | Custodial |
| 1138 | Ditech Financial LLC | Citibank | 3216 | Custodial |
| 1139 | Ditech Financial LLC | Citibank | 3224 | Custodial |
| 1140 | Ditech Financial LLC | Citibank | 3232 | Custodial |
| 1141 | Ditech Financial LLC | Citibank | 3259 | Custodial |
| 1142 | Ditech Financial LLC | Citibank | 3267 | Custodial |
| 1143 | Ditech Financial LLC | Citibank | 3275 | Custodial |
| 1144 | Ditech Financial LLC | Citibank | 3283 | Custodial |
| 1145 | Ditech Financial LLC | Citibank | 3291 | Custodial |
| 1146 | Ditech Financial LLC | Citibank | 3304 | Custodial |
| 1147 | Ditech Financial LLC | Citibank | 3312 | Custodial |
| 1148 | Ditech Financial LLC | Citibank | 3339 | Custodial |
| 1149 | Ditech Financial LLC | Citibank | 3347 | Custodial |
| 1150 | Ditech Financial LLC | Citibank | 3355 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 1151 | Ditech Financial LLC | Citibank | 3363 | Custodial |
| 1152 | Ditech Financial LLC | Citibank | 3371 | Custodial |
| 1153 | Ditech Financial LLC | Citibank | 3398 | Custodial |
| 1154 | Ditech Financial LLC | Citibank | 3419 | Custodial |
| 1155 | Ditech Financial LLC | Citibank | 3427 | Custodial |
| 1156 | Ditech Financial LLC | Citibank | 3443 | Custodial |
| 1157 | Ditech Financial LLC | Citibank | 3451 | Custodial |
| 1158 | Ditech Financial LLC | Citibank | 3478 | Custodial |
| 1159 | Ditech Financial LLC | Citibank | 3486 | Custodial |
| 1160 | Ditech Financial LLC | Citibank | 3494 | Custodial |
| 1161 | Ditech Financial LLC | Citibank | 3507 | Custodial |
| 1162 | Ditech Financial LLC | Citibank | 3515 | Custodial |
| 1163 | Ditech Financial LLC | Citibank | 3523 | Custodial |
| 1164 | Ditech Financial LLC | Citibank | 3531 | Custodial |
| 1165 | Ditech Financial LLC | Citibank | 3558 | Custodial |
| 1166 | Ditech Financial LLC | Citibank | 3566 | Custodial |
| 1167 | Ditech Financial LLC | Citibank | 3574 | Custodial |
| 1168 | Ditech Financial LLC | Citibank | 3582 | Custodial |
| 1169 | Ditech Financial LLC | Citibank | 3603 | Custodial |
| 1170 | Ditech Financial LLC | Citibank | 3611 | Custodial |
| 1171 | Ditech Financial LLC | Citibank | 3638 | Custodial |
| 1172 | Ditech Financial LLC | Citibank | 3646 | Custodial |
| 1173 | Ditech Financial LLC | Citibank | 3654 | Custodial |
| 1174 | Ditech Financial LLC | Citibank | 3662 | Custodial |
| 1175 | Ditech Financial LLC | Citibank | 3689 | Custodial |
| 1176 | Ditech Financial LLC | Citibank | 3697 | Custodial |
| 1177 | Ditech Financial LLC | Citibank | 3718 | Custodial |
| 1178 | Ditech Financial LLC | Citibank | 3726 | Custodial |
| 1179 | Ditech Financial LLC | Citibank | 3734 | Custodial |
| 1180 | Ditech Financial LLC | Citibank | 3742 | Custodial |
| 1181 | Ditech Financial LLC | Citibank | 3769 | Custodial |
| 1182 | Ditech Financial LLC | Citibank | 3777 | Custodial |
| 1183 | Ditech Financial LLC | Citibank | 3785 | Custodial |
| 1184 | Ditech Financial LLC | Citibank | 3793 | Custodial |
| 1185 | Ditech Financial LLC | Citibank | 3806 | Custodial |
| 1186 | Ditech Financial LLC | Citibank | 3814 | Custodial |
| 1187 | Ditech Financial LLC | Citibank | 3822 | Custodial |
| 1188 | Ditech Financial LLC | Citibank | 3849 | Custodial |
| 1189 | Ditech Financial LLC | Citibank | 3857 | Custodial |

WEIL:\96913998\1\41703.0010

| # | Legal Entity | Financial Institution | Last Four Digits of Account Number | Type of Account |
|---|---|---|---|---|
| 1190 | Ditech Financial LLC | Citibank | 5705 | Custodial |
| 1191 | Ditech Financial LLC | Citibank | 5713 | Custodial |
| 1192 | Ditech Financial LLC | Citibank | 6409 | Custodial |
| 1193 | Ditech Financial LLC | Citibank | 6417 | Custodial |
| 1194 | Ditech Financial LLC | Citibank | 6425 | Custodial |
| 1195 | Ditech Financial LLC | Citibank | 6433 | Custodial |
| 1196 | Ditech Financial LLC | Bank of America | 2845 | Custodial |

WEIL:\96913998\1\41703.0010

**<u>Exhibit C</u>**

**Diagrams**

WEIL:\96913998\1\41703.0010

# Diagram A
# DHC Cash Management





**Legend:**

DACA agreement – Term Lenders

DACA/JACA agreement – Warehouse Lenders



# Diagram B
# Ditech Financial Origination Cash Management



# Diagram C
# Ditech Financial Servicing Cash Management



# Diagram D
# RMS Servicing Cash Management

DITECH HOLDING CORPORATION.

