**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DITECH HOLDING CORPORATION, *et al.*,[1] | ) | Case No. 19-10412 (JLG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Alison J. Wirtz, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Term Loan Ad Hoc Group. I certify that I am a member in good standing of the bar of the State of Illinois. I have submitted the filing fee of $200 with this motion for *pro hac vice* admissions.

Dated: February 25, 2019         */s/ Alison J. Wirtz*
       New York, New York        Alison J. Wirtz
                                 **KIRKLAND & ELLIS LLP**
                                 **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                 300 North LaSalle Street
                                 Chicago, Illinois 60654
                                 Telephone:   (312) 862-2000
                                 Facsimile:   (312) 862-2200
                                 Email:       alison.wirtz@kirkland.com

                                 *Counsel to the Term Loan Ad Hoc Group*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.