UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re

                                                                Chapter 11

DITECH HOLDING CORPORATION, *et al.,*      Case No. 19-10412 (JLG)

                                  Debtors.         (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

      William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Ditech Holding Corporation and its affiliated debtors-in-possession:

1.     Safeguard Properties Management, LLC
       7887 Safeguard Circle
       Valley View, Ohio 44125
       Attention:  Linda Erkkila, General Counsel and EVP
       Telephone:  (216) 739-2900 x 1117

2.     Wilmington Savings Fund Society, FSB
       WSFS Bank Center
       500 Delaware Avenue
       Wilmington, Delaware 19801
       Attention:  Geoffrey J. Lewis, Vice President
       Telephone:  (302) 573-3218

3.     Lee Kamimura
       2120 Blue Zenith Circle
       Las Vegas, Nevada 89119
       Telephone:  (702) 373-3954

4.     ISGN Solutions, Inc.
   2330 Commerce Park Drive NE, Suite 2
   Palm Bay, Florida 32905
   Attention: Matthew J. Mesmer, VP, General Counsel, CCO
   Telephone: (855) 763-6350 x 63334

5.     Black Knight Financial Technology Solutions, LLC
   601 Riverside Avenue
   Jacksonville, Florida 32204
   Attention: Donald E. Tesiero II, Managing Division Counsel
   Telephone: (904) 854-5663

6.     Cognizant Technology Solutions
   9807 Arctic Drive
   Frisco, Texas 78035
   Attention: Prashant Kumar, Senior Director
   Telephone: (804) 833-6509

7.     Deutsche Bank National Trust Company as RMBS Trustee
   Harbor Side Financial Center
   100 Plaza One (MS: JCY03-0801)
   Jersey City, New Jersey 07311
   Attn: Brendan Meyer, Director, Defaults and Transaction Management
   Telephone: (201) 593-8545

Dated: New York, New York
       February 27, 2019

                        Sincerely,

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE

                *By:*     */s/ Greg M. Zipes*
                      Greg M. Zipes
                      Benjamin Higgins
                      Trial Attorneys
                      Office of the United States Trustee
                      U.S. Federal Office Building
                      201 Varick Street, Room 1006
                      New York, NY 10014
                      Tel. (212) 510-0500
                      Fax (212) 668-2255