**Bender, Anderson and Barba, PC**
250 State Street, #D-2
North Haven, CT 06473
Telephone: (203) 248-6440
Facsimile: (203) 288-9054
E-mail: ronaldbarba@babcondolaw.com
Ronald J. Barba

*Counsel for Foxbridge Village Condominium Association, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE | : | In Proceedings Under |
|  | : | Chapter 11 |
|  | : |  |
| DITECH HOLDING CORPORATION, et al | : | Case No. 19-10412 (JLG) |
| Debtors[1] | : |  |
|  | : |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceedings as counsel to Foxbridge Village Condominium Association, Inc. ("Association"), and requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and sections 102(1), 342 and 1109(b) of Title 11 of the United States Code ("Bankruptcy Code"), that all notices given or

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Matrix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

1

required to be given in connection with the above-caption proceedings, and all papers served or required to be served in connection therewith, be given and served upon:

> Ronald J. Barba
> Bender, Anderson and Barba, PC
> 250 State Street, #D-2
> North Haven, CT 06473
> Tel: (203) 248-6440
> Fax: (203) 288-9054
> ronaldbarba@babcondolaw.com

**PLEASE TAKE FUTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any pleadings, motions, applications, presentments, petitions, memoranda, affidavits, declarations and orders, or other documents filed or entered in these cases.

**PLEASE TAKE FUTHER NOTICE** that this request includes not only the notice and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes without limitation the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to these cases and any proceeding related thereto as well as the property of the Debtors.

**PLEASE TAKE FUTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim or suit shall waive any right of Foxbridge Village Condominium Association, Inc. to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly preserved and reserved.

Dated: March 27, 2019

Respectfully submitted,

*/s/ Ronald J. Barba*

Ronald J. Barba
**Bender, Anderson and Barba, P.C.**
250 State Street, #D-2
North Haven, CT 06473
Tel.: (203) 248-6440
Fax: (203) 288-9054
Fed Bar#: CT10513
ronaldbarba@babcondolaw.com

*Counsel for Foxbridge Village Condominium Association, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE | : | In Proceedings Under |
| | : | Chapter 11 |
| | : | |
| DITECH HOLDING CORPORATION, et al | : | Case No. 19-10412 (JLG) |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Ronald J. Barba, hereby certify that Notice of Appearance has been filed electronically on March 27, 2019, and is available for viewing and downloading from the Court's Electronic Case Filing System.  I further certify that I have this day served the foregoing document by first class mail, postage prepaid, on the following:

Not Applicable.

Respectfully submitted,

 */s/ Ronald J. Barba*
Ronald J. Barba
**Bender, Anderson and Barba, P.C.**
250 State Street, #D-2
North Haven, CT 06473
Tel.: (203) 248-6440
Fax: (203) 288-9054
Fed Bar#: CT10513
ronaldbarba@babcondolaw.com

4