UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
DITECH HOLDING CORPORATION, *et al.*,                       :    Case No. 19-10412 (JLG)
                                                            :
           Debtors.[1]                                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

## ORDER EXTENDING GENERAL BAR DATE

Upon the *Notice of Presentment of Order Extending General Bar Date* filed on March 20, 2019 (the "**Notice**") of Ditech Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to extend the General Bar Date established in the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (ECF No. 90) (the "**Bar Date Order**");[2]

**IT IS HEREBY ORDERED THAT:**

1.   The Bar Date Order shall be modified such that the General Bar Date shall be extended to **April 25, 2019 at 5:00 p.m. (Prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Bar Date Order.

2. Individual borrowers whose loans are presently serviced by the Debtors or whose loans were serviced by the Debtors at any time prior to the Commencement Date shall be permitted to file a consolidated proof of claim against all Debtors.

3. Except as expressly set forth herein, the Bar Date Order shall remain in full force and effect.

4. The proposed notice attached hereto as **Exhibit 1** is hereby approved and such notice shall be served in the same manner as service of the Bar Date Order.

Dated: March 27, 2019
      New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

WEIL:\96958337\5\41703.0010

# Exhibit 1

## Bar Date Notice

WEIL:\96958337\5\41703.0010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                                           :      Chapter 11
                                                                :
**DITECH HOLDING CORPORATION,** *et al.*,                       :      Case No. 19-10412 (JLG)
                                                                :
                    Debtors.[1]                                 :      (Jointly Administered)
                                                                :
---------------------------------------------------------------X

### NOTICE OF AMENDED DEADLINE REQUIRING FILING OF PROOFS OF CLAIM

The United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") has entered an order establishing **April 25, 2019 at 5:00 p.m. (Prevailing Eastern Time)** as the last date and time for each person or entity (excluding "governmental units," as defined in section 101(27) of the Bankruptcy Code) to file a proof of claim (such deadline, the "**General Bar Date**") against any of the debtors listed below (collectively, the "**Debtors**"). You can access a proof of claim form on (a) the website established by the Debtors' Court-approved claims and noticing agent, Epiq Corporate Restructuring, LLC ("**Epiq**") at http://dm.epiq11.com/Ditech or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms. All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of February 11, 2019). You also should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available. Your proof of claim form must <u>not</u> contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

Copies of the Debtors' schedules of assets and liabilities (collectively, the "**Schedules**") are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on (a) the website established by Epiq for the Debtors' cases at http://dm.epiq11.com/Ditech and (b) on the Court's website at http://www.nysb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("**PACER**") are required to access this information on the Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at One Bowling Green, New York, NY 10004-1408. Copies of the Debtors' Schedules also may be obtained by request to Epiq: Ditech Holding Corporation, Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC 777 Third Avenue, 12th Floor, New York, NY 10017 (Toll Free: (866)-486-4809) (E-mail: ProjectPhoenix@epiqglobal.com).

If you are a consumer borrower, you received this notice because your loan may be serviced by Ditech Financial LLC, Reverse Mortgage Solutions, Inc. or any of their affiliates. Receipt of this notice does not mean that the Debtors believe that you have claims against them. The decision to file or not to file a claim must be made by each individual that receives the notice. If you need help in deciding whether or not you have a claim, or how to complete the form you should contact an attorney. If you decide to file a proof of claim, you may file <u>one</u> proof of claim against all Debtors. The Debtors' bankruptcy has no impact on your obligation to repay your loan, but it could limit your right to sue Ditech Financial LLC or any of its affiliates, if you believe that the servicing of your loan by Ditech Financial LLC or any of its affiliates has violated the law. If you have any questions, please call the Debtors' restructuring hotline at 1-866-486-4809 (U.S. Toll-Free) or 1-503-597-7698 (International). The Bankruptcy Court cannot provide you with legal advice. Do not contact the Bankruptcy Court for assistance or advice as to how to complete the proof of claim form, your rights as a creditor, or the amount of your claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.