**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                            :     Chapter 11
:
DITECH HOLDING CORPORATION, *et al.*,   :     Case No. 19-10412 (JLG)
:
Debtors.¹                                  :     (Jointly Administered)
:
:
------------------------------------------------------------x     Ref. Docket Nos. 358 and 359

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2019, I caused to be served the:

   a. "Debtors' Omnibus Reply to Objections to Motion of Debtors for Entry of an Order Approving Key Employee Incentive Program," dated April 8, 2019 [Docket No. 358], (the "KEIP Omni"), and

   b. "Debtors' Omnibus Reply to Objections to Debtors' Request for Approval of Bidding Procedures," dated April 8, 2019 [Docket No. 359], (the "Bid Omni"),

   by causing true and correct copies of the:

   i. KEIP Omni and Bid Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

    ii. KEIP Omni and Bid Omni, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. Bid Omni, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Marsha Chambers – Pro se, 11858 Betty Lane, Kaufman, TX 75142*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Forrest Kuffer*
                                                      Forrest Kuffer

Sworn to before me this
9th day of April, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMC SERVICING SOLUTIONS LLC | 630 3RD AVENUE SUITE 1601 NEW YORK NY 10017 |
| AMHERST PIERPONT SECURITIES LLC | KELLY STEPHENS 245 PARK AVE 5FL NEW YORK NY 10167 |
| BARCLAYS | RAINA BISSON-ORR 745 7TH AVE NEW YORK NY 10019 |
| BOKF, NA | ROD DAMON 1001 TECHNOLOGY DR SUITE 102 LITTLE ROCK AR 72223 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY AND NICHOLAS VISLOCKY COUNSEL TO NATIONAL FOUNDERS 200 LIBERTY STREET NEW YORK NY 10281 |
| CANTOR FITZGERALD & CO | THOMAS ELLIOTT 900 W TRADE ST SUITE 725 CHARLOTTE NC 28202 |
| CITIGROUP GLOBAL MARKETS INC. | ALLYSON COOPER 390 GREENWICH ST NEW YORK NY 10013 |
| CREDIT SUISSE AG, NEW YORK BRANCH | 11 MADISON AVENUE NEW YORK NY 10010 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTENTION: CUSTODY ADMINISTRATION - RV181C 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| FNMA | RICHARD SHIN 11000 15TH ST NW WASHINGTON DC 20005 |
| MERSCORP HOLDINGS, INC. | GREGORY MCGREEVY, ESQ. 1818 LIBRARY STREET, SUITE 300 RESTON VA 20190 |
| MITSUBISHI UFJ SECURITIES (USA), INC. | ROCKY PROGANO 1221 AVE OF THE AMERICAS 6FL NEW YORK NY 10020 |
| MIZUHO SECURITIES USA INC. | ROBERT GRECO 320 PARK AVE FL NEW YORK NY 10022 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM | GREGORY MCGREEVY, ESQ. 1818 LIBRARY ST RESTON VA 20190 |
| PETER ARONOFF | ASSISTANT U.S. ATTORNEY SOUTHERN DISTRICT OF NEW YORK 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |

**Total Creditor count  16**

# EXHIBIT B

**email**

ablye@carltonfields.com; kdemar@carltonfields.com
angela.baglanzis@obermayer.com
BANKRUPTCYNOTICESCHR@SEC.GOV
bhugon@mckoolsmith.com
brian.resnick@davispolk.com; michelle.mcgreal@davispolk.com
brosenblum@jonesday.com
CAROLINE.WATKINS@EVERBANK.COM
cmartin@pralc.com
crmomjian@attorneygeneral.gov
DALLAS.BANKRUPTCY@PUBLICANS.COM
daniel.blanks@nelsonmullins.com
DAS@SEWKIS.COM; ASHMEAD@SEWKIS.COM; ALVES@SEWKIS.COM
dcoffino@cov.com; aclark@cov.com
ditech.service@davispolk.com
dkirk@carltonfields.com; kathompson@carltonfields.com
drosner@goulstonstorrs.com
dshamah@omm.com
ellen.kiernan@barclays.com
GBRAY@MILBANK.COM
gbressler@mdmc-law.com

GLENN.SIEGEL@MORGANLEWIS.COM; CHARLIE.LIU@MORGANLEWIS.COM
GLEWIS@WSFSBANK.COM
Greg.Zipes@usdoj.gov; Benjamin.J.Higgins@usdoj.gov
GREGORY.PESCE@KIRKLAND.COM
JANETT.PARSONS@WELLSFARGO.COM
jarnold@aldridgepite.com
jboelter@sidley.com; bnagin@sidley.com; cegleson@sidley.com; cpersons@sidley.com
jcl@sbbolaw.com
JENOBILE@NTLEGAL.COM
jmontgomery@brownconnery.com
JOHN.ROSENTHAL@MORGANLEWIS.COM
JTAYLOR@OMM.COM
jtaylor@omm.com
karen.gelernt@alston.com; ronald.klein@alston.com
KATHLEEN.SIDOR@BNYMELLON.COM
KCATANESE@FOLEY.COM
Kenton_Hambrick@freddiemac.com
LEISENBERG@FOLEY.COM
linda.erkkila@safeguardproperties.com
LINNIE.HAYES@TEXASCAPITALBANK.COM
LISA.V.MULRAIN@HUD.GOV

lmbkr@pbfcm.com
lmodugno@mdmc-law.com; mmorano@mdmc-law.com
lshimel@sbbolaw.com
MARGARET.DELLAFERA@CREDIT-SUISSE.COM
MARK.E.DEFABIO@WELLSFARGO.COM
MARK.LEDWIN@WILSONELSER.COM
MARK.MCDERMOTT@SKADDEN.COM
mark.mcdermott@skadden.com; sarah.ward@skadden.com;
melissa.tiarks@skadden.com; evan.hill@skadden.com;
bryan.kotliar@skadden.com

mcbrowndorf@wkbllp.com; jfaust@wkbllp.com; acorcoran@wkbllp.com
MEGAN.KANE@CREDIT-SUISSE.COM
MELISSA.TIARKS@SKADDEN.COM
meltzere@pepperlaw.com
mlinder@sidley.com
MMALONEY@KSLAW.COM
msprouse@sprousepllc.com
NY_ECF_NOTICES@MCCALLA.COM
PATRICK.NASH@KIRKLAND.COM
Peter.Aronoff@usdoj.gov
PMOAK@MCKOOLSMITH.COM
pmoak@mckoolsmith.com
PPARTEE@HUNTONAK.COM; RRICH2@HUNTONAK.COM
R.SCHAEFER@BHPP.COM
RACHEL.MAUCERI@MORGANLEWIS.COM;
KURT.RADEMACHER@MORGANLEWIS.COM
rfeinstein@pszjlaw.com; BSANDLER@PSZJLAW.COM;
SGOLDEN@PSZJLAW.COM
rmichaelson@r3mlaw.com; ECOLLINS@R3MLAW.COM
ROBERT.BLACKBURN@CITI.COM
SANANTONIO.BANKRUPTCY@PUBLICANS.COM
SARAH.WARD@SKADDEN.COM
sbarak@logs.com
schristianson@buchalter.com
SDAVIDSON@KSLAW.COM
SDNYECF@DOR.MO.GOV
SLIEBERMAN@PRYORCASHMAN.COM;
MSILVERMAN@PRYORCASHMAN.COM
swarren@omm.com
SWARREN@OMM.COM; dpatrick@omm.com
thad@kblawtx.com
tklestadt@klestadt.com
TLEDAY@MVBALAW.COM

tscannell@foley.com
wpbecf@cfdom.net
janice.grubin@leclairryan.com; alex.chase@leclairryan.com
tavian@mayerlaw.com
muchnikl@gtlaw.com; clearyd@gtlaw.com
arthur.ruegger@dentons.com
csharaf@rasboriskin.com
jbaer@pbfcm.com
ronaldbarba@babcondolaw.com
notices@dannlaw.com
gerard.catalanello@alston.com; james.vincequerra@alston.com
mshriro@singerlevick.com
AGBankNewYork@ag.tn.gov
zschorr@schorr-law.com
rjl@dgandl.com
jbanks@pbfcm.com