A program of the Bluhm Legal Clinic

# Investor Protection Center

J. SAMUEL TENENBAUM, Director

**Via Electronic Mail**

April 19, 2019

William K. Harrington
United States Trustee for Region 2
201 Varick Street, Room 1006
New York, NY 10014
Attn: Greg M. Zipes, Benjamin J. Higgins

    **Re:** *In re Ditech Holding Corp.*, Case No. 19-10412 (JLG) (and associated cases)
    **Request for Appointment of Official Committee of Consumer Creditors**

Dear Messrs. Harrington, Zipes, and Higgins:

Our clinic represents three consumer borrowers, Barbara Herron, LeRon Harris and Reola Minter as well as related parties, with loans from Reverse Mortgage Solutions, Inc. ("RMS"), which is wholly-owned by Ditech. Each of the borrowers was the victim of the fraud described below and has significant defenses and claims related to the mortgages. I write to express support of the appointment of an Official Committee of Consumer Creditors in the associated Ditech bankruptcy matters referenced above. Based upon our observations of the types of servicing abuses Ditech and RMS consumers have suffered, as well as the type of wrongful action our clients have suffered, and our concern that consumers may be without recourse to appropriately address these errors if their interests are not specifically represented in bankruptcy, we support the appointment of an Official Committee of Consumer Creditors.

Each of our clients has a mortgage loan that RMS serviced pre-petition and two are currently in a litigation proceeding with RMS regarding a foreclosure action brought by the Debtor. Each of our clients was involved in a fraudulent reverse mortgage scheme. The perpetrator of this reverse mortgage scheme targeted elderly, African-American residents in Chicago with equity in their homes and coerced them into reverse mortgages for which they received no proceeds or benefits. In its notice, Debtors allege the foreclosure actions, despite the predatory and exploitative nature of the loans, are not subject to the Automatic Stay as ordered by the bankruptcy court. Our fear is that this preclusion would strip RMS foreclosure litigants of their rights and impose undue hardships thereon without any enforceable remedies.

Northwestern University School of Law
Investor Protection Center
357 East Chicago Avenue
Chicago, Illinois  60611-3069
312.503.0210; fax 312.503.8777
Bluhm Legal Clinic:  312.503.8576
Investor-Protection@law.northwestern.edu
www.law.northwestern.edu

A program of the Bluhm Legal Clinic

# Investor Protection Center

**J. SAMUEL TENENBAUM,** Director

Our consumer clients, like those of many of the proponents of the Official Committee of Consumer Creditors, who are elderly, disabled, and lack the financial means to obtain representation, are the most vulnerable and at risk of harm in Ditech bankruptcy matters, particularly if they are left without meaningful or enforceable remedies as a result of the bankruptcy discharge. There are likely other consumer creditors with loans serviced by Ditech who are unaware of the bankruptcy and unable to obtain representation. For these reasons, we sincerely request the appointment of an Official Committee of Consumer Creditors.

Respectfully,


*s/J. Samuel Tenenbaum*
J. Samuel Tenenbaum

cc:  Theodore O. Bartholow II (thad@kblawtx.com)
     Sunny Singh (sunny.singh@weil.com)
     Bradford J. Sandler (bsandler@pszjlaw.com)

Northwestern University School of Law
Investor Protection Center
357 East Chicago Avenue
Chicago, Illinois  60611-3069
312.503.0210; fax 312.503.8777
Bluhm Legal Clinic:  312.503.8576
Investor-Protection@law.northwestern.edu
www.law.northwestern.edu