UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                                 :

In re                                                 :        Chapter 11

DITECH HOLDING CORPORATION, *et al.*,   :        Case No. 19-10412 (JLG)

                         Debtors.[1]             :        (Jointly Administered)
                                                 :        Related Docket No. 468
------------------------------------------------------------X

### ORDER FURTHER EXTENDING GENERAL BAR DATE FOR
### FILING PROOFS OF CLAIM FOR CONSUMER BORROWERS *NUNC PRO TUNC*

Upon the *Application of Debtors for Entry of Order Further Extending General Bar Date for Filing Proofs of Claim for Consumer Borrowers Nunc Pro Tunc* filed on April 25, 2019 (the "**Application**") of Ditech Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to extend the General Bar Date to June 3, 2019 at 5:00 p.m. (Prevailing Eastern Time) for consumer borrowers;[2]

**IT IS HEREBY ORDERED THAT:**

1.      The General Bar Date shall be extended to **June 3, 2019 at 5:00 p.m.** (Prevailing Eastern Time) (the "**Extended Bar Date**") solely for consumer borrowers.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application.

2. Individual borrowers whose loans are presently serviced by the Debtors or whose loans were serviced by the Debtors at any time prior to the Commencement Date shall be permitted to file a consolidated proof of claim against all Debtors.

3. Except as expressly set forth herein, the *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [ECF No. 90] and *Order Extending General Bar Date* [ECF No. 272] shall remain in full force and effect.

4. Entry of this Order is without prejudice to the rights of the Debtors to seek a further order of this Court extending the date by which holders of claims must file proofs of claims against the Debtor.

Dated: April 30, 2019
       New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

WEIL:\97019164\2\41703.0010

**Exhibit 1**

**Extended Bar Date Notice**

WEIL:\97019164\2\41703.0010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **DITECH HOLDING CORPORATION,** *et al.*, | : | Case No. 19-10412 (JLG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

-----------------------------------------------------------------X

### NOTICE OF EXTENDED DEADLINE FOR CONSUMER BORROWERS TO FILE PROOFS OF CLAIM

        The United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") has entered an order establishing **June 3, 2019 at 5:00 p.m. (Prevailing Eastern Time)** as the last date and time for consumer borrowers to file a proof of claim (such deadline, the "**Extended Bar Date**") against any of the debtors listed below (collectively, the "**Debtors**"). You can access a proof of claim form on (a) the website established by the Debtors' Court-approved claims and noticing agent, Epiq Corporate Restructuring, LLC ("**Epiq**") at http://dm.epiq11.com/Ditech or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms. All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency (using the exchange rate, if applicable, as of February 11, 2019). You also should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available. Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four (4) digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

        Copies of the Debtors' schedules of assets and liabilities (collectively, the "**Schedules**") are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on (a) the website established by Epiq for the Debtors' cases at http://dm.epiq11.com/Ditech and (b) on the Court's website at http://www.nysb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("**PACER**") are required to access this information on the Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at One Bowling Green, New York, NY 10004-1408. Copies of the Debtors' Schedules also may be obtained by request to Epiq: Ditech Holding Corporation, Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC 777 Third Avenue, 12th Floor, New York, NY 10017 (Toll Free: (866)-486-4809) (E-mail: ditechinfo@epiqglobal.com).

        **If you are a consumer borrower, you received this notice because your loan may be serviced by Ditech Financial LLC, Reverse Mortgage Solutions, Inc. or any of their affiliates. Receipt of this notice does not mean that the Debtors believe that you have claims against them. The decision to file or not to file a claim must be made by each individual that receives the notice. If you need help in deciding whether or not you have a claim, or how to complete the form you should contact an attorney. If you decide to file a proof of claim, you may file one proof of claim against all Debtors. The Debtors' bankruptcy has no impact on your obligation to repay your loan, but it could limit your right to sue Ditech Financial LLC or any of its affiliates, if you believe that the servicing of your loan by Ditech Financial LLC or any of its affiliates has violated the law. If you have any questions, please call the Debtors' restructuring hotline at 1-866-486-4809 (U.S. Toll- Free) or 1-503-597-7698 (International). The Bankruptcy Court cannot provide you with legal advice. Do not contact the Bankruptcy Court for assistance or advice as to how to complete the proof of claim form, your rights as a creditor, or the amount of your claim.**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.