WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
**In re**                                 :     Chapter 11
:
**DITECH HOLDING CORPORATION,** *et al.*, :     Case No. 19-10412 (JLG)
:
          Debtors.[1]                     :     (Jointly Administered)
:
------------------------------------------------------------X

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 14, 2019**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, One Bowling Green, Courtroom 601, New York, New York 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

**MATTERS TO BE HEARD AT 11:00 A.M.**

**I.  CONTESTED MATTERS:**

1. Motion of Unsecured Creditor Monique McTeer for Relief from the Automatic Stay (11 U.S.C. § 362) **[ECF No. 438]**

    Response Deadline:    May 7, 2019 at 4:00 p.m.

    Response Filed:

    A.    Debtors' Objection **[ECF No. 509]**

    Related Document:

    B.    Unsecured Creditor Monique McTeer's Reply in Support of Motion **[ECF No. 538]**

    Status:  This matter is going forward on a contested basis.

2. Motion of Michael Martello for Relief from the Automatic Stay **[ECF No. 446]**

    Response Deadline:    May 7, 2019 at 4:00 p.m.

    Response Filed:

    A.    Debtors' Objection **[ECF No. 507]**

    Related Documents:  None.

    Status:  This matter is going forward on a contested basis.

3. Motion of Marsha Chambers to Clarify and Correctly Post Unsecured Creditor's Claim **[ECF No. 464]**

    Response Deadline:    May 7, 2019 at 4:00 p.m.

    Response Filed:

    A.    Debtors' Objection **[ECF No. 514]**

    Related Documents:  None.

    Status:  This matter is going forward on a contested basis.

4. Consumer Creditors' Motion for Order Extending the Deadline for Filing Proofs of Claim with Point and Authorities filed **[ECF No. 465]**

    Response Deadline:    May 7, 2019 at 4:00 p.m.

2

Responses Filed:    None.

Related Document:

    A.    Order Further Extending General Bar Date for Filing Proofs of Claim for Consumer Borrowers *Nunc Pro Tunc* **[ECF No. 496]**

Status:  The bar date for consumer borrowers was extended to June 3, 2019 pursuant to the *Order Further Extending General Bar Date for Filing Proofs (ECF No. 496)*.

## **MATTER TO BE HEARD AT 3:00 P.M.**

    5.    Motion of Debtors for Entry of an Order (I) Disbanding the Official Committee of Consumer Creditors Appointed by the U.S. Trustee or, Alternatively, (II) Limiting the Scope of Such Committee and Capping the Fees and Expenses Which May Be Incurred By Such Committee **[ECF No. 522]**

Response Deadline:    May 13, 2019 at 4:00 p.m.

Responses Filed:

    A.    Objection of the Official Committee of Consumer Creditors **[ECF No. 548]**

    B.    Objection of the United States Trustee **[ECF No. 556]**

    C.    Consumer Creditors' Opposition to the Debtors' Motion **[ECF No. 560]**

    D.    The Diamond Victims' Joinder in Objection to Debtors' Motion to Disband Consumer Creditors Committee **[ECF No. 561]**

Related Documents:

    E.    Letter to the United States Trustee Requesting the Appointment of an Official Committee of Consumer Creditors **[ECF No. 429]**

    F.    Amended Appointment of Official Creditors' Committee Adding Two Consumer Creditors to the Committee **[ECF No. 444]**

    G.    Letter Requesting Appointment of Official Committee of Consumer Creditors **[ECF No. 449]**

    H.    Second Amended Notice of Appointment of Official Committee of Unsecured Creditors **[ECF No. 497]**

    I.    Notice of Appointment of Official Committee of Consumer Creditors **[ECF No. 498]**

    J.    Emergency Motion of Debtors to Shorten Time and Fix Date and Time for Hearing to Consider Motion **[ECF No. 523]**

    K.    Order Granting Debtors' Emergency Motion to Shorten Time **[ECF No. 524]**

    L.    Statement of Term Loan Ad Hoc Group in Support of Debtors' Motion **[ECF No. 529]**

    M.    Joinder of the Diamond Victims to Debtors' Motion **[ECF No. 547]**

    N.    Declaration of Victor Noskov in Support of Objection of the Official Committee of Consumer Creditors **[ECF No. 549]**

Status: This matter is going forward on a contested basis.

## II. WITHDRAWN MATTER:

6. Motion of Black Knight Financial Technology Solutions, LLC, for the Entry of an Order Compelling the Debtors to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. § 365(d)(2) **[ECF No. 418]**

Response Deadline: May 7, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 510]**

Related Document:

    B.    Notice of Withdrawal **[ECF No. 550]**

Status: This matter has been withdrawn.

Dated: May 13, 2019
       New York, New York

                    /s/ Sunny Singh
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007
                    Ray C. Schrock, P.C.
                    Sunny Singh

                    *Attorneys for Debtors*
                    *and Debtors in Possession*