WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                          :
In re                                      :         Chapter 11
                                          :
**DITECH HOLDING CORPORATION,** *et al.*,      :         Case No. 19-10412 (JLG)
                                          :
                 Debtors.[1]              :         (Jointly Administered)
                                          :
---------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JUNE 5, 2019 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, One Bowling Green, Courtroom 601, New York, New York 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

**I. UNCONTESTED MATTERS:**

1. Motion of Debtors Pursuant to Section 1121(d) of the Bankruptcy Code to Extend Exclusive Periods **(ECF No. 588)**

    Response Deadline:   May 29, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Document:

    A.   Certificate of No Objection **(ECF No. 643)**

    Status: This matter is going forward on an uncontested basis.

2. Motion of Debtors for Authorization to (I) Reject Unexpired Lease of Nonresidential Real Property and (II) Abandon Property in Connection Therewith **(ECF No. 597)**

    Response Deadline:   May 29, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Document:

    A.   Certificate of No Objection **(ECF No. 645)**

    Status: This matter is going forward on an uncontested basis.

**II. CONTESTED MATTERS:**

3. Motion of Debtors for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b) Waiving Requirements of 11 U.S.C. § 345(b) with Respect to Certain Debtor Bank Accounts **(ECF No. 598)**

    Response Deadline:   May 29, 2019 at 4:00 p.m.

    Response Filed:

    A.   Objection of the United States Trustee **(ECF No. 611)**

    Related Document:

    B.   Debtors' Reply to Objection **(ECF No. 626)**

    Status: This matter is going forward on a contested basis.

WEIL:\97036387\3\41703.0010

**III.   ADJOURNED MATTERS:**

4.   Motion of Jawdat and Nisreen Lahlouh for Relief from the Automatic Stay **(ECF No. 521)**

   Response Deadline:   May 29, 2019 at 4:00 p.m.

   Response Filed:

   A.   Debtors' Objection **(ECF No. 612)**

   Related Documents:   None.

   Status:  This matter has been adjourned to June 20, 2019 at 11:00 a.m.

5.   Motion of Ocwen Loan Servicing, LLC for Relief from the Automatic Stay **(ECF No. 567)**

   Response Deadline:   June 13, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to June 20, 2019 at 11:00 a.m.

6.   Motion of Emad Sarhan for Relief from the Automatic Stay **(ECF No. 585)**

   Response Deadline:   June 13, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to June 20, 2019 at 11:00 a.m.

7.   Mario and Queenie Brown's Emergency Motion for Orders Pursuant to 11 U.S.C. § 362(d) and (j), Modifying the Automatic Stay or Determining that the Automatic Stay Does Not Apply, So They May Assert Counterclaims in the Debtors' Action Against Them with Points and Authorities **(ECF No. 589)**

   Response Deadline:   June 13, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Document:

   A.   Order to Show Cause **(ECF No. 590)**

3

  B. Statement by the Official Committee of Consumer Creditors in Support of Relief from Stay Sought by Mario and Queenie Brown **(ECF No. 595)**

 Status: This matter has been adjourned to June 20, 2019 at 11:00 a.m.

Dated: June 4, 2019
  New York, New York

         /s/ Sunny Singh
         WEIL, GOTSHAL & MANGES LLP
         767 Fifth Avenue
         New York, New York 10153
         Telephone: (212) 310-8000
         Facsimile: (212) 310-8007
         Ray C. Schrock, P.C.
         Sunny Singh

         *Attorneys for Debtors*
         *and Debtors in Possession*