WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:  Peter Muthig
     Deputy County Attorney
     State Bar No. 018526
     MCAO Firm No. 00032000
     E-mail: muthigk@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
Telephone (602) 506-1735

*Attorneys for Maricopa County Treasurer*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Ditech Holding Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10412-JLG<br><br>(Jointly Administered)<br><br>**Hearing Date: June 20, 2019**<br>**Hearing Time: 11:00 a.m. (ET)**<br><br>**Objection Date: June 10, 2019**<br>**Objection Time: 4:00 p.m. (ET)**<br><br>**[Relates to Docket No. 542]** |

### MARICOPA COUNTY TREASURER'S OBJECTION TO (I) AMENDED JOINT CHAPTER 11 PLAN OF DITECH HOLDING CORPORATION AND ITS AFFILIATED DEBTORS, AND (II) SALE OF PROPERTY

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to the *Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (the "Plan") (DE 542), and to the sale of any property in Maricopa County. MCT objects to the Plan because (i) it is unclear regarding the accrual of interest on the MCT Claims (defined below), (ii) it fails to provide for retention of the MCT tax liens until the taxes and interest are paid in full,

and (iii) fails to provide for payment of the MCT Claims and any post-petition statutory interest first from the sale proceeds in the event the Debtors sell or transfer the assets located in Maricopa County, Arizona.

**MCT's Claims**:

On March 8, 2019, MCT filed three (3) secured proofs of claims: Claim #20097 in the amount of $36,658.92; Claim #20098 in the amount of $56,006.84, and Claim #20099 in the amount of $2,317.73 (collectively, the "MCT Claims"). All taxes bear interest from the time of delinquency at the statutory rate of 16% per year simple until paid in full. See 11 U.S.C. § 511 and A.R.S. §§ 42-18053 and 42-18153.

**The Tax Liens:**

Arizona law provides the following.

a. The tax liens attached on January 1 of the respective tax years and the taxes are not discharged until the taxes are paid in full or title to the property vests in a purchaser of the property for taxes. A.R.S. §§ 42-17153 and 42-19106.

b. The tax liens are prior and superior to any other liens of every kind and description regardless of when another lien attached. A.R.S. §§ 42-17153 and 42-19106. Therefore, any tax liens held by Maricopa County should remain in a first priority position.

c. "If the tax has not been paid on property sold at judicial sale, or sold by an executor, administrator, guardian or trustee, the person making the sale shall pay the taxes, penalties and costs from the proceeds of the sale." A.R.S. § 42-18059.

d. "It is unlawful for the owner, a lienholder, a conditional vendor or any other person to knowingly sell or transfer personal property or remove it from its

2

location until the taxes on the property are paid." A.R.S. § 42-19107. A person who violates this section is guilty of a class 1 misdemeanor.

e. Further, "It is unlawful to knowingly move or sell a mobile home on which applicable ad valorem taxes imposed under this chapter have not been paid and are delinquent." A.R.S. § 42-19155. A person who violates this section is guilty of a class 1 misdemeanor.

f. Post-petition interest accrues on the MCT Claims at the statutory rate of 16% per annum, or at the rate stated in a Certificate of Purchase, until the taxes and interest are paid in full. A.R.S. §§ 42-18053 and 42-18153.

## OBJECTIONS

**Post-Petition Interest:**

MCT objects to the Plan because it is unclear regarding the accrual of post-petition statutory interest on the MCT Claims. Section 2.3 of the Plan provides for the accrual of interest, but is unclear as to whether interest accrues on the MCT Claim post-petition, post-confirmation or post-effective date of the Plan. As an oversecured creditor, the Plan should clarify that post-petition interest accrues on the MCT Claims at the statutory rate until the taxes and interest are paid in full.

**Lien Retention:**

MCT objects to the Plan because it fails to provide for retention of the tax liens on the property until the taxes and interest are paid in full. Section 10.1 of the Plan provides for the vesting of assets free and clear of all Claims, liens, encumbrances, charges, and other interests, except as provided pursuant to the Plan, the Confirmation Order, the GUC Recovery Trust Agreement, Amended and Restated Credit Facility Documents, the Exit Warehouse Facilities Documents, the Exit Working Capital Facility

3

Documents, or applicable purchase agreements (Plan, p. 53, Section 10.1). The Plan should provide for retention of the MCT tax liens until the taxes and interest are paid in full.

**Objection to Sale or Transfer of Property:**

MCT objects to the Plan and to the sale of any property in Maricopa County to the extent it fails to provide for payment of the MCT Claims first from the sale proceeds in the event the property is sold, or upon transfer of the property. As stated above, the tax liens are prior and superior to all other liens on the property. Further, the taxes and interest are required to be paid in full from the proceeds of any sale, or upon transfer of the property. The Plan should provide that the MCT Claims shall be paid in full, including post-petition interest, first from the proceeds of any sale or upon transfer of the property.

Based on the foregoing, MCT respectfully requests that the Court deny confirmation of the Plan unless the Debtors further amend the Plan to, (i) provide for the accrual of post-petition statutory interest, (ii) include a provision for retention of the property tax liens securing the MCT Claims and any post-petition administrative tax claims, and (iii) provide for payment in full, including post-petition interest, of the MCT Claims first from the sale proceeds in the event the property is sold or upon transfer of the property.

RESPECTFULLY SUBMITTED this 10th day of June, 2019.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: */s/ Peter Muthig*
    PETER MUTHIG
    Deputy County Attorney
    *Attorney for Maricopa County Treasurer*

4

# CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served upon the following parties as well as all parties receiving the Court's ECF service on June 10, 2019, by Electronic Notification.

John Haas
Ditech Holding Corporation
3000 Bayport Drive, Suite 985
Tampa, FL 33607

Greg M. Zipes
Benjamin J. Higgins
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Ray C Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com

Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: sunny.singh@weil.com

Brian Resnick
Michelle McGreal
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: brian.resnick@davispolk.com
Email: michelle.mcgreal@davispolk.com
*Counsel to the Prepetition Administrative Agent*

Patrick James Nash
John Luze
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Email: patrick.nash@kirkland.com
Email: john.luze@kirkland.com
*Counsel to the Term Loan Ad Hoc Group*

| | |
|---|---|
| 1 | Mark McDermott |
| | Sarah M. Ward |
| 2 | Melissa Tiarks |
| | Skadden Arps Slate Meagher & Flom, LLP |
| 3 | 4 Times Square |
| | New York, NY 10036 |
| | Email: mark.mcdermott@skadden.com |
| 4 | Email: sarah.ward@skadden.com |
| | Email: melissa.tiarks@skadden.com |
| 5 | *Counsel to the DIP Agent and DIP Lender* |
| | |
| 6 | Ben Rosenblum |
| | Jones Day |
| | 250 Vesey Street |
| 7 | New York, NY 10281 |
| | Email: brosenblum@jonesday.com |
| 8 | *Counsel to Nomura Corporate Funding Americas, LLC* |
| | |
| 9 | Robert J. Feinstein |
| | Bradford J. Sandler |
| | Steven W. Golden |
| 10 | Pachulski Stang Ziehl & Jones LLP |
| | 780 Third Avenue, 34th Floor |
| 11 | New York, NY 10017-2024 |
| | Email: rfeinstein@pszyj.com |
| 12 | Email: bsandler@pszjlaw.com |
| | Email: sgolden@pszjlaw.com |
| 13 | *Counsel to the Creditors' Committee* |
| | |
| 14 | Robert N. Michaelson |
| | Elwood F. Collins |
| | Rich Michaelson Magaliff Moser, LLP |
| 15 | 335 Madison Avenue, 9th Floor |
| | New York, NY 10017 |
| 16 | Email: rmichaelson@r3mlaw.com |
| | Email: ecollins@r3mlaw.com |
| 17 | *Counsel to the Creditors' Committee* |
| | |
| 18 | /s/ Peter Muthig |
| | Peter Muthig (AZ Bar No. 018526) |
| 19 | Deputy County Attorney |
| | MARICOPA COUNTY ATTORNEY'S OFFICE |
| | CIVIL SERVICES DIVISION |
| 20 | 222 North Central Avenue, Suite 1100 |
| | Phoenix, Arizona  85004-2206 |
| 21 | Telephone (602) 506-1735 |
| | muthigk@mcao.maricopa.gov |
| 22 | *Attorneys for Maricopa County Treasurer* |
| 23 | |
| 24 | |

6