**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
                              :
**In re**                            :         **Chapter 11**
                              :
**DITECH HOLDING CORPORATION,** *et al.*,   :         **Case No. 19-10412 (JLG)**
                              :
                Debtors.[1]         :         **(Jointly Administered)**
                              :
------------------------------------------------------------------X

**ORDER GRANTING EMERGENCY MOTION
OF DEBTORS TO SHORTEN TIME AND FIX DATE
AND TIME FOR HEARING TO CONSIDER MOTION OF DEBTORS
PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE FOR APPROVAL OF A SETTLEMENT AGREEMENT
AND MUTUAL RELEASE AMONG DEBTORS AND BANK OF AMERICA, N.A.**

Upon the motion (the "**Motion**")[2] of Ditech Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for an order shortening the time for notice and fixing the date and time for the hearing on the Debtors' Motion pursuant to Bankruptcy Rule 9019 for approval of a settlement agreement and mutual release among the Debtors and Bank of America, N.A. (the "**Settlement Motion**"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference M-431, dated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Declaration of Sunny Singh in support of the Motion (the "**Singh Declaration**"); and it appearing that the Court has jurisdiction over this matter and no notice of the Motion is necessary; and it appearing that, due to the exigencies surrounding the Motion, as described in the Singh Declaration, no prior notice of this Order need be provided; and it further appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The hearing to consider the Settlement Motion shall be held on **June 26, 2019 at 2:00 p.m. (ET).**

3. Any objections to the Settlement Motion must be made in writing and served in accordance with the procedures set forth in the *Order Implementing Certain Notice and Case Management Procedures* [ECF No. 211]**, including the Provision that two single-sided copies be delivered to Chambers (the "Case Management Order"),[JLG]** and filed with the Court, so as to be received on or before **June 19, 2019 at 4:00 p.m. (ET).**

**4.** The Debtors **must file and serve a reply** to any **objection** to the Settlement Motion **in accordance with the Case Management Order** no later than **June 23, 2019 at 4:00 p.m. (ET)**. **[JLG]**

2

5. The Debtors shall provide a copy of this order to all parties-in-interest together with notice of the hearing on the Settlement Motion **by email and overnight mail by June 13, 2019**. **[JLG]**

6. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: June 12, 2019
       New York, New York

/s/ *James L. Garrity, Jr.*
UNITED STATES BANKRUPTCY JUDGE