WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **DITECH HOLDING CORPORATION,** *et al.*, | : | Case No. 19-10412 (JLG) |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | | Related Docket Nos. 456 & 544 |

------------------------------------------------------------X

## NOTICE OF ADJOURNED BID DEADLINE AND AUCTION

**PLEASE TAKE NOTICE** that on February 11, 2019, Ditech Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),[2] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order or the Disclosure Statement Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that on (i) April 23, 2019, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving Assumption and Assignment Procedures, and (III) Granting Related Relief* (ECF No. 456) (the "**Bidding Procedures Order**"), approving bidding procedures in connection with the sale or disposition of substantially all of the Debtors' assets, and granting related relief and (ii) May 10, 2019, the Court entered the *Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV Approving Confirmation Objection Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief* (ECF No. 544) (the "**Disclosure Statement Order**" and together with the Bidding Procedures Order, the "**Orders**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby extend the Bid Deadline to July 8, 2019 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend the date of the Auction to July 11, 2019 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Sale and Confirmation Objection Deadline and Voting Deadline shall remain July 18, 2019 in the event that no Auction is held.[3]

---

[3] The Debtors have requested Court approval to extend the Sale and Confirmation Objection Deadline and Voting Deadline to July 22, 2019 solely in the event an Auction is held.

**PLEASE TAKE FURTHER NOTICE** that the deadlines set forth in this notice may be further extended in accordance with the Orders.

Dated: June 18, 2019
      New York, New York

    /s/ Sunny Singh
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Ray C. Schrock, P.C.
    Sunny Singh

    *Attorneys for Debtors*
    *and Debtors in Possession*