WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                                    :     Chapter 11
:
**DITECH HOLDING CORPORATION**, *et al.*,  :     Case No. 19-10412 (JLG)
:
Debtors.[1]                                       :     (Jointly Administered)
:
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 20, 2019 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, One Bowling Green, Courtroom 601, New York, New York 10004

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

WEIL:\97038491\3\41703.0010

**I.   STATUS CONFERENCE:**

1. Case Status.

**II.  UNCONTESTED MATTERS:**

2. Motion of Debtors for Authorization to (I) Approve Amendment of Certain Lease of Nonresidential Real Property and (II) Assume Unexpired Lease of Nonresidential Real Property (As Amended) **(ECF No. 676)**

   Response Deadline:  June 13, 2019 at 4:00 p.m.

   Responses Filed:  None.

   Related Document:

   A.  Certificate of No Objection **(ECF No. 730)**

   Status:  This matter is going forward on an uncontested basis.

3. Application of Debtors for Authority to (I) Retain and Employ Bradley Arant Boult Cummings LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Commencement Date and (II) Approve Proposed Compensation Procedures **(ECF No. 608)**

   Response Deadline:  June 18, 2019 at 4:00 p.m.

   Responses Filed:  None.

   Related Documents:  None.

   Status:  This matter is going forward on an uncontested basis.

4. Application of the Official Committee for Consumer Creditors for Authority to Retain and Employ Quinn Emanuel Urquhart & Sullivan, LLP as Counsel *Nunc Pro Tunc* to May 6, 2019 **(ECF No. 659)**

   Response Deadline:  June 13, 2019 at 4:00 p.m.

   Responses Filed:  None.

   Related Document:

   A.  Certificate of No Objection **(ECF No. 718)**

   Status:  This matter is going forward on an uncontested basis.

5. Application to Retain and Employ TRS Advisors LLC as Financial Advisor to the Official Committee of Consumer Creditors *Nunc Pro Tunc* to May 9, 2019 **(ECF No. 662)**

   Response Deadline:    June 13, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Document:

   A.    Certificate of No Objection **(ECF No. 718)**

   Status:  This matter is going forward on an uncontested basis.

6. Motion of the Consumer Creditors' Committee for Entry of an Order (I) Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information, and (II) Authorizing the Consumer Creditors' Committee to Utilize Epiq Corporate Restructuring, LLC as Information Agent in Connection Therewith **(ECF No. 664)**

   Response Deadline:    June 13, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Document:

   A.    Certificate of No Objection **(ECF No. 718)**

   Status:  This matter is going forward on an uncontested basis.

7. Application of Debtors for Authorization to Employ and Retain Orrick, Herrington & Sutcliffe LLP as Special Securitization Counsel to the Debtors *Nunc Pro Tunc* to May 17, 2019 **(ECF No. 677)**

   Response Deadline:    June 13, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:

   A.    Reservation of Rights of the United States Trustee in Connection with the Debtors' Application to Retain Orrick, Herrington & Sutcliffe LLP as Special Securitization Counsel **(ECF No. 680)**

   B.    Certificate of No Objection **(ECF No. 731)**

   Status:  This matter is going forward on an uncontested basis.

3

### III. CONTESTED MATTERS:

8. Motion of Jawdat and Nisreen Lahlouh for Relief from the Automatic Stay **(ECF No. 521)**

   Response Deadline: May 29, 2019 at 4:00 p.m.

   Response Filed:

       A. Debtors' Objection **(ECF No. 612)**

   Related Document:

       B. Reply to Debtors' Objection **(ECF No. 644)**

   Status: This matter is going forward on a contested basis.

9. Motion of Cherane Pefley for Relief from the Automatic Stay **(ECF No. 606)**

   Response Deadline: June 13, 2019 at 4:00 p.m.

   Response Filed:

       A. Debtors' Objection **(ECF No. 704)**

   Related Document:

       B. Notice of Hearing **(ECF No. 607)**

   Status: This matter is going forward on a contested basis.

10. Motion of Security Title Insurance Corporation of Baltimore and Chris Thaggard for Entry of an Order Modifying the Automatic Stay to Authorize the Prosecution of an Action to Quiet Title and to Liquidate the Amount of Movant's Claims Against Debtor Ditech Financial, LLC Based Upon a Cause of Action for Bad Faith and Fraud Pursuant to 11 U.S.C. § 362(d)(1) **(ECF No. 658)**

    Response Deadline: June 14, 2019 at 4:00 p.m.

    Response Filed:

        A. Debtors' Objection **(ECF No. 713)**

    Related Documents: None.

    Status: This matter is going forward on a contested basis.

## IV. <u>RESOLVED MATTERS</u>:

11. Motion of Michelle and Stephen Craig for Relief from the Automatic Stay **(ECF No. 614)**

    <u>Response Deadline</u>:    June 13, 2019 at 4:00 p.m.

    <u>Responses Filed</u>:    None.

    <u>Related Document</u>:

    A.    Notice of Filing of Consent Order Granting Certain Limited Relief from Automatic Stay for Movants Stephen P. Craig and Michelle Craig **(ECF No. 711)**

    <u>Status</u>:  This matter has been resolved pending approval of the Proposed Order that has been submitted to the Court.

12. Motion of Melissa and William Rhodes for Relief from the Automatic Stay **(ECF No. 616)**

    <u>Response Deadline</u>:    June 13, 2019 at 4:00 p.m.

    <u>Responses Filed</u>:    None.

    <u>Related Document</u>:

    A.    Notice of Filing of Consent Order Granting Certain Limited Relief from Automatic Stay for Movants Melissa and William Rhodes **[ECF No. 709]**

    <u>Status</u>:  This matter has been resolved pending approval of the Proposed Order that has been submitted to the Court.

## V. <u>ADJOURNED MATTERS</u>:

13. Motion of Ocwen Loan Servicing, LLC for Relief from the Automatic Stay **(ECF No. 567)**

    <u>Response Deadline</u>:    July 30, 2019 at 4:00 p.m.

    <u>Response Filed</u>:    None.

    <u>Related Documents</u>:    None.

    <u>Status</u>:  This matter is has been adjourned to the Confirmation Hearing on August 7, 2019.

WEIL:\97038491\3\41703.0010

14. Motion of Emad Sarhan for Relief from the Automatic Stay **(ECF No. 585)**

   Response Deadline:   July 30, 2019 at 4:00 p.m.

   Response Filed:   None.

   Related Documents:   None.

   Status:  This matter is has been adjourned to the Confirmation Hearing on August 7, 2019.

15. Mario and Queenie Brown's Emergency Motion for Orders Pursuant to 11 U.S.C. § 362(d) and (j), Modifying the Automatic Stay or Determining that the Automatic Stay Does Not Apply, So They May Assert Counterclaims in the Debtors' Action Against Them with Points and Authorities **(ECF No. 589)**

   Response Deadline:   July 30, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Documents:

   A.   Order to Show Cause **(ECF No. 590)**

   B.   Statement by the Official Committee of Consumer Creditors in Support of Relief from Stay Sought by Mario and Queenie Brown **(ECF No. 595)**

   Status:  This matter is has been adjourned to the Confirmation Hearing on August 7, 2019.

Dated: June 19, 2019
       New York, New York

                                        /s/ Sunny Singh
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        Sunny Singh

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

WEIL:\97038491\3\41703.0010