UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
IN RE                                : CHAPTER 11
                                     :
DITECH HOLDING CORPORATION, ET AL.,  : CASE NO. 19-10412 (JLG)
                                     :
        DEBTORS, 1                   :
                                     :
------------------------------------X

MOTION UNDER RULE 3018(a)
           AND
RESPONSES AND OBJECTIONS TO DITECH HOLDING CORPORATION, PLAN, AND SALE TRANSACTION OR AN ASSET SALE TRANSACTION, AND VOTING, AND BALLOT,

---

COME NOW THE CREDITOR'AS A DARRYL KEITH.BROWDER, HAVE THE RIGHTS TO RECEIVE PAYMENT FOR A DEBT THAT THE DEBTOR OWED ON THE DATE THE DEBTOR FILED FOR BANKRUPTCY, UNDER 11 U.S.C. §101(5). I THE CREDITOR, FILED A CLAIM FORM TIMELY, AND I OBJECT TO ANY AND ALL ALLEGATIONS THAT THE CREDITOR AS A DARRYL KEITH.BROWDER, CAN NOT VOTE. LEADING, AND IRRELEVANCE, AND HEARSAY, AND SPECULATION,. ALSO I OBJECT TO THE PLAN, HEARSAY, LEADING, AND IRRELEVANCE, AND SPECULATION. AND I THE CREDITOR AS A DARRYL KEITH.BROWDER, DO NOT AGREE WITH THE PLAN, AT ALL. AND I REJECT THE PLAN IMMEDIATELY, I SHOULD BE ABLE TO VOTE, AND I SHOULD HAVE A BALLOT. THE CREDITOR AS A DARRYL KEITH.BROWDER, IS ALSO DISABLED, AND I REQUEST ALL HEARINGS BY PHONE PLEASE,. I AM NOW FILING MY MOTION TO THIS COURT UNDER RULE 3018(a). AND I WANT TO ALSO FILE MY OBJECTIONS, AND MY EXHIBITS NOW. AND IF I CAN NOT VOTE, I ASK THIS COURT TO TAKE THE STAY OFF OF MY CASE IN FEDERAL COURT IN DES MOINES, IOWA 50309. CASE NUMBER. 4:18-CV-00048-JAJ-SBJ,. THIS COURT HAVE PUT A AUTO/ MATIC STAY ON MY ABOVE CASE. I REQUEST THIS COURT RELEASE THE STAY IMMEDIATELY. OR LET THE CREDITOR AS A DARRYL KEITH.BROWDER, VOTE, AND GIVE ME A BALLOT,. AND I OBJECT TO THE SALE AND CONFIR/ MATION. LEADING, HEARSAY, AND IRRELEVANCE, SPECULATION,.

(1)

I AM A CREDITOR:A CREDITOR'S RIGHT TO RECEIVE PAYMENT FOR A DEBT THAT THE DEBTOR OWED ON THE DATE THE DEBTOR FILED FOR BANK/RUPTCY.11 U.S. S101(5).I AM A CREDITOR,AS DARRYL KEITH.BROWDER,. A PERSON,CORPORATION,OR OTHER ENTITY TO WHOM A DEBTOR OWES A DEBT THAT WAS INCURRED ON OR BEFORE THE DATE THE DEBTOR FILED FOR BANKRUPTCY.11 U.C. §101(10).

1. THE DEBTOR WAS SUED IN FEDERAL COURT IN DES MOINES,IOWA 50309.FOR $999,000.000  NINE HUNDRED AND NINTY NINE THOUSAND DOLLARS.

2. THE DEBTOR IS DITECH PO BOX 6172 RAPID CITY, SD 57709-6172.

3. DITECH FINANCIAL LLC
ACCOUNTS PAYABLE DEPARTMENT
345 st. PETER STREET,   L602
ST.  PAUL,MN 55102.

4. DITECH FINANCIAL LLC PO BOX
7153 PASADENA,CA 91109-7153,.

5. THE CREDITOR,IS A DARRYL KEITH.BROWDER,P.O.BOX 41413 DES MOINES,IOWA 50311.PHONE NUMBER 515/318/3079.E-MAIL NUMBER:DARRYLBROWDER85@GMAIL.COM.

WHEREFORE,THE CREDITOR,AS A DARRYL KEITH.BROWDER,ASK THIS COURT ASK THIS COURT TO GRANT THIS MOTION IMMEDIATELY.AND TO TAKE NOTICE THAT THE CREDITOR,AS A DARRYL KEITH.BROWDER,IS DISABLED AND I REQUEST THAT ALL AND ANY HEARINGS BE BY PHONE AS PHONE NUMBER 515/318/3079.AND I OBJECT TO THE PLAN,LEADING,AND HEARSAY,AND IRRELEVANCE,AND SPECULATION.AND I REJECT TO THE PLAN,AND I REJECT THE VOTING AND BALLOT,LEADING AND HEARSAY, AND IRRELEVANCE,AND SPECULATION,.AND AND I ASK THIS COURT TO GRANT MY MOTION UNDER RULE 3018(a).AND I ASK THIS COURT TO TAKE THE STAY OFF OF MY FEDERAL CASE IMMEDIATELY,IF THE CREDITOR CAN NOT VOTE AND GET A BALLOT,.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES THAT THE FOREGOING INSTRUMENT WAS SERVED UPON ALL PARTIES TO THE ABOVE CAUSE TO EACH OF THE ATTORNEYS OF RECORD OR AN UNREPRESENTED PARTY HEREIN AT THEIR RESPECTIVE ADDRESSES DISCLOSED ON THIS PLEADING THIS 3rd DAY OF JUNE, 2019.

[X] U.S. MAIL [ ] FACSIMILE [ ] HAND DELIVERY

SIGNATURE- *Darryl Keith Browder*.

*Darryl Keith Browder*
DARRYL KEITH. BROWDER,

STATE OF IOWA __Iowa__ COUNTY __Polk__

SUBCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME BY __Darryl Keith Browder__

THE PRINCIPAL, AND SUBSCRIBED AND SWORN TO BEFORE ME BY _____

WITNESS, THIS _____ DAY OF _____

_____
NOTARY SIGNATURE

NOTARY PUBLIC,

IN AND FOR THE COUNTY OF __Polk__

STATE OF __Iowa__

MY COMMISSION EXPIRES: __March 23, 2022__

SHERRI WHITE
COMMISSION # 195442
MY COMMISSION EXPIRES
03-23-2022

(3)