WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **DITECH HOLDING CORPORATION,** *et al.*, | : | **Case No. 19-10412 (JLG)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | | **Related Docket Nos. 456, 544** |

------------------------------------------------------------X

## NOTICE OF SALE AND CONFIRMATION DEADLINES

**PLEASE TAKE NOTICE** that on February 11, 2019, Ditech Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),[2] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order or the Disclosure Statement Order, each as defined below, as applicable.

**PLEASE TAKE FURTHER NOTICE** that on (i) April 23, 2019, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving Assumption and Assignment Procedures, and (III) Granting Related Relief* (ECF No. 456) (the "**Bidding Procedures Order**"), approving bidding procedures in connection with the sale or disposition of substantially all of the Debtors' assets, and granting related relief and (ii) May 10, 2019, the Court entered the *Order (I) Approving Disclosure Statement and Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Approving Confirmation Objection Procedures and Notice of Confirmation Hearing, and (V) Granting Related Relief* (ECF No. 544) (the "**Disclosure Statement Order**" and together with the Bidding Procedures Order, the "**Orders**").

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Court, the Debtors hereby extend the Plan Supplement Filing Deadline as set forth below. The relevant Sale and Confirmation dates and deadlines are set forth in the table below, for reference:[3]

| Event | Deadline |
|---|---|
| Bid Deadline | **July 8, 2019 at 4:00 p.m. (ET)** |
| Auction (if Necessary) | **July 11, 2019, beginning at 10:00 a.m. (ET)** |
| Plan Supplement Filing Deadline | **July 11, 2019 at 12:00 p.m. (ET)** (*if no Auction is held*) **or July 15, 2019 at 12:00 p.m. (ET)** (*only if Auction is held*) |
| Sale and Confirmation Objection Deadline / Voting Deadline | **July 18, 2019 at 4:00 p.m. (ET)** (*if no Auction is held*) **or July 22, 2019 at 4:00 p.m. (ET)** (*only if Auction is held*) |

---

[3] In the event that no Auction is held on July 11, 2019, the Plan Supplement Filing Deadline will be July 11, 2019 at 12:00 p.m. (prevailing Eastern Time) and the Sale and Confirmation Objection Deadline and Voting Deadline will remain July 18, 2019 at 4:00 p.m. (prevailing Eastern Time). In the event that an Auction is held, the Plan Supplement Filing Deadline will be July 15, 2019 at 12:00 p.m. (prevailing Eastern Time) and the Sale and Confirmation Objection Deadline and Voting Deadline will be July 22, 2019 at 4:00 p.m. (prevailing Eastern Time).

WEIL:\97080271\2\41703.0010

| Event | Deadline |
|---|---|
| Deadline to Reply to Sale and Confirmation Objections | **July 30, 2019 at 4:00 p.m. (ET)** |
| Sale and Confirmation Hearing | **Commences August 7, 2019 at 11:00 a.m. (ET)** |

**PLEASE TAKE FURTHER NOTICE** that the deadlines set forth in this notice may be further extended in accordance with the Orders.

Dated: June 23, 2019
      New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*