WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
**In re**                                                   :    **Chapter 11**
                                                            :
**DITECH HOLDING CORPORATION,** *et al.*,                   :    **Case No. 19-10412 (JLG)**
                                                            :
                            Debtors.[1]                     :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------X

**NOTICE OF (I) CANCELLATION OF AUCTION, (II) SALE AND CONFIRMATION**
**OBJECTION DEADLINE, AND (III) SUCCESSFUL BIDDERS**

**PLEASE TAKE NOTICE** that on April 23, 2019 the Court entered an *Order*

*(I) Approving Bidding Procedures, (II) Approving Assumption and Assignment Procedures, and*

*(III) Granting Related Relief* (ECF No. 456) (the "**Bidding Procedures Order**"),[2] which, among

other things, established dates for the Bid Deadline and Auction.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on June 18, 2019, the Debtors filed the *Notice of Designation of Stalking Horse Bid and Request for Approval of Stalking Horse Bid Protections (Forward Business)* (ECF No. 722) and the *Notice of Designation of Stalking Horse Bid and Request for Approval of Stalking Horse Bid Protections (Reverse Business)* (ECF No. 724) (collectively, the "**Stalking Horse Notices**").

**PLEASE TAKE FURTHER NOTICE** that on June 18, 2019, the Debtors filed the *Notice of Adjourned Bid Deadline and Auction* (ECF No. 719), which established July 8, 2019 at 4:00 p.m. (prevailing Eastern Time) as the Bid Deadline and scheduled the Auction, if necessary, on July 11, 2019 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that no Qualified Bids (other than the Stalking Horse Bids) were received by the Bid Deadline. In accordance with the Bidding Procedures Order, **the Auction is cancelled**.

**PLEASE TAKE FURTHER NOTICE** that the Sale and Confirmation Objection Deadline and the Voting Deadline is **July 18, 2019 at 4:00 p.m. (prevailing Eastern Time)**. As no Qualified Bids were received by the Bid Deadline, the Debtors have deemed the Forward Stalking Horse Bid and the Reverse Stalking Horse Bid (each as defined in the Stalking Horse Notices) to each be the Successful Bid for their respective Acquired Assets (each as defined in the Stalking Horse Bids).

WEIL:\97107113\2\41703.0011

Dated: July 10, 2019
      New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*