WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                                    :    Chapter 11
:
**DITECH HOLDING CORPORATION**, *et al.*,     :    Case No. 19-10412 (JLG)
:
Debtors.[1]                            :    (Jointly Administered)
:
------------------------------------------------------------X

**NOTICE OF HEARING ON DEBTORS' REQUEST**
**FOR ENTRY OF AN ORDER CONFIRMING SECOND**
**AMENDED JOINT CHAPTER 11 PLAN OF DITECH HOLDING**
**CORPORATION AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on August 7, 2019 and August 8, 2019, the Court held a hearing to consider entry of an order confirming the *Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors* (ECF No. 1032) (the "**Amended Plan**") filed by Ditech Holding Corporation and certain of its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

**PLEASE TAKE FURTHER NOTICE** that the continued hearing on the Debtors' request for confirmation of the Amended Plan, which was previously scheduled for August 13, 2019 at 3:00 p.m. (Eastern Time), will be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, in Courtroom 601, One Bowling Green, New York, New York, 10004 on **August 15, 2019 at 4:00 p.m. (Eastern Time)**.

Dated: August 12, 2019
      New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

2