Kellett & Bartholow PLLC.
Theodore O. Bartholow III ("Thad")
State Bar No. 4306320
11300 N. Central Expressway., Suite 301
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001
thad@kblawtx.com

*Attorneys for Richard and Gail Legans, Joe Martinez, Grace Carleton, Dawn Davis, Matthew and Jazmin Bennett, and Robert and Sally Hall*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DITECH HOLDING CORPORATION, et al., | : | Case No. 19-10412 (JLG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

-----------------------------------------------------------------x

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Creditors Richard and Gail Legans, Joe Martinez, Grace Carleton, Matthew and Jazmin Bennett, Dawn Davis, and Robert and Sally Hall (together, "the Consumer Creditors") will take the oral deposition of Andrew Badstubner on August 23, 2019, at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

NY 10153.  The deposition will commence at 2:00 p.m. ET and will continue from day to day until completed.  A certified court reporter will record the deposition stenographically.  The deposition will also be videographed.

Dated: August 20, 2019

Respectfully Submitted,

KELLETT & BARTHOLOW PLLC

*/s/ Theodore O. Bartholow, III ("Thad")*
Theodore O. Bartholow II ("Thad")
State Bar No. 4306320
11300 N. Central Expressway., Suite 301
Dallas, Texas 75243
Phone: (214) 696-9000
Fax: (214) 696-9001
thad@kblawtx.com

*Counsel for Joe Martinez, Richard and Gail Legans, Grace Carleton, Dawn Davis, Matthew and Jazmin Bennett, Robert and Sally Hall*

Dale Pittman
THE LAW OFFICE OF DALE W. PITTMAN, PC
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
(804) 861-6000
(804) 861-3368 - fax
dale@pittmanlawoffice.com

*Counsel for Robert and Sally Hall*

Thomas D. Domonoske (VSB #35434)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone (540) 442-7706
tom@clalegal.com

*Counsel for Joe Martinez, Robert Hall, and Sally Hall*

**AMENDED NOTICE OF DEPOSITION**