WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                          :
In re                                     :    Chapter 11
                                          :
**DITECH HOLDING CORPORATION,** *et al.*, :    Case No. 19-10412 (JLG)
                                          :
Debtors.[1]                               :    (Jointly Administered)
                                          :
---------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 28, 2019 AT 11:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, One Bowling Green, Courtroom 601, New York, New York 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

I. **CONFIRMATION MATTERS:**

1. Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 1032)**

    Response Deadline: July 30, 2019 at 4:00 p.m.

    Resolved Responses to Plan:

    A. Objection of Texas Taxing Authorities to Plan **(ECF No. 541)**

    B. Response of Texas Taxing Jurisdictions to Motion **(ECF No. 624)**

    C. Objection of Texas Taxing Jurisdictions to Confirmation of the Amended Plan **(ECF No. 630)**

    D. Maricopa County Treasurer's Objection to Amended Plan and Sale of Property **(ECF No. 684)**

    E. Objection of Bank of America, N.A. to the Plan, the Proposed Sales, and Related Matters **(ECF No. 941)**

       i. Declaration of Timothy Kihm in Support of Objection of Bank of America, N.A. to the Plan, the Proposed Sales, and Related Matters **(ECF No. 1066)**

       ii. Declaration of Andrew Dugandzic in Support of Objection of Bank of America, N.A. to the Plan, the Proposed Sales, and Related Matters **(ECF No. 1068)**

    F. Objection of Nationstar Mortgage LLC to the Amended Plan **(ECF No. 935)**

       i. Declaration of Jeremy Meacham in Support of Nationstar Mortgage LLC's Objection to Amended Plan **(ECF No. 1067)**

    G. Objection of Nationstar Mortgage LLC to Sale of Assets Through the Amended Plan **(ECF No. 937)**

    H. Omnibus Objection of the Federal Home Loan Mortgage Corporation (Freddie Mac) **(ECF No. 983)**

    I. Limited Objection and Reservation of Rights of National Founders LP with Respect to the Sale and Plan Confirmation **(ECF No. 984)**

    J. Objection of the United States of America to Plan Confirmation **(ECF No. 998)**

2

Responses to Plan:

    K.    Objection of Creditor Marsha Chambers to the Disclosure Statement and Plan **(ECF No. 264)**

        i.    Motion of Marsha Chambers to Approve Clarification of Schedule A and Objection to Wording of Schedule A **(ECF No. 518)**

        ii.    Motion to Clarify and Objection to Plan of Marsha Chambers **(ECF No. 628)**

    L.    Objection of Darryl Keith Browder to the Plan and Sale **(ECF No. 738)**

    M.    Objection to Auction of Creditors Artist Thornton and Elaine Thornton's Property **(ECF No. 817)**

    N.    Limited Objection of Teresa Garcia-Kuhn to Confirmation of Ditech's Plan of Reorganization and Proposed Sale of Assets to the Extent they Seek to Impair Claims Challenging the Validity *Vel Non* of Ditech's Mortgages and Deeds of Trust **(ECF No. 892)**

    O.    Objections of the Geary Class Action to the 363 Sale Transaction Between Debtor, Ditech Financial, LLC and New Residential Investment Corp. **(ECF No. 899)**

    P.    Objections of the Geary Class Action to Confirmation of the Amended Plan **(ECF No. 905)**

    Q.    Objection of The Bank of New York Mellon Trust Company, The Bank of New York Mellon, Deutsche Bank National Trust Company, and U.S. Bank National Associates to Proposed Cure Costs and Adequate Assurance **(ECF No. 944)**

        i.    Sur-Reply and Reservation of Rights of Certain Trustees to Statement in Support of the Debtors' (I) Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto **(ECF No. 1076)**

    R.    Objection of Certain Consumer Creditors to Plan **(ECF No. 945)**

    S.    Objection of Launa L. Lishamer to Notice of Presentment and Amended Plan **(ECF No. 978)**

    T.    Joinder and Objection of the New York State Attorney General to Plan Confirmation **(ECF No. 986)**

U.     Objection and Reservation of Rights of the United States Trustee to the Plan **(ECF No. 987)**

V.     Objection to Property Auction of Creditors Artist and Elaine Thornton **(ECF No. 988)**

W.     Objection of the Official Committee of Consumer Creditors to the Amended Plan and Sale of the Forward and Reverse Businesses **(ECF No. 943)**

       i.     Joinder of the Diamond Victims' in the Objection of the Official Committee of Consumer Creditors to the Amended Plan and Sale of the Forward and Reverse Businesses **(ECF No. 948)**

       ii.     Joinder of the Colorado Department of Law in Objection of the Official Committee of Consumer Creditors to the Amended Plan and Sale of the Forward and Reverse Businesses **(ECF No. 949)**

       iii.     Amended Joinder of Colorado Department of Law in Objection of the Official Committee of Consumer Creditors to the Amended Plan and Sale of the Forward and Reverse Businesses **(ECF No. 961)**

       iv.     Joinder of Consumer Creditors in Objection of the Official Committee of Consumer Creditors to Confirmation of the Proposed Plan of Reorganization **(ECF No. 969)**

       v.     Joinder of Certain Consumer Creditors to the Objection of the Official Committee of Consumer Creditors to the Amended Plan **(ECF No. 976)**

       vi.     Second Amended Joinder of the Colorado Department of Law to Objection to Plan and Sale **(ECF No. 1024)**

       vii.     Sur-Reply of the Official Committee of Consumer Creditors in Connection with the Debtors' Amended Joint Chapter 11 Plan and Sale of the Debtors' Forward and Reverse Businesses **(ECF No. 1077)**

       viii.     Joinder of Victoria Giampa in Objection of the Official Committee of Consumer Creditors **(ECF No. 1147)**

X.     Objection of Susie Maldonaldo to Sale and Confirmation **(ECF No. 1141)**

4

Adjourned Response to Plan:

    Y.    Objection and Reservation of Rights of International Fidelity Insurance Company and Allegheny Casualty Company to Confirmation of the Plan and Sale of Assets **(ECF No. 946)**[2]

Filings in Support of Confirmation:

    Z.    Debtors' (I) Memorandum of Law in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto **(ECF No. 1029)**

        i.    Official Committee of Unsecured Creditors' Omnibus Reply in Support of Confirmation of the Amended Plan **(ECF No. 1026)**

        ii.    Joinder of Forward Buyer New Residential Investment Corp. in Further Support of Debtors' Reply to 363(o) Objections **(ECF No. 1027)**

        iii.    Statement of the Reverse Buyer in Support of Confirmation of the Second Amended Plan **(ECF No. 1031)**

        iv.    Term Loan Ad Hoc Group's Statement in Support of the Debtors' (I) Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors and (II) Omnibus Reply to Objections Thereto **(ECF No. 1047)**

    AA.    Declaration of Gerald A. Lombardo, Debtors' Chief Financial Officer, in Support of the Sale Transactions and Confirmation of the Amended Plan **(ECF No. 1033)**

    BB.    Declaration of Reid Snellenbarger of Houlihan Lokey Capital, Inc., Debtors' Investment Banker, in Support of the Sale Transactions and Confirmation of the Amended Plan **(ECF No. 1034)**

    CC.    Declaration of James Nelson of AlixPartners, LLP, Debtors' Financial Advisor, in Support of Global Settlement and Confirmation of the Amended Plan **(ECF No. 1035)**

    DD.    Declaration of Sunny Singh in Support of the Sale Transactions and Confirmation of the Amended Plan **(ECF No. 1036)**

---

[2]    This objection has been adjourned with respect to all issues other than the Surety/Free and Clear Argument (as defined in the Proposed Confirmation Order) to a date to be announced.

WEIL:\97059639\6\41703.0010

EE.   Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 1037)**

FF.   Supplemental Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 1096)**

Related Documents:

GG.   Amended Disclosure Statement for Amended Plan **(ECF No. 543)**

HH.   Order Approving Disclosure Statement **(ECF No. 544)**

II.   Notice of Filing of Liquidation Analysis, Recovery Analysis, and Summary of Implied Value with Respect to the Amended Disclosure Statement for Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 833)**

JJ.   Notice of Filing of Plan Supplement in Connection with Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 844)**

KK.   Notice of Extended Voting Deadline and Filing of Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 1032)**

LL.   Proposed Order Confirming Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 1038)**

MM.   Notice of Selection of Creditor Recovery Trustee **(ECF No. 1085)**

NN.   Second Revised Proposed Order Confirming Second amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors **(ECF No. 1124)**

Status:   This matter is going forward.

## II. CONTESTED MATTERS:

2. Motion for Leave to File Objection to Debtors' Notice of Presentment Regarding Proposed Settlement with Black Knight **(ECF No. 750)**

   Response Deadline:    July 18, 2019 at 4:00 p.m.

   Responses Filed:

   A. Debtors' Objection to Motion of Certain Consumer Creditors for Leave to File Objection to Notice of Presentment and Declaration of Andrew Badstubner in Support of Objection **(ECF No. 873)**

   Related Documents:

   B. Statement of the Official Committee of Unsecured Creditors (I) in Support of Notice of Presentment of Stipulation and Agreed Order Authorizing Debtors to Enter into Postpetition Agreement, and (II) Objection to the Motion for Leave to File Objection to Notice of Presentment **(ECF No. 816)**

   Status: This matter is going forward.

3. Notice of Presentment of Stipulation and Agreed Order Authorizing Debtors to Enter into Postpetition Agreement **(ECF No. 682)**

   Response Deadline:    June 14, 2019 at 4:00 p.m.

   Response Filed:

   A. Motion for Leave to File Objection to Debtors' Notice of Presentment Regarding Proposed Settlement with Black Knight **(ECF No. 750)**

   Related Document:

   B. Statement of the Official Committee of Unsecured Creditors (I) in Support of Notice of Presentment of Stipulation and Agreed Order Authorizing Debtors to Enter into Postpetition Agreement, and (II) Objection to the Motion for Leave to File Objection to Notice of Presentment **(ECF No. 816)**

   C. Debtors' Objection to Motion of Certain Consumer Creditors for Leave to File Objection to Notice of Presentment and Declaration of Andrew Badstubner in Support of Objection **(ECF No. 873)**

   Status: This matter is going forward.

4. Motion of Security Title Insurance Corporation of Baltimore and Chris Thaggard for Entry of an Order Modifying the Automatic Stay to Authorize the Prosecution of an Action to Quiet Title and to Liquidate the Amount of Movant's Claim Against Debtor Ditech Financial, LLC Based Upon Cause of Action for Bad Faith and Fraud Pursuant to 11 U.S.C. § 362(d)(l) **(ECF No. 658)**

Response Deadline:  June 13, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection to Motion of Security Title Insurance Company of Baltimore and Chris Thaggard for Entry of an Order for Relief from the Automatic Stay **(ECF No. 713)**

Related Documents:  None.

Status:  This matter is going forward.

### III.    ADVERSARY PROCEEDINGS:

5. Diggs v. Ditech Financial LLC **(Adv. Pro. No. 19-01255)**

   **Pretrial Conference**

   Response Deadline:  None.

   Responses Filed:  None.

   Related Documents:

       A.    Adversary Complaint **(ECF No. 1)**

       B.    Summons **(ECF No. 3)**

   Status:  This matter is going forward.

6. Ellison v. Ditech Financial LLC **(Adv. Pro. No. 19-01296)**

   **Pretrial Conference**

   Response Deadline:  None.

   Responses Filed:  None.

   Related Documents:

       A.    Adversary Complaint **(ECF No. 1)**

       B.    Summons **(ECF No. 2)**

      C.      Statement on Non-Attorney **(ECF No. 3)**

Status:  This matter is going forward.

## IV. RESOLVED MATTERS:

7. Motion of Plymouth Colony Tax District for Relief from the Automatic Stay **(ECF No. 698)**

    Response Deadline:    August 21, 2019 at 11:00 a.m.

    Responses Filed:    None.

    Related Documents:

        A.    Proposed Consent Order **(ECF No. 1217)**

    Status:  This matter has been resolved pending approval of the proposed Consent Order by the Court.

8. Motion of Foxbridge Village Condominium Association, Inc. for Relief from the Automatic Stay **(ECF No. 853)**

    Response Deadline:    August 21, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:

        A.    Proposed Consent Order **(ECF No. 1216)**

    Status:  This matter has been resolved pending approval of the proposed Consent Order by the Court.

9. Motion of Millrock Mall Condominium Association, Inc. for Relief from the Automatic Stay **(ECF No. 855)**

    Response Deadline:    August 21, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:

        A.    Proposed Consent Order **(ECF No. 1218)**

    Status:  This matter has been resolved pending approval of the proposed Consent Order by the Court.

WEIL:\97059639\6\41703.0010

10. Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(l) as to the Mortgage on 202 Union Street, Deptford, NJ 08096 **(ECF No. 706)**

   Response Deadline: August 23, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Document:

   A. Memorandum of Law of Motion for Relief from Stay **(ECF No. 708)**

   B. Proposed Consent Order **(ECF No. 1228)**

   Status: This matter has been resolved pending approval of the proposed Consent Order by the Court.

11. Motion for Entry of an Order Clarifying that the Automatic Stay does not Apply to Non-Debtor Parties in the Appeal and/or State Court Action or, in the Alternative, for Modification of Automatic Stay Pursuant to 11 U.S.C. § 362 (d)(l) to Permit Appeal and/or State Court Action to Proceed as to Non-Debtor Parties Only **(ECF No. 1018)**

   Response Deadline: August 23, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Documents:

   A. Proposed Consent Order **(ECF No. 1227)**

   Status: This matter has been resolved pending approval of the proposed Consent Order by the Court.

## V. ADJOURNED MATTERS:

12. O'Neal v. Ditech Financial LLC **(Adv. Pro. No. 19-01123)**

   **Pretrial Conference**

   Response Deadline: August 27, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Documents:

   A. Adversary Complaint **(ECF No. 1)**

10

          B.      Stipulation and Order Extending Time to Answer **(ECF No. 12)**

Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

13. Ramalheira, Romero-Sosa, *et al.*, v. Ditech Financial LLC **(Adv. Pro. No. 19-01124)**

    **Pretrial Conference**

    Response Deadline:   September 2, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:

        A.    Adversary Complaint **(ECF No. 1)**

        B.    Stipulation and Order Extending Time to Answer **(ECF No. 12)**

    Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

14. McChristian v. Ditech Holding Corporation, Green Tree Credit LLC, Breckenridge Prop Fund 2016 LLC **(Adv. Pro. No. 19-01137)**

    **Pretrial Conference**

    Response Deadline:   August 27, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:

        A.    Adversary Complaint **(ECF No. 1)**

        B.    Summons **(ECF No. 2)**

        C.    Stipulation and Order Extending Time to Answer **(ECF No. 7)**

        D.    Stipulation and Proposed Order Extending Ditech Defendants' Time to Answer, Move or Otherwise Respond **(ECF No. 11)**

    Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m. at the request of the Court.

15. Breckenridge Property Fund 2016, LLC Motion to Expunge the *lis pendens* **(Adv. Pro. No. 19-01137 ECF No. 6)**

    Response Deadline:   September 4, 2019 at 4:00 p.m.

11

Response Filed:

    A.    Plaintiff's Opposition to Motion to Dismiss and Remove *lis pendes* **(ECF No. 10)**

Related Documents:   None.

Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m. at the request of the Court.

16. Breckenridge Property Fund 2016, LLC Motion to Dismiss Adversary Case **(Adv. Pro. No. 19-01137 ECF No. 8)**

    Response Deadline:   September 4, 2019 at 4:00 p.m.

    Responses Filed:

        A.    Plaintiff's Opposition to Motion to Dismiss and Remove *lis pendes* **(ECF No. 10)**

    Related Documents:   None.

    Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m. at the request of the Court.

17. Rivera, Caso, *et al.*, v. Ditech Financial LLC **(Adv. Pro. No. 19-01203)**

    **Pretrial Conference**

    Response Deadline:   July 8, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:

        A.    Adversary Complaint **(ECF No. 1)**

        B.    Summons **(ECF No. 2)**

        C.    Second Summons **(ECF No. 3)**

    Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

18. Hall, *et al.*, v. Ditech Financial LLC, Federal National Mortgage Association, Unknown Doe Servicers **(Adv. Pro. No. 19-01231)**

    **Pretrial Conference**

    Response Deadline:   August 27, 2019 at 4:00 p.m.

      Responses Filed:   None.

      Related Documents:

          A.    Adversary Complaint **(ECF No. 1)**

          B.    Summons **(ECF No. 3)**

          C.    Stipulation and Order Extending Time to Answer **(ECF No. 11)**

      Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

19. Martinez, Jr., *et al.*, v. Ditech Financial LLC, Ditech Holding Corporation, Black Knight Financial Services, Inc., Federal National Mortgage Association **(Adv. Pro. No. 19-01235)**

      **Pretrial Conference**

      Response Deadline:   August 27, 2019 at 4:00 p.m.

      Responses Filed:   None.

      Related Documents:

          A.    Adversary Complaint **(ECF No. 1)**

          B.    Summons **(ECF No. 3)**

          C.    Stipulation and Order Extending Time to Answer **(ECF No. 11)**

      Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

20. Motion of Jawdat and Nisreen Lahlouh for Relief from the Automatic Stay **(ECF No. 521)**

      Response Deadline:   May 29, 2019 at 4:00 p.m. (ET)

      Response Filed:

          A.    Debtors' Objection **(ECF No. 612)**

      Related Document:

          B.    Reply to Debtors' Objection **(ECF No. 644)**

          C.    Notice of Hearing on Motions for Relief from Stay **(ECF No. 747)**

      Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

13

21. Motion of Emad Sarhan for Relief from the Automatic Stay **(ECF No. 585)**

    Response Deadline:  July 30, 2019 at 4:00 p.m.

    Response Filed:

    A.  Debtors' Objection to Motion of Emad Sarham for Relief from the Automatic Stay **(ECF No. 1046)**

    Related Documents:

    B.  Reply in Support of Sarhan's Motion for Relief from the Automatic Stay **(ECF No. 1100)**

    Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

22. Mario and Queenie Brown's Emergency Motion for Orders Pursuant to 11 U.S.C. § 362(d) and (j), Modifying the Automatic Stay or Determining that the Automatic Stay Does Not Apply, So They May Assert Counterclaims in the Debtors' Action Against Them with Points and Authorities **(ECF No. 589)**

    Response Deadline:  July 30, 2019 at 4:00 p.m.

    Responses Filed:

    A.  Debtors' Objection to Motion of Mario and Queenie Brown **(ECF No. 1042)**

    Related Documents:

    B.  Order to Show Cause **(ECF No. 590)**

    C.  Statement by the Official Committee of Consumer Creditors in Support of Relief from Stay Sought by Mario and Queenie Brown **(ECF No. 595)**

    D.  Declaration of Chad J. Hammons, Esq. in Support of Debtors' Objection **(ECF No. 1043)**

    E.  Declaration of Jeanetta M. Brown in Support of Debtors' Objection **(ECF No. 1044)**

    F.  Declaration of Jeffrey Barber in Support of Debtors' Objection **(ECF No. 1045)**

    G.  Reply of Mario and Queenie Brown in Support of Motion **(ECF No. 1082)**

    Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

23. Motion of Robert and Sally Hall to Apply Fed. R. Bankr. P. 7023 to Plaintiffs' Proof of Claim **(ECF No. 633)**

    Response Deadline: August 21, 2019 at 4:00 p.m.

    Response Filed:

        A. Debtors' Consolidated Objection **(ECF No. 1214)**

    Related Documents: None.

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

24. Motion of Jose Angel Martinez, Jr. to Apply Fed. R. Bankr. P. 7023 to Plaintiff's Proof of Claim **(ECF No. 635)**

    Response Deadline: August 21, 2019 at 4:00 p.m.

    Response Filed:

        A. Limited Objection of Black Knight Financial Technology Solutions, LLC **(ECF No. 1213)**

        B. Debtors' Consolidated Objection **(ECF No. 1214)**

    Related Documents: None.

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

25. Motion of Bettye O'Neal to Apply Fed. R. Bankr. P. 7023 to Plaintiff's Proof of Claim **(ECF No. 637)**

    Response Deadline: August 21, 2019 at 4:00 p.m.

    Response Filed:

        A. Debtors' Consolidated Objection **(ECF No. 1214)**

    Related Documents: None.

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

26. Motion of Victor Ramalheira and Oriana Romero-Sosa to Apply Fed. R. Bankr. P. 7023 to Plaintiff's Proof of Claim **(ECF No. 638)**

    Response Deadline: August 21, 2019 at 4:00 p.m.

    Response Filed:

        A. Debtors' Consolidated Objection **(ECF No. 1214)**

        Related Documents:  None.

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

27. Motion of Richard Shen for Termination of the Automatic Stay **(ECF No. 703)**

        Response Deadline:  September 30, 2019 at 4:00 p.m.

        Responses Filed:  None.

        Related Documents:  None.

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

28. Motion to Approve Discharge of Borrower Samuel Salmon **(ECF No. 736)**

        Response Deadline:  September 30, 2019 at 4:00 p.m.

        Responses Filed:  None.

        Related Documents:  None.

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

29. Motion of Debtors' to Stay Adversary Proceedings in Favor of the Bankruptcy Claims Process **(ECF No. 772)**

        Response Deadline:  August 14, 2019 at 4:00 p.m.

        Responses Filed:

            A.  Opposition of Richard Legans, *et al.* to Debtors' Motion **(ECF No. 1165)**

        Related Documents:

            B.  Debtors' Reply to Opposition of Richard Legans, *et al.* **(ECF No. 1229)**

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

30. Motion of Tersea Garcia-Kuhn for Relief from the Automatic Stay **(ECF No. 845)**

        Response Deadline:  September 30, 2019 at 4:00 p.m.

        Responses Filed:  None.

        Related Documents:  None.

        Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

31. Motion of Debtors for Clarification of the Automatic Stay **(ECF No. 851)**

    Response Deadline: August 21, 2019 at 4:00 p.m.

    Responses Filed: None.

    Related Documents: None.

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

32. Motion of Caz Creek TX, LLC for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay **(ECF No. 1111)**

    Response Deadline: September 30, 2019 at 4:00 p.m.

    Responses Filed: None.

    Related Documents: None

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

33. Motion GS Tax Loan Fund 1, LLC for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay (with respect to its statutory liens in the real property commonly known as 605 Sunchase St., San Juan, TX 785890 **(ECF No. 1112)**

    Response Deadline: September 30, 2019 at 4:00 p.m.

    Responses Filed: None.

    Related Documents: None

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

34. Motion of Hunter-Kelsy IV, LLC dba Propel Financial Services for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay (with respect to its statutory liens in the real property commonly known as 1200 High Rd., San Macros, TX 78666) **(ECF No. 1113)**

    Response Deadline: September 30, 2019 at 4:00 p.m.

    Responses Filed: None.

    Related Documents: None

    Status: This matter has been adjourned to October 10, 2019 at 11:00 a.m.

35. Motion of Hunter-Kelsy IV, LLC dba Propel Financial Services for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay (with respect to its statutory liens in the real property commonly known as 433 Judge Carr Rd., Whitewright, TX 75491) **(ECF No. 1114)**

   Response Deadline:    September 30, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None

   Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

36. Motion of Hunter-Kelsy IV, LLC dba Propel Financial Services for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay (with respect to its statutory liens in the real property commonly known as 2810 Del Oro Dr., Mission , TX 78572) **(ECF No. 1115)**

   Response Deadline:    September 30, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None

   Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

37. Motion of Hunter-Kelsy IV, LLC dba Propel Financial Services for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay (with respect to its statutory liens in the real property commonly known as 610 Tulane, Waxahachie, TX 75165) **(ECF No. 1117)**

   Response Deadline:    September 30, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None

   Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

38. Motion of Hunter-Kelsy IV, LLC dba Propel Financial Services for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay (with respect to its statutory liens in the real property commonly known as 517 Shadowcrest Lane, Coppell, TX 75019) **(ECF No. 1118)**

   Response Deadline:    September 30, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

39.   Motion of Gina Robinson-Corbin for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay **(ECF No. 1121)**

        Response Deadline:  September 30, 2019 at 4:00 p.m.

        Responses Filed:  None.

        Related Documents:  None

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

40.   Motion of Laurence Grodsky and Rachel Grodsky for Order Pursuant to § 362(d) of the Bankruptcy Code Granting Relief from the Automatic Stay **(ECF No. 1123)**

        Response Deadline:  September 30, 2019 at 4:00 p.m.

        Responses Filed:  None.

        Related Documents:  None

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

41.   Motion of Sonya Davis to Enter into Postpetition Agreement **(ECF No. 1143)**

        Response Deadline:  September 30, 2019 at 4:00 p.m.

        Responses Filed:  None.

        Related Documents:  None

        Status:  This matter has been adjourned to October 10, 2019 at 11:00 a.m.

Dated: August 27, 2019
New York, New York

                                          /s/ Sunny Singh
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York  10153
                                          Telephone:  (212) 310-8000
                                          Facsimile:  (212) 310-8007
                                          Ray C. Schrock, P.C.
                                          Sunny Singh

                                          *Attorneys for Debtors*
                                          *and Debtors in Possession*