ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile:  (415) 773-5759
Thomas C. Mitchell

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 612-2486
Facsimile:  (213) 612-2499
Martin Howard

*Special Securitization Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
**In re** : **Chapter 11**
:
**DITECH HOLDING CORPORATION**, *et al.*, : **Case No. 19-10412 (JLG)**
:
**Debtors.**[1] : **(Jointly Administered)**
:
---------------------------------------------------------------X

**FIFTH MONTHLY FEE STATEMENT OF ORRICK, HERRINGTON &
SUTCLIFFE LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL SECURITIZATION
COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM JULY 1, 2019 THROUGH JULY 31, 2019**

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837).  The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP |
|---|---|
| Date of Retention: | *Nunc pro tunc* to May 17, 2019 pursuant to *Order Authorizing the Employment and Retention of Orrick, Herrington & Sutcliffe LLP as Special Securitization Counsel to the Debtors Nunc Pro Tunc to May 17,* 2019, entered July 11, 2019 (ECF No. 842) |
| Period for Which Monthly Fees and Expenses Are Incurred: | July 1, 2019 through July 31, 2019 |
| Monthly Fees Incurred (100%) | $84,218.16 |
| Less 20% Holdback on Fees | $16,843.63 |
| Monthly Fees Incurred (80%) | $67,374.53 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due (80% of fees and 100% of expenses): | $67,374.53 |
| This is a: | __X__ Monthly _____ Interim _____ Final Fee Application. |

1.      On February 11, 2019 (the "**Petition Date**"), each of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.

2.      On February 26, 2019, the Debtors filed a motion for entry of an order, pursuant to sections 105(a), 327, 330 and 363 of the Bankruptcy Code, authorizing the Debtors to employ and compensate professionals utilized in the ordinary course of the Debtors' business (each an "**Ordinary Course Professional**"), *nunc pro tunc* to the Petition Date, subject to certain limits set forth therein [ECF No. 111] (the "**OCP Motion**").  On March 19, 2019, the Court entered an order granting the OCP Motion [ECF No. 206].

3.      On April 18, 2019, in accordance with the OCP Order, the Debtors filed the *Affidavit and Disclosure Statement of Martin Howard, on Behalf of Orrick, Herrington & Sutcliffe LLP* and Retention Questionnaire [ECF No. 428] (the "**Orrick OCP Affidavit**").  No objections were filed to the Orrick OCP Affidavit.

4.      Following Orrick's retention as an Ordinary Course Professional, the Debtors determined that Orrick would need to play a larger role in these cases in connection with certain securitization issues.  Accordingly, on June 6, 2019, pursuant to section 327(e) of the Bankruptcy

Code, the Debtors filed an application seeking to employ Orrick as special securitization counsel, *nunc pro tunc* to May 17, 2017 [ECF No. 677] (the "**Orrick 327(e) Application**"). On July 11, 2019, the Court entered an order granting the Orrick 327(e) Application, *nunc pro tunc* to May 17, 2019 [ECF No. 842].

5. Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered March 25, 2019 [ECF No. 255] (the "**Interim Compensation Order**"), Orrick hereby submits this Fifth Monthly Fee Statement (the "**Fee Statement**") seeking approval of 80% of its fees as special securitization counsel to the Debtors for the period July 1, 2019 through July 31, 2019 (the "**Fee Period**") in the amount of $67,374.53 (80% of fees). There are no expenses requested in this Fee Statement. Contemporaneous time entries for the services provided during the Fee Period, together with a list of the individuals who provided services and their respective titles and dates of bar admission, are provided below and attached hereto as **<u>Exhibit A</u>**.

**SUMMARY OF MONTHLY FEE STATEMENT OF ORRICK, HERRINGTON &
SUTCLIFFE LP AS SPECIAL SECURITIZATION COUNSEL FOR SERVICES
RENDERED FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| NAME OF PROFESSIONAL | PRACTICE GROUP | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **Partners/Counsel** | | | | | |
| Martin B. Howard | Structured Finance | 1986 | $990 | 54.5 | $53,955.00 |
| Stephen J. Jackson | Tax | 1999 | $974 | 1.8 | $1,753.20 |
| Thomas C. Mitchell | Restructuring | 1986 | $1,077 | 0.2 | $215.40 |
| John Narducci | Tax | 1989 | $1,102 | 0.2 | $220.40 |
| **Total Partners/Counsel:** | | -- | **56.7** | **$56,144.00** |

| NAME OF PROFESSIONAL | PRACTICE GROUP | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **Associates** | | | | | |
| Debra Felder | Restructuring | 2002 | $831 | 3.1 | $2,576.10 |
| Alexander P. Radisich | Structured Finance | 2016 | $677 | 62.8 | $42,515.60 |
| Michael Sugarman | Structured Finance | 2012 | $713 | 5.5 | $3,921.50 |
| **Total Associates:** | | | **71.4** | **$49,013.20** |

| NAME OF PROFESSIONAL | PRACTICE GROUP | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| **Paraprofessional** | | | | | |
| Ahmad M. Kasfy | Structured Finance | -- | $231 | 0.5 | $115.50 |
| **Total Paraprofessional:** | | | **0.5** | **$115.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners/Counsel | | 56.7 | $56,144.00 |
| Associates | | 71.4 | $49,013.20 |
| Paraprofessional | | 0.5 | $115.50 |
| **Subtotal:** | | **128.6** | **$105,272.70** |
| *Less 20% client discount:* | | | *($21,054.54)* |
| **TOTAL FEES (after 20% client discount):** | | | **$84,218.16** |
| **BLENDED ATTORNEY RATE (excludes paraprofessionals):** | | | $656.72 |

**COMPENSATION BY TASK CODE FOR SERVICES RENDERED BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION COUNSEL FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

## MATTER 2:  SECURITIZATION ADVISE

| MATTER NO. | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 2 | Securitization Advise | 5.3 | $4,612.10 |
| *Less 20% client discount:* | | | *($922.42)* |
| **TOTAL MATTER 2 (after 20% client discount):** | | **5.3** | **$3,689.68** |

## MATTER 9:  PROJECT PHOENIX

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 01 | General Negotiation and Strategy | 6.0 | $4,596.60 |
| 02 | Discussions and Negotiation with Securitization Trustees | 23.7 | $17,351.90 |
| 03 | Negotiation and Drafting of Mortgage Servicing Rights Purchase Agreement | 50.2 | $38,430.00 |
| 04 | Negotiation and Drafting Interim Servicing Agreement | 9.2 | $7,480.40 |
| 06 | Comments and Questions on Asset Purchase Agreement | 0.8 | $541.60 |
| 08 | Negotiation with Potential Bidders | 7.8 | $7,722.00 |
| 09 | Ordinary Course Advice Related to Securitization and Loan Servicing | 21.5 | $21,285.00 |
| **Subtotal:** | | 119.2 | $97,407.50 |
| *Less 20% client discount:* | | | *($19,481.50)* |
| **TOTAL MATTER 9 (after 20% client discount):** | | **119.2** | **$77,926.00** |

## MATTER 13:  COMPENSATION

| MATTER NO. | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 13 | Compensation | 4.0 | $3,170.00 |
| *Less 20% client discount:* | | | *($634.00)* |
| **TOTAL MATTER 13 (after 20% client discount):** | | **4.0** | **$2,536.00** |

## MATTER 14:  RETENTION

| MATTER NO. | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 14 | Retention | 0.1 | $83.10 |
| *Less 20% client discount:* | | | *($16.62)* |
| **TOTAL MATTER 14 (after 20% client discount):** | | **0.1** | **$66.48** |


**EXPENSE SUMMARY BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION COUNSEL FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**


There are no expenses requested in this Fee Statement.

**WHEREFORE**, pursuant to the Interim Compensation Order, Orrick hereby requests that the Debtors pay $67,374.53 to Orrick, which represents 80% of fees incurred during the Fee Period. There are no expenses requested in this Fee Statement.

August 29, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Thomas C. Mitchell*
Thomas C. Mitchell
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5732
Facsimile: (415) 773-5759
Email: tcmitchell@orrick.com

and

Martin Howard
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 612-2486
Facsimile: (213) 612-2499
Email: mhoward@orrick.com

*Special Securitization Counsel to the Debtors and Debtors in Possession*

**Fee Notice Parties**
(via overnight mail)

Ditech Holding Corporation
3000 Bayport Drive, Suite 985
Tampa, Florida 33607
Attn: John Haas, General Counsel

***Counsel to the Debtors***
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Ray C. Schrock, P.C.
      Sunny Singh, Esq.

***U.S. Trustee***
Office of the United States Trustee for the
Southern District of New York
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Greg M. Zipes, Esq.
      Benjamin J. Higgins, Esq.

***Counsel to the Official Committee of Unsecured Creditors***
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Attn:  Robert Feinstein, Esq.
      Bradford Sandler, Esq.

***Counsel to the Official Committee of Consumer Creditors***
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: Susheel Kirpalani, Benjamin I. Finestone and Victor Noskov

***Counsel to the Prepetition Term Loan Agent***
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn:  Brian M. Resnick, Esq.
      Michelle M. McGreal, Esq.

***Counsel to the Term Loan Ad Hoc Group***
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Attn:  Patrick J. Nash, Esq.
     John R. Luze, Esq.


***Counsel to Barclays Bank PLC, as DIP Agent, and Barclays Capital Inc., as DIP Lender***
Skadden, Arps, Slate, Meager & Flom LLP
4 Times Square
New York, New York 10036
Attn:  Sarah M. Ward, Esq.
     Mark A. McDermott, Esq.
     Melissa Tiarks, Esq.


***Counsel to Nomura Corporate Funding Americas, LLC***
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, New York 10016
Attn:  Karen Gelernt, Esq.
     Roland Klein, Esq.


***Counsel to Nomura Corporate Funding Americas, LLC***
Jones Day LLP
250 Vesey Street
New York, New York 10281
Attn:  Ben Rosenblum, Esq.

## EXHIBIT A

**ORRICK, HERRINGTON & SUTCLIFFE INVOICES**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street
Saint Paul, MN 55102
Attn: John Hromy

August 13, 2019
Client No. 33094
Invoice No. 1812737

Orrick Contact: Martin B. Howard

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2019 in connection with the matters described on the attached pages: | $ | 4,612.10 |
| *LESS CLIENT DISCOUNT* | | *(922.42)* |
| SUBTOTAL | $ | 3,689.68 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | **$** | **3,689.68** |

Matter(s): 33094/2 – Securitization Advise
　　　　　D1600068

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$10,473.92
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | **ABA Number 121000248** | *c/o Wells Fargo* |
| *4619 Solutions Center* | **SWIFT CODE: WFBIUS6S** | *Attn: Lockbox #774619* |
| *Chicago, IL 60677-4006* | **Account Number: 4123701088** | *350 East Devon Avenue* |
| *Reference: 33094/ Invoice: 1812737* | *Wells Fargo* | *Itasca, IL 60143* |
| | *420 Montgomery Street* | *(904) 634-6350* |
| | *San Francisco, CA 94104* | *Reference: 33094/ Invoice: 1812737* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 33094/ Invoice: 1812737* | |
| | *E.I.N. 94-2952627* | |



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street                                    August 13, 2019
Saint Paul, MN 55102                                   Client No. 33094
Attn: John Hromy                                       Invoice No. 1812737

Orrick Contact: Martin B. Howard

For Legal Services Rendered Through July 31, 2019 in Connection With:

**Matter: 2 - Securitization Advise**
**Matter: D1600068**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/03/19 | J. Narducci | Telephone call from S. Jackson regarding purchase price. | 0.20 |
| 07/03/19 | A. Radisich | Review and prepare comments to Clean-up Call Letter Agreement with Capital One. | 0.60 |
| 07/08/19 | M. Howard | Discussions on call letter with Capital One; review of letter. | 1.00 |
| 07/08/19 | A. Radisich | Review and prepare comments to Clean-up Call Letter Agreement and correspond regarding the same. | 1.00 |
| 07/10/19 | M. Howard | Review of Capital One clean up call documents. | 0.50 |
| 07/12/19 | M. Howard | Review of CapOne clean up call documents. | 0.50 |
| 07/16/19 | M. Howard | Review of CapOne clean up call documents. | 0.50 |
| 07/17/19 | M. Howard | Review of CapOne clean up call documents. | 0.50 |
| 07/29/19 | A. Radisich | Conference and correspond regarding termination of "dry" PLS trusts with USB. | 0.50 |

|  |  |  |
|---|---|---|
| Total Hours | 5.30 | |
| Total For Services | | $4,612.10 |
| *Less 20.0 % Discount* | | *(922.42)* |
| Total Fees | 5.30 | $3,689.68 |

**Timekeeper Summary**

| | Hours | Rate | Amount |
|---|---|---|---|
| John Narducci | 0.20 | 1,102.00 | 220.40 |
| Martin B. Howard | 3.00 | 990.00 | 2,970.00 |
| Alexander P. Radisich | 2.10 | 677.00 | 1,421.70 |
| Total All Timekeepers | 5.30 | | $4,612.10 |

**Total For This Matter**                                **$3,689.68**



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street
Saint Paul, MN 55102
Attn: John Hromy

August 15, 2019
Client No. 33094
Invoice No. 1812841

Orrick Contact: Martin B. Howard

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2019 in connection with the matters described on the attached pages: | $ | 97,407.50 |
| *LESS CLIENT DISCOUNT* | | *(19,481.50)* |
| SUBTOTAL | $ | 77,926.00 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **77,926.00** |

Matter(s): 33094/9 – Project Phoenix

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$380,862.82
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | **ABA Number 121000248** | *c/o Wells Fargo* |
| *4619 Solutions Center* | **SWIFT CODE: WFBIUS6S** | *Attn: Lockbox #774619* |
| *Chicago, IL 60677-4006* | **Account Number: 4123701088** | *350 East Devon Avenue* |
| *Reference: 33094/ Invoice: 1812841* | *Wells Fargo* | *Itasca, IL 60143* |
| | *420 Montgomery Street* | *(904) 634-6350* |
| | *San Francisco, CA 94104* | *Reference: 33094/ Invoice: 1812841* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 33094/ Invoice: 1812841* | |
| | *E.I.N. 94-2952627* | |



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street                                          August 15, 2019
Saint Paul, MN 55102                                       Client No. 33094
Attn: John Hromy                                      Invoice No. 1812841


Orrick Contact: Martin B. Howard


For Legal Services Rendered Through July 31, 2019 in Connection With:

**Matter: 9 - Project Phoenix**
**PHASE DTCH – DITECH**

*Task DTCH01 – General Negotiation and Strategy*

| | | | | |
|---|---|---|---|---|
| 07/02/19 | S. Jackson | Prepare for and participate in telephone conference with Weil and review MSRPA. | 1.00 | 779.20 |
| 07/03/19 | S. Jackson | Prepare for and participate in conference call with client and Weil to discuss MSRs. | 0.80 | 623.36 |
| 07/09/19 | A. Radisich | Conference with Ditech, Weil and HL regarding received bids. | 0.50 | 270.80 |
| 07/29/19 | A. Radisich | Prepare and review comments to Weil Confirmation Brief regarding severability of origination obligations (2.5) and correspond (0.8) and conference (0.2) regarding the same. | 3.50 | 1,895.60 |
| 07/31/19 | A. Radisich | Correspond regarding Ditech questions on Reverse securitizations. | 0.20 | 108.32 |

*DTCH01 – General Negotiation and Strategy Total*    *6.00*    *3,677.28*

*Task DTCH02 – Discussions and negotiation with securitization trustees*

| | | | | |
|---|---|---|---|---|
| 07/01/19 | M. Sugarman | Discuss process for analyzing deals for termination provisions. | 0.20 | 114.08 |
| 07/08/19 | A. Radisich | Review and reply to correspondence regarding questions and requests from PLS trustees. | 0.80 | 433.28 |
| 07/10/19 | A. Radisich | Review and reply to correspondence regarding requests from PLS trustees. | 0.50 | 270.80 |
| 07/11/19 | A. Radisich | Correspond regarding PLS questions and requests. | 0.50 | 270.80 |
| 07/12/19 | A. Radisich | Conference with counsel to US Bank regarding existing custodial agreements (0.4) and correspond regarding the same (0.4). | 0.80 | 433.28 |



| 07/12/19 | A. Kasfy | Analyze spreadsheets and calculate litigation amounts for attorney review. | 0.50 | 92.40 |
|---|---|---|---|---|
| 07/15/19 | A. Radisich | Review and reply to correspondence regarding litigation information requested by PLS Trustees (1.3) and conference with Weil regarding the same (0.2). | 1.50 | 812.40 |
| 07/16/19 | A. Radisich | Review and reply to correspondence from counsel to PLS Trustees. | 0.50 | 270.80 |
| 07/17/19 | A. Radisich | Conference with Weil regarding requests from PLS trustees (0.2), correspond with NRZ, Ditech and counsel to PLS Trustees regarding  servicing transfer provisions and loan schedules (1.6). | 1.80 | 974.88 |
| 07/18/19 | M. Sugarman | Review governing agreements for PLS deals to determine termination requirements; (1.2) correspond regarding same (0.5). | 1.70 | 969.68 |
| 07/18/19 | A. Radisich | Conference with counsel to US Bank regarding termination of deals with no active loans (0.3) review and analyze PSA regarding termination provisions (0.5) and correspond regarding the same (0.2). | 1.00 | 541.60 |
| 07/19/19 | M. Sugarman | Perform additional review of termination provisions in deal documents (0.5); correspond regarding same (0.1); telephone conference regarding same (0.2). | 0.80 | 456.32 |
| 07/19/19 | A. Radisich | Conference (0.3) and correspond (1.0) regarding PLS trustee's questions regarding and request to review servicing transfer instructions. | 1.30 | 704.08 |
| 07/22/19 | M. Sugarman | Correspond regarding securitization termination document review; correspond regarding same. | 0.20 | 114.08 |
| 07/22/19 | A. Radisich | Correspond with PLS Trustee regarding servicing transition issues. | 0.30 | 162.48 |
| 07/23/19 | A. Radisich | Conference with M. Howard and counsel to US Bank regarding servicing transition and other trustee questions (0.5); review and reply to correspondence regarding trustee questions (1.3) and conference with counsel to US Bank regarding the same (0.2). | 2.00 | 1,083.20 |
| 07/23/19 | M. Howard | Discussions on requests from PLS trustees. | 0.50 | 396.00 |



| 07/24/19 | A. Radisich | Correspond with Ditech, PLS Trustees and Weil regarding questions from PLS Trustees regarding contracts being assumed and rejected and contract schedule. | 0.50 | 270.80 |
| 07/25/19 | A. Radisich | Conference with counsel to PLS Trustee regarding termination of certain PLS securitizations (0.3) and correspond regarding the same (0.8); correspond with Ditech regarding questions from PLS Trustees regarding agreements being transfers and potential rejections (0.9). | 2.00 | 1,083.20 |
| 07/25/19 | M. Sugarman | Review correspondence regarding securitization terminations (0.1); discuss same (0.2). | 0.30 | 171.12 |
| 07/25/19 | M. Howard | Follow up discussions with trustees on transfers. | 2.00 | 1,584.00 |
| 07/28/19 | M. Sugarman | Prepare notices relating to termination of GTCT 1996-D, GTHLT 1994-BI, GTHLT 1994-CI, GTHLT 1994-D and GTHLT 1995-A. | 0.60 | 342.24 |
| 07/29/19 | M. Sugarman | Review and discuss termination provisions and rights in dry securitizations (0.7); correspond regarding same (0.3); telephone conference regarding same (0.3). | 1.30 | 741.52 |
| 07/29/19 | T. Mitchell | Attention to termination of securitizations. | 0.20 | 172.32 |
| 07/29/19 | M. Howard | Follow up discussions with trustees on transfers. | 1.50 | 1,188.00 |
| 07/30/19 | M. Sugarman | Review termination requirements for dry securitizations. | 0.30 | 171.12 |
| 07/31/19 | M. Sugarman | Review correspondence regarding contact for Wilmington Trust Company. | 0.10 | 57.04 |

*DTCH02 – Discussions and negotiation with securitization trustees Total*     23.70     *13,881.52*

*Task DTCH03 – Negotiation and Drafting of Mortgage Servicing Rights Purchase Agreement*

| 07/01/19 | A. Radisich | Review and revise MSRPA with potential bidder (2.2) and correspond regarding the same (0.3). | 2.50 | 1,354.00 |
| 07/02/19 | A. Radisich | Review and revise MSRPA with potential bidder (0.8) and review and analyze potential bidder comments to MSRPA (0.4). | 1.20 | 649.92 |



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/19 | M. Howard | Discussions on tax issues under mortgage servicing rights purchase agreement. | 1.00 | 792.00 |
| 07/08/19 | A. Radisich | Review and revise Escrow Agreement regarding 1st potential bidder comments thereto (1.0) and conference with HL (0.3) and correspond with Weil (0.2) regarding the same; conference with HL regarding 2nd potential bidder comments to MSRPA (0.5); review and analyze 2nd potential bidder comments to MSRPA (0.5) and prepare and review issues list (2.0) and correspond with Weil and HL regarding the same (2.0); review and analyze 3rd potential bidder comments to MSRPA (0.5). | 7.00 | 3,791.20 |
| 07/09/19 | A. Radisich | Review and analyze potential bidder comments to MSRPA (0.5); review and reply to correspondence regarding material issues from potential bidder comments (1.5) and conference regarding the same (0.5); review and revise MSRPA with potential bidder (3.0). | 5.50 | 2,978.80 |
| 07/10/19 | A. Radisich | Review and analyze potential bidder comments to MSRPA (0.8); prepare and review issues list regarding potential bidder comments to MSRPA (1.2) and correspond regarding the same (1.0). | 3.00 | 1,624.80 |
| 07/11/19 | M. Howard | Discussions with Hunton, counsel to NRZ, on MSRPA. | 1.20 | 950.40 |
| 07/11/19 | A. Radisich | Conference with Hunton regarding MSRPA, ISA and MIPA with NRZ (0.3) and correspond regarding the same (1.0); review and revise MSRPA with bidder regarding back-up Ginnie bid (2.0). | 3.30 | 1,787.28 |
| 07/12/19 | M. Howard | Discussions with trustee counsel on document custody. | 1.00 | 792.00 |
| 07/15/19 | A. Radisich | Conference with HL regarding bidder comments to MSRPA regarding back-up Ginnie bid (0.5) and correspond regarding the same (0.5); review and revise MSRPA regarding back-up Ginnie Bid (1.0). | 2.00 | 1,083.20 |
| 07/15/19 | M. Howard | Discussions on back up bid. | 1.50 | 1,188.00 |
| 07/16/19 | M. Howard | Discussions on back up bid (0.5); discussions with trustees on document questions (1.5). | 2.00 | 1,584.00 |



| 07/16/19 | A. Radisich | Conference with Ditech, NRZ and Hunton regarding updates to MSRPA and Fannie ISA (1.2) and correspond regarding the same (0.3). | 1.50 | 812.40 |
|---|---|---|---|---|
| 07/17/19 | M. Howard | Discussions on back up bid (0.5); discussions with trustees on document questions (1.5). | 2.00 | 1,584.00 |
| 07/18/19 | M. Howard | Discussions with trustees on document questions. | 1.50 | 1,188.00 |
| 07/19/19 | M. Howard | Discussions on NRZ's comments to mortgage servicing rights purchase agreement. | 1.00 | 792.00 |
| 07/22/19 | A. Radisich | Review and revise purchaser updates to MSRPA (2.5) and correspond regarding comments to the same (1.0). | 3.50 | 1,895.60 |
| 07/23/19 | M. Howard | Teleconference with counsel to PLS trustees regarding transitions and other issues (0.5) and correspond regarding the same (0.5). | 1.00 | 792.00 |
| 07/30/19 | A. Radisich | Conference with Ditech and NRZ regarding Fannie ISA (0.5) and correspond regarding the same (0.5); review and analyze NRZ comments to ISA (0.5) and correspond regarding the same (0.3); review and revise Fannie ISA (2.0); correspond regarding PLS trustee questions and requests (0.5); correspond regarding amendments to reporting requirements under MSRPA (1.0); review and reply to correspondence with Ditech regarding Side Letters (0.9) and conference with L. Reichel regarding the same (0.3). | 6.50 | 3,520.40 |
| 07/31/19 | M. Howard | Discussions on Fannie Interim Servicing Agreement. | 0.50 | 396.00 |
| 07/31/19 | M. Howard | Discussions on dry securitization deals. | 1.50 | 1,188.00 |
| | *DTCH03 – Negotiation and Drafting of Mortgage Servicing Rights Purchase Agreement Total* | | *50.20* | *30,744.00* |

*Task DTCH04 – Negotiation and Drafting Interim Servicing Agreement ("ISA")*

| 07/03/19 | A. Radisich | Conference (0.2) and correspond regarding ISA and Fannie Mae subserviced loans (0.2). | 0.40 | 216.64 |
|---|---|---|---|---|



| 07/23/19 | A. Radisich | Conference with Ditech and M. Howard regarding ISA for Fannie subserviced loans (0.5) and prepare and review ISA regarding the same (0.5). | 1.00 | 541.60 |
| 07/23/19 | M. Howard | Teleconference with Ditech on second interim servicing agreement and PLS transition issues. | 0.50 | 396.00 |
| 07/23/19 | M. Howard | Discussions on new interim servicing agreement. | 0.50 | 396.00 |
| 07/24/19 | M. Howard | Discussions on Fannie interim servicing agreement. | 1.50 | 1,188.00 |
| 07/24/19 | A. Radisich | Prepare and review ISA for Fannie Mae subserviced assets (3.4) and conference with Ditech and Weil regarding the same (0.4). | 3.80 | 2,058.08 |
| 07/30/19 | M. Howard | Discussions on Fannie interim servicing agreement. | 1.50 | 1,188.00 |

| *DTCH04 – Negotiation and Drafting Interim Servicing Agreement ("ISA") Total* | | | *9.20* | *5,984.32* |

### Task DTCH06 – Comments and questions on Asset Purchase Agreement ("APA")

| 07/02/19 | A. Radisich | Conference with Weil tax team, S. Jackson and M. Howard regarding tax treatment of MSRs (0.4) and correspond regarding the same (0.3). | 0.80 | 433.28 |

| *DTCH06 – Comments and questions on Asset Purchase Agreement ("APA") Total* | | | *0.80* | *433.28* |

### Task DTCH08 – Negotiations with Potential Bidders

| 07/01/19 | M. Howard | Discussions on agreement with potential bidder. | 1.50 | 1,188.00 |
| 07/03/19 | M. Howard | Discussions on subservicing with Fannie Mae. | 1.00 | 792.00 |
| 07/09/19 | M. Howard | Discussions on alternative bidding process. | 1.00 | 792.00 |
| 07/09/19 | M. Howard | Discussions on comments from potential bidders. | 2.00 | 1,584.00 |
| 07/10/19 | M. Howard | Discussions on comments from potential bidders. | 2.30 | 1,821.60 |

| *DTCH08 – Negotiations with Potential Bidders Total* | | | *7.80* | *6,177.60* |

### Task DTCH09 – Ordinary Course Advice related to securitizations and loan servicing.



| 07/01/19 | M. Howard | Discussions with Fannie Mae on servicing. | 1.00 | 792.00 |
|---|---|---|---|---|
| 07/01/19 | M. Howard | Discussions on tax issues under mortgage servicing rights purchase agreement. | 1.00 | 792.00 |
| 07/02/19 | M. Howard | Discussions on tax issues under mortgage servicing rights purchase agreement. | 1.00 | 792.00 |
| 07/02/19 | M. Howard | Discussions on subservicing with Fannie Mae. | 1.50 | 1,188.00 |
| 07/08/19 | M. Howard | Discussions on alternative bids. | 1.00 | 792.00 |
| 07/08/19 | M. Howard | Discussions on questions from securitization trustees. | 0.50 | 396.00 |
| 07/19/19 | M. Howard | Discussions on trustees custodial and legacy deal items. | 1.00 | 792.00 |
| 07/22/19 | M. Howard | Follow up discussions on trustees custodial and legacy deal items. | 1.50 | 1,188.00 |
| 07/24/19 | M. Howard | Follow up discussions on dry deals. | 1.00 | 792.00 |
| 07/25/19 | M. Howard | Discussions on termination process for dry securitization deals. | 1.50 | 1,188.00 |
| 07/26/19 | M. Howard | Discussions on severability of documents. | 2.00 | 1,584.00 |
| 07/26/19 | M. Howard | Discussions on termination of dry securitization deals. | 1.50 | 1,188.00 |
| 07/28/19 | M. Howard | Discussions on severability of documents. | 3.00 | 2,376.00 |
| 07/29/19 | M. Howard | Discussions on motion to sever origination obligations. | 2.50 | 1,980.00 |
| 07/30/19 | M. Howard | Discussions on dry securitization deals. | 1.50 | 1,188.00 |

*DTCH09 – Ordinary Course Advice related to securitizations and loan servicing. Total*      *21.50*      *17,028.00*

**PHASE DTCH – DITECH TOTAL**      **119.20**      **77,926.00**

Total Hours      119.20

Total For Services      $77,926.00



| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE DTCH – DITECH** | | | |
| DTCH01 | General Negotiation and Strategy | 6.00 | 3,677.28 |
| DTCH02 | Discussions and negotiation with securitization trustees | 23.70 | 13,881.52 |
| DTCH03 | Negotiation and Drafting of Mortgage Servicing Rights Purchase Agreement | 50.20 | 30,744.00 |
| DTCH04 | Negotiation and Drafting Interim Servicing Agreement ("ISA") | 9.20 | 5,984.32 |
| DTCH06 | Comments and questions on Asset Purchase Agreement ("APA") | 0.80 | 433.28 |
| DTCH08 | Negotiations with Potential Bidders | 7.80 | 6,177.60 |
| DTCH09 | Ordinary Course Advice related to securitizations and loan servicing. | 21.50 | 17,028.00 |
| **PHASE DTCH – DITECH TOTALS** | | 119.20 | 77,926.00 |
| | Totals | 119.20 | $77,926.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Thomas C. Mitchell | 0.20 | 1,077.00 | 215.40 |
| Martin B. Howard | 51.50 | 990.00 | 50,985.00 |
| Stephen J. Jackson | 1.80 | 974.00 | 1,753.20 |
| Michael H. Sugarman | 5.50 | 713.00 | 3,921.50 |
| Alexander P. Radisich | 59.70 | 677.00 | 40,416.90 |
| Ahmad M. Kasfy | 0.50 | 231.00 | 115.50 |
| Total All Timekeepers | 119.20 | | $97,407.50 |

**Total For This Matter**                    **$77,926.00**



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street
Saint Paul, MN 55102
Attn: John Hromy

August 13, 2019
Client No. 33094
Invoice No. 1812738

Orrick Contact: Martin B. Howard

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2019 in connection with the matters described on the attached pages: | $ | 3,170.00 |
| *LESS CLIENT DISCOUNT* | | *(634.00)* |
| SUBTOTAL | $ | 2,536.00 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **2,536.00** |

Matter(s): 33094/13 – Compensation

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$9,918.76
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 33094/ Invoice: 1812738*

**ELECTRONIC FUNDS TRANSFERS:**
*ACH & Wire Transfers:*
**ABA Number 121000248**
**SWIFT CODE: WFBIUS6S**
**Account Number: 4123701088**
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 33094/ Invoice: 1812738*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(904) 634-6350*
*Reference: 33094/ Invoice: 1812738*



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street
Saint Paul, MN 55102
Attn: John Hromy

August 13, 2019
Client No. 33094
Invoice No. 1812738

Orrick Contact: Martin B. Howard

For Legal Services Rendered Through July 31, 2019 in Connection With:

**Matter: 13 - Compensation**

| | | | |
|---|---|---|---|
| 07/12/19 | D. Felder | Begin preparation of May 17-31 fee application; review order on interim compensation procedures. | 0.50 |
| 07/16/19 | D. Felder | Prepare May 17-31, 2019 fee application for Orrick's fees. | 1.00 |
| 07/21/19 | A. Radisich | Review July Ditech invoices. | 1.00 |
| 07/22/19 | D. Felder | Prepare third monthly fee application for May 17-31; emails with M. Howard regarding same; finalize and email same for filing and service. | 1.00 |
| 07/25/19 | D. Felder | Prepare form of June fee application; review second monthly fee application regarding fees and email to M. Howard regarding same. | 0.50 |

| | | |
|---|---|---|
| Total Hours | 4.00 | |
| Total For Services | | $3,170.00 |
| *Less 20.0 % Discount* | | *(634.00)* |
| Total Fees | 4.00 | $2,536.00 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Debra L. Felder | 3.00 | 831.00 | 2,493.00 |
| Alexander P. Radisich | 1.00 | 677.00 | 677.00 |
| Total All Timekeepers | 4.00 | | $3,170.00 |

**Total For This Matter**          **$2,536.00**



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street
Saint Paul, MN 55102
Attn: John Hromy

August 13, 2019
Client No. 33094
Invoice No. 1812739

Orrick Contact: Martin B. Howard

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2019 in connection with the matters described on the attached pages: | $ | 83.10 |
| *LESS CLIENT DISCOUNT* | | *(16.62)* |
| SUBTOTAL | $ | 66.48 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **66.48** |

Matter(s): 33094/14 – Retention

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$12,112.12
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2704. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | **ABA Number 121000248** | *c/o Wells Fargo* |
| *4619 Solutions Center* | **SWIFT CODE: WFBIUS6S** | *Attn: Lockbox #774619* |
| *Chicago, IL 60677-4006* | **Account Number: 4123701088** | *350 East Devon Avenue* |
| *Reference: 33094/ Invoice: 1812739* | *Wells Fargo* | *Itasca, IL 60143* |
| | *420 Montgomery Street* | *(904) 634-6350* |
| | *San Francisco, CA 94104* | *Reference: 33094/ Invoice:* |
| | *Account of* | *1812739* |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 33094/ Invoice: 1812739* | |
| | *E.I.N. 94-2952627* | |



Ditech Financial LLC
1100 Landmark Towers
345 St. Peter Street                                            August 13, 2019
Saint Paul, MN 55102                                          Client No. 33094
Attn: John Hromy                                          Invoice No. 1812739

Orrick Contact: Martin B. Howard

For Legal Services Rendered Through July 31, 2019 in Connection With:

**Matter: 14 - Retention**

| | | | | |
|---|---|---|---|---|
| 07/12/19 | D. Felder | Review order approving Orrick's retention. | | 0.10 |
| | Total Hours | | 0.10 | |
| | Total For Services | | | $83.10 |
| | *Less 20.0 % Discount* | | | *(16.62)* |
| | Total Fees | | 0.10 | $66.48 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Debra L. Felder | 0.10 | 831.00 | 83.10 |
| Total All Timekeepers | 0.10 | | $83.10 |

**Total For This Matter**            **$66.48**