UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
In re : Chapter 11
:
DITECH HOLDING CORPORATION, *et al.*, : Case No. 19-10412 (JLG)
:
Debtors. : (Jointly Administered)
: Related Docket Nos. 1032 and 1240
------------------------------------------------------------X

## SCHEDULING ORDER REGARDING DEBTORS' REQUEST FOR CONFIRMATION OF THIRD AMENDED PLAN

WHEREAS, on July 30, 2019, the Debtors filed the *Second Amended Joint Chapter 11 Plan* (ECF No. 1032) (the "**Second Amended Plan**").

WHEREAS, on August 7, 2019 and August 8, 2019, a hearing to confirm the Second Amended Plan was held before the Court.

WHEREAS, on August 28, 2019, the Court entered the *Memorandum Decision on Confirmation of the Second Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1240).

WHEREAS, as announced at the Status Conference held on September 10, 2019, the Debtors and the Consumer Creditors' Committee have reached a settlement to be incorporated into an Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (the "**Third Amended Plan**").

**IT IS HEREBY ORDERED THAT:**

1. The Debtors shall file the Third Amended Pan and a supplement to the Disclosure Statement in respect of the Third Amended Plan on or before **September 11, 2019**.

2. A hearing to confirm the Third Amended Plan **has been scheduled on September 25, 2019 at 11:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

3. Any responses or objections ("**Objections**") to the Third Amended Plan shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CDROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 211), so as to be received no later than **September 18, 2019 at 4:00 p.m. (Eastern Time)**.

4. The deadline to reply to objections to the Third Amended Plan is **September 22, 2019 at 2:00 p.m. (Eastern Time)**. **Any such replies shall conform to the requirements detailed above [JLG]**.

5. The deadlines contained in this Scheduling Order may be extended only by approval of the Court.

Dated: September 11, 2019
      New York, New York

                               /s/ *James L. Garrity, Jr.*
                               THE HONORABLE JAMES L. GARRITY, JR.
                               UNITED STATES BANKRUPTCY JUDGE