WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                             :    Chapter 11
:
**DITECH HOLDING CORPORATION**, *et al.*,         :    Case No. 19-10412 (JLG)
:
Debtors.[1]                                       :    (Jointly Administered)
:
------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 27, 2019 AT 11:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, One Bowling Green, Courtroom 601, New York, New York 10004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

**I.   UNCONTESTED MATTERS:**

1. Motion of Debtors Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Settlement with PLS Trustees with Respect to Objections to Forward Stalking Horse Agreement and Reverse Stalking Horse Agreement **[ECF No. 1348]**

    Response Deadline:    September 26, 2019 at 4 p.m. ET.

    Responses Filed:    None.

    Related Documents:

    A.  Declaration of Timothy Pillar, as Officer of U.S. Bank National Association, as PLS Trustee **[ECF No. 1389]**

    B.  Declaration of Brendan Meyer, as Officer of Deutsche Bank, in Support of PLS Trustees' Settlement **[ECF No. 1388]**

    C.  Declaration of Jennifer J. Provenzano, as Officer of BNYM, in Support of PLS Trustees' Settlement **[ECF No. 1387]**

    D.  PLS Trustees' Statement in Support of the Debtors' Motion Pursuant to Rule 9019 for Approval of Settlement [**ECF No. 1386**]

    E.  Order Granting Motion to Redact Certain Commercially Sensitive Information **[ECF No. 1383]**

    F.  Debtors' Motion to Redact Certain Commercially Sensitive Information **[ECF No. 1373]**

    G.  Order Shortening Time for Notice With Respect to Settlement Motion **[ECF No. 1368]**

    H.  Debtors' Motion to Shorten Notice With Respect to Settlement Motion **[ECF No. 1365]**

    Status: This matter is going forward on an uncontested basis.

WEIL:\97201943\6\41703.0011

Dated: September 26, 2019
      New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*