UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
In re                                                            :     Chapter 11
                                                                 :
DITECH HOLDING CORPORATION, *et al.*,                            :     Case No. 19-10412 (JLG)
                                                                 :
Debtors.[1]                                                      :     (Jointly Administered)
                                                                 :
---------------------------------------------------------------- X

NOTICE OF (I) ENTRY OF ORDER CONFIRMING THIRD AMENDED
JOINT CHAPTER 11 PLAN OF DITECH HOLDING CORPORATION
AND ITS AFFILIATED DEBTORS, (II) OCCURRENCE OF EFFECTIVE DATE,
AND (III) FINAL DEADLINE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE THAT:**

1.      On September 22, 2019, Ditech Holding Corporation and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors* (ECF No. 1326) (the "**Third Amended Plan**"). On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**").[2]

2.      The Third Amended Plan and Confirmation Order may be viewed at no charge at the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("**Epiq**") at https://dm.epiq11.com/ditech or for a fee on the Bankruptcy Court's website at http://www.deb.uscourts.gov.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Debtors' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2]     Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Third Amended Plan, the Confirmation Order, that certain *Asset Purchase Agreement* by and among Ditech Holding Corporation, Ditech Financial LLC, and New Residential Investment Corp., dated June 17, 2019 (as amended, modified, and supplemented from time to time), or as the context otherwise requires.

3. All conditions precedent to the Effective Date (as defined in the Third Amended Plan) have been satisfied or waived as provided in Article IX of the Third Amended Plan, such that the Third Amended Plan was substantially consummated, and the Effective Date occurred, at 12:01 a.m. on September 30, 2019.

4. In accordance with the Transaction Accounting Principles, the Purchase Price for the mortgage servicing rights included in the Forward Sale Transaction with the Forward Buyer will be determined utilizing interest rates as of 3:00 p.m. (Prevailing Eastern Time) on September 30, 2019.

5. As set forth in the Confirmation Order, all persons and entities that hold an Administrative Expense Claim (as defined in the Third Amended Plan) shall file a proof of such claim in writing or electronically in accordance with the instructions herein so that it is received on or before **November 11, 2019 at 5:00p.m. (Prevailing Eastern Time) (**the "**Administrative Claims Bar Date**").  Proofs of claim will be deemed filed only when actually received at the addresses listed below or via the Electronic Filing System (as defined herein) on or before the Administrative Claims Bar Date.

IF BY U.S. POSTAL SERVICE MAIL OR OVERNIGHT DELIVERY:

| Ditech Holding Corporation, Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4421<br>Beaverton, OR 97076-4421 | Ditech Holding Corporation, Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |
|---|---|

IF DELIVERED BY HAND:

| Ditech Holding Corporation, Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 | Ditech Holding Corporation, Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 | United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |
|---|---|---|

IF ELECTRONICALLY:  The website established by Epiq using the interface available on such website located at http://dm.epiq11.com/Ditech (the "**Electronic Filing System**") and following the instructions provided.

**FAILURE TO FILE AND SERVE SUCH PROOF OF ADMINISTRATIVE EXPENSE CLAIM TIMELY AND PROPERLY SHALL RESULT IN SUCH CLAIM BEING FOREVER BARRED AND DISCHARGED. IF FOR ANY REASON ANY SUCH ADMINISTRATIVE EXPENSE CLAIM IS INCAPABLE OF BEING FOREVER BARRED AND DISALLOWED, THEN THE HOLDER OF SUCH CLAIM SHALL IN NO EVENT HAVE RECOURSE TO ANY PROPERTY BEING DISTRIBUTED PURSUANT TO THE THIRD AMENDED PLAN.**

Dated:  September 30, 2019
         New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*