UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Ditech Holding Corporation et al

Case No.: 19-10412

Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John P. Dell'Italia, Esq._____, request admission, *pro hac vice*, before the Honorable James L. Garrity, Jr.__, to represent Norma Chin_____, a creditor/party_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New Jersey_____ and, if applicable, the bar of the U.S. District Court for the Southern____ District of New York_____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/20/2019____

_____, New York

Mailing Address:
18 Tony Galento Plaza
Orange, NJ 07050

E-mail address: Johnpdell@aol.com
Telephone number: (973) 672-8000

NOV 21 2019

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JOHN P DELL ITALIA**
(No. **002071981**) *was constituted and appointed an Attorney at Law of New Jersey on* **June 18, 1981** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **17TH** *day of* **May**, 20**16**

*Clerk of the Supreme Court*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:                                              Case No.:19-10412 (jlg)

Ditech Holding Corporation, et al                   Chapter: 11

                            Debtor.
-------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion ("the Motion") of John P. Dell'Italia, Esq. to be admitted, *pro hac vice*, to represent Norma Chin (the "client") a creditor in the above referenced case and a Chapter 13 debtor in the Newark District of New Jersey Bankruptcy and upo9n movants certification that the movant is a member in good standing of the bar in the State of New Jersey and if applicable the bar of the U.S. District Court for the Southern District of New York it is hereby

**ORDERED** that John P. Dell'Italia., Esq. , is hereby admitted to practice , *pro hac vice*, in the above referenced case to represent his client Norma Chin in the Untied States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____,20__
       New York


                                                    _____
                                                    Hon. James L. Garrity, Jr.
                                                    United States Bankruptcy Judge