**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**DITECH HOLDING CORPORATION,** *et al.* | Case No. 19-10412 (JLG)<br><br>Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Reuben D. Nathan, request admission, *pro hac vice*, before the Honorable James L. Garrity, Jr., to Represent Latiena Bolen, a claimant in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court of California, Eastern, Northern, Southern and Central Districts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 19, 2019

Respectfully submitted,

_____
Reuben D. Nathan
NATHAN & ASSOCIATES, APC
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663
rnathan@nathanlawpractice.com
(949) 270-2798

*Counsel for Claimant, Latiena Bolen*