**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Case No. 19-10412 (JLG)** |
| | **Chapter 11** |
| **DITECH HOLDING CORPORATION,** *et al.* | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Reuben D. Nathan, to be admitted, ***pro hac vice***, to represent, Latiena Bolen, (the "Client") a claimant in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court of California, Eastern, Northern, Southern and Central Districts, it is hereby

**ORDERED**, that Reuben D. Nathan, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York          /s/ _____
                                              United States Bankruptcy Judge