UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YOUR

| | |
|---|---|
| Mary J. Farrier | Case No: 19-10412 (JLG) |
| | Honorable James L Garrity |
| Plaintiff | |
| Vs | |
| Ditech Financial LLC | |
| Defendant | |



## SOME CONSIDERATION FOR THE PLAINTIFF

I received a letter from Ditech Attorney November 7th, 2019. Ditech Financial LLC, have already admitted fault to the damages they cause me. It is unlawful trying to take advantage of a senior citizen and their property by sending the wrong information. Ditech still want me to pay the two Mortgages that I owe them Ditech and their Associates. Why do they still expect me to pay them and they escape the damages they caused me and go free through Chapter 11, without waiving the two mortgages and not giving me no consideration for the damages that they have caused me.

If I do not get a Satisfaction Resolution from Ditech within 10- days I'm going to obtain Legal Counsel to advise me of my rights. I feel it is not fair for me to have to pay someone and they can just walk away free. If I don't hear something back from Ditech or their Attorney in 10-days, I will be asking the Chapter 11 Court to give me some type of Consideration or put the injunction on hold until I obtain Legal Counsel. Put my two Mortgages and my Damages in the Restructuring Plan, Ditech Financial LLC. Is a Defendant in a 5 Million Dollar Lawsuit in United States District Court Southern District of Ohio Western Division Case Number 1:19cv00588.

Certificate of Service will send a copy by regular us mail

James W. Sandy Attorney
McGlinchey Stafford
3401 Tuttle Rd Ste. 200
Cleveland, OH 44122
Counsel for Ditech Financial

Date: 12-13-19

Mary J. Farrier
P.O. Box 19361
Cincinnati, OH 45219