UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK
BANKRUPTCY COURT

| | | |
|---|---|---|
| Mary J. Farrier | : | Case No: 19-10412 (JLG) |
| Plaintiff | : | Honorable Judge James L. Garrity Jr. |
| | : | |
| vs | : | FEB 03 2020 |
| Ditech Financial. LL | : | |
| Defendant | | |

## PLAINTIFF IS OBJECTING TO DITECH MOTION FILED 12-13-19

Plaintiff is objecting to Ditech Motion filed on December 13th, 2019. Plaintiff is objecting to being present at the hearing date February 13th, 2020 at 11:00am
Reason she is a Senior Citizen Female without Legal Counsel and Plaintiff resides in Cincinnati, Ohio. Plaintiff is not asking for something impossible from Ditech. Plaintiff is asking for consideration not to be indebted to Ditech and Ditech Associate. Ditech Illegally and Unethical submitted a false foreclosure letter and submitted false Information to the Cincinnati, Ohio Credit Bureau, falsely accusing me of a non Mortgage payment. Ditech damage my perfect credit record and credit history.
Which sent me into a downtrend of borrowing power. Which destroyed me financially, Later Ditech admitted that they were at fault for submitting the false information. That seems like taking advantage of a Senior Citizen, which has caused me numerous damages. I am only asking the Chapter 11 Court, If Diech can escape and be let out Of my damages claim Lawsuit, that I should be given consideration, that I should not owe or pay or be indebted to Dietech or Ditetch Associates, for the two mortgage balances that I owe Ditech. I feel that it is a good consideration instead of Ditech staying in a 5- Million Dollar Law Suit. Or holding up the Chapter 11 until Ditech agree to the consideration.
      Certificate of Service will send a copy by regular us. Mail Certified
      Certified Number: 7017 2680 0000 9301 6622

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Ray C. Schrock, P.C.
Sunny Singh
Richard W. Slack
212-310-8000

Date: 1-27-20    *Mary J. Farrier*
                          Mary J. Farrier
                          P.O. Box 19361
                          Cincinnati, OH 45219
                          513-207-3008

See Attached