WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Sunny Singh

*Attorneys for Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                           :

In re                                            :        Chapter 11
                                                     :

**DITECH HOLDING CORPORATION,** *et al.*,   :        Case No. 19-10412 (JLG)
                                                   :

                          Debtors.[1]             :        (Jointly Administered)
                                                     :
------------------------------------------------------------X

**NOTICE OF ESTABLISHMENT OF OMNIBUS
HEARING DATES PURSUANT TO ORDER IMPLEMENTING
CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

**PLEASE TAKE NOTICE** that pursuant to the *Order Implementing Certain Notice and Case Management Procedures* (ECF No. 211) (the "**Case Management Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") has scheduled the following additional omnibus hearing dates in the above-captioned cases:

---

[1] On September 26, 2019, the Court confirmed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. The Wind Down Estates, along with the last four digits of their federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Wind Down Estates' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

WEIL:\97500828\1\41703.0012

**July 23, 2020 at 11:00 a.m. (prevailing Eastern Time)**

**August 27, 2020 at 11:00 a.m. (prevailing Eastern Time)**

**September 24, 2020 at 11:00 a.m. (prevailing Eastern Time)**

**October 29, 2020 at 11:00 a.m. (prevailing Eastern Time)**

**November 19, 2020 at 11:00 a.m. (prevailing Eastern Time)**

**December 17, 2020 at 11:00 a.m. (prevailing Eastern Time)**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise ordered by the Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

**PLEASE TAKE FURTHER NOTICE** that all hearings will be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 601, One Bowling Green, New York, New York, 10004 unless otherwise ordered by the Bankruptcy Court.

Dated:   May 29, 2020
         New York, New York

                                         /s/ Sunny Singh
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York  10153
                                         Telephone:  (212) 310-8000
                                         Facsimile:  (212) 310-8007
                                         Ray C. Schrock, P.C.
                                         Sunny Singh

                                         *Attorneys for Plan Administrator*