April 2nd, 2020
Certified Mail No: 7017 2680 0000 9301 6684

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| Mary J. Farrier<br>Plaintiff | Case No: 19-10412 (JLG)<br>Honorable Judge James L. Garrity |
| vs | |
| Ditech Financial<br>Defendant | |

RECEIVED MAY 0 2 2020 U.S. BANKRUPTCY COURT

---

RESPOND TO DITECH FINANCIAL ATTORNEY MR. RICHARD W. SLACK DATE MARCH 27TH, 2020.

---

Mr. Richard W. Slack, I received your letter dated March 27th, 2020. You stated you will reply to my Consideration April 19th, 2020.

You do not have to wait until April 19th, 2020 you can send me a notarized letter stating Ditech is agreeing to waive the two Mortgages Balances.

It is a Federal Law trying to take advantage of a Senior Citizen and could be considered an attempted theft to use a false Foreclosure letter to attempt to take a Senior Citizens property.

I am waiting on my Consideration answer. It is not right, it is not fair for Ditech to get off clean and I still have to pay them, in spite of all the problems Ditech have caused me.

Certificate of Service will send a copy by Electronic and Regular U.S. Mail Certified
Certified Number: 7017 2680 0000 9301 6684

James W. Sandy Attorney
Mc Glinchey Stafford
3401 Tuttle Road, Suite 200
Cleveland, Oh 44122

---

Weil, Gotshal & Manges LLP
767 Fifth Ave
New York, New York 10153
Ray C. Schrock, P.C.
Sunny Singh
Richard W. Slack

Date: 04-2-2020  *Mary J. Farrier*
Mary J. Farrier P.O. Box 19361
Cincinnati, OH 45219
513-207-3008