# Annex A

# Litigation Parties

| # | Litigation Party | Case Caption | Court | Docket Number | Opposing Party Contact | Nature of Monetary Claims | Date Initial Letter Sent | Date Second Letter Sent | Status of Discussions |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bistline, Kristine | Kristine Ann Bistline v. Ditech Financial LLC f/k/a Green Tree Servicing LLC, doing business in the state of California, Federal Home Loan Mortgage Corporation and Does 1-30 | United States District Court - Central District of California | 18-cv-08995 | Andrew J. Kulick LAW OFFICES OF ANDREW J. KULICK 21704 West Golden Triangle Road, Suite 312 Saugus, CA 91350 | Fraud; negligence; wrongful foreclosure; and violations of HOBR. | 10/28/2019 | 2/6/2020 | Litigant's counsel affirmatively refused to withdraw the claims in a October 29, 2019 email and has not responded to the December 23, 2019 and February 5, 2020 follow-up letters. |
| 2 | Candia, Pedro | Ditech Financial LLC v. Pedro Candia; Margaret Russel and Ameircan Finance | Second Judicial District Court of New Mexico - Bernanillo County | D-202-CV-2017-06176 | Joseph B. Cofey Cofey Law Firm 2500 Garfield Ave SE Albuguerque, NM 87106 | Violation of the Truth in Lending Act; violation of the Real Estate Owners Protection Act; violation of the Real Estate Settlement Procedures Act. | 12/17/2019 | 2/13/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 3 | Cargille, David and Julie | David and Julie Cargille v. Ditech Financial LLC F/K/A Green Tree Servicing LLC, et al. | United States District Court - District of New Jersey | 15-CV-00938 | David and Julie Cargille 29 Millstone Drive East Windsor, New Jersey 08512 | Breach of contract; breach of covenant of good faith and fair dealing; fraud/intentional misrepresenation; constructive fraud/negligent misrepresentation; negligence; violation of the New Jersey Consumer Fraud Act; and violation of the Fair Debt Collection Practices Act. | 11/21/2019 | 1/6/2020 | Litigants have not responded to initial letter or follow-up letter. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Cisneros, Blas | Blas A. Cisneros v. Ditech Financial LLC; Countrywide Home Loans, Inc.; The Mortgage Law Firm, PLC; Mortgage Electronic Registration Systems, Inc.; Does 1-10. | California Superior Court - Kern County | BCV-19-102512 | Blas A. Cisneros 2342 San Lorenzo Court Delano, CA 93215 | Intentional misrepresentation; fraud in the concealment; predatory lending practices; violation of California civil code § 2924.12 and § 2924.17(a)(b); violation of California civil code § 3294 (C)(3); negligent misrepresentation; slander of title; violation of California Business and Professional Code § 17200; and intentional infliction of emotional distress. | 11/1/2019 | 2/3/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 5 | Coble, Albert and Melissa Groom | Albert Coble and Melissa Groom v. Ditech Financial LLC; Bank of America, N.A.; Special Default Services, Inc.; Value-Add Mortgage Fund, LLC, Home Expo Financial Inc., and Does 1-20 | California Superior Court - Stanislaus County | CV18004356 | Colleen F. Van Egmond, Esq. Arata, Swingle, Van Egmond & Heitlinger, APLC 1207 I Street (95354) P.O. Box 3287 Modesto, CA 95353 | Breach of contract; intentional infliction of emotional distress; and violation of the California Homeowner Bill of Rights. | 11/5/2019 | 2/5/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 6 | Coffey, Alice | Ditech Financial LLC v. Alice V. Coffey; People of the State of New York; Sandra L. Coffey | New York Supreme Court - Suffolk County | 608231/2019 | Quies Sakhizada, Esq. 200 Broadhollow Road, Suite 207 Melville, NY 11747 | Violation of New York General Business Law §349(a); violation of the Truth in Lending Act; violation of the Real Estate Settlement Procedures Act; attorney's fees and costs | 1/27/2020 | 2/14/2020 | Litigant's counsel has not responded to the initial letter or follow-up letter. |

| # | Litigant | Case Name | Court | Case No. | Counsel | Claims | Initial Letter Date | Follow-up Letter Date | Status |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Coll, Marie and Douglas | Marie Coll and Douglas Coll v. American Mortgage Network, Inc., Liberty Insurance Underwriters, Inc., Christina A. Azzinaro, Trucap Grantor Trust 10-2, US Bank National Association, Trustee for Trucap Grantor Trust 2010-2, Marix Servicing, LLC, Wells Fargo Bank, NA and Wells Fargo Home Mortgage | Rhode Island Superior Court - Newport SC | NC11-0270 | Brian R. Cunha 311 Pina Street Fall River, MA 02720<br><br>Gordon P. Cleary, Esq. 10 Dorrance Street, Suite 700 Providence, RI 02903 | Erroneous credit reporting. | 1/14/2020 | 1/31/2020 | Litigant has not dismissed despite acknowledging reciept of the initial letter and has not responded to the follow-up letter. |
| 8 | Datta, Anosuya | Anosuya Datta, a person, as Successor Trustee of the Sumit Ghosh Revocable Living Trust Dated May 17, 2004, as Trustee of the Datta Family Trust, as personal representative/successor in interest to decedent Sumit Ghosh v. Green Tree Servicing LLC et al. | California Superior Court – Los Angeles – Van Nuys Courthouse East | LC102407 | Steven C. Shuman, Esq. ENGSTROM, LIPSCOMB & LACK 10100 Santa Monica Blvd., 12th Floor Los Angeles, CA 90067 | Wrongful foreclosure; breach of quasi contract; unfair/fraudulent business practices; fraud; intentional infliction of emotional distress; elder abuse; wrongful death; slander of title; quiet title; promissory estoppel; set aside sale of real property; unjust enrichment; conversion; and aiding and abetting. | 10/31/2019 | 2/3/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 9 | Diggs, Varnel | Varnel Diggs v. Ditech Financial LLC and Nicole Bartee | United States District Court - Western District of Texas | 18-CV-0974 | Varnell Diggs 17111 Copperhead Drive Round Rock, TX 78664 | Negligence per se. | 12/17/2019 | 2/13/2020 | Litigant has refused, in a 12/30/2019 letter, to dismiss the action. He has not responded to the follow-up letter. |

| # | Name | Case | Court | Case No. | Contact | Claims | Initial Letter | Follow-up Letter | Status |
|---|------|------|-------|----------|---------|--------|----------------|------------------|--------|
| 10 | Ellis, Martina and Howard | The Estate of Martha Dawson; Martina Dawson Ellis and Howard Ellis v. Ditech Financial LLC and Commonwealth Trustees, LLC | Virginia Circuit Court - City of Hampton | CL 18-000922-00 | Heath J. Thompson<br>Heath Thompson, P.C.<br>4224 Holland Road<br>Suite 108<br>Virginia Beach, VA 23452 | Breach of contract. | 11/18/2019 | 2/26/2020 | Litigant's counsel acknowledged reciept of the initial letter but has not dismissed nor responded to follow-up letter. |
| 11 | Farooq, Mylene | Mylene Farooq v. Bank of America N.A.; Bank of America Home Loans Servicing; LP Reconstrust Company, N.A.; Ditech Financial, LLC; Green Tree Servicing, LLC; Clear Recon Corp.; Aldridge Pite LP; and Does 1-20, inclusive. | California Superior Court - Los Angeles County - Chatsworth Courthouse | PC058000 | Mylene Farooq<br>18503 Olympian Court<br>Santa Clarita, CA 91351 | Violation of California Civil Code §§ 2923.55, 2923.6, 2923.7, 2924.12 and 2924.17; breach of contract; breach of the covenant of good faith and fair dealing; negligence; negligent infliction of emotional distress; unfair business practice; unjust enrichment; and slander of title. | 11/11/2019 | 2/3/2020 | Litigant has not responded to the initial letter or follow-up letters. |
| 12 | Farrier, Mary | Mary J. Farrier vs. George Leicht; United States Bankruptcy Court Southern District of Ohio; Beth A. Buchanan; Co-Conspirators E.T.C maybe amended; Ditech Financial, LLC | United States District Court - Southern District of Ohio (Western) | 19-cv-588 | Mary J. Farrier<br>P.O. Box 19361<br>Cincinnati, OH 45219 | Wrongful foreclosure; and misrepresentation. | 11/7/2019 | | Litigant has affirmatively refused to withdraw her claims. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Felton, Raymon and Myrna | Raymon J. Felton and Myrna W. Felton v. Ditech Financial LLC; Loan Care, LLC and Does 1-10 | California Superior Court - Riverside County | RIC1904416 | Gary Saunders<br>Saunders Law Group<br>1891 California Ave, Ste. 102<br>Corona, CA 92881 | Breach of contract; promissory estoppel; negligent misrepresentation; negligence; breach of implied duty of good faith and fair dealing; and violation of California Business and Professional Code §§ 17200. | 11/12/2019 | 2/4/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 14 | Forbes, Tyler | Tyler J. Forbes v. Flagstar Bank, FSB, Schneiderman & Sherman, P.C., Green Tree Servicing, LLC, and Specialized Loan Servicing, LLC | Michigan Circuit Court - Ottawa County | 19-5969-CH | Roger G. Cotner<br>Cotner Law Offices<br>PO Box 838<br>Grand Haven, MI 49417 | Breach of contract; breach of duty of good faith and fair dealing; conversion; intetnional infliction of emotional distress; negligent infliction of emotional distress; violation of the Fair Debt Collection Practices Act; and violation of the Michigan Collections Practices Act. | 12/6/2019 | | Litigant's counsel acknowledged reciept of the initial letter but has not dismissed nor responded to a January 13, 2020 email or repeated phone calls. |
| 15 | Frederickson, Mark Alan | Ditech Financial LLC v. Estella Veronna Roberts aka Veronna Roberts and Mark Alan Frederickson | New Mexico Fourth Judicial District Court - San Miguel County | D-412-CV-201800464 | Mark Alan Frederickson<br>788 Dora Celeste Dr. Las Vegas, NM 87701 | Unfair, deceptive and unconscionable trade practices; and fraud and fraudulent misrepresentation. | 12/17/2019 | 2/13/2020 | Litigant has refused, in a 12/29/2019 letter, to dismiss the action. Litigant has not responded to the follow-up letter. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Grassia, Beau | Beau Grassia v. Ditech Financial LLC f/k/a Green Tree Servicing LLC | Massachusetts Superior Court - Norfolk County | 1882CV0919 | John W. Wozniak, Esq.<br>The Wozniak Law Group, PC<br>159 Hartford Avenue<br>Mendon, MA 01756 | Breach of contract. | 12/16/2019 | 1/30/2020 | Litigant's counsel acknowledged reciept of the initial letter but has not dismissed nor responded to the follow-up letter. |
| 17 | Grech, John | John Grech v. Ditech Financial, LLC and Federal National Mortgage Association | United State District Court - Eastern District of Michigan | 19-CV13291 | John Grech<br>33040 Allen St.<br>Livonia, MI 48154 | Violaiton of the Real Estate Settelment Procedures Act; slander of title and breach of contract. | 11/18/2019 | 2/12/2020 | In response to the initial letter, litigant's counsel affirmatively refused to withdraw. On February 3, 2020, litigant's counsel withdrew from the underlying action. Litigant has not responded to the follow-up letter. |

| # | Name | Case | Court | Case No. | Address | Claims | Initial Letter | Follow-up | Status |
|---|------|------|-------|----------|---------|--------|----------------|-----------|--------|
| 18 | Green, Cheryl | Cheryl Green v. Ditech Financial LLC | South Carolina Court of Common Pleas - Beaufort County | 2018-CP-07-01018 | James H. Moss, Esq. Moss, Kuhn & Fleming, P.A. 1501 North Street Beaufort, SC 29902 | Unlawful conversion | 11/22/2019 | 2/20/2020 | Litigant's counsel has not dismissed, despite initial letter, follow-up letter and phone conversation. |
| 19 | Halloran, Corey and Stephanie | Corey S. and Stephanie Halloran v. Ditech Financial LLC and Does 1-5. | California Superior Court - Yuba County | CVCV18-01797 | Corey S. and Stephanie Halloran 1857 River Run Drive Marysville, CA 95901 | Violation of California Civ. Code §§ 2923.55, 2923.5, 2923.6, 2923,7, and 2924.17; negligence; fraudulent misrepresentation; negligent misrepresentation; fraudulent promise without intention to perform; slander of title; and violation of the California Business and Professions Code § 17200. | 11/12/2019 | 2/3/2020 | Litigants have not responded to initial letter or follow-up letter. |
| 20 | Hantzis, Pete | Green Tree Servicing v. Pete Hantzis, Kanella Hantzis, et al. | Florida Circuit Court - Hernando County | 11-CA-386 | Pete Hantzis 14497 Centralia Road Brooksville, FL 34614 | Fraudulent activities; predatory lending; mail and wire fraud. | 12/13/2019 | 12/31/2019 | Litigant acknowledged reciept of the initial letter but has not dismissed nor responded to the follow-up letter. |

| # | Name | Case | Court | Case No. | Counsel | Claims | Initial Letter | Follow-up | Status |
|---|------|------|-------|----------|---------|--------|----------------|-----------|--------|
| 21 | Hermosillo, Obdulia and Armando | Aurora Loan Services, LLC v. Obdulia Hermosillo and Armando Hemosillo | Illinois Circuit Court - Cook County | 08-CH-23297 | Douglas M. Matton 134 N. LaSalle St. Suite 1040 Chicago, IL 60602 | Violation of the Truth in Lending Act | 11/12/2019 | 2/4/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 22 | Hucke, George | Ditech Financial, LLC v. George Hucke, et al. | Connecticut Superior Court - New London | CV-18-6037770-S | Edward Elliott Bona, Esq. P.O. Box 13 Plainfield, CT 06374 | Violation of the Fair Debt Collection Practices Act; violation of the Real Estate Settlement Procedures Act; and violation of the Connecticut Unfair Trade Practices Act | 12/17/2019 | | Litigant's counsel has repeatedly refused to dismiss the action. |
| 23 | Johansen, Carla | Carla Johansen v. Bayview Loan Servicing LLC; Ditech Financial, LLC; Greentree Servicing LLC; MTC Financial DBA Trustee Corps; The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWAB Inc. Asset-Backed Certificates Series 2005-AB4; and Does 1-20. | California Superior Court - Sacramento County | 34-2018-00247038 | Carla L. Johansen 2000 Larkin Way Sacramento, CA 95818 | Violation of the California Homeowner's Bill of Rights; Violation of the Unfair Competition Law; Violation of the Rosenthal Fair Debt Collections Practices Act; unfair and unlawful business practices; violation of the Fair Debt Collection Practices Act; fraud. | 1/29/2020 | 2/19/2020 | Litigant has not dismissed despite acknowledging reciept of the initial letter by email and has not responded to the follow-up letter. |
| 24 | Johnson, Debbie and Bergman, Helene | Debbie Johnson; Jake Stabel, deceased; and Helene Bergman v. America's Wholesale Lender; Ditech Financial LLC, its affiliates and/or assigns; and Ditech Mortgage, Inc. | United State District Court - Southern District of Texas | 19-CV-00019 | Helene Bergman The Bergman Law Firm P.O. Box 941142 Houston, TX 77094-8142  1001 S. Dairy Ashford, Suite 100 Houston, TX 77079 | Unlawful foreclosure; and violation of Texas Property Code. | 12/17/2019 | 1/24/2020 | Litigants acknowledged receipt of the first letter but not dismiss their money damages claims nor have they responded to the follow-up letter. |

| # | Name | Case | Court | Case No. | Address | Claims | Date 1 | Date 2 | Status |
|---|------|------|-------|----------|---------|--------|--------|--------|--------|
| 25 | Johnson, Renee | Renee Johnson v. Ditech Financial LLC | District of Columbia Superior Court | 2019-SC3-001794 | Renee Johnson 28 Milmarson Place N.W. Washington, D.C. | Breach of contract; intentional infliction of emotional & mental duress; harassment; physical injury and financial decimation. | 12/19/2020 | 1/16/2020 | Litigant has not responded to the initial letter or follow-up letter. |
| 26 | Juste, Jean and Paul, Rose | Nationstar Mortgage LLC and Ditech Financial, LLC v. Jean Juste A/K/A Jean W. Juste; Rose M. Paul A/K/A Rose M. Paul; Unknown Owners and Non-Record Claimants; Unknown Occupants | Circuit Court of Cook County, Illinois - County Department, Chancery Division | 2014 CH 13277 | Jean Juste 8316 Hamlin Avenue Skokie, Illinois 60076 | Violations of the Fair Debt Collection Practices Act. | 11/15/2019 | 2/11/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 27 | Kasun, Nicholas | Nicholas A. Kasun v. Ditech Financial LLC | Virginia Circuit Court - Spotsylvania County | CL16-951 | Nicholas A. Kasun 11813 Duck Circle Spotsylvania, VA 22553 | Mortgage servicing fraud and violation of Virginia Code § 18.2.-500 | 11/11/2019 | 2/28/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 28 | Kay, Sanford and Deborah | Sanford Kay and Deborah Kay v. Ditech Financial LL, et al. | Missouri Circuit Court - St. Louis County | 19SL-CC00296 | Gregory P. White, Esq. 8000 Bonhomme Avenue, Suite 316 Clayton, MO 63105 | Wrongful foreclosure; violation of the Missouri Mechandising Practices Act; and slander of title. | 11/14/2019 | 1/16/2020 | Litigant's counsel has not responded to the initial letter or follow-up letter. |
| 29 | Kreuter, Edward | Green Tree Servicing, LLC v. Mortgage Electornic Registration Systems, Inc., as nominee for Countrywide Bank, N.A.; Edward J. Kreuter and Sherry Bergman. | Connecticut Superior Court - Litchfield | LLI CV 13 6009814 S | Edward J. Kreuter 6 Summers Lane P.O.Box 697 Woodstock, NY 12498 | Money damages for destruction of personal and real property. | 12/3/2019 | 2/12/2020 | Litigant has not responded to the initial letter or follow-up letters. |

| # | Litigant | Case Name | Court | Case Number | Counsel | Claims | Date 1 | Date 2 | Status |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Law, Mary | Mary Law v. Federal National Mortgage Association; Green Tree Servicing LLC; and Does 1-20, inclusive. | Nevada Second Judicial District Court - Washoe County | CV15-01344 | Keith J. Tierney, Esq. 922 NW Circle Blvd., #160-108 Corvallis, OR 97330 | Violation of NRS 107.086(5). | 12/5/2019 | 2/11/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 31 | Ligotti, Joseph and Paula | Joseph A. Ligotti Jr. and Paula Ligotti v. Ditech Financial LLC | United State District Court - District of Massachusetts | 16-CV-12095 | Chaz Robert Fisher Fisher Legal, PA 217 Hanover Street #184 Boston, MA 02113 | Breach of contract; failure to render an accounting; violation of the Real Estate Settelment Procedures Act; violation of the Fair Debt Collections Practices Act; violation of the Home Affordable Modification Program; and breach of the Massachusetts implied warranty of good faith and fair dealing. | 11/26/2019 | 2/11/2020 | Litigants counsel has not responded to initial letter or follow-up letters. |
| 32 | Low, Mary and Roy | Ditech Financial LLC v. Mary Low; Roy Low; and John Does 1-12. | New York Supreme Court - Richmond County | 700487/2019 | Kevin B. Zazzera, Esq. 182 Rose Avenue Staten Island, NY 10306 | Predatory lending; commercial bad faith; and violation of the New York Deceptive Practices Act. | 11/20/2019 | 1/27/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 33 | Mercado-Sanchez, Jose | Jose O. Mercado v. Ditech Financial LLC | South Carolina Court of Common Pleas - Horry County | 2018-CP-26-5241 | Jose O. Mercado-Sanchez P.O. Box 1349 Little River, S.C. 29566 | Negligence; and violation of the South Carolina Unfair Trade Practices Act. | 12/2/2019 | 2/20/2020 | Litigant has not responded to the initial letter or follow-up letters. |

| # | Litigant | Caption | Court | Case Number | Litigant's Counsel | Nature of Claims | Date of Initial Letter | Date of Follow-Up Letter | Status |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Mitchell, Curtis and Brenita | Curtis L. Mitchell and Brenita Louise Mitchell v. Ditech Financial LLC and Substitute Trustee Connie Cobb | United States District Court - Southern District of Texas - Brownsville Division | 19-CV-00193 | Juan Angel Guerra<br>The Law Office of Juan Angel Guerra<br>1409 N. Stuart Place Rd. Suite A<br>Harlingen, TX 78552 | Breach of contract. | 12/17/2019 | 2/13/2020 | Litigant's counsel has not responded to the initial letter or follow-up letters. |
| 35 | Montano, Joel and Concha; Lori Montoya | Ditech Financial LLC v. The Unknown Heirs, Devisees and Legatees of Hipolito F. Montano, a/k/a Paul Montano, deceased; Joel Montano a/k/a Joel Anthony Montano; Concha Montano, as custodian for Isaac Montano, Xaxier Salazar, and Ramon Joel Montoya, minors; Lori Montoya a/ka/ Lori Montano a/k/a Lori Ann Montano; and Department of tthe Treasury, Intenral Revenue Service. | New Mexico District Court - San Miguel County - Fourth Judicial District | D-412-CV-2016-00460 | Brian A. Thomas<br>Law Office of Bryan A. Thomas<br>2535 Wyoming NE, Suite A<br>Albuqerque, NM 87112 | Violation of the New Mexico Unfair Trade Practices Act; breach of good faith and fair dealing; and negligent supervision or training of servicer staff. | 12/4/2019 | 2/17/2020 | Despite acknowledging receipt of the initial and follow-up letters, litigant's counsel has not dismissed. |
| 36 | Nardone, Tricia and Robert | Tricia and Robert Nardone v. Nationstar MTG LLC d/b/a Mr. Cooper; NBS Default Services LLC; Ditech Financial LLC; and Does 1-10 | California Superior Court - Santa Clara County | 18CV338830 | Matthew D. Mellen<br>Duncan McGee Nefcy<br>Mellen Law Firm<br>1050 Marina Village Parkway, Suite 102<br>Alameda, CA 94501 | Violation of California Civil Code § 2923.7; negligence; negligent misrpresentation; intentional interference with prospective economic advantage; violation of the California Business and Professions Code § 17200; and violation of California Rosenthal Fair Debt Collection Practices Act. | 11/12/2019 | 1/15/2020 | Litigant's counsel has acknowledged receipt of the initial letter and agreed to amend the complaint to dismiss the monetary claims. This was not done and no response was received to the follow-up letter. |

| # | Party | Case | Court | Case No. | Counsel | Claims | Date | Date 2 | Status |
|---|---|---|---|---|---|---|---|---|---|
| 37 | North Arkansas Lending, LLC | North Arkansas Lending, LLC v. Green Tree Servicing, LLC | Arkansas Circuit Court - Baxter County | 03CV-19-236 | David L. Ethredge<br>Ethredge & Copeland, P.A.<br>119 East 6th Street<br>P.O. Box 724<br>Mountain Home, Arkansas 72653 | Breach of contract. | 12/11/2019 | 2/18/2020 | Litigant's counsel has not responded to the initial lettter or follow-up letters |
| 38 | Plumbing Solutions Inc. | Plumbing Solutions, Inc. v. Ditech Financial LLC | Illinois Circuit Court - Randolph County | 16-LM-67 | Lucas H. Liefer, Esq.<br>Cooper & Liefer<br>205 E. Market<br>P.O. Box 99<br>Red Bud, Ilinois 62278 | Trespass | 11/18/2019 | 2/7/2020 | Litigants' counsel has not responded to the initial letter or follow-up letters. |
| 39 | Portnoy, Harvey | Harvey Portnoy v. Safeguard Properties LLC and Green Tree Servicing - Ditech | United States District Court - Middle District of Florida | 19-CV-00407 | Harvey Portnoy<br>3001 SW College Rd.<br>PM137<br>Ocala, FL 34474 | Destruction of property. | 11/22/2019 | 2/3/2020 | Litigant has not responded to the initial letter or follow-up letter. |
| 40 | Pratt, Warren and Mona | Warren W. Pratt Jr. and Mona G. Pratt v. Ditech Financial, LLC and Samuel I. White, P.C. | Virginia Circuit Court - Hanover County | 085CL17001976-00 | Henry McLaughlin, Esq.<br>707 East Main Street, Suite 1050<br>Richmond, VA 23219 | Breach of contract; actual fraud; and breach of implied covenant of good faith and fair dealing. | 11/11/2019 | 2/13/2020 | Litigants' counsel has not responded to the initial letter or follow-up letters. |
| 41 | Ramsey, Mark | Ditech Financial LLC v. Mark Ramsey and Safeguard Properties | Ohio Court of Common Pleas - Licking County | 19CV00059 | Mark Ramsey<br>P.O. Box 246<br>9180 Jacksontown Road<br>Jacksontown, OH 43030 | Fraud; conversion; and violation of the Fair Debt Collection Practices Act | 11/14/2019 | 1/31/2020 | Litigant has not responded to the initial letter or follow-up letters. |

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Rasmus-Drees, Judy Lynn and Douglas Drees | Ditech Financial LLC v. Judy Lynn Rasmus-Drees as executor of the estate of Letta Lois Rasmus; spouse of Letta Lois Rasmus A/K/A L. Lois Rasmus; Judy Lynn Rasmus-Drees, individually; spouse of Judy Lynn Rasmus-Drees; State of Iowa; and Parties in Possession | Iowa District Court - Linn County | EQCV.091441 | Douglas Drees Judy Lynn Rasmus-Drees 4420 Lee Street Cedar Rapids, Iowa 52402 | Breach of contract and abuse of process. | 12/12/2019 | 2/6/2020 | Litigants have not responded to the initial letter or follow-up letters. |
| 43 | Rauso, Genaro | Gennaro Rauso v. Angela Martinez; Mary McFall Hopper; Federal National Mortgage Association; SunTrust Mortgage, Inc.; Ditech Financial LLC; Greentree Consumer Discount Company; Greentree Mortgage Servicing Company; Greentree Servicing LLC; Phelan, Hallinan, Diamond & Jones, LLP; Mark Finley; Joseph F. Finley; Adam H. Davis; Allison Wells; Lauren R. Tabas; Joseph E. DeBarberie; Dorian Molino; LTS Acquisition Co. LLC; Core Abstract | United States District Court - Eastern District of Pennsylvania | 17-CV-04721 | Genaro Rauso Registration No. 48192-066 FCI-Cumberland Federal Prison Camp P.O. Box 1000 Cumberland, MD 21501 | Punitive damages | 11/8/2019 | 2/10/2020 | Litigant has affirmatively refused, after multiple letters, to dismiss. |
| 44 | Rhodes, Melissa and William | Melissa Rhodes and William Rhodes v. Marix Servicing, LLC; EMC Mortgage Corporation; Zucker, Goldberg & Ackerman, LLC; and Residential Credit Solutions, Inc. | United States District Court - District of New Jersey | 12-CV-01636 | William P. Rubley, Esq. Subranni Zauber LLC Willow Ridge Executive Complex 750 Route 73 South, Suite 307B Marlton, NJ 08053 | Violation of the Real Estate Settlement Procedures Act; violation of the Fair Debt Collection Practices Act; violation of the Truth in Lending Act; violation of the Automatic Stay and/or Discharge Order. | 12/6/2019 | 1/13/2020 | Litigant's counsel has not responded to the initial letter or the follow-up letter. |

| # | Litigant | Caption | Court | Case No. | Counsel | Claims | Initial Letter | Follow-up | Status |
|---|---|---|---|---|---|---|---|---|---|
| 45 | Schenkel, Kimberly and Christopher | Kimberly Schenkel and Christopher Schenkel v. Ditech Finanical LLC, Suceessor by Merger or Acquisition to Green Tree Servicing LLC | United States District Court - Middle District of Florida | 8:17-CV-560 | Michael A. Wasylik, Esq. P.O. Box 2245 Dade City, Florida 33526 | Violation of the Telephone Consumer Protection Act; violation of the Fair Debt Collection Practices Act; and violation of the Florida Consumer Collection Practices Act. | 12/13/2019 | 1/7/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 46 | Schwartz, Robert and Maxia Kadler | Robert Schwartz and Maxia Kadler v. Ocwen Loan Servicing, LLC and Ditech Financial LLC | New York Supreme Court - Putnam County | 50310/2019 | William A. Hecht William A. Hecht, P.C. 84 Business Park Drive, Suite 110 Armonk, NY 10504 | Violation of the New York Real Property Action and Proceedings Law; and violation of the New York Real Property Law. | 1/27/2020 | 2/12/2020 | Litigant's counsel has not dismissed despite acknowledging the initial letter and follow-up letter. |
| 47 | St. Claire, Traci | Traci St. Claire v. Ditech Financial LLC, f/k/a Green Tree Servicing, LLC, Federal National Mortgage Association, John Does, Jane Does, ABC, Inc., XYZ, Inc. | United States District Court - Northern District of Georgia - Atlanta Division | 17-cv-03370 | Traci St. Claire 8390 Emerald Pointe Lane Gainesville, GA 30506 | Violations of the Homeowner's Protection Act; and the Real Estate Settlement Procedures Act. | 11/5/2019 | 2/19/2020 | Litigant has not responded to injunction letter or follow-up letter. |
| 48 | Steiner, Robert | Robert and Mercedes Steiner v. Loancare LLC; Ditech Holding Corporation; and Does 1-10 | California Superior Court - San Bernardino County - Central District | CIVDS1927786 | CDLG, PC c/o Tony Cara 2973 Harbor Blvd, Suite 594 Costa Mesa, CA 92626-3912 | Violation of California Civ. Code §§ 2923.6(c), 2923.7, 2924.9 and 2924.10; negligence; and violation of the California Business and Professions Code § 17200. | 11/11/2019 | 2/4/2020 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 49 | Todaro, Alicia and Robert | Alicia Todaro and Robert Todaro v. Ditech Financial LLC and Federal National Mortgage Association | United States District Court - Western District of Missouri | 18-CV-261 | Alicia and Robert Todaro 211 SW State Route 131 Holden, Missouri 64040 | Violation of the Real Estate Settlement Procedures Act; and violation of the Truth in Lending Act. | 11/14/2019 | | Litigants have affirmatively refused to dismiss their claims. |

| # | Name | Case | Court | Case No. | Counsel/Address | Claims | Date 1 | Date 2 | Status |
|---|---|---|---|---|---|---|---|---|---|
| 50 | Vasquez, Jose | Jose A. Vasquez v. Ditech Financial, LLC in its own capacity and on behalf of Fannie Mae | Supreme Court of New York - Queens County | No. 707372/2019 | William R. Lizarraga<br>Lizarraga Law Firm, PLLC<br>3753 90th Street, Suite 3<br>Jackson Heights, NY 11372 | Fraud; misrepresentation; intentional infliction of emotional distress; and slander of title. | 11/14/2019 | 12/24/2019 | Litigant's counsel has not responded to initial letter or follow-up letter. |
| 51 | Watkins, Chanell | Chanell S. Watkins v. Ditech Financial LLC F/K/A Green Tree Servicing LLC; Federal National Mortgage Association; NBS Default Services LLC; and Does 1-20. | United States Districy Court - Eastern District of California | 17-CV-0337 | Chanell S. Watkins<br>241 Ali Court<br>Tracy, CA 95376 | Violation of California Civil Code §§ 2923.55, 2923.7, 2924.10, 2924.12; breach of contract; negligence; negligent infliction of emotional distress; and unfair business practices. | 11/13/2019 | 2/5/2020 | Litigant has not responded to initial letter or follow-up letter. |
| 52 | White, Charles | Charles White v. Ditech Financial LLC and Does 1-50 | California Superior Court - Sacremento County | 34-2018-00230752 | Charles White<br>7001 Whyte Ave.<br>Citrus Heights, CA 95621 | Wrongful foreclosure; breach of contract; breach of implied covenant of good faith and fair dealing; negligent misrepresentation; negligence; and violation of California Business and Professions Code § 17200. | 11/12/2019 | 2/5/2020 | Litigant has not responded to initial letter or follow-up letter. |

| 53 | White, Paul and Michelle | Paul and Michelle White v. Ditech Financial, LLC | United State District Court - Eastern District of Michigan | 18-CV-13274 | Valerie Moran The Moran Law Firm, PLLC 24500 NW Hwy, Ste 204 Southfield, MI 48075 | Breach of contract; violations of the Fair Credit Reporting Act, Fair Credit Billing Act and Fair Debt Collection Practices Act; violation of Michigan Occupational Code and Collection Practices Act. | 11/14/2019 | 2/12/2020 | Despite reciept and acknowledgement of the initial letter, litigant's counsel did not withdraw. Litigant's counsel has not responded to the follow-up letter. |