# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Ditech Holding Corporation<br>aka   Walter Investment Management Corp. | CASE NO.: 19–10412–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>13–3950486 | CHAPTER:  11 |

## DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS

The Court is unable to process your *Petition for Payment of Unclaimed Funds* without additional information. **Within 30 days of the date of this Notice**, you must address the following deficiencies:

| CATEGORY OF DEFICIENCY | EXPANSION |
|---|---|
| [x] *Other* | [x] Unclaimed Funds Not Available in Case |

**More specifically for this particular claim**:

There are no unclaimed funds on deposit with the Bankruptcy Court for this case.

Any further questions should be directed to the Finance Department either in writing or by calling (212) 284–4016 during standard business hours. Should questions arise after hours, please leave a voicemail which includes contact name, phone number, case number, and a concise summary of the query.

As a reminder, all documentation in support of the claim should be mailed to the address given below:

*Finance Department*
*U.S. Bankruptcy Court, SDNY*
*1 Bowling Green*
*New York, NY 10004–1408*

Dated: 7/8/20

Vito Genna

*Clerk of the Court*

By: /s/  Peter Mazzola

*Deputy Clerk*