UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
In re                                                         :   Chapter 11
                                                              :
DITECH HOLDING CORPORATION, *et al.*,                         :   Case No. 19-10412 (JLG)
                                                              :
                         Debtors.[1]                          :   (Jointly Administered)
                                                              :   Related Docket No. 2689
------------------------------------------------------------- X

### ORDER GRANTING CONSUMER CLAIMS TRUSTEE'S TWENTY-EIGHTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (INSUFFICIENT DOCUMENTATION UNSECURED CONSUMER CREDITOR CLAIMS)

The Consumer Claims Trustee by the *Consumer Claims Trustee's Twenty-Eighth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims)* filed on July 16, 2020 (the "**Objection**"),[2] seeks an entry of an order, under section 502(b) of the title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order for approving procedures for the filing of omnibus objections to proofs of claim (the "**Claim Procedures Order**"), disallowing the Insufficient Documentation Unsecured Consumer Creditor Claims on the basis that such claims fail to explain the basis for the claim or attach supporting documentation sufficient to support the claim. It appearing that

---

[1]  The Debtors confirmed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1326) (the "**Third Amended Plan**"), which created the Wind Down Estates. Wind Down Estates, along with the last four digits of their federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Wind Down Estates' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

[2]  Capitalized terms not otherwise herein defined shall have the meanings assigned to them in the Objection.

this Court has jurisdiction to consider the Objection under 28 U.S.C. §§ 157 and 1334; that the relief requested is a core proceeding under 28 U.S.C. §157(b); that venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; that due and proper notice of the Objection has been provided, and that such notice was adequate and appropriate under the circumstances such that no other or further notice need be provided; that the Objection complies with the Claim Procedures set forth in the Claim Procedures Order; the Court finds and determines that the relief sought in the Objection is in the best interest of the Debtors' estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein, and it is:

ORDERED that the relief requested in the Consumer Claims Trustee's Twenty-Eighth Omnibus Objection to Proofs of Claim is granted to the extent provided in this Order;

ORDERED that, under section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "**Insufficient Documentation Unsecured Consumer Creditor Claims**") are disallowed with prejudice;

ORDERED that Epiq Corporate Restructuring, LLC, the Debtors' claims and noticing agent, is directed to mark the Debtors' Claims Register to show the Insufficient Documentation Unsecured Consumer Creditor Claims listed on Exhibit A to this Order as disallowed and expunged so that such claims are no longer maintained on the Debtors' Claims Register;

ORDERED that the Trustee is authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order;

ORDERED that notice of the Consumer Claims Trustee's Twenty-Eighth Omnibus Objection to Proofs of Claim shall be deemed adequate and appropriate notice of such

2

Objection, and the requirements of Bankruptcy Rule 3007(a), the Order Implementing Certain Notice and Case Management Procedures, entered March 19, 2019 (ECF No. 211), the Claims Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice;

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed in Exhibit A, and the Trustee and any party in interest's rights to object on any basis is expressly reserved with respect to any such claim not listed on Exhibit A;

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Unsecured Consumer Creditor Claims identified on Exhibit A, as contemplated by Bankruptcy Rule 9014, as if each such Insufficient Documentation Unsecured Consumer Creditor Claim had been individually objected to;

ORDERED that any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall apply only to the contested matter that involves such claim and shall not act to stay the applicability and /or finality of this Order with respect to the other contested matters listed in the Objection or this Order;

ORDERED that the terms and conditions of this Order are effective immediately upon entry;

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 13, 2020
      New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
U.S. BANKRUPTCY JUDGE

4

**Exhibit A**
Consumer Claims Trustee's Twenty-Eighth Omnibus Objection to Proofs of Claim
(Insufficient Documentation Unsecured Consumer Creditor Claims)

| Creditor/Address | Claim Number | Total Claim Amount |
|---|---|---:|
| An, Sung H<br>   Severn, MD | 1451 | $2,389.73 |
| Atkinson, Elizabeth<br>   Cincinnati, OH | 23222 | $2,411.92 |
| Beverly, Nita F<br>   Baton Rouge, LA | 2207 | $343.60 |
| Bouteiller, John W And Jennifer R<br>   Dearborn Heights, MI | 23228 | $0.00 |
| Brave, Fedoria<br>   Georgetown, SC | 22110 | $0.00 |
| Byrd, Willie And Mary Jane<br>   Ft Myers, FL | 1635 | $0.00 |
| Chaput, Robert, Estate of<br>   North Scituate, RI | 2313 | $0.00 |
| Chaput, Thomas<br>   North Scituate, RI | 23723 | $0.00 |
| Coke, Clifford<br>   Ossining, NY | 21511 | $100,000.00 |
| Dansby, Amelia<br>   Faunsdale, AL | 1993 | $32,013.00 |
| Enloe, Todd<br>   Ocala, FL | 22355 | $0.00 |
| Foley, James And Darlene<br>   Chandler, AZ | 23249 | $0.00 |
| Garcia, Virginia Garcia<br>   Lamont, CA | 954 | $0.00 |
| Gunter, Cortney<br>   Commerce, GA | 22529 | $0.00 |
| Han, Adela M<br>   Sunnyvale, CA | 21688 | $0.00 |
| Jackson, Henry Jr And Gloria<br>   Hillsboro, AL | 1845 | $10,000.00 |
| Jenkins, Laurence<br>   Queens, NY | 23152 | $0.00 |
| Jones, Sandra<br>   Lady Lake, FL | 1907 | $104,069.11 |
| Kidd, Anthony<br>   Long Beach, CA | 23223 | $0.00 |

1

19-10412-jlg    Doc 2890    Filed 10/18/20    Entered 10/18/20 15:39:48    Main Document
Pg 6 of 7

**Exhibit A**
Consumer Claims Trustee's Twenty-Eighth Omnibus Objection to Proofs of Claim
(Insufficient Documentation Unsecured Consumer Creditor Claims)

| Creditor/Address | Claim Number | Total Claim Amount |
|---|---|---|
| King, Kristi A<br>    Cathedral City, CA | 22510 | $0.00 |
| Kleter, Yana<br>    Freehold, NJ | 752 | $300,000.00 |
| Koayen, Shirley<br>    Oakland, CA | 21935 | $0.00 |
| Lamadrid, Edgar<br>    Tucson, AZ | 21778 | $0.00 |
| Leal, Georgette<br>    Acworth, GA | 1472 | $97,598.88 |
| Lee, Carrie<br>    Alexandria, VA | 23642 | $372,739.19 |
| Love, Lamonica<br>    Las Vegas, NV | 23522 | $0.00 |
| McDonnell, Patricia<br>    Lido Beach, NY | 23637 | $0.00 |
| Meanus, La'Shika<br>    Mckinney, TX | 23247 | $0.00 |
| Mladenova, Irina<br>    Medford, MA | 23298 | $6,500.00 |
| Moore, Jackie & Donna<br>    McCrory, AR | 23479 | $0.00 |
| Petropulos, Dorthea D<br>    Taylors, SC | 23424 | $0.00 |
| Peyton, Dorothy D<br>    Spanishburg, WV | 867 | $30,155.18 |
| Phillips, Jaime<br>    Atlanta, GA | 21550 | $0.00 |
| Piper, Patricia<br>    Destrehan, LA | 22223 | $0.00 |
| Proctor, Lisa<br>    Auburn, CA | 2157 | $50,000.00 |
| Safranek, Elizabeth H<br>    Temecula, CA | 1836 | $0.00 |
| Sandefur, Mark<br>    Powder Springs, GA | 22008 | $0.00 |
| Sangerman, Michael<br>    Gary, IN | 22769 | $0.00 |

**Exhibit A**

Consumer Claims Trustee's Twenty-Eighth Omnibus Objection to Proofs of Claim
(Insufficient Documentation Unsecured Consumer Creditor Claims)

| Creditor/Address | Claim Number | Total Claim Amount |
|---|---|---:|
| **Slayton, Larry** Prattville, AL | 21459 | $0.00 |
| **Slayton, Ronny And Sonja** Prattville, AL | 21453 | $0.00 |
| **Smith, David** Pleasant Prairie, WI | 22903 | $0.00 |
| **Taylor, Deborah** Waxahachie, TX | 22286 | $0.00 |
| **Thomas, Stephne R And Linda R** Santa Rosa, CA | 23530 | $207,000.00 |
| **Toth, John** Chandler, AZ | 22585 | $0.00 |
| **Toth, John** Chandler, AZ | 24374 | $0.00 |
| **Vu, Natalie** Honolulu, HI | 21989 | $0.00 |
| **Zubairi, Anjum** Oak Brook, IL | 20809 | $140,000.00 |

3