> The hearing, which was scheduled on October 29, 2020, with respect to claims listed on Exhibit A, has been postponed to a later date to be determined.
>
> IF YOU HAVE QUESTIONS, PLEASE CONTACT THE OFFICE OF THE CONSUMER CLAIMS TRUSTEE AT INFO@DITECH-SETTLEMENT.COM OR 877-783-6297

JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Richard Levin
rlevin@jenner.com

*Attorneys for the Consumer Claims Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
                                                            :
In re                                                       :     Chapter 11
                                                            :
DITECH HOLDING CORPORATION, *et al.,*                       :     Case No. 19-10412 (JLG)
                                                            :
                        Wind Down Estates.[1]               :     (Jointly Administered)
                                                            :
----------------------------------------------------------- x

# NOTICE OF ADJOURNMENT OF HEARING
**CONSUMER CLAIMS TRUSTEE'S TWENTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIM (INSUFFICIENT LEGAL BASIS UNSECURED CONSUMER CREDITOR CLAIMS)**

For the claims listed on **Exhibit A**, the hearing to consider the *Twenty-Ninth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims)* (ECF No. 2837), which was scheduled for October 29, 2020, 11:00 A.M. ET, has been adjourned (postponed) in accordance with paragraph 3(vii) of the Claims Procedures Order to

---

[1] The Wind Down Estates, along with the last four digits of each of their federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Wind Down Estates' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

a date to be determined.  The hearing may be rescheduled by the Consumer Claims Trustee on notice to the affected claimant(s) pursuant to the Claim Procedures Order.[2]

Dated:  October 23, 2020
        New York, New York

/s/  Richard Levin
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Richard Levin
rlevin@jenner.com

*Attorneys for the Consumer Claims Trustee*

---

[2] *Order Approving (I) Claim Objection Procedures and (II) Claim Hearing Procedures* (ECF No. 1632) ("Claims Procedures Order").

2

# Exhibit A
Adjourned Claims

| Creditor/Address | Claim Number | Total Claim Amount |
|---|---|---|
| **Agar, Tyrone P**<br>    Marlton, NJ | 21303 | $1,004,487.23 |
| **Bills, Larry S**<br>    Williamsburg, OH | 22094 | $3,000.00 |
| **Freedman, Jared**<br>    Hollywood, FL | 21375 | $21,480,000.00 |
| **Hale, Myron**<br>    Los Angeles, CA | 934 | $2,000,000.00 |
| **Lee, Sherry N**<br>    Zolfo Springs, FL | 2037 | $60,000.00 |
| **Lishamer, Launa L**<br>    Redington Shores, FL | 23944 | $500,000.00 |
| **Manning, Robert**<br>    Myrtle Beach, SC | 21563 | $6,000.00 |
| **Miller, Schauston C**<br>    Roberta, GA | 2148 | $0.00 |
| **Palko, Joseph D & Betsy E**<br>    Scranton, PA | 1200 | $49,711.87 |
| **Scott, Melody**<br>    Moss Point, MS | 23053 | $6,500.00 |
| **Snyder, Kevin / Estate of Snyder, Mary**<br>    North Charleston, SC | 20043 | $300,000.00 |
| **Stine, Marie**<br>    York, PA | 2465 | $12,000.00 |

1