## Exhibit 1

## No Basis Consumer Creditor Claims

Exhibit

*Ditech Holding Corporation, et al.*
*Case No 19-10412 Jointly Administered*

## No Basis Consumer Creditor Claims

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted / Scheduled Claim Amount | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total | |
| 1. | BRISUELA, RAFAEL<br>1437 W 45TH ST<br>CHICAGO, IL 60609 | 5/21/2019 | 1794 | $ 2,500.00 | $ - | $ - | $ - | $ 2,500.00 | Claim determined to have no merit based on Company review. |
| 2. | COMROV, JASON<br>498 GREGG LN<br>BUFFALO GROVE, IL 60089 | 7/16/2020 | 24698 | $ - | $ 5,000.00 | $ 12,850.00 | $ 121,550.06 | $ 139,400.06 | Claim lacks sufficient documentation to support the validity of the claim. Claim filed after the bar date. |
| 3. | CORTES, SONIA<br>8299 WILLOW GROVE RD.<br>CAMDEN WYOMING, DE 19934 | 10/3/2019 | 24243 | Unliquidated | $ - | Unliquidated | $ - | Unliquidated | Claim determined to have no merit based on Company review. Claim filed after the bar date. |
| 4. | DAVID LYNCH, STEPHANIE ROSZKOWSK, & THE ESTATE OF BARBARA A LYNCH<br>C/O HANSON LAW GROUP LLP; KYLE HANSON<br>1000 HART RD, STE 300<br>BARRINGTON, IL 60010 | 4/25/2019 | 21485 | $ 40,000.00 | $ - | $ - | $ 90,000.00 | $ 130,000.00 | Claim determined to have no merit based on Company review. |
| 5. | DEMELLO, ANTHONY<br>1200 ROCKHURST LN<br>TURLOCK, CA 95382 | 10/10/2019 | 24388 | $ - | $ - | $ - | $ 753.11 | $ 753.11 | Claim determined to have no merit based on Company review. Claim satisfied. Claim filed after the bar date. |
| 6. | DOTSON, SHAWANDA<br>1991 GOODHOPE KNOX RD<br>TOOMSUBA, MS 39364 | 3/28/2020 | 24684 | $ 23,598.50 | $ - | $ - | $ - | $ 23,598.50 | Claim lacks sufficient documentation to support the validity of the claim. Claim filed after the bar date. |
| 7. | ENIOLA, OMOBOLAJI<br>36 BLUE HERON CT<br>BALTIMORE, MD 21220 | 5/28/2019 | 1926 | $ 200,000.00 | $ - | $ - | $ 500,000.00 | $ 700,000.00 | Claim determined to have no merit based on Company review. |

Exhibit 1 of 5

**Exhibit**

*Ditech Holding Corporation, et al.*
*Case No 19-10412 Jointly Administered*

## No Basis Consumer Creditor Claims

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted / Scheduled Claim Amount | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total | |
| 8. | ESTATE OF JERRY DON LAND<br>MICHELE DAWN LAND INDEPENDENT EXECUTRIX<br>C/O STEPHEN D HOWEN<br>7111 BOSQUE BLVD, STE 205<br>WACO, TX 76710 | 6/10/2019 | 2275 | Unliquidated | $ - | $ - | $ - | Unliquidated | Claim determined to have no merit based on Company review. Claim filed after the bar date. |
| 9. | FREDERICKS, MICHELE<br>20406 N TAMMY ST<br>MARICOPA, AZ 85138 | 6/16/2019 | 23939 | $ 117,195.00 | $ - | $ - | $ - | $ 117,195.00 | Claim determined to have no merit based on Company review. Claim filed after the bar date. |
| 10. | FREDERICKSON, MARK ALAN<br>788 DORA CELESTE DRIVE<br>LAS VEGAS, NM 87701 | 4/6/2019 | 20443 | $ 203,299.56 | $ - | $ - | $ - | $ 230,299.56 | Claim determined to have no merit based on Company review. |
| 11. | GUINN, WILLIAM PAUL, JR<br>1101 20TH ST<br>HONDO, TX 78861 | 5/23/2019 | 22745 | Unliquidated | $ - | $ - | $ - | $ 1,923.19 | Claim determined to have no merit based on Company review. |
| 12. | GUTRICK, KEITH & PATRICE<br>7474 TOTTENHAM DRIVE<br>WHITE PLAINS, MD 20695 | 4/24/2019 | 21194 | $ 2,504.90 | $ - | $ 2,504.90 | $ - | $ 2,504.90 | Claim determined to have no merit based on Company review. |
| 13. | HINKEMEYER, STACY<br>704 SCHUBERT DR<br>BUFFALO, MN 55313 | 4/24/2019 | 21134 | Unliquidated | Unliquidated | Unliquidated | $ - | Unliquidated | Claim determined to have no merit based on Company review. |
| 14. | IPPOLITO, ANNETTE<br>199-42 21ST AVE<br>UPPER LEVEL<br>WHITESTONE, NY 11357 | 6/3/2019 | 23480 | $ - | $ - | $ 5,000.00 | $ - | $ 4,496.65 | Claim determined to have no merit based on Company review. |

Exhibit 2 of 5

**Exhibit**

*Ditech Holding Corporation, et al.*
*Case No 19-10412 Jointly Administered*

## No Basis Consumer Creditor Claims

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted / Scheduled Claim Amount | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total | |
| 15. | JAMES W O'DONOGHUE & CATHERINE M KIERNAN<br>35 H STREET<br>SOUTH BOSTON, MA 02127 | 3/22/2020 | 24683 | $ 453,000.00 | $ - | $ - | $ - | $ 453,000.00 | Claim lacks sufficient documentation to support the validity of the claim.  Claim filed after the bar date. |
| 16. | JONES, LADONNA M AND JAMES E<br>409 E DAHLGREN AVE<br>WHARTON, TX 77488 | 6/4/2019 | 2151 | $ - | $ - | $ 20,000.00 | $ - | $ 20,000.00 | Claim determined to have no merit based on Company review.  Claim filed after the bar date. |
| 17. | MCNEILL, BRYAN W<br>11313 AUTUMN WIND LOOP<br>CLEMONT, FL 34711 | 4/24/2019 | 1413 | $ 108,843.57 | $ - | $ - | $ - | $ 108,843.57 | Claim determined to have no merit based on Company review. |
| 18. | MICHAEL LECHNER LAW LLC<br>134 NORTH LASALLE STREET SUITE 1040<br>CHICAGO, IL 60602 | 4/5/2019 | 851 | $ - | $ - | $ 14,100.00 | $ - | $ 14,100.00 | Claim determined to have no merit based on Company review. |
| 19. | MILLER, LAURA<br>327 VT RT 14<br>SOUTH ROYALTON, VT 05068 | 4/29/2019 | 1551 | $ 56,000.00 | $ - | Unliquidated | $ 65,906.00 | $ 65,096.00 | Claim determined to have no merit based on Company review. |
| 20. | MILLER, MARVIN & SHARTARRI<br>1231 CHALK ROCK DR<br>HOUSTON, TX 77067 | 5/29/2019 | 22931 | $ 107,466.67 | $ - | $ - | $ - | $ 107,466.67 | Claim determined to have no merit based on Company review. |
| 21. | MILLIGAN, YVONNE K JOHNSON<br>215 APOLLO DRIVE<br>BETHLEHEM, PA 18017-2505 | 5/6/2019 | 21570 | $ 205,216.01 | $ 3.50 | $ 35,022.12 | $ 97,717.35 | $ 337,958.98 | Claim determined to have no merit based on Company review. |

Exhibit 3 of 5

**Exhibit**

*Ditech Holding Corporation, et al.*
*Case No 19-10412 Jointly Administered*

### No Basis Consumer Creditor Claims

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted / Scheduled Claim Amount | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total | |
| 22. | MIYAMOTO, KIMIE<br>450 LEXINGTON AVE FL 4<br>NEW YORK, NY 10017-3912 | 4/25/2019 | 21400 | $ 10,000,000.00 | $ - | $ - | $ - | $ 10,000,000.00 | Claim determined to have no merit based on Company review. |
| 23. | NICHOLS, TINA M<br>613 N COCKRELL HILL RD<br>DESOTO, TX 75115 | 5/24/2019 | 22751 | $ - | $ - | $ 88,000.00 | $ - | $ 44,000.00 | Claim determined to have no merit based on Company review. Account correction processed. |
| 24. | POWDERLY, CHRISTINA MARIE<br>522 SOUTH HELENA STREET<br>ANAHEIM, CA 92805 | 1/13/2020 | 2852 | $ - | $ - | $ - | Unliquidated | Unliquidated | Claim determined to have no merit based on Company review. |
| 25. | RAY, JANE GOLSAN<br>15515 E RIVERDALE AVE<br>BATON ROUGE, LA 70816 | 10/5/2019 | 24283 | Unliquidated | $ - | $ - | $ - | Unliquidated | Claim determined to have no merit based on Company review. Claim filed after the bar date. |
| 26. | SHREFFLER, DEBORAH J<br>1299 ALESSANDRO DR<br>NEWBURY PARK, CA 91320 | 4/25/2019 | 1396 | $ 97,150.00 | $ - | $ 2,850.00 | $ - | $ 100,000.00 | Claim determined to have no merit based on Company review. |
| 27. | SOCKBESON, MARK<br>21 ROBIN WAY<br>WESTERLY, RI 02891 | 5/27/2019 | 22851 | Unliquidated | $ - | $ - | $ - | Unliquidated | Claim determined to have no merit based on Company review. |
| 28. | SOMERSET, RONYA W<br>5085 REEDER ROAD<br>DORA, AL 35062 | 6/3/2019 | 23766 | Unliquidated | $ - | $ - | $ - | Unliquidated | Claim determined to have no merit based on Company review. |

Exhibit 4 of 5

Exhibit

*Ditech Holding Corporation, et al.*
*Case No 19-10412 Jointly Administered*

## No Basis Consumer Creditor Claims

| No. | Name of Claimant | Date Claim Filed | Claim Number | Asserted / Scheduled Claim Amount ||||| Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin | Priority | Unsecured | Total | |
| 29. | SUMMERS, ROBERT W<br>11294 N BETHEL RD<br>MOORESVILLE, IN 46158 | 5/24/2019 | 1863 | $ - | $ - | $ 916.10 | $ - | $ 916.10 | Claim determined to have no merit based on Company review. |
| 30. | TAYLOR, JULIE & DOUGLAS<br>3739 S WHITEPINE LN<br>DURAND, MI 48429 | 4/24/2019 | 1268 | $ - | $ - | $ 2,243.46 | $ 876.04 | $ 3,119.50 | Claim determined to have no merit based on Company review. |
| 31. | WHITE, Y MICHELLE<br>560 TOWER DR<br>KYLE, TX 78640 | 4/25/2019 | 21436 | $ 200.00 | $ - | $ - | $ 199,800.00 | $ 200,000.00 | Claim determined to have no merit based on Company review. |
| 32. | WILSON, KENNETH & DIANE<br>144 SANDY PLACE DRIVE<br>TABOR CITY, NC 28463 | 6/3/2019 | 2237 | $ - | $ - | $ 5,829.79 | $ - | $ 5,829.79 | Claim determined to have no merit based on Company review. |

Exhibit 5 of 5