**Hearing Date and Time: September 28, 2023 at 11:00 a.m. (Eastern Time)**

JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 891-1601
Facsimile: (212) 891-1699
Richard Levin
RLevin@jenner.com

*Attorneys for the Consumer Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re                                                       :      **Chapter 11**
                                                            :
**DITECH HOLDING CORPORATION,** *et al.*,                   :      **Case No. 19-10412 (JLG)**
                                                            :
                            Debtors.[1]                     :      **(Jointly Administered)**
                                                            :      **Related Docket No. 3280**
------------------------------------------------------------X

## NOTICE OF HEARING
### SEVENTY-SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM (NO BASIS CONSUMER CREDITOR CLAIMS) SOLELY AS TO CLAIM NO. 1657

**PLEASE TAKE NOTICE** that pursuant to paragraph 3(vii) of the *Order*

*Approving (I) Claim Objection Procedures and (II) Claim Hearing Procedures* (ECF No. 1632)

---

[1] On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the *Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief* (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3   552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG)) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

(the "**Claim Procedures Order**")[2] the hearing (the "**Hearing**") to consider the *Seventy-Second Omnibus Objection to Proofs Of Claim (No Basis Consumer Creditor Claims)* (ECF No. 3280) solely with respect to the claim of Cynthia A. Summers (claim number 1657), **has been scheduled to be heard on September 28, 2023 at 11:00 a.m. (Eastern Time)**.[3] The Hearing may be rescheduled by the Consumer Claims Trustee[4] on notice to the affected claimant pursuant to the Claim Procedures Order.  Claimants must register with Court Solutions prior to the hearing date in order to attend by telephone.[5]

Dated:  September 14, 2023
       New York, New York

/s/  Richard Levin
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 891-1601
Facsimile: (212) 891-1699
Richard Levin
Email: RLevin@jenner.com

*Attorneys for Consumer Representative*

---

[2]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Claim Procedures Order.

[3]    All hearings and conferences in all divisions will be conducted telephonically pending further order of the Bankruptcy Judge assigned to the matter. See **General Order M-543**

[4]    The Consumer Claims Trustee under the Third Amended Plan acts as the Consumer Trustee on behalf of the Ditech Holding Corporation Consumer Creditor Recovery Trust (the "Consumer Trust"), established pursuant to the Third Amended Plan.

[5]    Please **register with Court Solutions** at https://www.court-solutions.com/.