Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
Shirley S. Cho, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
scho@pszjlaw.com
Counsel to the GUC Recovery Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DITECH HOLDING CORPORATION, et al.,**[1] | **Case No. 19-10412 (JLG)** |
| Debtor. | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Patricia Jeffries, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

On December 6, 2023, I caused a true and correct copy of the below document to be served via First Class US Mail on the parties identified on **Exhibit A** hereto.

---

[1] The Debtors' Third Amended Plan (as defined below) was confirmed, which created the Wind Down Estates. The Wind Down Estates, along with the last four digits of each of their federal tax identification number, as applicable, are Ditech Holding Corporation (0486); DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). The Wind Down Estates' principal offices are located at 1100 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.

LA:4876-2361-3333.1 18039.003

- *GUC Recovery Trusts Notice of Claims For Which Requisite Tax Information Has Not Been Provided and No Distribution Will Be Made* [Docket No. 4934]

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

*/s/ Patricia Jeffries*
Patricia Jeffries

## EXHIBIT A

LA:4876-2361-3333.1 18039.003

AMERICAN SECURITY & INVESTIGATIONS
MI 93 PO BOX 1150
MINNEAPOLIS, MN 55480-1150

AMHERST PIERPONT SECURITIES LLC
ATTN N ALEXANDRA FISCHER, GC
245 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10167

BALLARD SPAHR LLP
ATTN MARTIN BRYCE
1735 MARKET STREET 51ST FLOOR
PHILADELPHIA, PA 19103

BLACK KNIGHT TECH SOLUTIONS
PO BOX 809007
CHICAGO, IL 60680-9007

BOYD, STUART D
ADDRESS REDACTED

BREAK POINT LAW LLC
4100 N WICKHAM RD STE 107A #251
MELBOURNE, FL 32935

CHATURBEDI, RITESH
ADDRESS REDACTED

CITIBANK N.A.
20 COMMERCE DR
O FALLON, MO 63366

CNA COMMERCIAL INSURANCE
500 COLONIAL CENTER PARKWAY
LAKE MARY, FL 32746

COLANERI, JOANNA
ADDRESS REDACTED

COMPLIANCEEASE
5065 Westheimer Rd
Suite 700
Houston, TX 77056

CRAWFORD & VON KELLER LLC
1640 ST JULIAN PLACE
COLUMBIA, SC 29204

DXC TECHNOLOGY SERVICES LLC
C/O JANICE B. GRUBIN. ESQ.
LECLAIRRYAN PLLC
885 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

ECKERT SEAMANS CHERIN & MELLOTT LLC
C/O RICHARD E BRIANSKY, ESQ
TWO INTERNATIONAL PL, 16TH FL
BOSTON, MA 02110

ELLIE MAE INC
PO BOX 671453
DALLAS, TX 75267-1453

ELLIE MAE INC
ATTN RICHARD MOONEY, ESQ
C/O RJM LITIGATION GROUP
505 MONTGOMERY ST, #1100
SAN FRANCISCO, CA 94111

EXELA ENTERPRISE SOLUTIONS INC
ATTN ERIK L. MENGWALL, DEPTY GEN COUNSEL
300 FIRST STAMFORD PLACE, 2ND FLOOR
STAMFORD, CT 06902

FOOFIT INC DBA BEFORE THE GRASS
C/O WILLIAM J GARDNER, ATTORNEY
PO BOX 1746
422 B N GREEN STREET
LONGVIEW, TX 75606

GRAYROBINSON PA
ATTN TERRANCE W ANDERSON, JR
333 SE 2ND AVENUE
SUITE 3200
MIAMI, FL 33131

HILL, ALAN & TAMMY
ADDRESS REDACTED

HITACHI VANTARA CORP
ATTN MONICA DENEALE, ESQ
2535 AUGUSTINE DRIVE
SANTA CLARA, CA 95054

INNOVATE LOAN SERVICING CORPORATION
4704 MERCANTILE DR
FORT WORTH, TX 76137

INTERTHINX INC
PO BOX 31001-2268
PASADENA, CA 91110-2270

ISGN CORPORATION
ATTN GERSON TORRES II
1333 GATEWAY DR STE 1000
MELBOURNE, FL 32901

ISGN SOLUTIONS INC
PO BOX 1043
BUFFALO, NY 14240

KIRKLAND, CAIN & HORN, PLLC
PO BOX 1100
FRANKFORT, KY 40602

KNUCKLES KOMOSINSKI & MANFRO LLP
565 TAXTER ROAD SUITE 590
ELMSFORD, NY 10523

LAMMONS, KEITH ERIC
ADDRESS REDACTED

LARA RAMIREZ, EDUARDO
ADDRESS REDACTED

LEHMAN BROTHERS HOLDINGS INC.
ZACHARY TRUMPP
4600 S. SYRACUSE STREET
9TH FLOOR
DENVER, CO 80237

| | | |
|---|---|---|
| LEXIS NEXIS RISK SOLUTIONS<br>ATTN: JENNIFER SCHILLIG<br>1100 ALDERMAN DRIVE<br>S110-S<br>ALPHARETTA, GA 30005 | LUSTER, FREDERICK A<br>C/O SKAAR & FEAGLE LLP<br>ATTN JAMES M FEAGLE, ESQ<br>2374 MAIN ST, STE B<br>TUCKER, GA 30084 | MARIA T DUNN AS CH 7 TTEE OF THE<br>C/O DUNN LAW PA<br>66 W FLAGLER ST STE 400<br>MIAMI, FL 33130 |
| MARTINEZ, JOSE<br>C/O KELLETT & BARTHOLOW PLLC<br>11300 N CENTRAL EXPY, SUITE 301<br>DALLAS, TX 75243 | MCKILLOP LAW FIRM PL<br>2350 FRUITVILLE RD 1ST FL<br>SARASOTA, FL 34237 | MTC FINANCIAL INC<br>D/B/A TRUSTEE CORPS<br>17100 GILLETTE AVE<br>IRVINE, CA 92614 |
| NOVITEX ENTERPRISE SOLUTIONS<br>PO BOX 845801<br>DALLAS, TX 75284 | OPTIMAL BLUE LLC<br>PO BOX 123232 DEPT 3232<br>DALLAS, TX 75312 | PARKER IBRAHIM & BERG LLP<br>270 DAVIDSON AVENUE<br>SOMERSET, NJ 08873 |
| PRESIDENTIAL ESTATES HOA INC<br>PO BOX 401<br>SWAN LAKE, NY 12783 | PRICE, BERTILE<br>C/O WARE LAW FIRM<br>2472 US HWY 49 S STE F<br>FLORENCE, MS 39073 | PROPERTY REGISTRATION CHAMPIONS<br>LLC, DBA PROCHAMPS<br>ATTN CJ JOHNSON<br>2725 CENTER PLACE<br>MELBOURNE, FL 32940 |
| QUATTRO DIRECT LLC<br>200 BERWYN PARK RD, STE 310<br>BERWYN, PA 19312 | RAS CRANE, LLC<br>ATTN DOROTHY COATS<br>6409 CONGRESS AVE<br>SUITE 100<br>BOCA RATON, FL 33487 | ROSENBERG & ASSOCIATES LLC<br>4340 EAST WEST HWY STE 600<br>BETHESDA, MD 20814 |
| SCHULTE PROPERTIES LLC<br>9811 W CHARLESTON BLVD STE 2-351<br>LAS VEGAS, NV 89117 | SEVERSON & WERSON<br>1 EMBARCADERO CENTER STE 2600<br>SAN FRANCISCO, CA 94111 | SOS BUILDERS LLC<br>390 HOLBROOK DR<br>WHEELING, IL 60090 |
| SOURCEPOINT INC<br>ATTN MATTHEW MESMER<br>2330 COMMERCE PARK DR NE SUITE 2<br>PALM BAY, FL 32905 | STONEHILL GROUP, INC, THE<br>1117 PERIMETER CTR WEST, UNIT E212<br>ATLANTA, GA 30338 | TCS AMERICA<br>1000 SUMMIT DR<br>MILFORD, OH 45150 |
| TRAFFICBUYER.COM INC DBA<br>BLACKLIGHT MA<br>33 IRVING PL, 3RD FL<br>NEW YORK, NY 10003 | UNIVERSAL RESTORATION SERVICES LLC<br>390 HOLBROOK DR<br>WHEELING, IL 60090 | VERIZON BUSINESS GLOBAL LLC OBO ITS<br>AFFILIATES AND SUBSIDIARIES<br>ATTN WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN, VA 20147 |
| WELLS FARGO VENDOR FINANCIAL SVCS<br>LLC<br>ATTN KIMBERLY PARK<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | WILLIAMS & WILLIAMS MARKETING<br>SERVICES<br>LEGAL<br>6032 INNOVATION WAY<br>FORT WORTH, TX 76244 | XOME FIELD SERVICES LLC<br>C/O FOLEY & LARDNER LLP<br>ATTN TOM SCANNELL, ESQ<br>2021 MCKINNEY AVENUE, SUITE 1600<br>DALLAS, TX 75201 |
| XOME VALUATION SERVICES LLC<br>C/O FOLEY & LARDNER, LLP<br>ATTN TOM SCANNELL, ESQ<br>2021 MCKINNEY AVENUE, STE 1600<br>DALLAS, TX 75201 | | |

LA:4876-2361-3333.1 18039.003