WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Richard W. Slack
Alexander Welch

*Attorneys for Plan Administrator
on Behalf of the Wind Down Estates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re                                                       :    Chapter 11
                                                            :
**DITECH HOLDING CORPORATION**, *et al.*,   :    Case No. 19-10412 (JLG)
                                                            :
Debtors.[1]                                                 :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON JANUARY 24, 2024 AT 11:00 A.M.**

---

[1] On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the *Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief* (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG)) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

**I. STATUS CONFERENCE:**

1. Case Conference

**II. CONTESTED MATTERS:**

2. Consumer Claims Trustee's Thirtieth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) **(ECF No. 2836)**

   Response Deadline: October 16, 2020 at 4:00 p.m.

   Responses Filed:

   A. Response of Timothy Dugdale to Consumer Claims Trustee's Thirtieth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) **(ECF No. 3525)**

   B. Addendum to Response to Opposition to Proof of Claim **(ECF No. 3612)**

   C. Supplemental Statement of Timothy Dugdale **(ECF No. 4948)**

   D. Judicial Notice #1 of Timothy Dugdale **(ECF No. 4954)**

   E. Amended Complaint and Response to Trustee's Reply in Support of Thirteenth Omnibus Objection to Proof of Claim (Insufficient Documentation) **(ECF No. 4955)**

   Related Documents:

   F. Notice of Adjournment of Consumer Claims Trustee's Thirtieth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) **(ECF No. 2913)**

   G. Order Granting Consumer Claims Trustee's Omnibus Motion to Estimate for Purposes of Distribution Reserve and to Classify Certain Proofs of Claim **(ECF No. 4733)**

   H. Joint Reply of Plan Administrator and Consumer Claims Trustee in Support of Omnibus Objection with Respect to Claim of Timothy Dugdale (Claim No. 2876) **(ECF No. 4938)**

   I. Notice of Hearing of Consumer Claims Trustee's Thirtieth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) **(ECF No. 4939)**

   J. Notice of Adjournment of Hearing of Consumer Claims Trustee's Thirtieth Omnibus Objection to Proofs of Claim (Insufficient

                Documentation Unsecured Consumer Creditor Claims) Solely as to Claim No. 2876 **(ECF No. 4957)**

        K.      Notice of Hearing of Consumer Claims Trustee's Thirtieth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) Solely as to Claim No. 2876 **(ECF No. 4963)**

    <u>Status</u>: This matter is going forward on a contested basis solely with respect to the claim of Timothy Dugdale (claim number 2876).

3.    Consumer Claims Trustee's Forty-Sixth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims) **(ECF No. 3461)**

    <u>Response Deadline</u>:    July 16, 2021 at 4:00 p.m.

    <u>Response Filed</u>:

        A.      Response and Objection of James Turner to Consumer Claims Trustee's Forty-Sixth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims) **(ECF No. 3561)**

    <u>Related Documents</u>:

        B.      Order Granting Consumer Claims Trustee's Twenty-Seventh Omnibus Objection to Proofs of Claim (Duplicate or Amended Unsecured Consumer Creditor Claims) **(ECF No. 2808)**

        C.      Notice of Adjournment of Hearing on Consumer Claims Trustee's Forty-Sixth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims) **(ECF No. 3544)**

        D.      Reply of Consumer Claims Trustee in Support of the Consumer Claims Trustee's Forty-Sixth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims) with Respect to the Claim of James Turner (Claim No. 1012) **(ECF No. 4970)**

        E.      Notice of Hearing of Consumer Claims Trustee in Support of the Consumer Claims Trustee's Forty-Sixth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims) Solely as to Claim No. 1012 **(ECF No. 4971)**

    <u>Status</u>: This matter is going forward on a contested basis solely with respect to the claim of James Turner (claim number 1012). All other outstanding responses received have been adjourned to a date to be determined.

3

4.  Consumer Claims Trustee's Twelfth Omnibus Objection to Proofs of Claim (Duplicate or Amended Unsecured Consumer Creditor Claims) **(ECF No. 1973)**

    Response Deadline:   April 10, 2020 at 4:00 p.m.

    Response Filed:

    A.  Response of Stephanie W. Jackson and Larry L. Jackson **(ECF No. 2479)**

    Related Documents:

    B.  Amended Notice of Adjournment of Hearing of Consumer Claims Trustee's Twelfth Omnibus Objection to Proofs of Claim (Duplicate or Amended Unsecured Consumer Creditor Claims) **(ECF No. 2214)**

    C.  Order Granting Consumer Claims Trustee's Omnibus Motion to Estimate for Purposes of Distribution Reserve and to Classify Certain Proofs of Claim **(ECF No. 4733)**

    D.  Reply of Consumer Claims Trustee in Support of the Twelfth Omnibus Objection with Respect to the Claims of Larry and Stephanie Jackson (Claim Nos. 2068, 2099) **(ECF No. 4968)**

    E.  Notice of Hearing of Consumer Claims Trustee in Support of the Consumer Claims Trustee's Twelfth Omnibus Objection to Proofs of Claim (Duplicate or Amended Unsecured Consumer Creditor Claims) Solely as to Claim Nos. 2068, 2099 **(ECF No. 4969)**

    Status: This matter is going forward on a contested basis solely with respect to the claims of Stephanie and Larry Jackson (claim numbers 2068, 2099). All other outstanding responses received have been adjourned to a date to be determined.

III.  **ADJOURNED MATTER:**

5.  Motion of Counsel for Certain Consumer Creditors Pursuant to Sections 503(b)(3) and (b)(4) of the Bankruptcy Code for Allowance of Payment of Expenses Incurred **(ECF No. 1579)**

    Response Deadline:   October 16, 2020 at 4:00 p.m.

<u>Response Filed</u>:

    A.    Plan Administrator's Objection to Motion of Consumer Creditor Counsel for Allowance of Payment of Fees and Expenses Incurred as Administrative Expense Claim **(ECF No. 3668)**

<u>Related Documents</u>:

    B.    Declaration of Thomas D. Domonoske in Support of Application for Fees **(ECF No. 1580)**

    C.    Declaration of O. Max Gardner, III **(ECF No. 1581)**

    D.    Declaration of Theodore O. Bartholow, III in Support of Application for Administrative Claim Attorney's Fees Based on Substantial Contribution to Debtors' Bankruptcy Case **(ECF No. 1582)**

    E.    Response of Counsel for Certain Consumer Creditors to Plan Administrator's Objection to Motion Pursuant to Section 503(b)(3)(d) and (b)(4) of the Bankruptcy Code for Allowance of Payment of Fees and Expenses Incurred **(ECF No. 3717)**

    F.    Reply of the Plan Administrator to the Response of Counsel for Certain Consumer Creditors to Plan Administrator's Objection to Motion Pursuant to Sections 503(b)(3)(d) and (b)(4) of the Bankruptcy Code for Allowance of Payment of Fees and Expenses Incurred **(ECF No. 3885)**

<u>Status</u>: This matter has been adjourned to February 29, 2024.

Dated: January 23, 2024
      New York, New York

        /s/ Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Richard W. Slack
Alexander Welch

*Attorneys for Plan Administrator*
*on Behalf of the Wind Down Estates*