# Exhibit F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY DUGDALE,

    Plaintiff,

v

DITECH FINANCIAL LLC,

    Defendant.

Case No. 2:18-cv-10896

Hon. Nancy G. Edmunds
Magistrate Judge R. Steven Whalen

## DECLARATION OF STEWART DERRICK

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a Corporate Litigation Representative for Ditech Financial LLC ("Ditech"), formerly known as Green Tree Servicing LLC, the servicer of Plaintiff Timothy Dugdale's first lien mortgage loan, and in that capacity, I am familiar with the books and records of Ditech, have personally examined the same, and make this Declaration on behalf of Ditech and, if sworn as a witness, could competently testify to the facts contained herein.

2. Ditech is a mortgage loan servicer, licensed under the Mortgage Brokers, Lenders, and Servicers Licensing Act, holding Michigan license number C1-3096.

3. The business records ("records") on which this declaration is based relate to the servicing of the mortgage loan. Said records were made at or near the time by, or from information transmitted by, a person with knowledge of the transactions and were kept in the course of Ditech's regularly conducted business activity.

4. According to the business records maintained by Ditech Financial LLC, formerly known as Green Tree Servicing LLC, Timothy Dugdale executed a Note

1

on August 17, 2005 for $112,000.00 with Countrywide Home Loans, secured by a Mortgage Timothy Dugdale gave to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, securing real property at 20441 Olympia in Redford, Michigan.

5. Ditech, formerly known as Green Tree Servicing LLC, acquired the servicing rights for Timothy Dugdale's mortgage from Bank of America, N.A. effective September 1, 2011.

6. On May 18, 2015, Ditech sent a Notice of Default and Right to Cure to Timothy Dugdale after Dugdale failed to remit the monthly mortgage payments due beginning April 1, 2015.

7. Timothy Dugdale failed to cure the default, and Ditech initiated statutory foreclosure proceedings.

8. On September 29, 2016, Ditech purchased the property at 20441 Olympia in Redford, Michigan at Sheriff Sale for $42,600.00.

9. At the time of the September 29, 2016 Sheriff's Sale, Timothy Dugdale's mortgage loan had an unpaid principal balance of $94,190.08.

10. After applying the $42,600.00 in proceeds from the Sheriff's Sale, Timothy Dugdale's loan had an unsecured deficiency balance of $51,590.08 that remained owing under the terms of the Note.

11. As of the date of this declaration, Ditech has not received any payments from Timothy Dugdale to be applied towards the unsecured deficiency balance.

12. On December 12, 2016, Ditech conveyed its interest in the property at 20441 Olympia in Redford, Michigan, to Federal National Mortgage Association and recorded a Quit Claim Deed on December 15, 2016 in Liber 53419, Page 1322 of the Wayne County Register of Deeds.

13. On March 16, 2017, Ditech was notified by its foreclosure counsel at Pezzetti, Vermetten & Popvits, P.C. that Timothy Dugdale delivered $45,098.58 in funds to counsel in an effort to redeem the property.

14. Ditech returned the $45,098.58 in funds via wire transfer to its foreclosure counsel at Pezzetti, Vermetten & Popvits, P.C. after Ditech determined that neither Ditech, nor the Federal National Mortgage Association, maintained an interest in the property.

15. Ditech is no longer in possession of the $45.098.58, and its counsel at Pezzetti, Vermetten & Popvits, P.C. has confirmed that the funds were returned to Timothy Dugdale.

16. Ditech did not enter into a contractual relationship with Timothy Dugdale to accept redemption funds on behalf of itself or a third party, nor did Ditech authorize a third party to accept redemption funds on Ditech's behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 6th day of September, 2018 in Henrico Virginia,

Stewart Derrick
(Printed Name)

_____
(Signature)

3

# Exhibit E

**FILE DO NOT MAIL**

2016 OCT -7 PM 3:42

Bernard J. Youngblood
Wayne County Register of Deeds
2016360563        L: 53281 P: 487
10/07/2016 03:42 PM    SHD    Total Pages: 7

MICHIGAN REAL ESTATE TRANSFER TAX
Wayne County Tax Stamp #421580
10/07/2016
Receipt# 16-304210    L: 53281 P: 487
State Tax: $0.00  County Tax: $47.30



## Sheriff's Deed on Mortgage Sale

THIS DEED, made September 29, 2016, BETWEEN **La Shana Cooper**, Deputy Sheriff, in and for the County of Wayne In the State of Michigan, as Grantor, and Ditech Financial LLC (f/k/a Green Tree Servicing LLC) of 7360 S. Kyrene Road T-208, Tempe, Arizona 85283, as Grantee,

THAT WHEREAS, the party foreclosing this Mortgage has represented that it is either the owner of the indebtedness or of an interest in the indebtedness secured by the Mortgage or the servicing agent of the Mortgage.

AND WHEREAS Timothy Dugdale, a married man, and Bhavani Dugdale, his wife, of 20441 Olympia, Redford, Michigan 48240-1030, made a certain Mortgage to Countrywide Home Loans, Inc., which was recorded in the Office of the Register of Deeds, in and for the County of Wayne on August 4, 2006 in Liber 45098, on Page(s) 1224, et. seq., of Mortgages, with an Affidavit to Correct Legal Description of Mortgage recorded in Liber 53134, Page(s) 1210, et. seq., said Mortgage having been last assigned to Ditech Financial LLC (f/k/a Green Tree Servicing LLC), by Mortgage Assignment dated July 13, 2015, and recorded in the Office of the Register of Deeds, in and for the County of Wayne in the State of Michigan on July 13, 2015, in Liber 52352, Page(s) 221, et. seq., which said Mortgage contains a power of sale, which has become operative by reason of a default in the condition of said Mortgage,

AND WHEREAS, by virtue of said power of sale, and in accordance with the Statute (MCL 600.3201 et. seq.) and no proceedings at law having been instituted to recover the debts secured by said Mortgage or if having been instituted has been discontinued as required by the Statute, a Notice was published and posted in a conspicuous place upon the Property (as later defined), which Notice stated that the Property (as later defined), or some part of them encumbered by the Mortgage would be sold on September 29, 2016, inside the Jefferson entrance at the Coleman A. Young Municipal Center, that being the place for holding the Circuit Court and/or for conducting such foreclosure sales for the County of Wayne, that being the county in which the Property (as later defined) is situated,

AND WHEREAS, in accordance with said Notice, I did on September 29, 2016 at 11:00 a.m., of said day expose for sale, at Public Vendue, the Property (as later defined) and tenements, and on such sale did strike off and sell the said Property and tenements to Ditech Financial LLC (f/k/a Green Tree Servicing LLC) for the sum of FORTY-TWO THOUSAND SIX HUNDRED AND NO/100 DOLLARS ($42,600.00), including interest from the date of the sale until the date of redemption, if any, at 6.375 percent, that being the highest bid therefor and Ditech Financial LLC (f/k/a Green Tree Servicing LLC) being the highest bidder, which said Property and tenements are described as follows:

LAND SITUATED IN THE TOWNSHIP OF REDFORD, COUNTY OF WAYNE, STATE OF MICHIGAN, DESCRIBED AS:

THE SOUTH 55 FEET OF THE EAST 132 FEET OF LOT 34 AND THE NORTH 10 FEET OF THE EAST 132 FEET OF LOT 35, R.H. WARKS URBAN GARDENS, AS RECORDED IN LIBER 65 ON PAGE 72 OF PLATS, WAYNE COUNTY RECORDS.

Upon information and belief the Property is more commonly known as 20441 Olympia, Redford, Michigan 48240-1030, and has a tax Identification number of , which said address and tax identification number are provided for informational purposes only and if the legal description of said Property conflicts with the address and/or tax identification number above, the legal description shall control.

WAYNE COUNTY ONLY More Commonly Known as:    20441 Olympia, Redford, Michigan 48240-1030

WAYNE COUNTY ONLY Tax Identification Number:    82-79-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-004

**2016360563    Page 2 of 7**

AND WHEREAS, that I, the Deputy Sheriff, by virtue of and in accordance with the Statute, and in consideration of the said sum of money so paid, have granted, conveyed, bargained and sold, and by this Deed do grant, convey, bargain and sell unto the said Ditech Financial LLC (f/k/a Green Tree Servicing LLC) its successors and assigns, FOREVER, all the said Property and tenements hereinbefore described, with the appurtenances and all the estate, right, title and interest which the said Mortgagor(s) had in the said Property and tenements, and every part thereof, on August 17, 2005, being the date of said Mortgage; or any time thereafter. To Have and To Hold the said Property and tenements and every part thereof to the said successors and assigns forever, to their sole and only use, benefit forever, as fully and absolutely as I **La Shana Cooper** _____, Deputy Sheriff aforesaid, under the authority granted to me, might, could or ought to sell the same.

<u>Notice under MCL 600.3278</u>: Pursuant to MCL 600.3278, if the Property is sold at a foreclosure sale under MCL 600.3201 et. seq., the borrower will be held responsible to the person who buys the Property at the mortgage foreclosure sale or the mortgage holder for damaging the Property during the redemption period.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year first above written.

_La Shana Cooper_
Deputy Sheriff In And For The
County Of Wayne

STATE OF MICHIGAN )
                 ) ss
COUNTY OF WAYNE  )

On September 29, 2016, in and for said County, before me, a Notary Public, came **La Shana Cooper** _____, Deputy Sheriff of said County, known to me to be the individual described in and who executed the above conveyance, and acknowledged that he/she executed the same as his/her free act and deed.

_ASanders_
Notary Public,
For _____ County, Michigan
Acting in Wayne County, Michigan
My Commission Expires:

ASanders
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Oct. 9, 2020
Acting in the County of Wayne

**ORIGINAL**

### AFFIDAVIT OF AUCTIONEER

STATE OF MICHIGAN )
                 ) ss
COUNTY OF WAYNE  )

**La Shana Cooper** _____ being duly sworn, deposes and says that he/she is Deputy Sheriff of said County of Wayne, that he/she acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the foregoing printed Notice, that the sale was opened at 11:00 a.m. on September 29, 2016, inside the Jefferson entrance at the Coleman A. Young Municipal Center, that being the place of holding the Circuit Court and/or for conducting such sales for the County of Wayne, and was kept open for the space of one hour, that the highest bid for said Property and tenements for the sum of FORTY-TWO THOUSAND SIX HUNDRED AND NO/100 DOLLARS ($42,600.00), made by Ditech Financial LLC (f/k/a Green Tree Servicing LLC) and that the sale was in all respects open and fair, and did strike off and sell the said Property and tenements to Ditech Financial LLC (f/k/a Green Tree Servicing LLC) who purchased the said Property fairly, and in good faith, as deponent verily believes.

The Property must be redeemed by March 29, 2017, unless the Sheriff's Deed is recorded more than twenty (20) days after the date of sale, in which case, the redemption period shall be six (6) months from the date of recording of said Sheriff's Deed. If the Property is abandoned pursuant to MCL 600.3241a, the redemption period shall be the later of thirty (30) days from the date of the sale or fifteen (15) days from the date the notice required by MCL 600.3241a(b) was posted and mailed.

_La Shana Cooper_
Auctioneer

Page 2

2016360563    Page 3 of 7

Sworn to and subscribed before me on September 29, 2016.

[signature]

Notary Public,
For _____ County, Michigan
Acting in Wayne County, Michigan
My Commission Expires: _____

**ASanders**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Oct. 9, 2020
Acting in the County of Wayne

STATE OF MICHIGAN        )
                         ) ss
COUNTY OF WAYNE          )

I DO HEREBY CERTIFY that the within Sheriff's Deed will become operative and the Property must be redeemed by March 29, 2017, unless the Property is abandoned pursuant to MCL 600.3241a, in which case the redemption period shall be the later of thirty (30) days from the date of the sale or fifteen (15) days from the date the notice required by MCL 600.3241a(b) was posted and mailed, unless otherwise redeemed according to law, in such case made and provided.

If the Sheriff's Deed is recorded more than twenty (20) days after the date of sale, the Sheriff's Deed will become operative and the Property must be redeemed six (6) months from the date the Sheriff's Deed is recorded, unless the Property is abandoned pursuant to MCL 600.3241a, in which case the redemption period shall be the later of thirty (30) days from the date the Sheriff's Deed is recorded or fifteen (15) days from the date the notice required by MCL 600.3241a(b) was posted and mailed, unless otherwise redeemed according to law, in such case made and provided.

La Shana Cooner
Deputy Sheriff

---

**THIS INSTRUMENT IS EXEMPT FROM STATE TRANSFER TAX PURSUANT TO MCL 207.526(v).**

---

Prepared in the Law Office of:

Gary D. Popovits, Esq.
Brandt, Pezzetti, Vermetten & Popovits, P.C.
600 East Front Street, Suite 102, P.O. Box 5817
Traverse City, Michigan 49696-5817
(231) 929-3450

W:\Surg-Dutch\DUGDALE, Timothy #0811904\Sheriff Ltr w Deed.wpd

Page 3

2016360563    Page 4 of 7
Timothy Dugdale

Brandt, Pezzetti, Vermetten & Popovits, P.C. 600 East Front Street Suite 102, P.O. Box 5817 Traverse City, Michigan 49696-5817 NOTICE OF FORECLOSURE THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT; ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN ACTIVE MILITARY SERVICE PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW. Notice under MCL 600.3278: Pursuant to MCL 600.3278, if the property is sold at a foreclosure sale under MCL 600.3201 et. seq., the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or the mortgage holder for damaging the property during the redemption period. ATTENTION POTENTIAL PURCHASERS AT FORECLOSURE SALE: In the case of resolution prior to or simultaneously with the aforementioned foreclosure sale, Ditech Financial LLC (f/k/a Green Tree Servicing LLC) may rescind this sale at any time prior to the end of the redemption period. In that event, your damages, if any, shall be limited to the return of your bid amount tendered at the sale, plus interest. Default having occurred in the conditions of a Mortgage made by Timothy Dugdale, a married man, and Bhavani Dugdale, his wife, ("Mortgagor") to Countrywide Home Loans, Inc., dated August 17, 2005, and recorded in the Office of the Register of Deeds for the County of Wayne in the State of Michigan on August 4, 2006, in Liber 45098, Page(s) 1224, et. seq., with an Affidavit to Correct Legal Description of Mortgage recorded in Liber 53134, Page(s) 1210, et. seq., said Mortgage being last assigned to Ditech Financial LLC (f/k/a Green Tree Servicing LLC), ("Mortgagee"), by Mortgage Assignment dated July 13, 2015, and recorded in the Office of the Register of Deeds for the County of Wayne in the State of Michigan on July 13, 2015, in Liber 52352, Page(s) 221, et. seq., on which Mortgage there is claimed to be due as of the date of this Notice the sum of $112,804.11, which amount may or may not be the entire indebtedness owed by Debtors to Mortgagee together with interest at 6.375 percent per annum. NOW THEREFORE, Notice is hereby given that the power of sale contained in said Mortgage has become operative and that pursuant to that power of sale and MCL 600.3201 et. seq., on September 29, 2016 at 11:00 a.m., inside the Jefferson entrance at the Coleman A. Young Municipal Center, that being the place for holding the Circuit Court and/or for conducting such foreclosure sales for the County of Wayne, there will be offered at public sale, the premises, or some part thereof, described in said Mortgage as follows, to-wit: LAND SITUATED IN THE TOWNSHIP OF REDFORD, COUNTY OF WAYNE, STATE OF MICHIGAN, DESCRIBED AS: THE SOUTH 55 FEET OF THE EAST 132 FEET OF LOT 34 AND THE NORTH 10 FEET OF THE EAST 132 FEET OF LOT 35, B.H. WARKS URBAN GARDENS, AS RECORDED IN LIBER 65 ON PAGE 72 OF PLATS, WAYNE COUNTY RECORDS. The redemption period shall be six (6) months unless the property is established to be abandoned pursuant to MCL 600.3241a, in which case the redemption period shall be the later of thirty (30) days from the date of sale or fifteen (15) days from the date the notice required by MCL 600.3241a(b) was posted and mailed, or unless under MCL 600.3240(11), prior to the foreclosure sale the borrower follows the procedure set forth in that section to establish the presumption that the property is used for Agricultural purposes, in which case the redemption period shall be one (1) year from the date of the sale. Dated: August 30, 2016 By: Gary D. Popovits (P63861), Brandt, Pezzetti, Vermetten & Popovits, P.C., Attorneys for Mortgagee, 600 East Front Street, Suite 102, P.O. Box 5817, Traverse City, Michigan 49696-5817; (231) 929-3450 File No.: 8120.0278
(8-31)(9-21)

**EVIDENCE OF SALE**

(Affidavit of Posting)

STATE OF MICHIGAN,
ss.
COUNTY OF OAKLAND

Brian Klerkx being duly sworn, deposes that on the 7th day of September, 2016 A.D., he/she posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to 20441 Olympia, Redford, MI 48240-1030.

_____
Brian Klerkx

Subscribed and sworn before me on this 13th day of September 2016 A.D.

_____
Sheree B. Glynn

Notary Public Oakland County, Michigan. My commission expires: February 5, 2021 . Acting in Oakland County, Michigan.

CHECK IF
☐ Multi-Unit    ☐ Vacant       ☐ Upper-Unit    ☐ Lower-Unit
☐ Multi-Addr   ☐ Unit 1       ☐ Unit 2         ☐ Unit A    ☐ Unit B
☐ Condo        ☐ Mobile/Manufactured Home     ☐ No Dwelling

Attorney Office: GARY D POPOVITS - GARY D POPOVITS
Attorney File#: 8120.0278
Notice ID:      1288225

8120.0278

19-10412-jlg    Doc 4979    Filed 01/23/24    Entered 01/24/24 08:25:39    Main Document
Pg 10 of 14

Branch :TTE,User :TN01          Case 2:18-cv-10896-NGE-DRG    ECF No. 15-5    filed 09/06/18    PageID.110    Page 5 of 8    Comment:    Station Id :KCAG

2016360563    Page 5 of 7
Timothy Dugdale

Brandt, Pezzetti, Vermetten & Popovits, P.C. 600 East Front Street Suite 102, P.O. Box 5817 Traverse City, Michigan 49696-5817 NOTICE OF FORECLOSURE THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT; ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN ACTIVE MILITARY SERVICE PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW. Notice under MCL 600.3278: Pursuant to MCL 600.3278, if the property is sold at a foreclosure sale under MCL 600.3201 et. seq., the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or the mortgage holder for damaging the property during the redemption period. ATTENTION POTENTIAL PURCHASERS AT FORECLOSURE SALE: In the case of resolution prior to or simultaneously with the aforementioned foreclosure sale, Ditech Financial LLC (f/k/a Green Tree Servicing LLC) may rescind this sale at any time prior to the end of the redemption period. In that event, your damages, if any, shall be limited to the return of your bid amount tendered at the sale, plus interest. Default having occurred in the conditions of a Mortgage made by Timothy Dugdale, a married man, and Bhavani Dugdale, his wife, ("Mortgagor") to Countrywide Home Loans, Inc., dated August 17, 2005, and recorded in the Office of the Register of Deeds for the County of Wayne in the State of Michigan on August 4, 2006, in Liber 45098, Page(s) 1224, et. seq., with an Affidavit to Correct Legal Description of Mortgage recorded in Liber 53134, Page(s) 1210, et. seq., said Mortgage being last assigned to Ditech Financial LLC (f/k/a Green Tree Servicing LLC), ("Mortgagee"), by Mortgage Assignment dated July 13, 2015, and recorded in the Office of the Register of Deeds for the County of Wayne in the State of Michigan on July 13, 2015, in Liber 52352, Page(s) 221, et. seq., on which Mortgage there is claimed to be due as of the date of this Notice the sum of $112,804.11, which amount may or may not be the entire indebtedness owed by Debtors to Mortgagee together with interest at 6.375 percent per annum. NOW THEREFORE, Notice is hereby given that the power of sale contained in said Mortgage has become operative and that pursuant to that power of sale and MCL 600.3201 et. seq., on September 29, 2016 at 11:00 a.m., inside the Jefferson entrance at the Coleman A. Young Municipal Center, that being the place for holding the Circuit Court and/or for conducting such foreclosure sales for the County of Wayne, there will be offered at public sale, the premises, or some part thereof, described in said Mortgage as follows, to-wit: LAND SITUATED IN THE TOWNSHIP OF REDFORD, COUNTY OF WAYNE, STATE OF MICHIGAN, DESCRIBED AS: THE SOUTH 55 FEET OF THE EAST 132 FEET OF LOT 34 AND THE NORTH 10 FEET OF THE EAST 132 FEET OF LOT 35, B.H. WARKS URBAN GARDENS, AS RECORDED IN LIBER 65 ON PAGE 72 OF PLATS, WAYNE COUNTY RECORDS. The redemption period shall be six (6) months unless the property is established to be abandoned pursuant to MCL 600.3241a, in which case the redemption period shall be the later of thirty (30) days from the date of sale or fifteen (15) days from the date the notice required by MCL 600.3241a(b) was posted and mailed, or unless under MCL 600.3240(11), prior to the foreclosure sale the borrower follows the procedure set forth in that section to establish the presumption that the property is used for Agricultural purposes, in which case the redemption period shall be one (1) year from the date of the sale. Dated: August 30, 2016 By: Gary D. Popovits (P63851), Brandt, Pezzetti, Vermetten & Popovits, P.C., Attorneys for Mortgagee, 600 East Front Street, Suite 102, P.O. Box 5817, Traverse City, Michigan 49696-5817; (231) 929-3450 File No.: 8120.0278
(8-31)(9-21)

**AFFIDAVIT OF PUBLICATION**

(Affidavit of Publisher)

STATE OF MICHIGAN,
ss.
COUNTY OF OAKLAND

The undersigned, an employee of the publisher of Detroit Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Detroit Legal News a newspaper circulated in Wayne County on August 31, September 7, September 14, September 21, 2016 A.D.

*Phameda Brown*
Phameda Brown

Subscribed and sworn before me on this 21st day of September 2016 A.D.

*P McKenzie*

Notary Public Saint Clair County, Michigan. My commission expires: September 10, 2018 Acting in Oakland County, Michigan.

Attorney:        GARY D POPOVITS - GARY D POPOVITS
AttorneyFile#:   8120.0278
Notice#:         1288225

8120.0278

2016360563    Page 6 of 7

## Affidavit of Non-Military Service

STATE OF MICHIGAN            )
                             )ss
COUNTY OF GRAND TRAVERSE     )

NOW COMES GARY D. POPOVITS, of 600 East Front Street, Suite 102, Traverse City, Michigan 49696, who being first duly sworn, deposes and states as follows:

1. That he is the attorney for Ditech Financial LLC (f/k/a Green Tree Servicing LLC).

2. To the best of your affiant's knowledge, information, and belief, and based upon our search of the database of the Department of Defense Manpower Data Center, that neither Timothy Dugdale, a married man, nor Bhavani Dugdale, his wife were in active military service within three (3) months prior to the date of sale of certain real property pursuant to Sheriff's Deed on Mortgage Sale.

Further your Affiant sayeth not.

Dated: September 26, 2016

_____
GARY D. POPOVITS

Subscribed and sworn to before me
this 26th day of September, 2016.

_____
Suzanne M. Ely, Notary Public
For Kalkaska County, Michigan
Acting in Grand Traverse County, Michigan
My Commission Expires: 11/27/2020

(Ditech / Dugdale)

Prepared In the Law Office Of: Gary D. Popovits, Esq., Brandt, Pezzetti, Vermetten & Popovits, P.C., 600 East Front Street, Suite 102, P.O. Box 5817, Traverse City, Michigan 49696-5817, (231) 929-3450.

W' Suze Ditech DUGDALE, Timothy #68119044 Affidavits Supp SD.wpd

2016360563    Page 7 of 7

## Purchaser's Affidavit of Redemption / Designee

STATE OF MICHIGAN            )
                             )ss
COUNTY OF GRAND TRAVERSE     )

NOW COMES GARY D. POPOVITS, 600 East Front Street, Suite 102, Traverse City, Michigan 49696, on behalf of Ditech Financial LLC (f/k/a Green Tree Servicing LLC) who being first duly sworn, deposes and states as follows:

1. That Affiant is the attorney for Purchaser.

2. Purchaser is the Grantee of a certain Sheriff's Deed to which this Affidavit is attached.

3. The amount required to redeem the property referenced in the said Sheriff's Deed is $42,600.00, together with a daily per diem of $7.44.

4. If during the redemption period, the Purchaser pays taxes assessed against the property, amounts necessary to redeem senior liens from foreclosure, condominium assessments, homeowner association assessments, community association assessments, or insurance premiums, the amount required to redeem the property shall be the sum specified in paragraph 3, above, plus any amounts paid as specified in this paragraph, together with interest from the date of payment to the date of redemption, at an interest rate of 6.375% as specified in the Mortgage.

5. The property must be redeemed by March 29, 2017, unless the Sheriff's Deed is recorded more than twenty (20) days after the date of sale, in which case, the redemption period shall be six (6) months from the date Sheriff's Deed is recorded.

6. If the property is abandoned pursuant to MCL 600.3241a, the redemption period shall be the later of thirty (30) days from the date of the sale or fifteen (15) days from the date the notice required by MCL 600.3241a(b) was posted and mailed.

7. Brandt, Pezzetti, Vermetten & Popovits, P.C. (hereinafter the "Designee"), whose address is 600 East Front Street, Suite 102, Traverse City, Michigan 49686, (231) 929-3450, is hereby appointed designee on behalf of the Purchaser.

8. Designee will assist with calculating the redemption amount and will receive said redemption amount on behalf of the Purchaser.

9. The Designee's fee for calculating the redemption amount is $100.00.

Further your Affiant sayeth not.

Dated: September 26, 2016

GARY D. POPOVITS

Subscribed and sworn to before me
this 26th day of September, 2016.

Suzanne M. Ely, Notary Public
For Kalkaska County, Michigan
Acting in Grand Traverse County, Michigan
My Commission Expires: 11/27/2020

(Ditech / Dugdale)

Prepared In the Law Office Of: Gary D. Popovits, Esq., Brandt, Pezzetti, Vermetten & Popovits, P.C., 600 East Front Street, Suite 102, P.O. Box 5817, Traverse City, Michigan 49696-5817, (231) 929-3450.

# Exhibit G

2016426950    L: 53419 P: 1322    QCD
12/15/2016 11:36:37 AM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
**ELECTRONICALLY RECORDED**

## Quit Claim Deed

The Grantor, Ditech Financial LLC (f/k/a Green Tree Servicing LLC), of 7360 S. Kyrene Road T-208, Tempe, Arizona 85283, CONVEYS AND QUIT CLAIMS to the Grantee, Federal National Mortgage Association (a/k/a Fannie Mae), of 3900 Wisconsin Avenue, N.W., Washington, D.C. 20016, the following described premises, to wit:

LAND SITUATED IN THE TOWNSHIP OF REDFORD, COUNTY OF WAYNE, STATE OF MICHIGAN, DESCRIBED AS:

THE SOUTH 55 FEET OF THE EAST 132 FEET OF LOT 34 AND THE NORTH 10 FEET OF THE EAST 132 FEET OF LOT 35, B.H. WARKS URBAN GARDENS, AS RECORDED IN LIBER 65 ON PAGE 72 OF PLATS, WAYNE COUNTY RECORDS.

More Commonly Known As:    20441 Olympia, Redford, Michigan 48240-1030
Tax Parcel Number:    82-79-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-004

For the sum of ONE DOLLAR ($1.00) and no other valuable consideration, subject to easements and building and use restrictions of record and the lien of taxes not yet due and payable.

EXECUTED this 12 day of December, 2016.

DITECH FINANCIAL LLC
(f/k/a Green Tree Servicing LLC)

By: Tiffany Chambers
Its: AVP

STATE OF Texas    )
                  ) ss
COUNTY OF Dallas  )

This instrument was acknowledged before me a Notary Public on the 12 day of December, 2016, by Tiffany Chambers, its AVP for Ditech Financial LLC (f/k/a Green Tree Servicing LLC).

BRIDGET TAYLOR
Notary Public, State of Texas
Comm. Expires 04-14-2020
Notary ID 130619295

Bridget Taylor
Notary Public,
For Tarrant County, TX
Acting in Dallas County, TX
My Commission Expires: 4-14-2020

This instrument is exempt from county transfer tax pursuant to MCL 207.505(a); and/or 12 U.S.C. 1723a(c) and MCL 207.505(h)(ii).
This instruction is exempt from state transfer tax pursuant to MCL 207.526(a) and/or 12 U.S.C. 1723a(c) and MCL 207.526(h)(ii).

| Prepared by and when Recorded, Return To: | Send Subsequent Tax Bills To: |
|---|---|
| Gary D. Popovits, Esq.<br>Brandt, Pezzetti, Vermetten & Popovits, P.C.<br>600 East Front Street, Suite 102, P.O. Box 5817<br>Traverse City, MI 49696-5817<br>(231) 929-3450 | Federal National Mortgage Association<br>c/o Ditech Financial LLC<br>7360 S. Kyrene Road, T-208<br>Tempe, AZ 85283 |

(Ditech / Dugdale (8120.0278))