# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, *et al.*,<br><br>Wind Down Estates.[1] | Chapter 11<br><br>Case No. 19-10412 (JLG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 4975** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2024, I caused to be served the "Global Notes and Statements of Limitation Regarding the Wind Down Estates' Post Confirmation Quarterly Operating Report for the Period from October 1, 2023 Through December 31, 2023," dated January 19, 2024 [Docket No. 4975], by causing true and correct copies to be:

   a. enclosed securely in postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] On September 26, 2019, the Court confirmed the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

**EXHIBIT A**

# DITECH HOLDING CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DAVIS POLK & WARDWELL LLP | COUNSEL TO THE PREPETITION TERM LOAN AGENT, ATTN: BRIAN M. RESNICK AND MICHELLE M. MCGREAL 450 LEXINGTON AVE NEW YORK NY 10017 |
| JONES DAY LLP | COUNSEL TO NOMURA CORPORATE FUNDING AMERICAS, LLC, ATTN: BEN ROSENBLUM 250 VESEY ST NEW YORK NY 10281 |
| KIRKLAND & ELLIS LLP | COUNSEL TO THE TERM LOAN AD HOC GROUP ATTN: PATRICK J. NASH AND JOHN R. LUZE 300 NORTH LASALLE CHICAGO IL 60654 |
| OFFICE OF THE U.S. TRUSTEE | 1 BOWLING GRN STE 534 NEW YORK NY 10004-1459 |
| PACHULSKI STANG ZIEL & JONES LLP | COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: ROBERT FEINSTEIN AND BRADFORD SANDLER, 780 THIRD AVE, 34TH FL NEW YORK NY 10017 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | COUNSEL TO BARCLAYS ATTN: SARAH M. WARD, MARK A. MCDERMOTT AND MELISSA TIARKS 4 TIMES SQUARE NEW YORK NY 10036 |

**Total Creditor count  6**

**EXHIBIT B**

DITECH HOLDING CORPORATION
CASE NO. 19-10412
ELECTRONIC SERVICE LIST

| NAME | ATTENTION | EMAIL |
|---|---|---|
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M. RESNICK | brian.resnick@davispolk.com |
| JONES DAY LLP | ATTN: BEN ROSENBLUM | brosenblum@jonesday.com |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH AND JOHN R. LUZE | PATRICK.NASH@KIRKLAND.COM; john.luze@kirkland.com |
| OFFICE OF THE U.S. TRUSTEE | ATTN: GREG M. ZIPES AND BENJAMIN J. HIGGINS | Greg.Zipes@usdoj.gov; Benjamin.J.Higgins@usdoj.gov |
| PACHULSKI STANG ZIEL & JONES LLP | ATTN: ROBERT FEINSTEIN AND BRADFORD SANDLER | rfeinstein@pszjlaw.com; BSANDLER@PSZJLAW.COM |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: SARAH M. WARD, MARK A. MCDERMOTT, AND MELISSA TIARKS | MARK.MCDERMOTT@SKADDEN.COM; MELISSA.TIARKS@SKADDEN.COM; SARAH.WARD@SKADDEN.COM |