

Nicholas S. Mattise
P. Timothy Kelly
Gregory J. Pascale
Richard F. Goldenziel
Danielle M. Ross

Charles L. Consagra
Gene E. Goldenziel
Of Counsel

Harry Needle (1882-1976)
Ralph P. Needle (1914-1964)
Joseph S. Needle (1909-1991)

December 19, 2023

Office of Claims Trustees/Consumer Representative
Ditech Holding Corporation
Consumer Creditor Recovery Trust   *Via email to: info  @ditech-settlement.com*

    RE:   United States Bankruptcy Court/Southern District of New York
           In Re: Ditech Holding Corporation, et al
           Bankruptcy Chapter 11 / Case No. 19-10412 (JLG)
           Joseph D. Palko and Betsy Palko

Dear Sir/Madam:

    Please be advised we would like to withdraw the above-referenced claim of Joseph D. Palko and Betsy Palko, his wife (Claim 1200). Please let me know if there is any further action we need to file to withdraw this clam.

                  Very truly yours,

                  **Needle Law, P.C.**
                  Gregory J. Pascale, Esq.

GJP/mv

enc

cc:   Richard Levin, Esq.   *Via email to: rlevin@jenner.com*

240 Penn Avenue, Suite 202 • Scranton, PA 18503  Ph: 570-344-1266  Fx: 570-344-1415 • www.NeedleLawFirm.com