**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Ditech Holding Corporation<br>aka   Walter Investment Management Corp. | CASE NO.: 19−10412−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>13−3950486 | CHAPTER:  11 |

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on March 16, 2023, document number 4639, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 23−cv−2482 assigned to the Honorable Paul G. Gardephe.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: January 29, 2024                                              Vito Genna
                                                                     Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 19-10412-jlg |
| Ditech Holding Corporation | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 18 |
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Hilda Hutchinson, 377 East 98th Street, Brooklyn, NY 11212-4341 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 31, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam J Feuer | on behalf of Creditor Rajnikant Jani adam@brydgeslaw.net |
| Agnes I Cordero | on behalf of Attorney AGNES I. Cordero Next agnes.ivette.cordero@gmail.com |
| Aleksandra Krasimirova Fugate | on behalf of Creditor Wells Fargo Bank N.A. bkinbox@woodsdefaultservices.com |
| Alexandros E. Tsionis | on behalf of Interested Party Shapiro DiCaro & Barak, LLC atsionis@ajrlawny.com |
| Alison L. Archer | on behalf of Interested Party Ohio Department of Commerce alison.archer@ohioattorneygeneral.gov |
| Alissa K. Piccione | on behalf of Creditor Reverse Mortgage Solutions Inc. apiccione@reedsmith.com, alissa-piccione-6765@ecf.pacerpro.com |

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 3 of 19

| District/off: 0208-1 | User: admin | Page 2 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Alysson Russell Snow
    on behalf of Creditor Robert Unser alyssons@lassd.org

Amanda Wiese
    on behalf of Creditor Heavner  Beyers & Mihlar, LLC bankruptcy@hsbattys.com,bk4hsbm@gmail.com

Amelia B. Valenzuela
    on behalf of Creditor Breckenridge Property Fund 2016  LLC amelia.valenzuela@quarles.com, esoong@wedgewood-inc.com,jchoi@wedgewood-inc.com,dmarcus@wedgewood-inc.com

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy E. Polowy
    on behalf of Creditor Gross Polowy LLC ecfnotices@grosspolowy.com  ecfnotices@grosspolowy.com

Andrew L. Unterlack
    on behalf of Creditor Florence Tollgate Condominium Association aunterlack@egalawfirm.com  aunterlack@egalawfirm.com

Andrew Stepehen Cannella
    on behalf of Creditor Reimer Law Co. bkecf@bmpc-law.com

Andrew Stepehen Cannella
    on behalf of Creditor SouthLaw  P.C. bkecf@bmpc-law.com

Andrew Stepehen Cannella
    on behalf of Creditor Bendett & McHugh  PC bkecf@bmpc-law.com

Anthony Paul Alden
    on behalf of Other Prof. Plan Administrator for the Wind Down Estates of Ditech Holding Corporation (f/k/a) Walter Investment Management Corp. anthonyalden@quinnemanuel.com

Arlene Rene Alves
    on behalf of Creditor U.S. Bank National Association  as Securitization Trustee alves@sewkis.com

Arlene Rene Alves
    on behalf of Unknown U.S. Bank National Association  in its capacity as trustee, custodian and certain other agency capacities alves@sewkis.com

Arthur H. Ruegger
    on behalf of Creditor LeRon Harris  individually and on behalf of the Estate of Dorothy Harris, and John Lydon, special administrator of the Estate of Katherine Burke arthur.ruegger@dentons.com, docket.general.lit.nyc@dentons.com

Arthur H. Ruegger
    on behalf of Creditor Diamond Victims arthur.ruegger@dentons.com  docket.general.lit.nyc@dentons.com

Arthur H. Ruegger
    on behalf of Creditor LeRon Harris  Barbara Herron, Jeanie Daniels, Reola Minter, Curtis Story and John Lydon (collectively, the "Diamond Victims") arthur.ruegger@dentons.com, docket.general.lit.nyc@dentons.com

Asa Edwards
    on behalf of Creditor Helen Davis aedwards@maginnishoward.com

Asa Edwards
    on behalf of Creditor Cleveland Davis aedwards@maginnishoward.com

Ashley Sparrow Miller
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ashley.miller@akerman.com  ashleysparrowmiller@gmail.com

Barbra R. Parlin
    on behalf of Unknown Pro-Teck Services  Ltd. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com;hapi@hklaw.com

Ben Hillard
    on behalf of Creditor Bobbi Martin hcaeservice@gmail.com

Benjamin J. Higgins
    on behalf of U.S. Trustee United States Trustee benjamin.j.higgins@usdoj.gov

Bernadett Rosszer Figueroa
    on behalf of Creditor Georgia Department of Revenue brosszer@law.ga.gov

Bernadette M. Brennan
    on behalf of Creditor City Of New York Department Of Finance bbrennan@law.nyc.gov

Beth Ann Bivona
    on behalf of Creditor Orlans PC bbivona@barclaydamon.com  dstanz@barclaydamon.com

Beth E. Levine
    on behalf of Other Prof. GUC Recovery Trust blevine@pszjlaw.com  lcanty@pszjlaw.com

Bradford J. Sandler

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 4 of 19

| District/off: 0208-1 | User: admin | Page 3 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com

Brian C. Andrews

on behalf of Creditor Cynthia Bougoukalos elizabeth@briancandrews.com

Brian C. Andrews

on behalf of Creditor Arthur Ramos elizabeth@briancandrews.com

Brian E Goldberg

on behalf of Creditor Georgia Department of Revenue bgoldberg@law.ga.gov

Brian G. Hannon

on behalf of Creditor Stephen P Craig bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Brian G. Hannon

on behalf of Creditor Michelle Craig bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Brittany J Marks

on behalf of Creditor Wells Fargo Bank  N.A. bkinbox@woodsdefaultservices.com

Brittany Mitchell Michael

on behalf of Unknown CenturyLink Communications  LLC bmichael@pszjlaw.com

CRG Financial LLC

on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

CRG Financial LLC

on behalf of Creditor CRG Financial as Assignee of Consumer Credit Counseling Service Of Sf notices@CRGfinancial.com

Carlos R Caso

on behalf of Unknown Carlos R Caso casolaw@bellsouth.net

Carlos R Caso

on behalf of Unknown Oscar D. Rivera casolaw@bellsouth.net

Cassandra Norgaard

on behalf of Creditor Thomas Jolly cnorgaard@norgaardfirm.com  sferreira@norgaardfirm.com;crose@norgaardfirm.com

Chris DelGaizo

on behalf of Creditor SULTANA AKTER Chris@dereksmithlaw.com

Christopher A. Jarvinen

on behalf of Defendant Black Knight Financial Services  Inc. cjarvinen@bergersingerman.com,
cjarvinen@bergersingerman.com;FGoldberg@bergersingerman.com;SCapuano@bergersingerman.com;mdiaz@bergersingerman.com;E-File@bergersingerman.com

Christopher A. Jarvinen

on behalf of Creditor Black Knight Financial Technology Solutions  LLC cjarvinen@bergersingerman.com,
cjarvinen@bergersingerman.com;FGoldberg@bergersingerman.com;SCapuano@bergersingerman.com;mdiaz@bergersingerman.com;E-File@bergersingerman.com

Christopher A. Lynch

on behalf of Defendant REVERSE MORTGAGE SOLUTIONS  INC. chrislynch65@gmail.com,
chris-lynch-7800@ecf.pacerpro.com

Christopher A. Lynch

on behalf of Other Prof. Plan Administrator for the Wind Down Estates of Ditech Holding Corporation (f/k/a) Walter Investment Management Corp. chrislynch65@gmail.com  chris-lynch-7800@ecf.pacerpro.com

Christopher R. Momjian

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue crmomjian@attorneygeneral.gov

Clay M Rogers

on behalf of Creditor Ralph and Donna Flanagan crogers@smithslusky.com

Cleo F. Green

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. BANK  NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE, FOR MERRILL LYNCH FI cleo.green@mccalla.com, mccallaecf@ecf.courtdrive.com

Cleo F. Green

on behalf of Creditor U.S. Bank National Association  As Trustee For Citigroup Mortgage Loan Trust INC. Mortgage Pass-Through Certificates, Series 2007-AR1 cleo.green@mccalla.com, mccallaecf@ecf.courtdrive.com

Cleo F. Green

on behalf of Creditor RAS Citron  LLC cleo.green@mccalla.com, mccallaecf@ecf.courtdrive.com

Cleo F. Green

on behalf of Attorney RAS Boriskin LLC cleo.green@mccalla.com  mccallaecf@ecf.courtdrive.com

Cleo F. Green

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 5 of 19

| District/off: 0208-1 | User: admin | Page 4 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company cleo.green@mccalla.com mccallaecf@ecf.courtdrive.com |
| Cleo F. Green | |
| | on behalf of Creditor Ocwen Loan Servicing LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2005-HE4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HE4 cleo.green@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Cleo F. Green | |
| | on behalf of Creditor RAS Crane LLC cleo.green@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Cleo F. Green | |
| | on behalf of Creditor ROBERTSON ANSCHUTZ & SCHNEID, P.L. cleo.green@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Colin Downes | |
| | on behalf of Creditor Brian S. Nelson colin@bartondownes.com |
| Courtney R. Shed | |
| | on behalf of Creditor Fay Servicing LLC ecfnotices@grosspolowy.com, cshed@grosspolowy.com |
| Courtney R. Shed | |
| | on behalf of Creditor Wells Fargo Bank N.A. ecfnotices@grosspolowy.com, cshed@grosspolowy.com |
| Courtney R. Shed | |
| | on behalf of Creditor Caliber Home Loans ecfnotices@grosspolowy.com cshed@grosspolowy.com |
| Craig Kelley | |
| | on behalf of Creditor JPJ Companies LLC bankruptcy@kelleylawoffice.com, Dana@kelleylawoffice.com |
| Craig Kelley | |
| | on behalf of Creditor Carpenter's Roofing & Sheet Metal Inc. bankruptcy@kelleylawoffice.com, Dana@kelleylawoffice.com |
| Dale W Pittman | |
| | on behalf of Plaintiff Sally W. Hall dale@pittmanlawoffice.com karen@pittmanlawoffice.com,7510983420@filings.docketbird.com |
| Dale W Pittman | |
| | on behalf of Plaintiff Robert T. Hall dale@pittmanlawoffice.com karen@pittmanlawoffice.com,7510983420@filings.docketbird.com |
| Daniel Shamah | |
| | on behalf of Interested Party Federal National Mortgage Association dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Daniel Silverman | |
| | on behalf of Creditor Jamil George Rabadi dsilverman@silsar.com asardar@silsar.com |
| Daniel Silverman | |
| | on behalf of Attorney Adam Apollo dsilverman@silsar.com asardar@silsar.com |
| Daniel F. Blanks | |
| | on behalf of Creditor Black Knight Financial Technology Solutions LLC daniel.blanks@nelsonmullins.com, Allison.abbott@nelsonmullins.com;jody.bedenbaugh@nelsonmullins.com |
| Daniel H Richland | |
| | on behalf of Unknown Aaron Klein drichland@rflegal.net |
| David Lavery | |
| | on behalf of Creditor Mark Grinuk dlavery@ctfairhousing.org |
| David Lavery | |
| | on behalf of Creditor Jeannine Estrada dlavery@ctfairhousing.org |
| David D. Cleary | |
| | on behalf of Interested Party Tempe Campus SPV LLC clearyd@gtlaw.com |
| David G. Aelvoet | |
| | on behalf of Creditor Bexar County sanantonio.bankruptcy@publicans.com |
| Dawn Kirby | |
| | on behalf of Creditor Security Title Insurance Company of Baltimore and Chris Thaggard dkirby@kacllp.com bleonardo@kacllp.com;ktuli@kacllp.com;kirby.dawnb112129@notify.bestcase.com |
| Dawn Wilson | |
| | on behalf of Defendant Black Knight Financial Services Inc. dwilson@bsk.com |
| Deborah Newman | |
| | on behalf of Unknown Official Committee of Consumer Creditors deborahnewman@quinnemanuel.com nymco@akingump.com;AGSearch-Lit@akingump.com |
| Debra L Felder | |
| | on behalf of Spec. Counsel Orrick Herrington & Sutcliffe LLP dfelder@orrick.com nymao@orrick.com |

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 6 of 19

| District/off: 0208-1 | User: admin | Page 5 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Debra L Felder
on behalf of Debtor Ditech Holding Corporation dfelder@orrick.com  nymao@orrick.com

Donald R Kirk
on behalf of Creditor TIAA  FSB dkirk@carltonfields.com, kathompson@carltonfields.com

Douglas B. Rosner
on behalf of Creditor STAG III Rapid City  LLC drosner@goulstonstorrs.com

Earl McGuire
on behalf of Unknown Glenda Ray earlmmcguire@gmail.com

Edward Maginnis
on behalf of Creditor Cleveland Davis emaginnis@maginnishoward.com

Edward Maginnis
on behalf of Creditor Helen Davis emaginnis@maginnishoward.com

Edward Henry Cahill
on behalf of Creditor Wells Fargo Bank  N.A. ehc@manleydeas.com, amps@manleydeas.com

Ehret A. Van Horn
on behalf of Debtor Ditech Holding Corporation ecfnotices@grosspolowy.com  evanhorn@grosspolowy.com

Elena Gonzalez
on behalf of Creditor New York State Office of the Attorney General elena.gonzalez@ag.ny.gov

Elise S. Frejka
on behalf of Consumer Privacy Ombudsman Elise S. Frejka efrejka@frejka.com

Elizabeth Aboulafia
on behalf of Creditor Lawrence David Ginsberg eaboulafia@cullenllp.com

Elizabeth Weller
on behalf of Creditor City of Wylie Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Fannin CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Lamar CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Cayuga ISD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Bexar County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Clay CAD Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Hunt County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Ellis County Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Morris Cad Dora.Casiano-Perez@lgbs.com  Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor c/o Elizabeth Weller Dallas County / Tarrant County Dora.Casiano-Perez@lgbs.com
Houston_Bankruptcy@lgbs.com;dallas.bankruptcy@lgbs.com

Elizabeth J Arleo
on behalf of Unknown Epiq Corporate Restructuring elizabeth@arleolaw.com

Elizabeth J Arleo
on behalf of Interested Party Tran Class Action elizabeth@arleolaw.com

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 7 of 19

| District/off: 0208-1 | User: admin | Page 6 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Epiq Corporate Restructuring, LLC Claims Agent
    rjacobs@ecf.epiqsystems.com

Eric H. Horn
    on behalf of Creditor Teresa Garcia-Kuhn ehorn@aystrauss.com vb@vogelbachpc.com;horner82343@notify.bestcase.com

Erin Elizabeth Wietecha
    on behalf of Creditor Kevin Etter erin@wietechalaw.com

Ernest A. Yazzetti, Jr.
    on behalf of Creditor Noonan & Lieberman LTD ernest.yazzetti@mccalla.com, mccallaecf@ecf.courtdrive.com

Evelyn J. Meltzer
    on behalf of Interested Party Wilson & Associates PLLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Evelyn J. Meltzer
    on behalf of Creditor McCalla Raymer Leibert Pierce LLC Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com

Fred O Goldberg
    on behalf of Defendant Black Knight Financial Services Inc. fgoldberg@bergersingerman.com

Gary D. Bressler
    on behalf of Creditor Allegheny Casualty Company gbressler@mdmc-law.com scarney@mdmc-law.com

Gary D. Bressler
    on behalf of Creditor International Fidelity Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com

Gerard Sylvester Catalanello
    on behalf of Interested Party Credit Suisse First Boston Mortgage Capital LLC as administrative Agent, Credit Suisse AG and Alpine Securitization LTD gerard.catalanello@alston.com, gerard.catalanello@alston.com;leslie.salcedo@alston.com

Glenn E. Siegel
    on behalf of Unknown Bank of New York Mellon Trust Company in its capacity as Indenture Trustee, PSA Trustee, Registrar, and Custodian Glenn.Siegel@morganlewis.com

Glenn E. Siegel
    on behalf of Unknown Deutsche Bank National Trust Company in its capacity as trustee, custodian and certain other agency capacities Glenn.Siegel@morganlewis.com

Greg M. Zipes
    on behalf of U.S. Trustee United States Trustee greg.zipes@usdoj.gov

Gregory J Pascale
    on behalf of Attorney Gregory J Needle Law PC greg@needlelawfirm.com

Gregory J Pascale
    on behalf of Creditor Joseph D Palko greg@needlelawfirm.com

Gregory W. Philips
    on behalf of Creditor The North Coventry Municipal gwphilips@1129law.com

Harvey J. Cavayero
    on behalf of Creditor The Mortgage Law Firm PLC, et al. hcavayero@aol.com, j.hr76570@notify.bestcase.com

Heather M Crockett
    on behalf of Creditor State of Indiana heather.crockett@atg.in.gov marie.baker@atg.in.gov

Henry McLaughlin, III
    on behalf of Unknown Warren & Mona W Pratt henry@mclaughlinvalaw.com

Howard Singleton
    on behalf of Creditor Willie Sanders singletonlaw@sbcglobal.net

Ingrid Bagby
    on behalf of Interested Party National Founders LP ingrid.bagby@cwt.com nyecfnotice@cwt.com;sarah.roberts@cwt.com;andrew.greenberg@cwt.com

Isaac Nesser
    on behalf of Other Prof. Plan Administrator for the Wind Down Estates of Ditech Holding Corporation (f/k/a) Walter Investment Management Corp. isaacnesser@quinnemanuel.com

Jack Samuel Tenenbaum
    on behalf of Unknown Dorothy Harris s-tenenbaum@law.northwestern.edu

Jack Samuel Tenenbaum
    on behalf of Unknown LeRon Harris s-tenenbaum@law.northwestern.edu

Jack Samuel Tenenbaum
    on behalf of Unknown John Lydon s-tenenbaum@law.northwestern.edu

Jack Samuel Tenenbaum

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 8 of 19

| District/off: 0208-1 | User: admin | Page 7 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Unknown Katherine Burke s-tenenbaum@law.northwestern.edu |
| Jae Yun Kim | |
| | on behalf of Creditor Stern  Lavinthal & Frankenberg, LLC jyklaw@gmail.com, kimjr83713@notify.bestcase.com;cmecf@sternlav.com;jkim@sternlav.com |
| James E Nobile | |
| | on behalf of Creditor Geary Class Action jenobile@ntlegal.com |
| James S. Carr | |
| | on behalf of Creditor Tata Consultancy Services Limited KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com |
| Jamila J. Willis | |
| | on behalf of Interested Party Cognizant Technology Solutions US Corporation jamila.willis@us.dlapiper.com DLAPiper@ecfxmail.com |
| Jamila J. Willis | |
| | on behalf of Creditor Cognizant Technology Solutions jamila.willis@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Janet Diane Roloff | |
| | on behalf of Creditor Dolly Jean Williams janet.roloff@laok.org |
| Janice Beth Grubin | |
| | on behalf of Creditor DXC Technology Services  LLC, successor in interest to Computer Services Corporation and CSC Covansys Corporation jgrubin@barclaydamon.com |
| Jarrid H Kantor | |
| | on behalf of Unknown Borough of Roselle jkantor@aknjlaw.com |
| Jason B. Binford | |
| | on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division jason.binford@rsbfirm.com |
| Jason R Derry | |
| | on behalf of Creditor Terri  Estate of Binnion jderry@forthepeople.com |
| Jason Scott Luck | |
| | on behalf of Creditor Kevin G. Snyder jason@luck.law |
| Javier L Merino | |
| | on behalf of Creditor Dawn Colonni notices@dannlaw.com  9497659420@filings.docketbird.com |
| Javier L Merino | |
| | on behalf of Creditor Daiana Petrikiene notices@dannlaw.com  9497659420@filings.docketbird.com |
| Javier L Merino | |
| | on behalf of Creditor Jennifer Comiskey notices@dannlaw.com  9497659420@filings.docketbird.com |
| Javier L Merino | |
| | on behalf of Creditor Dale Jones notices@dannlaw.com  9497659420@filings.docketbird.com |
| Javier L Merino | |
| | on behalf of Creditor Gintautas Petrikas notices@dannlaw.com  9497659420@filings.docketbird.com |
| Jay Teitelbaum | |
| | on behalf of Creditor Gross Polowy LLC jteitelbaum@tblawllp.com  dcampagne@tblawllp.com |
| Jenelle C Arnold | |
| | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, NA bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com |
| Jenelle C Arnold | |
| | on behalf of Creditor Aldridge Pite  LLP bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com |
| Jennifer Taylor | |
| | on behalf of Interested Party Federal National Mortgage Association jtaylor@omm.com  jennifer-taylor-7650@ecf.pacerpro.com |
| Jenny Huang Hong | |
| | on behalf of Creditor Bank of America  N.A. jenny.hong@mto.com |
| Jessica Boelter | |
| | on behalf of Creditor New Residential Investment Corp. and its Subsidiaries jboelter@sidley.com |
| Jill A. Manzo | |
| | on behalf of Creditor JP MORGAN CHASE  N.A. jmanzo@spinellalawgroup.com |
| Jody Bedenbaugh | |
| | on behalf of Creditor ServiceLink Field Services  LLC jody.bedenbaugh@nelsonmullins.com, allison.abbott@nelsonmullins.com |
| John Leininger | |
| | on behalf of Interested Party Seattle Bank F/K/A Seattle Savings Bank jcl@os.law |
| John Gregory Godsey | |
| | on behalf of Attorney J. Gregory Godsey ggodsey@thegodseyfirm.com |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 8 of 18 |
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

John H. Byington, III
    on behalf of Interested Party Kathryn M. Ellis jbyington@abgllaw.com ddix@abgllaw.com;bmurphy@abgllaw.com;amcauliffe@abgllaw.com

John P. Dillman
    on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Tarkington ISD houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Orange County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Shelby County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Texas City ISD houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Polk County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Jasper County houston_bankruptcy@lgbs.com

John P. Dillman
    on behalf of Creditor Cleveland ISD houston_bankruptcy@lgbs.com

John R. Ashmead
    on behalf of Creditor U.S. Bank National Association  as Securitization Trustee ashmead@sewkis.com, managingclerkoffice@sewkis.com

John T. Banks
    on behalf of Creditor WESLACO ISD jbanks@pbfcm.com jbanks@ecf.inforuptcy.com

Jordan M. Smith
    on behalf of Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing jordan.smith@akerman.com

Joseph Corrigan
    on behalf of Creditor Iron Mountain Information Management  LLC bankruptcy2@ironmountain.com

Joseph La Costa
    on behalf of Creditor Michael Mc Christian joelacostaesq@gmail.com

Joseph La Costa
    on behalf of Plaintiff Michael McChristian joelacostaesq@gmail.com

Joshua S. Bauchner
    on behalf of Creditor Texas Taxing Jurisdictions jbauchner@mblawfirm.com hneumann@mblawfirm.com

Kaitlin R. Walsh
    on behalf of Creditor Commonwealth of Massachusetts Office of the State Treasurer and Receiver General krwalsh@mintz.com docketing@mintz.com;tbcummins@mintz.com

Kara Siegel
    on behalf of Creditor California State Controller kara.siegel@doj.ca.gov

Karen Sheehan
    on behalf of Creditor Frenkel  Lambert, Weiss, Weisman & Gordon, LLP ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Katherine R. Catanese
    on behalf of Creditor Xome Holdings LLC kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Katherine R. Catanese
    on behalf of Unknown Xome Field Services LLC kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Katherine R. Catanese
    on behalf of Unknown Nationstar Mortgage LLC kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
                        Certificate of Notice    Pg 10 of 19

| District/off: 0208-1 | User: admin | Page 9 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Katherine R. Catanese
    on behalf of Creditor Corelogic Tax Services kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Katherine R. Catanese
    on behalf of Unknown Xome Valuation Services LLC kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Katherine R. Catanese
    on behalf of Creditor Cognizant Technology Solutions kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Katherine R. Catanese
    on behalf of Creditor Corelogic Information Solutions kcatanese@foley.com katie-catanese-8978@ecf.pacerpro.com

Kathy McCullough McCullough Day
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com ksitcer@schillerknapp.com

Keith R. Murphy
    on behalf of Creditor Black Knight Financial Technology Solutions  LLC kmurphy@bakerlaw.com, bhlitdocket@bakerlaw.com

Kenneth S. Goodkind
    on behalf of Creditor Tiffany & Bosco  P.A. ken.goodkind@flastergreenberg.com, mindy.miller@flastergreenberg.com

Kenneth S. Goodkind
    on behalf of Creditor Phelan Hallinan Diamond & Jones  LLP ken.goodkind@flastergreenberg.com, mindy.miller@flastergreenberg.com

Kevin Toole
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company ktoole@raslg.com ktoole@rasboriskin.com

Kevin Michael Newman
    on behalf of Creditor Conduent Commercial Solutions  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin T. MacTiernan
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF10 Master Participation Trust mactiernan@ecslaw.com, Bankruptcy@cohnroth.com

Klaus Peter Muthig, I
    on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov

Kristi Cahoon Kelly
    on behalf of Creditor Victor Ramalheira kkelly@kellyguzzo.com jenn@kellyguzzo.com;admin@kellyguzzo.com

Kristi Cahoon Kelly
    on behalf of Creditor Oriana Romero-Sosa kkelly@kellyguzzo.com jenn@kellyguzzo.com;admin@kellyguzzo.com

Laura E. Dolan
    on behalf of Creditor San Diego County Treasurer-Tax Collector laura.dolan@sdcounty.ca.gov

Laura J. Monroe
    on behalf of Creditor Lubbock Central Appraisal District  et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laura M. Goins
    on behalf of Unknown West Virginia State Treasurer's Office - Unclaimed Property lauramariegoins@gmail.com

Lauren Masullo
    on behalf of Creditor Norma Joyce Brooks lmasullo@lonestarlegal.org

Lauren Masullo
    on behalf of Attorney Lauren Masullo lmasullo@lonestarlegal.org

Layla Milligan
    on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division layla.milligan@oag.texas.gov

Leah M. Eisenberg
    on behalf of Creditor Cognizant Technology Solutions leisenberg@mayerbrown.com

Leah M. Eisenberg
    on behalf of Creditor Corelogic Information Solutions leisenberg@mayerbrown.com

Leah M. Eisenberg
    on behalf of Creditor Corelogic Tax Services leisenberg@mayerbrown.com

Leigh A. Hoffman
    on behalf of Unknown UMH Properties  Inc. lhoffman@lippes.com, kluke@lippes.com;jtenczar@lippes.com

Leo Muchnik
    on behalf of Unknown JPMorgan Chase Bank  N.A. muchnikl@gtlaw.com

Leo Muchnik
    on behalf of Interested Party Tempe Campus SPV LLC muchnikl@gtlaw.com

Leslie Ann Berkoff
    on behalf of Interested Party Bayview Loan Servicing  LLC and The Bank of New York Mellon lberkoff@moritthock.com

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 11 of 19

| District/off: 0208-1 | User: admin | Page 10 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Louis A. Modugno
    on behalf of Creditor International Fidelity Insurance Company lmodugno@mdmc-law.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com

Louis A. Modugno
    on behalf of Creditor Allegheny Casualty Company lmodugno@mdmc-law.com kpatterson@mdmc-law.com;gbressler@mdmc-law.com

Mabel Simpson
    on behalf of Unknown Michael R. & Regin Brown msimpson@simpsonlaw.org lsullivan@simpsonlaw.org

Marcy J. Ford, I
    on behalf of Creditor Trott Law P.C. easternecf@trottlaw.com

Mark McDermott
    on behalf of Creditor Barclays Bank PLC Mark.McDermott@skadden.com wendy.lamanna@skadden.com;andrea.bates@skadden.com

Mark McDermott
    on behalf of Interested Party Barclays Bank PLC and Barclays Capital Inc. in their capacities as Prepetition Warehouse Parties and DIP Credit Parties Mark.McDermott@skadden.com, wendy.lamanna@skadden.com;andrea.bates@skadden.com

Mark G. Ledwin
    on behalf of Unknown Putnam County mark.ledwin@wilsonelser.com

Marvin E. Clements, Jr.
    on behalf of Creditor TN Dept of Financial Institutions-Compliance Division agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.
    on behalf of Creditor Tennessee Treasury Department agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.
    on behalf of Creditor Tennessee Department Of Revenue agbanknewyork@ag.tn.gov

Marvin E. Sprouse
    on behalf of Creditor Cyrus One LLC msprouse@sprousepllc.com sprouselawfirm@gmail.com

Mary Long
    on behalf of Creditor Missouri Secretary of State Unclaimed Property mary.long@ago.mo.gov

Mary Elizabeth Heard
    on behalf of Creditor GS Tax Loan Fund 1 LLC meheard@legalcounseltexas.com, melinda@legalcounseltexas.com

Mary Elizabeth Heard
    on behalf of Creditor Propel Financial Services LLC as agent and attorney in fact for TLF National Tax Lien Trust 2017-1 meheard@legalcounseltexas.com, melinda@legalcounseltexas.com

Mary Elizabeth Heard
    on behalf of Creditor Propel Financial Services LLC as agent and attorney in fact for Propel Funding National 1, LLC meheard@legalcounseltexas.com, melinda@legalcounseltexas.com

Mary Elizabeth Heard
    on behalf of Creditor Hunter-Kelsey IV LLC dba Propel Financial Services meheard@legalcounseltexas.com, melinda@legalcounseltexas.com

Mary Elizabeth Heard
    on behalf of Creditor Caz Creek TX LLC meheard@legalcounseltexas.com, melinda@legalcounseltexas.com

Matthew Bayard
    on behalf of Unknown Mae Rene Taylor mbayard@legalservicesmiami.org

Matthew Carroll
    on behalf of Unknown Rodney Mullis mcarroll@johnstonecarroll.com

Matthew Tobias
    on behalf of Creditor Black Knight Financial Technology Solutions LLC mtobias@ssrga.com

Matthew Tobias
    on behalf of Unknown Black Knight Financial Technology Solutions LLC n/k/a Black Knight Technologies, LLC mtobias@ssrga.com

Matthew Tobias
    on behalf of Defendant Black Knight Financial Services Inc. mtobias@ssrga.com

Matthew C Browndorf
    on behalf of Creditor Plutos Sama Holdings Inc. mcbrowndorf@wkbllp.com

Matthew W. Silverman
    on behalf of Creditor Wilmington Savings Fund Society FSB, as indenture trustee for the 9.0% Second Lien Senior Subordinated PIK Toggle Notes msilverman@pryorcashman.com

Megan Harper
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 12 of 19

| District/off: 0208-1 | User: admin | Page 11 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| Melissa N. Licker | on behalf of Creditor Citibank  N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa Sue DiCerbo | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee for American Home Mortgage Investment Trust 2005-1 nyecfmail@mwc-law.com, NYECFmail@ecf.courtdrive.com |
| Melissa Sue DiCerbo | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Bac nyecfmail@mwc-law.com, NYECFmail@ecf.courtdrive.com |
| Melissa Sue DiCerbo | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HSI Asset Securitization Corporation Trust 2006-OPT2, Mortgage-Pass-Through Certificates, Series 2006-OPT2 nyecfmail@mwc-law.com, NYECFmail@ecf.courtdrive.com |
| Melissa Sue DiCerbo | on behalf of Creditor McCabe  Weisberg & Conway, LLC nyecfmail@mwc-law.com, NYECFmail@ecf.courtdrive.com |
| Michael A. Fakhoury | on behalf of Creditor Richard Shen fakhourylaw@yahoo.com  hudsonvalleylegal@gmail.com |
| Michael Jason Barrie | on behalf of Creditor Padgett Law Group mbarrie@beneschlaw.com debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com;lmolinaro@beneschlaw.com |
| Michael W. Malter | on behalf of Creditor Santiago Villa Mobile Home Park nan@bindermalter.com |
| Michelle E. Shriro | on behalf of Creditor Conduent Commercial Solutions  LLC mshriro@singerlevick.com, scotton@singerlevick.com |
| Michelle R Storage | on behalf of Unknown West Virginia State Treasurer's Office - Unclaimed Property michelle.storage@wvsto.com heather.harrison@wvsto.com;laura.goins@wvsto.com;mindy.moore@wvsto.com |
| Nicholas Fitzgerald | on behalf of Creditor Howard Munk nickslaw@peoplepc.com |
| Norma E. Ortiz | on behalf of Unknown Irena Berger email@ortizandortiz.com bkcourt@gmail.com;ortiznoticeme@gmail.com;nicolas@ortizandortiz.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com |
| Paola D Vera | on behalf of Unknown Berrios L Angel pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com |
| Patrick James Nash, Jr | on behalf of Creditor Eaton Vance Management brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor SPCP Group  LLC brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor Tao Fund  LLC brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor Barclays Bank PLC brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor Credit Suisse Asset Management  LLC brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor Highland Capital brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor OCO Capital Partners LP brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor Term Loan Ad Hoc Group brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Patrick James Nash, Jr | on behalf of Creditor Symphony Asset Management LLC brian.schartz@kirkland.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Paul Parker | on behalf of Creditor Paul Parker pparkerx19@aol.com |
| Paul David Moak | on behalf of Creditor Federal Home Loan Mortgage Corporation pmoak@reedsmith.com amanda-johns-mckool-smith-6320@ecf.pacerpro.com,jcharles@mckoolsmith.com,ajohns@mckoolsmith.com |

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 13 of 19

| District/off: 0208-1 | User: admin | Page 12 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Paul Steven Singerman
on behalf of Defendant Black Knight Financial Services Inc. singerman@bergersingerman.com

Peter Adel Lawrence, I
on behalf of Defendant BRECKENRIDGE PROP FUND 2016 LLC bankruptcy@fskslaw.com

Peter M. Aronoff
on behalf of Creditor United States peter.aronoff@usdoj.gov

Peter S. Partee, Sr.
on behalf of Creditor Finance of America Reverse LLC f/k/a Urban Financial of America ppartee@huntonak.com

Peter S. Partee, Sr.
on behalf of Creditor Liberty Home Equity Solutions Inc. ppartee@huntonak.com

Peter S. Partee, Sr.
on behalf of Creditor Finance of America Reverse LLC ppartee@huntonak.com

Philip D Zuzolo
on behalf of Unknown James Craig lawyers@zuzolo.com

Rachel J. Mauceri
on behalf of Unknown Bank of New York Mellon Trust Company in its capacity as Indenture Trustee, PSA Trustee, Registrar, and Custodian rmauceri@rc.com, cmarcovecchio@rc.com

Rachel J. Mauceri
on behalf of Unknown Deutsche Bank National Trust Company in its capacity as trustee, custodian and certain other agency capacities rmauceri@rc.com, cmarcovecchio@rc.com

Randy J. Schaefer
on behalf of Creditor Berkman Henoch Peterson Peddy & Fenchel P.C. r.schaefer@bhpp.com

Ray C Schrock
on behalf of Debtor REO Management Solutions LLC ray.schrock@weil.com, matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Walter Management Holding Company LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Green Tree Insurance Agency of Nevada Inc. ray.schrock@weil.com, matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Reverse Mortgage Solutions Inc. ray.schrock@weil.com, matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Green Tree Credit Solutions LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Green Tree Investment Holdings III LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Mortgage Asset Systems LLC ray.schrock@weil.com, matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Marix Servicing LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Green Tree Servicing Corp. ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Walter Reverse Acquisition LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Ditech Holding Corporation ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor DF Insurance Agency LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Ditech Financial LLC ray.schrock@weil.com matthew.goren@weil.com

Ray C Schrock
on behalf of Debtor Green Tree Credit LLC ray.schrock@weil.com matthew.goren@weil.com

Richard Fay
on behalf of Creditor LoanCare LLC. rfay@grosspolowy.com, ECFnoticesGPO2@grosspolowy.com

Richard Fay
on behalf of Creditor Wells Fargo Bank N.A. rfay@grosspolowy.com, ECFnoticesGPO2@grosspolowy.com

Richard B. Levin
on behalf of Defendant Plan Administrator rlevin@jenner.com

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 14 of 19

| District/off: 0208-1 | User: admin | Page 13 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Richard B. Levin
    on behalf of Defendant Consumer Claims Trustee rlevin@jenner.com

Richard B. Levin
    on behalf of Unknown Consumer Claims Trustee rlevin@jenner.com

Robert Padjen
    on behalf of Interested Party Colorado Department of Law Robert.padjen@coag.gov

Robert A. Rich
    on behalf of Creditor Finance of America Reverse LLC f/k/a Urban Financial of America rrich2@huntonak.com candonian@huntonak.com

Robert A. Rich
    on behalf of Creditor GreenPoint Credit  LLC rrich2@huntonak.com, candonian@huntonak.com

Robert A. Rich
    on behalf of Creditor Capital One  National Association rrich2@huntonak.com, candonian@huntonak.com

Robert A. Rich
    on behalf of Creditor Finance of America Mortgage LLC rrich2@huntonak.com  candonian@huntonak.com

Robert A. Rich
    on behalf of Creditor PHH MORTGAGE CORPORATION rrich2@huntonak.com  candonian@huntonak.com

Robert A. Rich
    on behalf of Creditor Liberty Home Equity Solutions  Inc. rrich2@huntonak.com, candonian@huntonak.com

Robert A. Rich
    on behalf of Creditor Finance of America Reverse LLC rrich2@huntonak.com  candonian@huntonak.com

Robert J Tomei, Jr
    on behalf of Creditor Emad Sarhan rob@lawjtlg.com

Robert J. Feinstein
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com  lcanty@pszjlaw.com

Robert Lewis Doty
    on behalf of Creditor Ohio Department of Taxation robert.doty@ohioattorneygeneral.gov

Robert M. Fox
    on behalf of Unknown Warren & Mona W Pratt robert@rfoxlaw.com

Robert N. Michaelson
    on behalf of Attorney Rich Michaelson Magaliff  LLP bob.michaelson@advisorytgllc.com, hcolon@r3mlaw.com

Robert N. Michaelson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bob.michaelson@advisorytgllc.com  hcolon@r3mlaw.com

Robert N. Michaelson
    on behalf of Unknown Official Committee of Consumer Creditors bob.michaelson@advisorytgllc.com  hcolon@r3mlaw.com

Ronald Alexander Clark, Jr.
    on behalf of Creditor Assurant  Inc. aclark@cov.com

Ronald J. Barba
    on behalf of Creditor The Elms Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Chateau Wood Condominium Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Orangewood East Master Condominium Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Plymouth Colony Tax District ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Millrock Mall Condominium Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Unknown Condominium Associations Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Weathervane Condominium Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Santangelo Terrace Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Mountain View Condominium Association  Inc. ronaldbarba@babcondolaw.com

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 15 of 19

| District/off: 0208-1 | User: admin | Page 14 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Ronald J. Barba
    on behalf of Creditor Foxbridge Village Condominium Association  Inc. ronaldbarba@babcondolaw.com

Ronald J. Barba
    on behalf of Creditor Dibble Hollow Condominium Association  Inc. ronaldbarba@babcondolaw.com

Ryan D Lewis
    on behalf of Creditor Em H. Vo ryan@lewismcdaniels.com

Sarah White
    on behalf of Creditor Melodie Cassin swhite@ctfairhousing.org

Sarah White
    on behalf of Creditor Inga-Britt Lillbask swhite@ctfairhousing.org

Sarah White
    on behalf of Creditor Gerrold Cassin swhite@ctfairhousing.org

Scott I. Davidson
    on behalf of Interested Party Mueller Water Products  Inc. sdavidson@kslaw.com, jcmccullough@kslaw.com

Scott J. Goldstein
    on behalf of Unknown Lawrence Grodsky scott@wg-attorneys.com
    goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email

Scott J. Goldstein
    on behalf of Interested Party Gina Robinson-Corbin scott@wg-attorneys.com
    goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email

Scott J. Goldstein
    on behalf of Interested Party Rachel Grodsky scott@wg-attorneys.com
    goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email

Scott J. Goldstein
    on behalf of Interested Party Kenneth Dlouhy scott@wg-attorneys.com
    goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email

Seth Cox
    on behalf of Defendant BRECKENRIDGE PROP FUND 2016 LLC scox@wedgewood-inc.com  dmarcus@wedgewood-inc.com

Seth Goldman
    on behalf of Creditor Bank of America  N.A. seth.goldman@mto.com

Shari Barak
    on behalf of Interested Party Shapiro  DiCaro & Barak, LLC sbarak@logs.com, LOGSECF@logs.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shirley S Cho
    on behalf of Other Prof. GUC Recovery Trust slee@pszjlaw.com

Sonya Lorge Levine
    on behalf of Interested Party Federal Deposit Insurance Corporation levine-sonya@dol.gov

Stephen H. Warren
    on behalf of Interested Party Federal National Mortgage Association swarren@omm.com

Steven A. Ginther
    on behalf of Creditor Missouri department of revenue sdnyecf@dor.mo.gov

Steven William Golden
    on behalf of Other Prof. GUC Recovery Trust sgolden@pszjlaw.com  lcanty@pszjlaw.com

Tammy L. Terrell Benoza
    on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com

Tara LeDay
    on behalf of Creditor Gorman I. S. D. tleday@mvbalaw.com
    tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
    on behalf of Creditor City of Gorman tleday@mvbalaw.com
    tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
    on behalf of Creditor Harrison CAD tleday@mvbalaw.com
    tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
    on behalf of Creditor Grimes CAD tleday@mvbalaw.com
    tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 15 of 18 |
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Tara LeDay
 on behalf of Creditor Comstock I. S. D. tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Bowie CAD tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Kerrville I. S. D. tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Hays County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Comanche County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Coryell County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Freestone County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Hill CAD tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor City of Waco  et al. tleday@mvbalaw.com,
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Anderson County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Milam County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Williamson County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Hill County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Denton County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Comal County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Hardin County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Newton County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Henderson County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Taylor CAD tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Texas Taxing Jurisdictions tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
 on behalf of Creditor Bastrop County tleday@mvbalaw.com
 tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

19-10412-jlg    Doc 4985    Filed 01/31/24    Entered 02/01/24 00:14:13    Imaged
Certificate of Notice    Pg 17 of 19

| District/off: 0208-1 | User: admin | Page 16 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Tara LeDay
　　on behalf of Creditor Guadalupe County tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Eastland CAD tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Bell CAD tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Cherokee CAD tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Harrison County tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Newton I. S. D. tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Jasper County tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Brazos County tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Wharton County tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Tara LeDay
　　on behalf of Creditor Cherokee County tleday@mvbalaw.com
　　tleday@ecf.courtdrive.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com

Taruna Garg
　　on behalf of Creditor Padgett Law Group tgarg@murthalaw.com  mgarcia@murthalaw.com;jcaulfield@murthalaw.com

Taruna Garg
　　on behalf of Creditor Korde & Associates  P.C. tgarg@murthalaw.com, mgarcia@murthalaw.com;jcaulfield@murthalaw.com

Tavian M. Mayer
　　on behalf of Creditor Jan M. Sensenich tavian@mayerlaw.com

Tavian M. Mayer
　　on behalf of Creditor Prior  Chris Alan and Samantha Jane Prior tavian@mayerlaw.com

Theodore O. Bartholow, III
　　on behalf of Creditor Oriana Romero-Sosa thad@kblawtx.com
　　akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net

Theodore O. Bartholow, III
　　on behalf of Creditor Bettye O'Neal thad@kblawtx.com
　　akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net

Theodore O. Bartholow, III
　　on behalf of Plaintiff Jose Angel Martinez  Jr. thad@kblawtx.com,
　　akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net

Theodore O. Bartholow, III
　　on behalf of Creditor Victor Ramalheira thad@kblawtx.com
　　akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net

Theodore O. Bartholow, III
　　on behalf of Creditor Jose Angel Martinez  Jr. thad@kblawtx.com,
　　akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net

Theodore O. Bartholow, III
　　on behalf of Plaintiff Sally W. Hall thad@kblawtx.com
　　akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net

Theodore O. Bartholow, III

19-10412-jlg   Doc 4985   Filed 01/31/24   Entered 02/01/24 00:14:13   Imaged
Certificate of Notice   Pg 18 of 19

| District/off: 0208-1 | User: admin | Page 17 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Robert T. Hall thad@kblawtx.com akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net |
| Theodore O. Bartholow, III | on behalf of Creditor Gail Elaine Legans thad@kblawtx.com akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net |
| Theodore O. Bartholow, III | on behalf of Creditor Robert and Sally Hall thad@kblawtx.com akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net |
| Theodore O. Bartholow, III | on behalf of Creditor Richard Lee Legans thad@kblawtx.com akbecf@gmail.com;Caitlyn@kblawtx.com;mahlet@kblawtx.com;claude@kblawtx.com;kkellett@kblawtx.com;KBLawTX@jubileebk.net |
| Thomas Alan Draghi | on behalf of Interested Party Monique McTeer tdraghi@westermanllp.com |
| Thomas C. Mitchell | on behalf of Debtor Ditech Holding Corporation tmitchell@orrick.com |
| Thomas C. Mitchell | on behalf of Spec. Counsel Orrick Herrington & Sutcliffe LLP tmitchell@orrick.com |
| Thomas D Domonoske | on behalf of Plaintiff Sally W. Hall tom@clalegal.com |
| Thomas D Domonoske | on behalf of Plaintiff Robert T. Hall tom@clalegal.com |
| Thomas D Domonoske | on behalf of Creditor Robert and Sally Hall tom@clalegal.com |
| Thomas D Domonoske | on behalf of Plaintiff Jose Angel Martinez  Jr. tom@clalegal.com |
| Tracy L. Klestadt | on behalf of Creditor Safeguard Properties Management  LLC tklestadt@klestadt.com |
| Tung-Yu Charlie Liu | on behalf of Unknown Bank of New York Mellon Trust Company  in its capacity as Indenture Trustee, PSA Trustee, Registrar, and Custodian charlie.liu@morganlewis.com |
| Tung-Yu Charlie Liu | on behalf of Creditor LSOP 3 PA 1  LLC charlie.liu@morganlewis.com |
| Tung-Yu Charlie Liu | on behalf of Unknown Deutsche Bank National Trust Company  in its capacity as trustee, custodian and certain other agency capacities charlie.liu@morganlewis.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Vadim J. Rubinstein | on behalf of Interested Party Delaware  Illinois, Iowa, Washington D.C. and Montana vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com |
| Vadim J. Rubinstein | on behalf of Other Prof. Loeb & Loeb LLP vrubinstein@loeb.com  vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com |
| Vadim J. Rubinstein | on behalf of Interested Party The State of Delaware vrubinstein@loeb.com vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com |
| Vadim J. Rubinstein | on behalf of Interested Party The States of Delaware  Illinois, Iowa, and Montana vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com |
| Valerie A. Hamilton | on behalf of Interested Party State of New Jersey Unclaimed Property Administrator Valerie.Hamilton@law.njoag.gov |
| Vera McCoy | on behalf of Creditor Tyrone and Monica Agar vmbankruptcy@yahoo.com |
| Vera McCoy | on behalf of Unknown Vera McCoy vmbankruptcy@yahoo.com |
| Veronica I. Banton | on behalf of Unknown Mark Mayne vbanton@verizon.net |

| District/off: 0208-1 | User: admin | Page 18 of 18 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: tranapl | Total Noticed: 1 |

Victor Noskov
    on behalf of Attorney Quinn Emanuel Urquhart & Sullivan LLP victornoskov@quinnemanuel.com

Victor Noskov
    on behalf of Unknown Official Committee of Consumer Creditors victornoskov@quinnemanuel.com

Victor Noskov
    on behalf of Other Prof. TRS Advisors LLC victornoskov@quinnemanuel.com

Victor Noskov
    on behalf of Spec. Counsel Tara Twomey victornoskov@quinnemanuel.com

Wayne M. Greenwald
    on behalf of Creditor Mario Brown grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor George Waters grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor Mose & Betty Arrington grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor Teresa Darty grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor James Miller grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Unknown Stella Johnson grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Unknown Wayne Greenwald PC grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Unknown Monique Scranton & 800 Consumer Creditors grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor Stanley Harrison grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor Queenie Brown grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Creditor Ive McDonald grimlawyers@aol.com tiffany@jacobspc.com

Wayne M. Greenwald
    on behalf of Unknown Bernadette Martinez grimlawyers@aol.com tiffany@jacobspc.com

Wesley T Kozeny
    on behalf of Creditor Kozeny & McCubbin L.C. Wesley.Kozeny@BonialPC.com,
    nybk@km-law.com,Kozeny@ecf.courtdrive.com;Notices.Bonial@ecf.courtdrive.com

William B. Schiller
    on behalf of Creditor Millsap & Singer LLC wschiller@schillerknapp.com,
    lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William B. Schiller
    on behalf of Creditor Mackie Wolf Zientz & Mann P.C. wschiller@schillerknapp.com,
    lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William B. Schiller
    on behalf of Creditor Trott Law P.C. wschiller@schillerknapp.com,
    lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com

William P. Rubley
    on behalf of Creditor William Rhodes wrubley@cooperlevenson.com

William P. Rubley
    on behalf of Creditor Melissa Rhodes wrubley@cooperlevenson.com

Zachary Schorr
    on behalf of Interested Party Monique McTeer zschorr@schorr-law.com

TOTAL: 428