JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
RLevin@jenner.com
Richard Levin

*Attorneys for the Consumer Claims Trustee*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re : Chapter 11
:
DITECH HOLDING CORPORATION, et al., : Case No. 19-10412 (JLG)
:
Debtors.[1] : (Jointly Administered)
:
: Related Docket No. 1632
------------------------------------------------------------X

## NOTICE OF HEARING ON
## CONSUMER CLAIM TRUSTEE'S
## MOTION TO AMEND CLAIM HEARING PROCEDURES

---

[1] On September 26, 2019, the Court confirmed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

1

PLEASE TAKE NOTICE that the *Consumer Claims Trustee's Motion To Amend Claim Hearing Procedures* (the "**Motion**"), which seeks an order amending the *Order Approving (I) Claim Objection Procedures and (II) Claim Hearing Procedures*, entered November 19, 2019 ("**Claim Procedures Order**") [ECF 1632] has been scheduled to be heard telephonically on Thursday, February 29, 2024, at 11:00 A.M. Eastern time before the Honorable James Garrity, United States Bankruptcy Judge.

Any objection or other response to the Motion must be filed with the Court and served on the Consumer Claims Trustee on or before Thursday, February 22, 2024. Failure to file a timely objection and appear at the hearing may be deemed a consent to the relief sought in the Motion.

Parties wishing to appear at the hearing must register with Court Solutions (https://www.court-solutions.com) before the hearing date to appear at the hearing.

Dated: February 2, 2024
     New York, New York

                                             */s/ Richard Levin*
                                             JENNER & BLOCK LLP
                                             1155 Avenue of the Americas
                                             New York, NY 10036
                                             Telephone: (212) 891-1600
                                             Facsimile: (212) 891-1699
                                             RLevin@jenner.com
                                             Richard Levin

                                             *Attorneys for the Consumer Claims Trustee*

2