# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Date:  **January 24, 2024**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
|     DITECH HOLDING CORPORATION, et al., | |
| | Case No. 19-10412-JLG |
|                             Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

Present:  Hon. James L. Garrity, Jr., United States Bankruptcy Judge

Appearances:  Richard Levin, Esq., Counsel to the Consumer Claims Trustee
James Turner, Pro Se

Proceedings:  Consumer Claims Trustee's 46th Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims) Solely with Respect to the Claim of James Turner (Claim No. 1012)

Order:  The above-referenced proceeding is hereby adjourned to **February 29, 2024, at 11:00 a.m. (ET)**.

The Court grants Mr. Turner leave to file a sur-reply to the Reply of the Consumer Claims Trustee in Support of the Consumer Claims Trustee's 46th Omnibus Objection [ECF No. 4970] (the "Sur-reply") and for the Consumer Claims Trustee to respond to it, as follows:

On or before **February 2, 2024, at 2:00 p.m. (ET),** Mr. Turner shall file the Sur-reply with the Court, serve it on the Consumer Claims Trustee through her counsel, and mail two single-sided hard copies of the Sur-reply to Chambers.

On or before **February 12, 2014, at 2:00 p.m.**, the Consumer Claims Trustee shall file her response, if any, to the Sur-reply (the "Response"), serve it on Mr. Turner, and mail two single-sided hard copies of the Response to Chambers.

BY THE COURT.
February 1, 2024
New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge