# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Date:  **January 24, 2024**
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
|     DITECH HOLDING CORPORATION, et al., | |
| | Case No. 19-10412-JLG |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

Present:        Hon. James L. Garrity, Jr., United States Bankruptcy Judge

Appearances:    Richard Levin, Esq., Counsel to the Consumer Claims Trustee (the "CCT")
                Timothy Dugdale, Pro Se

Proceedings:    Consumer Claims Trustee's 30th Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) Solely with Respect to the Claim of Timothy Dugdale (Claim No. 2876)

Order:          The above-referenced proceeding is hereby adjourned to **February 29, 2024, at 11:00 a.m. (ET)**.

The Court grants Mr. Dugdale leave to file a motion to amend Claim No. 2876 (the "Motion to Amend Claim 2876"), as follows:

On or before **February 2, 2024, at 2:00 p.m. (ET),** Mr. Dugdale shall file the Motion to Amend Claim 2876, serve it on the CCT, through her counsel, and mail two single-sided hard copies of the motion to Chambers.

On or before **February 12, 2024, at 2:00 p.m. (ET),** the CCT shall file her response to the Motion to Amend Claim 2876 (the "Response"), if any, serve it on Mr. Dugdale, and mail two single-sided hard copies of the Response to Chambers.

On or before **February 16, 2024, at 2:00 p.m. (ET),** Mr. Dugdale shall file his reply to the Response (the "Reply"), if any, serve it on the CCT, through her counsel, and mail two single-sided hard copies of the Reply to Chambers.

BY THE COURT.
February 1, 2024                              /s/ *James L. Garrity, Jr.*
New York, New York                            Honorable James L. Garrity, Jr.
                                              United States Bankruptcy Judge