IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, *et al.*,<br><br>Wind Down Estates.[1] | Chapter 11<br><br>Case No. 19-10412 (JLG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 4997-4998** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2024, I caused to be served the:

   a. "Notice of Presentment of Stipulation Resolving Proof of Claim of Timothy Dugdale (Claim No. 2876)," dated February 12, 2024 [Docket No. 4997], (the "Dugdale Notice"), and

   b. "Response of the Consumer Claims Trustee to the Sur-Reply of Claimant James Turner to the Reply of the Consumer Claims Turstee [*sic*] in Support of the Consumer Claims Trustee's Forty-Sixth Omnibus Objection with Respect to the Claim of James Turner (Claim No. 1012)," dated February 12, 2024 [Docket No. 4998], (the "Turner Response"),

---

[1] On September 26, 2019, the Court confirmed the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

by causing true and correct copies of the:

    i. Dugdale Notice to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Dugdale, Timothy, 11759 Arbor Glen Way, Reston, VA 20194-2019*,

    ii. Turner Response to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Turner, James E, 27401 SW 139th Place, Homestead, FL 33032*,

    iii. Dugdale Notice and Turner Response to be delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    iv. Dugdale Notice to be delivered via electronic mail to: *dugdale@atomicquill.com*, and

    v. Turner Response to be delivered via electronic mail to: *keygazer@gmail.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                      */s/ Geoff Zahm*
                                                                      Geoff Zahm

**EXHIBIT A**

DITECH HOLDING CORPORATION, et al. - Case No. 19-10412 (JLG)
Electronic Mail Parties

| Email Addresses |
|---|
| greg.zipes@usdoj.gov; |
| rfeinstein@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |
| lcantor@pszjlaw.com; jspomerantz@pszjlaw.com |
| sunny.singh@weil.com |

**Count: 7**

Page 1 of 1