IF YOU HAVE QUESTIONS, PLEASE CONTACT THE OFFICE OF THE CONSUMER CLAIMS TRUSTEE AT INFO@DITECH-SETTLEMENT.COM OR 877-783-6297

JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
RLevin@jenner.com
Richard Levin

*Attorneys for the Consumer Claims Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                    :
In re                                                               :    Chapter 11
                                                                    :
DITECH HOLDING CORPORATION, et al.,                                 :    Case No. 19-10412 (JLG)
                                                                    :
          Wind Down Estates.[1]                                     :    (Jointly Administered)
                                                                    :    Related Docket No. 4463
------------------------------------------------------------------- x

# NOTICE OF WITHDRAWAL
## CONSUMER CLAIMS TRUSTEE'S SIXTY-THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM (INSUFFICIENT LEGAL BASIS UNSECURED CONSUMER CREDITOR CLAIMS) SOLELY AS TO CLAIMS NO. 20391 AND 21063

---

[1] On September 26, 2019, the Court confirmed the *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

Solely for the claims listed on **Exhibit A**, the Consumer Claims Trustee hereby withdraws, without prejudice, the *Sixty-Third Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims)* (the "**Sixty-Third Omnibus Objection**") (ECF 4463). This does not apply to the remainder of the claims on the Sixty-Third Omnibus Objection.

**Dated:** March 7, 2024
New York, New York

/s/ Richard Levin
JENNER & BLOCK
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
RLevin@jenner.com
Richard Levin

*Attorneys for the Consumer Claims Trustee*

## Exhibit A

## Withdrawn Claims

| Creditor/Address | Claim Number | Total Claim Amount |
|---|---|---|
| **Hall, Raimond B. & Terry B**<br>  Mooresville, NC | 20391 | $0.00 |
| **Neely, Ruth**<br>  East Alton, IL | 21063 | $150,000.00 |

1