# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, *et al.*,<br><br>Wind Down Estates.[1] | Chapter 11<br><br>Case No. 19-10412 (JLG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 5009** |

## CERTIFICATE OF SERVICE

I, JENNIFER NOBLE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2024, I caused to be served the "Joint Objection to Proof of Claim No. 2927 and Joint Motion to Enjoin Filing of Future Claims by Tina Cook by the Plan Administrator and Consumer Claims Trustee," dated March 5, 2024, to which was attached the "Notice of Hearing on Joint Objection to Proof of Claim No. 2927 and Joint Motion to Enjoin Filing of Future Claims by Tina Cook by the Plan Administrator and Consumer Claims Trustee," dated March 5, 2024 [Docket No. 5009], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

---

[1] On September 26, 2019, the Court entered the Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the "Confirmation Order"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "Closing Order"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "Remaining Wind Down Estate") (Case No. 19-10412 (JLG)) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

    c. delivered via electronic mail to: *tpcook@hotmail.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                            */s/ Jennifer Noble*
                                            Jennifer Noble

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALDRIDGE PITE, LLP ATTN J. ARNOLD | 8880 RIO SAN DIEGO DR SUITE 725 SAN DIEGO CA 92108 |
| BANK OF AMERICA | CORPORATE CENTER 100 NORTH TRYON ST. CHARLOTTE NC 28255 |
| CITIBANK DE | ATTN: ROBERT BLACKBURN 388 GREENWICH STREET 14TH FL NEW YORK NY 10013 |
| CONNECTICUT FAIR HOUSING CENTER | C/O S WHITE, ESQ. & S KULZYCK 60 POPIELUSZCO CT HARTFORD CT 06106 |
| DAVIS POLK & WARDWELL LLP | BRIAN RESNICK & MICHELLE MCGREAL 450 LEXINGTON AVE NEW YORK NY 10017 |
| DAVIS POLK & WARDWELL LLP | ATTN B RESNICK & M MCGREAL 450 LEXINGTON AVE NEW YORK NY 10017 |
| FRENKEL LAMBERT WEISS WEISMAN | & GORDON LLP ATTN K SHEEHAN 53 GIBSON ST BAY SHORE NY 11706 |
| GROSS POLOWY LLC | ATTN R FAY; C WILLIAMS; A POLOWY 1775 WEHRLE DR, STE 100 WILLIAMSVILLE NY 14221 |
| GROSS POLOWY, LLC | ATTN EHRET ANNE CAN HORN ESQ 1775 WEHRLE DR STE 100 WILLIAMSVILLE NY 14221 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE -MO | P.O. BOX 219236 KANSAS CITY MO 64141-9236 |
| KELLETT & BARTHOLOW PLLC | C/O T BARTHOLOW, III & J MARTINEZ 11300 N CENTRAL EXPRESSWAY STE 301 DALLAS TX 75243 |
| LEGAL AID SOCIETY OF SAN DIEGO | ATTN: SERNA SEBASTIAN 2702 CORPUS CHRISTI ST. LAREDO TX 78043-3411 |
| LEGAL AID SOCIETY OF SAN DIEGO | C/O A SNOW, D.C. RANDALL 110 S EUCLID AVE SAN DIEGO CA 92114 |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MELISSA DICERBO, ESQ 1 HUNTINGTON QUAD, STE 3C20 MELVILLE NY 11747 |
| MOUNTAIN STATE JUSTICE | C/O B POMPONIO, M HOPKINS 1217 QUARRIER ST CHARLESTON WV 25301 |
| NOBILE & THOMPSON CO, LPA | ATTN JAMES E NOBILE 7509 E MAIN ST, STE 208 REYNOLDSBURG OH 43068 |
| NORTHWESTERN UNIVERSITY SCH. OF LAW | C/O J TENENBAUM & L HARRIS 375 E. CHICAGO AVE CHICAGO IL 60611 |
| OFFICE OF THE UNITED STATES TRUSTEE | L RIFFKIN, G ZIPES & W HARRINGTON 1 BOWLING GREEN, STE 534 NEW YORK NY 10014 |
| RAS BORISKIN, LLC | ATTN: KEVIN TOOLE, ESQ. 900 MERCHANTS CONCOURSE, SUITE 310 WESTBURY NY 11590 |
| ROBERTSON ANSCHUTZ SCHNEID & CRANE | ATTN: KEVIN TOOLE, ESQ. 10700 ABBOTT'S BRIDGE RD STE 170 DULUTH GA 30097 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| TEXAS CAPITAL BANK | ATTN: LINNIE HAYES 300 THROCKMORTON ST FORT WORTH TX 76102 |
| TROTT LAW, P.C. | ATTN: MARCY J. FORD 31440 NORTHWESTERN HWY STE. 145 FARMINGTON HILLS MI 48334-5422 |
| US BANK - USA | ATTN: DYNELL HEIN 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| US BANK TRUST - USA | ATTN: DYNELL HEIN 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| VLOCK & ASSOCIATES, P.C. | ATTN: STEPHEN CLOCK, ESQ. 630 THIRD AVE, 18TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK NA | ATTN: JANETT PARSONS 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK NA | 420 MONTGOMERY ST SAN FRANCISCO CA 94104 |
| WELLS FARGO TRUST - USA | ATTN: JANETT PARSONS 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO USA | ATTN: JANETT PARSONS 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| WILMINGTON SAVINGS FUND SOCIETY,FSB | ATTN: CORPORATE TRUST, WALTER INVESTMENT 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILSON, KEADJIAN, BROWNDORF, LLP | ATTN M BROWNDORF J FAUST A CORCORAN 114 W 47TH ST, STE 1810 NEW YORK NY 10036 |

**Total Creditor count  33**

DITECH HOLDING CORPORATION
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COOK, TINA | 457 MAIN ST BENNINGTON VT 05201 |

**Total Creditor count  1**

**EXHIBIT B**

DITECH HOLDING CORPORATION - Case No. 19-10412
Electronic Mail - Master Service List

| EMAIL ADDRESS |
|---|
| ABLYE@CARLTONFIELDS.COM; WPBECF@CFDOM.NET |
| AGBANKNEWYORK@AG.TN.GOV |
| apiccione@reedsmith.com |
| ARTHUR.RUEGGER@DENTONS.COM |
| BANKRUPTCY2@IRONMOUNTAIN.COM |
| BANKRUPTCYNOTICESCHR@SEC.GOV |
| BKECF@BMPC-LAW.COM |
| BMAXON@WOODSDEFAULTSERVICES.COM |
| BRIAN.RESNICK@DAVISPOLK.COM |
| BROSENBLUM@JONESDAY.COM |
| CASOLAW@BELLSOUTH.NET |
| CAVAYEROLAW@GMAIL.COM |
| CEGLESON@SIDLEY.COM; CPERSONS@SIDLEY.COM |
| CJARVINEN@BERGERSINGERMAN.COM |
| colin@bartondownes.com |
| CRMOMJIAN@ATTORNEYGENERAL.GOV |
| DALLAS.BANKRUPTCY@PUBLICANS.COM |
| DAS@SEWKIS.COM; ASHMEAD@SEWKIS.COM |
| DCOFFINO@COV.COM |
| DCOHN@MURTHALAW.COM |
| DITECH.SERVICE@DAVISPOLK.COM |
| DROSNER@GOULSTONSTORRS.COM |
| DSHAMAH@OMM.COM |
| ECOLLINS@R3MLAW.COM; JRich@r3mlaw.com; HMagaliff@r3mlaw.com |
| ELIZABETHM.LYNCH@AG.NY.GOV; ELENA.GONZALEZ@AG.NY.GOV |
| ELLEN.KIERNAN@BARCLAYS.COM |
| GBRAY@MILBANK.COM |
| GBRESSLER@MDMC-LAW.COM |
| GERARD.CATALANELLO@ALSTON.COM; JAMES.VINCEQUERRA@ALSTON.COM |
| GLENN.SIEGEL@MORGANLEWIS.COM; CHARLIE.LIU@MORGANLEWIS.COM |
| GLEWIS@WSFSBANK.COM; PHEALY@WSFSBANK.COM; SFATOKI@WSFSBANK.COM |
| GREG.ZIPES@USDOJ.GOV |
| GRIMLAWYERS@AOL.COM |
| hnaughton@paulweiss.com |
| isaacnesser@quinnemanuel.com; jaclynpalmerson@quinnemanuel.com; matthewscheck@quinnemanuel.com |
| JAMILA.WILLIS@DLAPIPER.COM; DALE.CATHELL@DLAPIPER.COM |
| JARNOLD@ALDRIDGEPITE.COM |
| JBAER@PBFCM.COM |
| JBANKS@PBFCM.COM |
| JCL@SBBOLAW.COM |
| JGODFREY@PAULWEISS.COM |
| JKANTOR@AKNJLAW.COM |

DITECH HOLDING CORPORATION - Case No. 19-10412
Electronic Mail - Master Service List

| EMAIL ADDRESS |
|---|
| JKIM@STERNLAV.COM |
| JNEWCOMER@MCKOOLSMITH.COM |
| JOHN.ROSENTHAL@MORGANLEWIS.COM |
| JTAYLOR@OMM.COM |
| JTAYLOR@OMM.COM |
| KAREN.GELERNT@ALSTON.COM; AIMEE.CUMMO@ALSTON.COM |
| KCATANESE@FOLEY.COM |
| KEN.GOODKIND@FLASTERGREENBERG.COM |
| KRWALSH@MINTZ.COM |
| KTOOLE@RASBORISKIN.COM |
| KURT.RADEMACHER@MORGANLEWIS.COM |
| LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| LINDA.ERKKILA@SAFEGUARDPROPERTIES.COM |
| LISA.V.MULRAIN@HUD.GOV |
| LMBKR@PBFCM.COM |
| LSHIMEL@SBBOLAW.COM |
| MAMILANO@FOXROTHSCHILD.COM |
| MARGARET.DELLAFERA@ATLAS-SP.COM |
| MARK.LEDWIN@WILSONELSER.COM |
| MARK.MCDERMOTT@SKADDEN.COM; SARAH.WARD@SKADDEN.COM; MELISSA.TIARKS@SKADDEN.COM; EVAN.HILL@SKADDEN.COM |
| MDANN@DANNLAW.COM |
| MEGAN.HARPER@PHILA.GOV |
| MELISSA.TIARKS@SKADDEN.COM |
| MELTZERE@PEPPERLAW.COM |
| MICHELLE.STORAGE@WVSTO.COM |
| MMORANO@MDMC-LAW.COM |
| MSHRIRO@SINGERLEVICK.COM |
| MSIMPSON@SIMPSONLAW.ORG |
| MSPROUSE@SPROUSEPLLC.COM |
| MTOBIAS@GANFERSHORE.COM |
| MUCHNIKL@GTLAW.COM |
| N.Tuffarelli@bhpp.com |
| nleonard@mdmc-law.com |
| NY_ECF_NOTICES@MCCALLA.COM |
| PATRICK.NASH@KIRKLAND.COM |
| PETER.ARONOFF@USDOJ.GOV |
| PPARTEE@HUNTONAK.COM; RRICH2@HUNTONAK.COM |
| RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| ray.schrock@weil.com |
| RBRITTON@PAULWEISS.COM; KZEITUNI@PAULWEISS.COM; HNAUGHTON@PAULWEISS.COM; |
| RFEINSTEIN@PSZJLAW.COM; BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM |
| RJL@DGANDL.COM |
| ROB@LAWJTLG.COM |

| EMAIL ADDRESS |
|---|
| RONALDBARBA@BABCONDOLAW.COM |
| SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| SARAH.WARD@SKADDEN.COM |
| SBARAK@LOGS.COM |
| SCHRISTIANSON@BUCHALTER.COM |
| SDAVIDSON@KSLAW.COM |
| SDNYECF@DOR.MO.GOV |
| SJG@SGOLDSTEINLAW.COM |
| SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM; BENJAMINFINESTONE@QUINNEMANUEL.COM; VICTORNOSKOV@QUINNEMANUEL.COM |
| SWARREN@OMM.COM |
| SWARREN@OMM.COM |
| TAVIAN@MAYERLAW.COM |
| TDRAGHI@WESTERMANLLP.COM |
| TGARG@MURTHALAW.COM |
| TGARG@MURTHALAW.COM; DCOHN@MURTHALAW.COM |
| THAD@KBLAWTX.COM |
| TKLESTADT@KLESTADT.COM |
| TLEDAY@MVBALAW.COM |
| TSCANNELL@FOLEY.COM |
| VMBANKRUPTCY@YAHOO.COM |
| VRUBINSTEIN@LOEB.COM |
| ZSCHORR@SCHORR-LAW.COM |