Hearing Date and Time: April 25, 2024 at 11:00 a.m. (Eastern Time)

JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1601
Facsimile: (212) 891-1699
Richard Levin
RLevin@jenner.com

*Attorneys for the Consumer Claims Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
In re                                                       :  Chapter 11
                                                            :
DITECH HOLDING CORPORATION, et al.,   :  Case No. 19-10412 (JLG)
                                                            :
Wind Down Estates.[1]                           :  (Jointly Administered)
                                                            :  Related Docket No. 2141
------------------------------------------------------------X

NOTICE OF HEARING
ON CONSUMER CLAIMS TRUSTEE'S FIFTEENTH OMNIBUS OBJECTION TO
PROOFS OF CLAIM (INSUFFICIENT DOCUMENTATION UNSECURED
CONSUMER CREDITOR CLAIMS) SOLELY AS TO CLAIM NO. 21543

---

[1] On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the *Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief* (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG)) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

1

PLEASE TAKE NOTICE that under paragraph 3(iv) of the *Order Approving (I) Claim Objection Procedures and (II) Claim Hearing Procedures* (ECF No. 1632) (the "**Claim Procedures Order**"),[2] the hearing (the "**Hearing**") to consider the *Fifteenth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims)* (ECF No. 2141) solely with respect to the claim of Sheryl White (claim number 21543), <u>has been scheduled to be heard telephonically on April 25, 2024 at 11:00 a.m. (Eastern Time).</u>[3]

Under the *Order Amending Claim Hearing Procedures* (ECF 5011), if you wish to submit additional written information or argument in support of your claim (a "**Sur-reply**"), you must file a copy of the Sur-reply with the Bankruptcy Court by **April 11, 2024** at:

>The Honorable James L. Garrity Jr.
>United States Bankruptcy Court, Southern District of New York
>One Bowling Green
>New York, NY 10004
>
>*CaseFilingnysb@uscourts.gov*

*and* serve it on the Consumer Claims Trustee and her counsel at the same time **by U.S. mail OR email** to:

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Claim Procedures Order.

[3] All hearings and conferences in all divisions will be conducted telephonically pending further order of the Bankruptcy Judge assigned to the matter. See **General Order M-543**

2

| | |
|---|---|
| Stacey Tutt<br>Consumer Claims Trustee<br>Ditech Holding Corporation<br>Consumer Recovery Trust<br>8 The Green, Suite 7028,<br>Dover, DE 19901<br><br>info@ditech-settlement.com | Richard Levin<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>rlevin@jenner.com<br><br>*Attorneys for the Consumer Claims Trustee* |

No papers other than a Sur-reply will be permitted.

If you do not file and serve a Sur-reply by April 11, 2024, the Bankruptcy Court may elect not to review any additional information or arguments and will instead rely on any information and arguments you previously provided to the Court when you filed your Claim and Response to the Consumer Claims Trustee's Objection. In either event, you will have an opportunity to be heard in court at the Hearing.

If you file and serve a Sur-reply by April 11, 2024, the Consumer Claims Trustee may file an additional response at least seven days before the hearing.

Please refer to the *Fifteenth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims)* (ECF No. 2141), which you previously received, for additional information concerning the preparation, filing, and service of any papers in this proceeding.

Claimants must register with Court Solutions before the hearing date to attend the Hearing by telephone.[4] The Hearing may be rescheduled by the Consumer Claims Trustee[5] on notice to the affected claimant(s) pursuant to the Claim Hearing Procedures Order.

Dated: March 20, 2024
New York, New York

/s/ Richard Levin
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1601
Facsimile: (212) 891-1699
Richard Levin
rlevin@jenner.com

*Attorneys for the Consumer Claims Trustee*

---

[4] Please **register with Court Solutions** at https://www.court-solutions.com.

[5] The Consumer Claims Trustee under the Third Amended Plan acts as the Consumer Trustee on behalf of the Ditech Holding Corporation Consumer Creditor Recovery Trust (the "Consumer Trust"), established pursuant to the Third Amended Plan.