WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Richard W. Slack
Alexander Welch

*Attorneys for Plan Administrator
on Behalf of the Wind Down Estates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re                                                      : Chapter 11
                                                           : 
**DITECH HOLDING CORPORATION,** *et al.*,  : Case No. 19-10412 (JLG)
                                                           : 
Debtors.[1]                                            : (Jointly Administered)
                                                           : 
------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC HEARING ON MARCH 26, 2024 AT 11:00 A.M.

---

[1] On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the *Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief* (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

**I. STATUS CONFERENCE:**

1. Case Conference

**II. CONTESTED MATTER:**

2. Joint Objection to Proof of Claim No. 2927 and Joint Motion to Enjoin Filing of Future Claims by Tina Cook by the Plan Administrator and Consumer Claims Trustee **(ECF No. 5009)**

    Response Deadline:   March 19, 2023 at 4:00 p.m.

    Response Filed:

    A. Objection to the Joint Objection to Proof of Claim No. 2927 and Joint Motion to Enjoin Filing of Future Claims by Tina Cook **(ECF No. 5014)**

    Related Documents:

    B. Order Granting First Omnibus Objection to Proofs of Claim (No Basis Consumer Creditor Claims) **(ECF No. 1784)**

    C. Order Granting Thirty-Eighth Omnibus Claims Objection to Proofs of Claim (No Basis Consumer Creditor Claims) with Respect to Claim of Tina Cook. (Claim No. 21520) **(ECF No. 3678)**

    D. Order Granting Motion of Plan Administrator to Enforce the Plan Injunctions and Confirmation Order against Tina Cook **(ECF No. 4729)**

    E. Joint Reply of Plan Administrator and Consumer Claims Trustee in Further Support of the Joint Objection to Proof of Claim No. 2927 and Joint Motion to Enjoin Filing of Future Claims by Tina Cook **(ECF No. 5019)**

    Status: This matter is going forward on a contested basis.

**III. ADVERSARY PROCEEDING:**

3. Diggs v. Ditech Financial LLC **(Adv. Pro. No. 19-01255)**

    **Plan Administrator's Motion for Judgement on the Pleadings in the Adversary Proceeding of Varnell Diggs**

    Response Deadline:   March 20, 2024 at 4:00 p.m.

    Response Filed:

    A. Response from Varnell Diggs **(ECF No. 10)**

2

Related Documents:

- B.     Adversary Complaint **(ECF No. 1)**
- C.     Summons **(ECF No. 3)**
- D.     Notice **(ECF No. 5)**
- E.     Certificate of Mailing **(ECF No. 6)**
- F.     Order Granting Plan Administator's Third Omnibus Motion to Enforce Injunctive Provisions of Plan and Confirmation Order **(ECF No. 2459)**
- G.     Plan Administrator's Motion for Judgment on the Pleadings in the Adversary Proceeding of Varnell Diggs **(ECF No. 8)**
- H.     Certificate of Mailing of Claims Agent Regarding Plan Administrator's Motion for Judgment on the Pleadings in the Adversary Proceeding of Varnell Diggs **(ECF No. 9)**
- I.     Reply of Plan Administrator in Further Support of the Plan Administrator's Motion for Judgment on the Pleadings in the Adversary Proceeding of Varnell Diggs **(ECF No. 11)**

Status: This matter is going forward on a contested basis.

## IV.     ADJOURNED MATTER:

4. Motion of Counsel for Certain Consumer Creditors Pursuant to Sections 503(b)(3) and (b)(4) of the Bankruptcy Code for Allowance of Payment of Expenses Incurred **(ECF No. 1579)**

Response Deadline:     October 16, 2020 at 4:00 p.m.

Response Filed:

- A.     Plan Administrator's Objection to Motion of Consumer Creditor Counsel for Allowance of Payment of Fees and Expenses Incurred as Administrative Expense Claim **(ECF No. 3668)**

Related Documents:

- B.     Declaration of Thomas D. Domonoske in Support of Application for Fees **(ECF No. 1580)**
- C.     Declaration of O. Max Gardner, III **(ECF No. 1581)**

3

      D.      Declaration of Theodore O. Bartholow, III in Support of Application for Administrative Claim Attorney's Fees Based on Substantial Contribution to Debtors' Bankruptcy Case **(ECF No. 1582)**

      E.      Response of Counsel for Certain Consumer Creditors to Plan Administrator's Objection to Motion Pursuant to Section 503(b)(3)(d) and (b)(4) of the Bankruptcy Code for Allowance of Payment of Fees and Expenses Incurred **(ECF No. 3717)**

      F.      Reply of the Plan Administrator to the Response of Counsel for Certain Consumer Creditors to Plan Administrator's Objection to Motion Pursuant to Sections 503(b)(3)(d) and (b)(4) of the Bankruptcy Code for Allowance of Payment of Fees and Expenses Incurred **(ECF No. 3885)**

<u>Status</u>: This matter has been adjourned to April 25, 2024.

Dated: March 25, 2024
      New York, New York

                                           /s/ Richard W. Slack
                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007
                                     Ray C. Schrock, P.C.
                                     Richard W. Slack
                                     Alexander Welch

                                     *Attorneys for Plan Administrator*
                                     *on Behalf of the Wind Down Estates*