IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, *et al.*,<br><br>Wind Down Estates.[1] | Chapter 11<br><br>Case No. 19-10412 (JLG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 5015 - 5018** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 20, 2024, I caused to be served the:

   a. "Reply of the Consumer Claims Trustee in Support of the Plan Administrator and Consumer Claims Trustee's Fifty Fourth Omnibus Objection (No Basis Consumer Creditor Claims) with Respect to the Claim of Travis Smith (Claim 1549)," dated March 19, 2024 [Docket No. 5015], (the "Smith Reply"),

   b. "Notice of Hearing on Fifty-Fourth Omnibus Objection to Proofs of Claim (No Basis Consumer Creditor Claims) Solely as to Claim no. 1549," dated March 20, 2024 [Docket No. 5016], (the "Smith Notice"),

---

[1] On September 26, 2019, the Court confirmed the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the "**Third Amended Plan**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

  c. "Reply of the Consumer Claims Trustee in Support of the Consumer Claims Trustee's Fifteenth Omnibus Objection with Respect to the Claim of Sherly White (21543)," dated March 20, 2024 [Docket No. 5017], (the "White Reply"), and

  d. "Notice of Hearing on Consumer Claims Trustee's Fifteenth Omnibus Objection to Proofs of Claim (Insufficient Documentation Unsecured Consumer Creditor Claims) Solely as to Claim No. 21543," dated March 20, 2024 [Docket No. 5018], (the "White Notice"),

by causing true and correct copies of the:

  i. Smith Reply and Smith Notice to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *Smith, Travis, 442 Co Rd 2234, Goshen, AL 36035*,

  ii. White Reply and White Notice to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *White, Sheryl E, 109 Magee Hill Rd, Hinesburg, VT 05461*,

  iii. Smith Reply and Smith Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

  iv. Smith Reply and Smith Notice to be delivered via electronic mail to: *sa_smith1958@yahoo.com*, and

  v. White Reply and White Notice to be delivered via electronic mail to: *Sheryl.White@uvm.edu*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

              */s/ Geoff Zahm*
              Geoff Zahm

**EXHIBIT A**

DITECH HOLDING CORPORATION, *et al*. - Case No. 19-10412 (JLG)
Electronic Mail Parties

| **Email Addresses** |
|---|
| greg.zipes@usdoj.gov |
| rfeinstein@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |
| lcantor@pszjlaw.com; jspomerantz@pszjlaw.com |
| sunny.singh@weil.com |