**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re: Ditech Holding Corp., et al                Case No.: 19-10412-jlg
                                            Related Doc # 2187

                                            Chapter 11

                     Debtor
---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Vera McCoy, Esq., to be admitted, ***pro hac vice***, to represent Tyrone P. Agar & Monica Agar_, (the "Client") a creditor_ in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey and, if applicable, the bar of the U.S. District Court for the District of New Jersey, it is hereby

**ORDERED**, that Vera McCoy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 29, 2024
      New York, New York

                              /s/ *James L. Garrity, Jr.*
                            UNITED STATES BANKRUPTCY JUDGE