July 30 2024
Jeanne Shepperd
76 Canary Drive

TO United States Bankruptcy
Court Southern District OF New
York, One Bowling Green. New York
NY 10004-1408

In RE Ditech Holding Corporation Case
NO. 19-10412 -jlg

My name is Jeanne Shepperd, My
Claim is that I was over Charge for the
trailer that was purchase in 1998. Which
another lady purchase her trailer at
the Same time and in 2018, she was finish
paying for her trailer. I was going through
a nervous break down. So I feel that's
When I was taken advantage of. My pay-
ment was 335.02 a month. I still stand by
my Claim and Complaint. Most important I
Can not travel I Can'nt walk, my spine and
hip is in terrible condition. I am being
prepare for several different areas of
spine operation plus on top of that I need
a hip replacement and nee with bone on bone.
There is no way I Can attend this hearing
I am asking that this letter be accepted
by the Courts   Sincerely Jeanne Shepperd