IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-10412 (JLG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 5219** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Hearing on Michael James Bourff's Rule 59(E) Motion to Amend the Final Order Scheduled for October 30, 2024 at 10:00 a.m. (Prevailing Eastern Time)," dated September 23, 2024 [Docket No. 5219], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A, on September 23, 2024,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, on September 23, 2024,

---

[1] On September 26, 2019, the Court confirmed the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the "Third Amended Plan"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "Closing Order"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "Remaining Wind Down Estate") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

    c. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>, on September 24, 2024, and

    d. delivered via electronic mail to *michaeljames21@protonmail.com* and *lara.chassin@fnf.com*, on September 24, 2024.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                           */s/ Geoff Zahm*
                                           Geoff Zahm

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALDRIDGE PITE, LLP | ATTN: JENELLE C. ARNOLD 8880 RIO SAN DIEGO DR SUITE 725 SAN DIEGO CA 92108 |
| ALSTON & BIRD LLP | ATTN: KAREN GELERNT & RONALD KLEIN COUNSEL TO NOMURA CORPORATE FUNDING AMERICAS 90 PARK AVENUE, 15TH FL NEW YORK NY 10016 |
| ALSTON & BIRD LLP | ATTN: GERARD S. CATALANELLO, ESQ. JAMES J. VINCEQUERRA, ESQ. <COUNSEL TO CREDIT SUISSE> 90 PARK AVENUE NEW YORK NY 10016 |
| ANTONELLI KANTOR, P.C. | ATTN: JARRID H. KANTOR, ESQ. <COUNSEL TO BOROUGH OF ROSELLE> 1000 STUYVESANT AVENUE SUITE #1 UNION NJ 07083 |
| ARCHER, BYINGTON GLENNON & LEVINE LLP | ATTN: JOHN H. BYINGTON, ESQ. COUNSEL TO ESTATE OF INGUS V. NARUNS ONE HUNTINGTON QUADRANGLE, SUITE 4C10 P.O. BOX 9064 MELVILLE NY 11747 |
| BANK OF AMERICA | CORPORATE CENTER 100 NORTH TRYON ST. CHARLOTTE NC 28255 |
| BANK OF NEW YORK, MELLON - PA, USA | ATTN: KATHY SIDOR 1 WALL STREET NEW YORK NY 10286 |
| BANK OF NEW YORK, MELLON TRUST -USA | ATTN: KATHY SIDOR 1 WALL STREET NEW YORK NY 10286 |
| BARCLAY DAMON LLP | SCOTT L. FLEISCHER, ESQ. ATTORNEYS FOR HEAVNER, BEYERS & MIHLAR, LLC 1270 AVENUE OF THE AMERICAS, SUITE 600 NEW YORK NY 10020 |
| BARCLAYS BANK PLC | ATTN: ELLEN KIERNAN BARCLAYS BANK PLC - MORTGAGE FINANCE 745 SEVENTH AVENUE, 4TH FLOOR NEW YORK NY 10019 |
| BENDER, ANDERSON AND BARBA, PC | ATTN: RONALD J. BARBA <COUNSEL TO DIBBLE HOLLOW CONDO ASSOC., INC.> 250 STATE STREET, #D-2 NORTH HAVEN CT 06473 |
| BENDER, ANDERSON AND BARBA, PC | (COUNSEL TO CHATEAU WOOD CONDOMINIUM ASSOCIATION, INC.) ATTN: RONALD J. BARBA 250 STATE STREET, #D-2 NORTH HAVEN CT 06473 |
| BENDETT & MCHUGH, P.C. | ANDREW S. CANNELLA COUNSEL TO SOUTHLAW, P.C., REIMER LAW CO. & BENDETT & MCHUGH, PC 270 FARMINGTON AVENUE, SUITE 171 FARMINGTON CT 06032 |
| BERGER SINGERMAN LLP | <COUNSEL TO BLACK KNIGHT FINANCIAL> ATTN: CHRISTOPHER ANDREW JARVINEN 1450 BRICKELL AVENUE, SUITE 1900 MIAMI FL 33133 |
| BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C. | ATTN: RANDY J. SCHAEFER, ESQ. 100 GARDEN CITY PLAZA GARDEN CITY NY 11530 |
| BLOCK & LEVITON LLP | ATTN: COLIN M. DOWNES <COUNSEL TO BRIAN S. NELSON> 1735 20TH STREET NW WASHINGTON DC 20009 |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. <COUNSEL TO ORACLE> 425 MARKET ST., SUITE 2900 SAN FRANCISCO CA 94105 |
| CARLOS R. CASO, PA | 2525 PONCE DE LEON BLVD., SUITE 300 CORAL GABLES FL 33134 |
| CARLTON FIELDS | ATTN: ALEXANDRA D. BLYE <COUNSEL TO TIAA, FSB> 525 OKEECHOBEE BLVD., SUITE 1200 WEST PALM BEACH FL 33401 |
| CITIBANK DE | ATTN: ROBERT BLACKBURN 388 GREENWICH STREET 14TH FL NEW YORK NY 10013 |
| CITIBANK NY | ATTN: ROBERT BLACKBURN 388 GREENWICH STREET 14TH FL NEW YORK NY 10013 |
| CONNECTICUT FAIR HOUSING CENTER | C/O SARAH WHITE, ESQ. STEPHEN KULZYCK 60 POPIELUSZKO COURT HARTFORD CT 06106 |
| COVINGTON & BURLING LLP | ATTN: DIANNE COFFINO R. ALEXANDER CLARK <COUNSEL TO ASSURANT, INC.> THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | ATTN: MEGAN E KANE CREDIT SUISSE SERVICES (USA) LLC ONE MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE FIRST BOSTON MORT CPTL LLC | CREDIT SUISSE SECURITIES (USA) LLC 11 MADISON AVE NEW YORK NY 10010 |
| DANNLAW | ATTN: JAVIER L. MERINO <COUNSEL TO DAWN COLONNI> 1 MEADOWLANDS PLAZA, SUITE 200 EAST RUTHERFORD NJ 07073 |
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M. RESNICK & MICHELLE M. MCGREAL COUNSEL TO THE PREPETITION TERM LOAN AGENT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M. RESNICK MICHELLE M. MCGREAL <COUNSEL TO CREDIT SUISSE> 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DENTONS US LLP | ATTN: ARTHUR H. RUEGGER <COUNSEL TO LERON HARRIS> 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DLA PIPER LLP (US) | <COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORP.> ATTN: JAMILA JUSTINE WILLIS 1251 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10020-1104 |
| DLA PIPER LLP (US) | <COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORP.> ATTN: DALE K. CATHELL |

| Claim Name | Address Information |
|---|---|
| DLA PIPER LLP (US) | 6225 SMITH AVE. BALTIMORE MD 21209 |
| DOONAN, GRAVES & LONGORIA, LLC | ATTN: RENEAU J. LONGORIA, ESQ. 100 CUMMINGS CENTER, SUITE 225D BEVERLY MA 01915 |
| EVERBANK - USA | ATTN: CAROLINE WATKINS 301 WEST BAY STREET JACKSONVILLE FL 32202 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | ATTN: KENTON W. HAMBRICK ASSOCIATE GENERAL COUNSEL 8200 JONES BRANCH DRIVE MCLEAN VA 22102 |
| FLASTER/GREENBERG, PC | KENNETH S. GOODKIND, ESQ. COMMERCE CENTER 1810 CHAPEL AVENUE WEST CHERRY HILL NJ 08002 |
| FOLEY & LARDNER LLP | ATTN: KATHERINE R. CATANESE <COUNSEL TO CORELOGIC, COGNIZANT & XOME> 90 PARK AVE. NEW YORK NY 10016 |
| FOLEY & LARDNER LLP | ATTN: LEAH M. EISENBERG <COUNSEL TO CORELOGIC & COGNIZANT> 90 PARK AVE. NEW YORK NY 10016 |
| FOLEY & LARDNER LLP | ATTN: THOMAS SCANNELL <COUNSEL TO XOME> 2021 MCKINNEY AVENUE, SUITE 1600 DALLAS TX 75201 |
| FOX ROTHSCHILD LLP | ATTN: MARIA MILANO <COUNSEL TO MICROSOFT CORPORATION> 1001 - 4TH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| FRENKEL, LAMBERT, WEISS, WEISMAN & GORDON, LLP | ATTN: KAREN SHEEHAN, ESQ. 53 GIBSON STREET BAY SHORE NY 11706 |
| GANFER SHORE LEEDS & ZAUDERER LLP | <COUNSEL TO BLACK KNIGHT> ATTN: MATTHEW N. TOBIAS 360 LEXINGTON AVENUE NEW YORK NY 10017 |
| GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ. <COUNSEL TO STAG III RAPID CITY, LLC> 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| GREENBERG TRAURIG, LLP | ATTN: LEO MUCHNIK, ESQ. DAVID D. CLEARY, ESQ. COUNSEL TO TEMPE CAMPUS SPV LLC & JPMORGAN CHASE 200 PARK AVENUE NEW YORK NY 10166 |
| GROSS POLOWY LLC | ATTN RICHARD P FAY, ESQ COURTNEY R WILLIAMS, ESQ AMY E POLOWY, ESQ 1775 WEHRLE DR, STE 100 WILLIAMSVILLE NY 14221 |
| GROSS POLOWY, LLC | (COUNSEL TO SPECIALIZED LOAN SERVICING LLC) ATTN: EHRET ANNE VAN HORN, ESQ. 1775 WEHRLE DRIVE, STE 100 WILLIAMSVILLE NY 14221 |
| HARRISON & DUNCAN PLLC | MARY ELIZABETH HEARD COUNSEL FOR PROPEL FINANCIAL SERVICES, LLC, GS TAX LOAN FUND 1, LLC & CAZ CREEK TX, LLC 8700 CROWNHILL, SUITE 505 SAN ANTONIO TX 78209 |
| HARVEY J. CAVAYERO & ASSOCIATES | HARVEY J. CAVAYERO ATTORNEYS FOR THE TMLF ENTITIES 57 OLD COUNTRY ROAD, SUITE L WESTBURY NY 11590 |
| HUNTON ANDREWS KURTH LLP | ATTN: PETER S. PARTEE, SR. ROBERT A. RICH <COUNSEL TO FINANCE OF AMERICA REVERSE LLC> 200 PARK AVENUE NEW YORK NY 10166 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE -MO | P.O. BOX 219236 KANSAS CITY MO 64141-9236 |
| JONES DAY LLP | ATTN: BEN ROSENBLUM COUNSEL TO NOMURA CORPORATE FUNDING AMERICAS 250 VESEY ST NEW YORK NY 10281 |
| JOSEPH CORRIGAN | <COUNSEL TO IRON MOUNTAIN> ONE FEDERAL STREET BOSTON MA 02110 |
| JTLG, LLC, P.C. | ATTN: ROBERT J. TOMEI JR. <COUNSEL TO EMAD SARHAN> 350 N. MILWAUKEE AVE., STE. 14 LIBERTYVILLE IL 60048 |
| KELLETT & BARTHOLOW PLLC | ATTN: THEODORE O. BARTHOLOW, III <COUNSEL TO RICHARD LEGANS & GAIL LEGANS> 11300 N. CENTRAL EXPRESSWAY SUITE 301 DALLAS TX 75243 |
| KELLETT & BARTHOLOW PLLC | C/O THEODORE O. BARTHOLOW, III JOSE MARTINEZ 11300 NORTH CENTRAL EXPRESSWAY, SUITE 301 DALLAS TX 75243 |
| KING & SPALDING LLP | ATTN: SCOTT DAVIDSON, ESQ. <COUNSEL FOR MUELLER WATER PRODUCTS, INC.> 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036-2601 |
| KING & SPALDING LLP | ATTN: MARK M. MALONEY, ESQ. <COUNSEL TO MUELLER WATER PRODUCTS, INC.> 1180 PEACHTREE STREET, N.E. ATLANTA GA 30309-3521 |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS INTERNATIONAL LLP PATRICK J. NASH, JR. & JOHN R. LUZE 333 WEST WOLF POINT PLAZA CHICAGO IL 60654 |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: TRACY L. KLESTADT <COUNSEL TO SAFEGUARD PROPERTIES MANAGEMENT, LLC 200 WEST 41ST STREET, 17TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC | SCOTT J. GOLDSTEIN, ESQ. ATTORNEY FOR GINA ROBINSON-CORBIN & LAWRENCE AND RACHEL GRODSKY 280 WEST MAIN STREET DENVILLE NJ 07834 |
| LECLAIRRYAN PLLC | ATTN: JANICE B. GRUBIN ALEX J. CHASE 885 THIRD AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| LEGAL AID SOCIETY OF SAN DIEGO | ATTN: SERNA SEBASTIAN 2702 CORPUS CHRISTI ST. LAREDO TX 78043-3411 |
| LEGAL AID SOCIETY OF SAN DIEGO | C/O ALYSSON SNOW D.C. RANDALL 110 S. EUCLID AVE. SAN DIEGO CA 92114 |
| LINDA ERKKILA, ESQ. | GENERAL COUNSEL AND EXECUTIVE VICE PRESIDENT SAFEGUARD PROPERTIES 7887 SAFEGUARD CIRCLE (HUB PKWY) VALLEY VIEW OH 44125 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | <COUNSEL TO TARRANT COUNTY & DALLAS COUNTY> 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DAVID G. AELVOET <COUNSEL TO BEXAR COUNTY & CITY OF EL PASO> 711 NAVARRO STREET, STE. 300 SAN ANTONIO TX 78205 |
| LOEB & LOEB LLP | (COUNSEL TO THE STATE OF DELAWARE) ATTN: VADIM RUBINSTEIN, ESQ. 345 PARK AVENUE NEW YORK NY 10154 |
| MAYER & MAYER | ATTN: TAVIAN M. MAYER P.O. BOX 59 28 VT. ROUTE 110 SOUTH ROYALTON VT 05068 |
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO DEUTSCHE BANK NATIONAL TRUST CO) ATTN MELISSA DICERBO, ESQ 1 HUNTINGTON QUAD, STE 3C20 MELVILLE NY 11747 |
| MCCALLA RAYMER LEIBERT PIERCE, LLC | ATTN: MELISSA LICKER <COUNSEL TO CITIBANK, N.A.> 420 LEXINGTON AVENUE, SUITE 840 NEW YORK NY 10170 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY <COUNSEL FOR ANDERSON COUNTY, ET. AL.> P.O. BOX 1269 ROUND ROCK TX 78680 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: LOUIS A. MODUGNO, ESQ. MICHAEL MORANO, ESQ. <COUNSEL TO INTL. FIDELITY INSURANCE COMPANY AND ALLEGHENY CASUALTY COMPANY 1300 MOUNT KEMBLE AVE. MORRISTOWN NJ 07960 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO INTERNATIONAL FIDELITY INSURANCE CO & ALLEGHENY CASUALTY CO) ATTN: NICOLE LEONARD, ESQ. 225 LIBERTY ST, 36TH FL NEW YORK NY 10281 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. <COUNSEL TO INTL. FIDELITY INSURANCE COMPANY AND ALLEGHENY CASUALTY COMPANY> 1617 JOHN F. KENNEDY BLVD., STE. 1500 PHILADELPHIA PA 19103 |
| MCKOOL SMITH PC | ATTN: PAUL D. MOAK 600 TRAVIS ST., SUITE 7000 HOUSTON TX 77002 |
| MCKOOL SMITH, P.C. | ATTN: PAUL D. MOAK <COUNSEL TO FREDDIE MAC> 600 TRAVIS ST., STE. 7000 HOUSTON TX 77002 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: GREGORY A. BRAY 2029 CENTURY PARK EAST LOS ANGELES CA 90067 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: MELAINIE K. MANSFIELD 2029 CENTURY PARK EAST LOS ANGELES CA 90067 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, PC | (COUNSEL TO THE COMMONWEALTH OF MASSACHUSETTS, OFFICE OF THE STATE TREASURER & RECEIVER GENERAL) ATTN: KAITLIN R. WALSH, ESQ. 666 THIRD AVE NEW YORK NY 10017 |
| MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, PC | (COUNSEL TO THE COMMONWEALTH OF MASSACHUSETTS, OFFICE OF THE STATE TREASURER & RECEIVER GENERAL) ATTN: ADRIENNE K. WALKER, ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER 301 W. HIGH STREET, ROOM 670 P.O. BOX 475 JEFFERSON CITY MO 65105-0475 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN E. SIEGEL, ESQ. T. CHARLIE LIU, ESQ. <COUNSEL TO LSOP 3 PA 1, LLC> 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN E. SIEGEL, ESQ. <COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY> <COUNSEL TO BANK OF NEW YORK MELLON> 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: KURT W. RADEMACHER, ESQ. RACHEL J. MAUCERI, ESQ. <COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY> <COUNSEL TO BANK OF NEW YORK MELLON> 1701 MARKET STREET PHILADELPHIA PA 19103 |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN M. ROSENTHAL, ESQ. <COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY> <COUNSEL TO BANK OF NEW YORK MELLON> ONE MARKET, SPEAR STREET TOWER SAN FRANCISCO CA 94105-1596 |
| MOUNTAIN STATE JUSTICE | C/O BREN J. POMPONIO MELINDA HOPKINS 1217 QUARRIER STREET CHARLESTON WV 25301 |
| MURTHA CULLINA LLP | ATTN: TARUNA GARG, ESQ. COUNSEL TO KORDE & ASSOCIATES, P.C. & PADGETT LAW 177 |

| Claim Name | Address Information |
|---|---|
| MURTHA CULLINA LLP | BROAD STREET, FL. 16 STAMFORD CT 06901 |
| MURTHA CULLINA LLP | ATTN: DANIEL COHN, ESQ. COUNSEL TO KORDE & ASSOCIATES, P.C. & PADGETT LAW 99 HIGH STREET, FL. 20 BOSTON MA 02110 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: DANIEL F. BLANKS & FRANK MORREALE COUNSEL TO BLACK KNIGHT FIN. TECH. SOLU. LLC AND SERVICELINK FIELD SERVICES, LLC 280 PARK AVENUE, 15TH FLOOR WEST NEW YORK NY 10017 |
| NOBILE & THOMPSON CO, LPA | ATTN JAMES E NOBILE 7509 E MAIN ST, STE 208 REYNOLDSBURG OH 43068 |
| NORTHWESTERN UNIVERSITY SCHOOL OF LAW | INVESTOR PROTECTION CENTER C/O J. SAMUEL TENENBAUM LERON HARRIS 375 E. CHICAGO AVE. CHICAGO IL 60611 |
| O'MELVENY & MYERS LLP | ATTN: DANIEL S. SHAMAH <ATTORNEY FOR FEDERAL NATIONAL MORTGAGE ASSOC. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | ATTN: STEPHEN H. WARREN <ATTORNEY FOR FEDERAL NATIONAL MORTGAGE ASSOC.> 400 SOUTH HOPE STREET, 18TH FLOOR LOS ANGELES CA 90071-2899 |
| O'MELVENY & MYERS LLP | ATTN: JENNIFER TAYLOR <ATTORNEY FOR FEDERAL NATIONAL MORTGAGE ASSOC. TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO CA 94111 |
| O'MELVENY & MYERS, LLP | ATTN: STEVE WARREN & DARREN PATRICK 400 SOUTH HOPE STREET, 18TH FLOOR LOS ANGELES CA 90071 |
| O'MELVENY & MYERS, LLP | ATTN: JENNIFER TAYLOR TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO CA 94111 |
| OFFICE OF ATTORNEY GENERAL | ATTN: CHRISTOPHER R. MOMJIAN SENIOR DEPUTY ATTORNEY GENERAL COMMONWEALTH OF PENNSYLVANIA, DEPT. OF REVENUE 1600 ARCH STREET, SUITE 300 PHILADELPHIA PA 19103 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | (COUNSEL TO THE UNCLAIMED PROPERTY DIVISION OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS) ATTN: JASON BINFORD/LAYLA MILLIGAN BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 – MC 008 AUSTIN TX 78711-2548 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ELENA GONZ LEZ, ESQ. & ELIZABETH M. LYNCH, ESQ. CONSUMER FRAUDS BUREAU 28 LIBERTY STREET NEW YORK NY 10005 |
| OFFICE OF THE UNITED STATES TRUSTEE | LINDA RIFFKIN, GREG M ZIPES & WILLIAM K HARRINGTON US FEDERAL OFFICE BUILDING 1 BOWLING GREEN, STE 534 NEW YORK NY 10004 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERT J. FEINSTEIN, ESQ. BRADFORD J. SANDLER, ESQ. STEVEN W. GOLDEN, ESQ. COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS 780 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10017 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ROBERT A. BRITTON ATTN: KAREN R. ZEITUNI <COUNSEL TO MORTGAGE ASSETS MANAGEMENT, LLC> 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PEPPER HAMILTON LLP | ATTN: EVELYN J. MELTZER <COUNSEL TO MCCALLA RAYMER LEIBERT PIERCE, LLC> HERCULES PLAZA, SUITE 5100 1313 MARKET STREET WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | C/O JEANMARIE BAER P.O. BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS <COUNSEL FOR WESLACO INDEPENDENT SCHOOL DISTRICT> 3301 NORTHLAND DRIVE, SUITE 505 AUSTIN TX 78731 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE <COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT> P.O. BOX 817 LUBBOCK TX 79408 |
| PROBER & RAPHAEL, A LAW CORPORATION | ATTN: LEE S. RAPHAEL, ESQ. <COUNSEL TO DEUTSCHE BANK NATIONAL TRUST> 20750 VENTURA BOULEVARD, SUITE 100 WOODLAND HILLS CA 91364 |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN MATTHEW W. SILVERMAN COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN: SUSHEEL KIRPALANI BENJAMIN I. FINESTONE VICTOR NOSKOV COUNSEL FOR THE OFFICIAL COMMITTEE OF CONSUMER CREDITORS 51 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10010 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (COUNSEL TO THE PLAN ADMINISTRATOR) ATTN: ISSAC NESSER / JACLYN M PALMERSON 51 MADISON AVE, 22ND FL NEW YORK NY 10010 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (COUNSEL TO THE PLAN ADMINISTRATOR) ATTN: MATTHEW SCHECK 300 WEST 6TH STREET, STE 2010 AUSTIN TX 78701 |
| RAS BORISKIN, LLC | ATTN: KEVIN TOOLE, ESQ. 900 MERCHANTS CONCOURSE, SUITE 310 WESTBURY NY 11590 |

| Claim Name | Address Information |
|---|---|
| RAS CRANE, LLC | ATTN: CLEO GREEN-SHARAF, ESQ. <COUNSEL TO NATIONSTAR MORTGAGE> 10700 ABBOTT'S BRIDGE ROAD SUITE 170 DULUTH GA 30097 |
| REED SMITH LLP | (COUNSEL TO REVERSE MORTGAGE SOLUTIONS, INC.) ATTN: ALISSA K PICCIONE 599 LEXINGTON AVE NEW YORK NY 10022 |
| RICH MICHAELSON MAGALIFF, LLP | ATTN: ROBERT N. MICHAELSON, ESQ. ELWOOD F. COLLINS, ESQ. SPECIAL INDUSTRY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS 335 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | ATTN: CLEO GREEN-SHARAF 900 MERCHANTS CONCOURSE SUITE 310 WESTBURY NY 11590 |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. | ATTN: CLEO GREEN-SHARAF 6409 CONGRESS AVE., SUITE 100 BOCA RATON FL 33487 |
| ROBERTSON, ANSCHUTZ, SCHNEID & CRANE, LLC | ATTN: KEVIN TOOLE, ESQ. 13010 MORRIS RD, STE 450 ALPHARETTA GA 30004-5197 |
| SCHORR LAW, A PROFESSIONAL CORPORATION | ATTN: ZACHARY D. SCHORR <COUNSEL FOR MONIQUE MCTEER> 1901 AVENUE OF THE STARS, SUITE 615 LOS ANGELES CA 90067 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANTONIA M. APPS, REGIONAL DIRECTOR 100 PEARL ST, STE 20-100 NEW YORK NY 10004-2616 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | ATTN: KAYLAN DAS, ESQ. JOHN R. ASHMEAD, ESQ. ARLENE R. ALVES, ESQ. COUNSEL TO U.S. BANK NATIONAL ASSOCIATION ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHAPIRO BIEGING BARBER OTTESON LLP | ATTN: JOHN C. LEININGER <COUNSEL TO SEATTLE BANK> 5430 LYNDON B JOHNSON FREEWAY SUITE 1540 DALLAS TX 75240 |
| SHAPIRO BIEGING BARBER OTTESON LLP | ATTN: LISA K. SHIMEL <COUNSEL TO SEATTLE BANK> 7979 EAST TUFTS AVENUE SUITE 1600 DENVER CO 80237 |
| SHAPIRO, DICARO & BARAK, LLC | ATTN: SHARI S. BARAK, MANAGING ATTORNEY ONE HUNTINGTON QUADRANGLE, SUITE 3N05 MELVILLE NY 11747 |
| SIDLEY AUSTIN LLP | ATTN: JESSICA C.K. BOELTER BENJAMIN R. NAGIN CHRISTOPHER M. EGLESON CHARLES M. PERSONS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW E. LINDER ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SIMPSON LAW | MABEL SIMPSON COUNSEL FOR MICHAEL R. BROWN AND REGINA BROWN 1755 N. COLLINS BLVD., SUITE 105 RICHARDSON TX 75080 |
| SINGER & LEVICK, PC | ATTN: MICHELLE E. SHRIRO <COUNSEL TO CONDUENT COMMERICAL SOLUTIONS, LLC> 16200 ADDISON ROAD, SUITE 140 ADDISON TX 75001 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK A. MCDERMOTT 4 TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MELISSA TIARKS 4 TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: SARAH M. WARD 4 TIMES SQUARE NEW YORK NY 10036 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: BRYAN M. KOTLIAR (COUNSEL TO BARCLAYS BANK PLC) FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SPROUSE LAW FIRM | ATTN: MARVIN E. SPROUSE III <COUNSEL TO CYRUS ONE> 401 CONGRESS AVENUE, SUITE 1540 AUSTIN TX 78701 |
| STERN, LAVINTHAL & FRANKENBERG, LLC | ATTN: JAE Y. KIM, ESQ. 105 EISENHOWER PARKWAY - SUITE 302 ROSELAND NJ 07068-0490 |
| TEITELBAUM LAW GROUP, LLC | JAY TEITELBAUM, ESQ. ATTORNEYS FOR GROSS POLOWY, LLC 1 BARKER AVENUE THIRD FLOOR WHITE PLAINS NY 10601 |
| TEXAS CAPITAL BANK | ATTN: LINNIE HAYES 300 THROCKMORTON ST FORT WORTH TX 76102 |
| THE CITY OF PHILADELPHIA | MEGAN N. HARPER CITY OF PHILADELPHIA LAW DEPARTMENT MUNICIPAL SERVICES BUILDING 1401 JFK BLVD, 5TH FLOOR PHILADELPHIA PA 19102-1595 |
| TN DEPT OF FINANCIAL INSTITUTIONS | COMPLIANCE DIVISION C/O TN ATTORNEY GENERAL'S OFFICE BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TROTT LAW, P.C. | ATTN: MARCY J. FORD 31440 NORTHWESTERN HWY STE. 145 FARMINGTON HILLS MI 48334-5422 |
| U.S. DEPT. OF HUD | LISA MULRAIN, ASST GEN COUNSEL OFF OF GEN COUNSEL, FIN DIV 451 SEVENTH ST., |

| Claim Name | Address Information |
|---|---|
| U.S. DEPT. OF HUD | SW, RM 9250 WASHINGTON DC 20410 |
| UNITED STATES ATTORNEYS OFFICE | FOR THE SOUTHERN DIST OF NY 86 CHAMBERS ST 3RD FLOOR NEW YORK NY 10007 |
| US BANK - USA | ATTN: DYNELL HEIN 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| US BANK TRUST - USA | ATTN: DYNELL HEIN 800 NICOLLET MALL MINNEAPOLIS MN 55402 |
| VLOCK & ASSOCIATES, P.C. | ATTN: STEPHEN VLOCK, ESQ. <COUNSEL TO CITY OF CINCINNATI> 630 THIRD AVENUE, 18TH FLOOR NEW YORK NY 10017 |
| WAYNE GREENWALD, P.C. | <COUNSEL FOR MONIQUE SCRANTON> 475 PARK AVENUE SOUTH - 26TH FLOOR NEW YORK NY 10016 |
| WELLS FARGO BANK NA | ATTN: JANETT PARSONS 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK NA | 420 MONTGOMERY ST SAN FRANCISCO CA 94104 |
| WELLS FARGO TRUST - USA | ATTN: JANETT PARSONS 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO USA | ATTN: MARK DEFABIO 9062 OLD ANNAPOLIS ROAD COLUMIA MD 21045-1951 |
| WELLS FARGO USA | ATTN: JANETT PARSONS 420 MONTGOMERY STREET SAN FRANCISCO CA 94104 |
| WEST VIRGINIA STATE TREASURER'S OFFICE | MICHELLE R. STORAGE, ESQUIRE ASSOCIATE GENERAL COUNSEL 322 70TH STREET SE CHARLESTON WV 25305 |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN | ATTN: THOMAS A. DRAGHI, ESQ. <COUNSEL TO MONIQUE MCTEER> 1201 RXR PLAZA UNIONDALE NY 11556 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: GEOFFREY J LEWIS WILMINGTON SAVINGS AND FUND SOCIETY 500 DELAWARE AVE WILMINGTON DE 19801 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: CORPORATE TRUST, WALTER INVESTMENT 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILSON KEADJIAN BROWNDORF LLP | (COUNSEL TO PLUTOS SAMA HOLDINGS INC) ATTN MATTHEW BROWNDORF; JONATHAN FAUST; ANDREW R CORCORAN 114 W 47TH ST, STE 1810 NEW YORK NY 10036 |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN, ESQ. <COUNSEL TO PUTNAM COUNTY> 1133 WESTCHESTER AVENUE WHITE PLAINS NY 10604 |
| WOODS OVIATT GILMAN LLP | (COUNSEL TO WELLS FARGO BANK, N.A.) ATTN: BRITTANY J. MAXON 500 BAUSCH & LOMB PLACE ROCHESTER NY 14604 |

**Total Creditor count  158**

# EXHIBIT B

DITECH HOLDING CORPORATION, *et al.*, - Case No. 19-10412 (JLG)
Electronic Mail Master Service List

| EMAIL ADDRESS |
|---|
| ABLYE@CARLTONFIELDS.COM; WPBECF@CFDOM.NET |
| AGBANKNEWYORK@AG.TN.GOV |
| apiccione@reedsmith.com |
| ARTHUR.RUEGGER@DENTONS.COM |
| BANKRUPTCY2@IRONMOUNTAIN.COM |
| BANKRUPTCYNOTICESCHR@SEC.GOV |
| BKECF@BMPC-LAW.COM |
| BMAXON@WOODSDEFAULTSERVICES.COM |
| BRIAN.RESNICK@DAVISPOLK.COM |
| BROSENBLUM@JONESDAY.COM |
| CASOLAW@BELLSOUTH.NET |
| CAVAYEROLAW@GMAIL.COM |
| CEGLESON@SIDLEY.COM; CPERSONS@SIDLEY.COM |
| CJARVINEN@BERGERSINGERMAN.COM |
| colin@bartondownes.com |
| CRMOMJIAN@ATTORNEYGENERAL.GOV |
| DALLAS.BANKRUPTCY@PUBLICANS.COM |
| DAS@SEWKIS.COM; ASHMEAD@SEWKIS.COM |
| DCOFFINO@COV.COM |
| DCOHN@MURTHALAW.COM |
| DITECH.SERVICE@DAVISPOLK.COM |
| DROSNER@GOULSTONSTORRS.COM |
| ECOLLINS@R3MLAW.COM; JRich@r3mlaw.com; HMagaliff@r3mlaw.com |
| ELIZABETHM.LYNCH@AG.NY.GOV; |
| GBRAY@MILBANK.COM |
| GBRESSLER@MDMC-LAW.COM |
| GERARD.CATALANELLO@ALSTON.COM; JAMES.VINCEQUERRA@ALSTON.COM |
| GLENN.SIEGEL@MORGANLEWIS.COM; |
| GLEWIS@WSFSBANK.COM; PHEALY@WSFSBANK.COM; SFATOKI@WSFSBANK.COM |
| GREG.ZIPES@USDOJ.GOV |
| GRIMLAWYERS@AOL.COM |
| hnaughton@paulweiss.com |
| isaacnesser@quinnemanuel.com; jaclynpalmerson@quinnemanuel.com; matthewscheck@quinnemanuel.com |
| JAMILA.WILLIS@DLAPIPER.COM; DALE.CATHELL@DLAPIPER.COM |
| JARNOLD@ALDRIDGEPITE.COM |
| JBAER@PBFCM.COM |

DITECH HOLDING CORPORATION, *et al.*, - Case No. 19-10412 (JLG)
Electronic Mail Master Service List

| EMAIL ADDRESS |
|---|
| JBANKS@PBFCM.COM |
| JCL@SBBOLAW.COM |
| JKANTOR@AKNJLAW.COM |
| JKIM@STERNLAV.COM |
| JNEWCOMER@MCKOOLSMITH.COM |
| JOHN.ROSENTHAL@MORGANLEWIS.COM |
| JTAYLOR@OMM.COM |
| KAREN.GELERNT@ALSTON.COM; AIMEE.CUMMO@ALSTON.COM |
| KCATANESE@FOLEY.COM |
| KEN.GOODKIND@FLASTERGREENBERG.COM |
| KRWALSH@MINTZ.COM |
| KTOOLE@RASBORISKIN.COM |
| KURT.RADEMACHER@MORGANLEWIS.COM |
| LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| LINDA.ERKKILA@SAFEGUARDPROPERTIES.COM |
| LISA.V.MULRAIN@HUD.GOV |
| LMBKR@PBFCM.COM |
| LSHIMEL@SBBOLAW.COM |
| MAMILANO@FOXROTHSCHILD.COM |
| MARGARET.DELLAFERA@ATLAS-SP.COM |
| MARK.LEDWIN@WILSONELSER.COM |
| MARK.MCDERMOTT@SKADDEN.COM; SARAH.WARD@SKADDEN.COM; MELISSA.TIARKS@SKADDEN.COM; EVAN.HILL@SKADDEN.COM |
| MDANN@DANNLAW.COM |
| MEGAN.HARPER@PHILA.GOV |
| MELISSA.TIARKS@SKADDEN.COM |
| MELTZERE@PEPPERLAW.COM |
| phyllis.mease@wvsto.gov; LegalGroup@wvsto.gov |
| MMORANO@MDMC-LAW.COM |
| MSHRIRO@SINGERLEVICK.COM |
| MSIMPSON@SIMPSONLAW.ORG |
| MSPROUSE@SPROUSEPLLC.COM |
| MTOBIAS@GANFERSHORE.COM |
| MUCHNIKL@GTLAW.COM |
| N.Tuffarelli@bhpp.com |
| nleonard@mdmc-law.com |
| NY_ECF_NOTICES@MCCALLA.COM |
| PATRICK.NASH@KIRKLAND.COM |
| PETER.ARONOFF@USDOJ.GOV |
| PPARTEE@HUNTONAK.COM; RRICH2@HUNTONAK.COM |
| RA-LI-UCTS-BANKRUPT@STATE.PA.US |

DITECH HOLDING CORPORATION, *et al.*, - Case No. 19-10412 (JLG)
Electronic Mail Master Service List

| EMAIL ADDRESS |
|---|
| ray.schrock@weil.com |
| RBRITTON@PAULWEISS.COM; KZEITUNI@PAULWEISS.COM; HNAUGHTON@PAULWEISS.COM; |
| RFEINSTEIN@PSZJLAW.COM; BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM |
| RJL@DGANDL.COM |
| ROB@LAWJTLG.COM |
| RONALDBARBA@BABCONDOLAW.COM |
| SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| SARAH.WARD@SKADDEN.COM |
| SBARAK@LOGS.COM |
| SCHRISTIANSON@BUCHALTER.COM |
| SDAVIDSON@KSLAW.COM |
| SDNYECF@DOR.MO.GOV |
| SJG@SGOLDSTEINLAW.COM |
| SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM; BENJAMINFINESTONE@QUINNEMANUEL.COM; VICTORNOSKOV@QUINNEMANUEL.COM |
| SWARREN@OMM.COM |
| TAVIAN@MAYERLAW.COM |
| TDRAGHI@WESTERMANLLP.COM |
| TGARG@MURTHALAW.COM |
| TGARG@MURTHALAW.COM; DCOHN@MURTHALAW.COM |
| THAD@KBLAWTX.COM |
| TKLESTADT@KLESTADT.COM |
| TLEDAY@MVBALAW.COM |
| TSCANNELL@FOLEY.COM |
| VMBANKRUPTCY@YAHOO.COM |
| VRUBINSTEIN@LOEB.COM |
| ZSCHORR@SCHORR-LAW.COM |
| SFLEISCHER@BARCLAYDAMON.COM |

**EXHIBIT C**

DITECH HOLDING CORPORATION, *et al.*, Case No. 19-10412 (JLG)
First Class Mail Additional Service List

Michael James Bourff
178 Broadway
New York, NY 10001

FIDELITY NATIONAL LAW GROUP
Lara A. Chassin, Esq.
Counsel for Sheila Ann Gibson, Jordan A. Cole, and Courtney M. Cole
711 Third Avenue, 8th Floor
New York, New York 10117