WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Richard W. Slack
Alexander W. Welch

*Attorneys for Plan Administrator*
*on Behalf of the Wind Down Estates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                          :
**In re**                                 :     Chapter 11
                                          :
**DITECH HOLDING CORPORATION,** *et al.*, :     Case No. 19-10412 (JLG)
                                          :
                    Debtors.[1]           :     (Jointly Administered)
                                          :
------------------------------------------------------------X

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### TELEPHONIC HEARING ON OCTOBER 30, 2024 AT 10:00 A.M.

---

[1] On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the *Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief* (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG)) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

**I. STATUS CONFERENCE:**

1. Case Conference

    Related Documents:

    A. Informal Motion of Specialized Court Services, by and through Eric Garrett, Founder & Principle, to Seal Engagement Agreement, Non-Disclosure Agreement, Court-Ordered Letter of Direction, and Power of Attorney

    B. Plan Administrator's Cease and Desist Letter to Eric Garrett, Specialized Court Services **(ECF No. 5234)**

    Status: This matter is going forward as a status conference.

**II. CONTESTED MATTER:**

2. Michael James Bourff's Rule 59(e) Motion to Amend Final Order **(ECF No. 5214)**

    Response Deadline:   October 23, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Response Filed:

    A. Objection and Response in Opposition of Sheila Ann Gibson, Jordan A. Cole, and Courtney M. Cole to Michael James Bourff's Rule 59(e) Motion to Amend the Final Order **(ECF No. 5238)**

    Related Documents:

    B. Memorandum Decision and Order Denying Michael James Bourff's Motion to Enforce the Plan Injunctions and Confirmation Order against Sheila Ann Gibson, Jordan A. Cole, Courtney M. Cole and Hold Them in Contempt and Impose Sanctions **(ECF No. 5190)**

[*Remainder of Page Intentionally Left Blank*]

      C.      Notice of Hearing on Michael James Bourff's Rule 59(e) Motion to Amend the Final Order Scheduled for October 30, 2024 at 10:00 a.m. (prevailing Eastern Time) **(ECF No. 5219)**

<u>Status</u>: This matter is going forward on a contested basis.

Dated: October 29, 2024
       New York, New York

                                      /s/ Richard W. Slack
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York  10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      Ray C. Schrock, P.C.
                                      Richard W. Slack
                                      Alexander W. Welch

                                      *Attorneys for Plan Administrator*
                                      *on Behalf of the Wind Down Estates*