WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Richard W. Slack
Alexander Welch

*Attorneys for the Plan Administrator
on Behalf of the Wind Down Estates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
DITECH HOLDING CORPORATION, et al.,                         :   Case No. 19-10412 (JLG)
                                                            :
                    Debtors.¹                               :   (Jointly Administered)
                                                            :
------------------------------------------------------------X
```

### NOTICE OF CANCELLATION OF HEARING
### SCHEDULED FOR OCTOBER 31, 2024 AT 11:00 A.M. (ET)

**PLEASE TAKE NOTICE** that the hearing scheduled for October 31, 2024 at 11:00 a.m. (Prevailing Eastern Time) before the Honorable James L. Garrity, Jr., United States

---

[1] On September 26, 2019, the Court entered the *Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (ECF No. 1404) (the "**Confirmation Order**"), which created the Wind Down Estates. On February 22, 2022, the Court entered the *Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief* (ECF No. 3903) (the "**Closing Order**"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Pursuant to the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "**Remaining Wind Down Estate**") (Case No. 19-10412 (JLG)) shall remain open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates shall be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 723, One Bowling Green, New York, New York, 10004, **has been cancelled.**

Dated: October 30, 2024
      New York, New York

                                                          /s/ Richard W. Slack
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007
                                                Ray C. Schrock, P.C.
                                                Richard W. Slack
                                                Alexander Welch

                                                *Attorneys for Plan Administrator*
                                                *on Behalf of the Wind Down Estates*