# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DITECH HOLDING CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-10412 (JLG)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 5250** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 30, 2024, I caused to be served the "Notice of Cancellation of Hearing Scheduled for October 31, 2024 at 11:00 a.m. (ET)," dated October 30, 2024 [Docket No. 5250], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] On September 26, 2019, the Court confirmed the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the "Third Amended Plan"), which created the Wind Down Estates. On February 22, 2022, the Court entered the Order Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief (ECF No. 3903) (the "Closing Order"). Pursuant to the Closing Order, the chapter 11 cases of the following Wind Down Estates were closed effective as of February 22, 2022: DF Insurance Agency LLC (6918); Ditech Financial LLC (5868); Green Tree Credit LLC (5864); Green Tree Credit Solutions LLC (1565); Green Tree Insurance Agency of Nevada, Inc. (7331); Green Tree Investment Holdings III LLC (1008); Green Tree Servicing Corp. (3552); Marix Servicing LLC (6101); Mortgage Asset Systems, LLC (8148); REO Management Solutions, LLC (7787); Reverse Mortgage Solutions, Inc. (2274); Walter Management Holding Company LLC (9818); and Walter Reverse Acquisition LLC (8837). Under the Closing Order, the chapter 11 case of Ditech Holding Corporation (the "Remaining Wind Down Estate") (Case No. 19-10412 (JLG) remains open and, as of February 22, 2022, all motions, notices and other pleadings relating to any of the Wind Down Estates are to be filed in the case of the Remaining Wind Down Estate. The last four digits of the Remaining Wind Down Estate's federal tax identification number is (0486). The Remaining Wind Down Estate's principal offices are located at 2600 South Shore Blvd., Suite 300, League City, TX 77573.

# EXHIBIT A

DITECH HOLDING CORPORATION, *et al.,*  Case No. 19-10412 (JLG)
Electronic Mail Master Service List

| EMAIL ADDRESS |
| --- |
| ABLYE@CARLTONFIELDS.COM; WPBECF@CFDOM.NET |
| AGBANKNEWYORK@AG.TN.GOV |
| apiccione@reedsmith.com |
| ARTHUR.RUEGGER@DENTONS.COM |
| BANKRUPTCY2@IRONMOUNTAIN.COM |
| BANKRUPTCYNOTICESCHR@SEC.GOV |
| BKECF@BMPC-LAW.COM |
| BMAXON@WOODSDEFAULTSERVICES.COM |
| BRIAN.RESNICK@DAVISPOLK.COM |
| BROSENBLUM@JONESDAY.COM |
| CASOLAW@BELLSOUTH.NET |
| CAVAYEROLAW@GMAIL.COM |
| CEGLESON@SIDLEY.COM; CPERSONS@SIDLEY.COM |
| CJARVINEN@BERGERSINGERMAN.COM |
| colin@bartondownes.com |
| CRMOMJIAN@ATTORNEYGENERAL.GOV |
| DALLAS.BANKRUPTCY@PUBLICANS.COM |
| DAS@SEWKIS.COM; ASHMEAD@SEWKIS.COM |
| DCOFFINO@COV.COM |
| DCOHN@MURTHALAW.COM |
| DITECH.SERVICE@DAVISPOLK.COM |
| DROSNER@GOULSTONSTORRS.COM |
| ECOLLINS@R3MLAW.COM; JRich@r3mlaw.com; HMagaliff@r3mlaw.com |
| ELIZABETHM.LYNCH@AG.NY.GOV |
| GBRAY@MILBANK.COM |
| GBRESSLER@MDMC-LAW.COM |
| GERARD.CATALANELLO@ALSTON.COM; JAMES.VINCEQUERRA@ALSTON.COM |
| GLENN.SIEGEL@MORGANLEWIS.COM |
| GLEWIS@WSFSBANK.COM; PHEALY@WSFSBANK.COM |
| GREG.ZIPES@USDOJ.GOV |
| GRIMLAWYERS@AOL.COM |
| hnaughton@paulweiss.com |
| isaacnesser@quinnemanuel.com; jaclynpalmerson@quinnemanuel.com; matthewscheck@quinnemanuel.com |
| JAMILA.WILLIS@DLAPIPER.COM; DALE.CATHELL@DLAPIPER.COM |
| JARNOLD@ALDRIDGEPITE.COM |
| JBAER@PBFCM.COM |

DITECH HOLDING CORPORATION, *et al.,*  Case No. 19-10412 (JLG)
Electronic Mail Master Service List

| EMAIL ADDRESS |
| --- |
| JBANKS@PBFCM.COM |
| JCL@SBBOLAW.COM |
| JKANTOR@AKNJLAW.COM |
| JKIM@STERNLAV.COM |
| JNEWCOMER@MCKOOLSMITH.COM |
| JOHN.ROSENTHAL@MORGANLEWIS.COM |
| JTAYLOR@OMM.COM |
| KAREN.GELERNT@ALSTON.COM; AIMEE.CUMMO@ALSTON.COM |
| KCATANESE@FOLEY.COM |
| KEN.GOODKIND@FLASTERGREENBERG.COM |
| KRWALSH@MINTZ.COM |
| KTOOLE@RASBORISKIN.COM |
| KURT.RADEMACHER@MORGANLEWIS.COM |
| LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| LINDA.ERKKILA@SAFEGUARDPROPERTIES.COM |
| LISA.V.MULRAIN@HUD.GOV |
| LMBKR@PBFCM.COM |
| LSHIMEL@SBBOLAW.COM |
| MAMILANO@FOXROTHSCHILD.COM |
| MARGARET.DELLAFERA@ATLAS-SP.COM |
| MARK.LEDWIN@WILSONELSER.COM |
| MARK.MCDERMOTT@SKADDEN.COM; MELISSA.TIARKS@SKADDEN.COM; EVAN.HILL@SKADDEN.COM |
| MDANN@DANNLAW.COM |
| MEGAN.HARPER@PHILA.GOV |
| MELISSA.TIARKS@SKADDEN.COM |
| MELTZERE@PEPPERLAW.COM |
| phyllis.mease@wvsto.gov; LegalGroup@wvsto.gov |
| MMORANO@MDMC-LAW.COM |
| MSHRIRO@SINGERLEVICK.COM |
| MSIMPSON@SIMPSONLAW.ORG |
| MSPROUSE@SPROUSEPLLC.COM |
| MTOBIAS@GANFERSHORE.COM |
| MUCHNIKL@GTLAW.COM |
| N.Tuffarelli@bhpp.com |
| nleonard@mdmc-law.com |
| NY_ECF_NOTICES@MCCALLA.COM |
| PATRICK.NASH@KIRKLAND.COM |
| PETER.ARONOFF@USDOJ.GOV |
| RRICH2@HUNTONAK.COM |
| RA-LI-UCTS-BANKRUPT@STATE.PA.US |
| ray.schrock@weil.com |

DITECH HOLDING CORPORATION, *et al.,* Case No. 19-10412 (JLG)
Electronic Mail Master Service List

| EMAIL ADDRESS |
| --- |
| RBRITTON@PAULWEISS.COM; KZEITUNI@PAULWEISS.COM; HNAUGHTON@PAULWEISS.COM |
| RFEINSTEIN@PSZJLAW.COM; BSANDLER@PSZJLAW.COM; SGOLDEN@PSZJLAW.COM |
| RJL@DGANDL.COM |
| ROB@LAWJTLG.COM |
| RONALDBARBA@BABCONDOLAW.COM |
| SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| SBARAK@LOGS.COM |
| SCHRISTIANSON@BUCHALTER.COM |
| SDAVIDSON@KSLAW.COM |
| SDNYECF@DOR.MO.GOV |
| SJG@SGOLDSTEINLAW.COM |
| SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| SUSHEELKIRPALANI@QUINNEMANUEL.COM; BENJAMINFINESTONE@QUINNEMANUEL.COM; VICTORNOSKOV@QUINNEMANUEL.COM |
| SWARREN@OMM.COM |
| TAVIAN@MAYERLAW.COM |
| TDRAGHI@WESTERMANLLP.COM |
| TGARG@MURTHALAW.COM |
| TGARG@MURTHALAW.COM; DCOHN@MURTHALAW.COM |
| THAD@KBLAWTX.COM |
| TKLESTADT@KLESTADT.COM |
| TLEDAY@MVBALAW.COM |
| TSCANNELL@FOLEY.COM |
| VMBANKRUPTCY@YAHOO.COM |
| VRUBINSTEIN@LOEB.COM |
| ZSCHORR@SCHORR-LAW.COM |
| SFLEISCHER@BARCLAYDAMON.COM |