UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DITECH HOLDING CORPORATION, *et al*

Debtors

Chapter 11

Lead Case No. 19-10412 (JLG)

(Jointly Administered)

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE, that Alysson Snow, was Robert Unser's (the "Creditor") prior attorney but who is no longer at Legal Aid Society of San Diego. Her replacement representing the Creditor is Fanny Cherng at Legal Aid Society of San Diego. The Creditor holds the following claims: #1338, #24467, and #60253.

Fanny Cherng hereby withdraws her appearance as counsel for Creditor and requests to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list for this case and any related adversary proceedings. The Creditor is now deceased, but his estate is being represented by the following attorney where future notices can be sent:

Parisa F. Weiss
Buchalter
655 W. Broadway, Suite 1600
San Diego, CA 92101.

Dated: 10/16/2024

Respectfully submitted,

/s/ Fanny Cherng             .
Legal Aid Society of San Diego
110 South Euclid Ave.
San Diego, CA 92114

## CERTIFICATION OF SERVICE

I hereby certify that on October 16, 2024, a true and correct copy of the above and foregoing document was sent via certified mail for filing to:

The United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York,
NY 10004-1408

Certified Mail Tracking No. 9589 0710 5270 1503 9789 54

/s/ Fanny Cherng