Specialized Court Services
5030 N May Ave Ste #404
OKC, OK 73112
Phone 580.699.8092
specializedcourtservices@gmail.com
-*Financial Investigators*-

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re: Ditech Holding Corporation,** <br><br> **Debtor.** | Case No. 19-10412 (JLG) <br> Chapter 11 <br><br> NOTICE OF WITHDRAWAL OF MOTION BY SPECIALIZED COURT SERVICES |

**To the Honorable James L. Garrity Jr., United States Bankruptcy Judge:**

I, Eric Garrett, Founder and Principal of Specialized Court Services ("SCS"), hereby provide notice of the withdrawal of the *Motion to Approve Engagement Letter*, *Motion to Approve Court-Ordered Letter of Direction*, *Motion to Seal*, and all associated filings in the above-captioned matter. This withdrawal is in line with the Court's directive in the October 30, 2024, status conference, where the Court confirmed this matter as closed.

This notice of withdrawal is filed without prejudice, and SCS reserves all rights not expressly waived herein.

---

*SCS respectfully requests that the Court and ALL relevant parties destroy ALL confidential documents submitted by SCS containing intellectual property or sensitive information, including any copies sent via email, consistent with the terms of our Non-Disclosure Agreement and our previous Motion to Seal.*

---

Respectfully submitted,

/s/  Eric Garrett

Eric Garrett
Dated: October 31, 2024

NOTICE OF WITHDRAWAL OF MOTION BY SPECIALIZED COURT SERVICES - 1